UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ELYSE MCKENNA**,

        Plaintiff,

v.

Case No: 24-cv-12347
Hon. Judge Brandy R. McMillion

**ROBERT F. RILEY,** *an individual,*
**RILEY & HURLEY, P.C.** *a domestic professional corporation,*
**OLSMAN, MACKENZIE, PEACOCK, AND WALLACE P.C.** *a domestic professional corporation,*
        Defendants.

| | |
|---|---|
| Elyse L. McKenna (P80192)<br>Plaintiff *Pro Se*<br>5400 Greystone Street<br>Chevy Chase, MD 20815<br>(202) 852-2000<br>elyse@foxmckenna.com | **DEBORAH GORDON LAW**<br>**Attorneys for Defendant Olsman, MacKenzie, Peacock, and Wallace P.C.**<br>Deborah L. Gordon (P27058)<br>Elizabeth Marzotto Taylor (P82061)<br>Sarah Gordon Thomas (P83935)<br>33 Bloomfield Hills Parkway, Suite 220<br>Bloomfield Hills, Michigan 48304<br>(248) 258-2500<br>dgordon@deborahgordonlaw.com<br>emarzottotaylor@deborahgordonlaw.com<br>sthomas@deborahgordonlaw.com |

## NOTICE OF APPEARANCE

TO: Clerk of the Court

PLEASE ENTER THE APPEARANCE of Elizabeth Marzotto Taylor as counsel for Defendant Olsman, MacKenzie, Peacock, and Wallace P.C., in the above-entitled cause of action.

Dated: October 10, 2024

**DEBORAH GORDON LAW**
**Attorneys for Defendant Olsman, MacKenzie, Peacock, and Wallace P.C.**
Deborah L. Gordon (P27058)
**/s/Elizabeth Marzotto Taylor (P82061)**
Sarah Gordon Thomas (P83935)
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com