**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

ELYSE MCKENNA,

    Plaintiff,

v.

ROBERT F. RILEY, an individual,
RILEY & HURLEY, P.C., a domestic
professional corporation, OLSMAN, MACKENZIE,
PEACOCK, AND WALLACE P.C., a
domestic professional corporation,

    Defendants.

Case No: 24-cv-12347
Hon. Judge Brandy R. McMillion

---

**NOTICE OF APPEARANCE OF KATHLEEN J. KALAHAR**

TO: Clerk of Court

    Please enter the Appearance of Kathleen J. Kalahar (P60301) as counsel for Plaintiff Elyse McKenna in this matter.

Dated: October 15, 2024

GOODMAN KALAHAR

*/s/ Kathleen J. Kalahar* (P60301)
Attorney for Plaintiff
1394 East Jefferson Avenue
Detroit, MI 48207
(313) 567-6165 (office)
(248) 310-0133 (mobile)
(313) 567-4827 (facsimile)
kkalahar@goodmankalahar.com