IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ELYSE MCKENNA,

    Plaintiff,

v.

ROBERT F. RILEY, an individual,
RILEY & HURLEY, P.C., a domestic
professional corporation, OLSMAN, MACKENZIE,
PEACOCK, AND WALLACE P.C., a
domestic professional corporation,

    Defendants.

Case No: 24-cv-12347
Hon. Judge Brandy R. McMillion

## NOTICE OF APPEARANCE

Randi McGinn, of McGinn, Montoya, Love, Curry & Sievers P.A. hereby enters her appearance on behalf of Plaintiff Elyse McKenna in the in the above-styled and numbered cause of action. Katie Kalahar (with Goodman Kalahar) will also continue to represent the plaintiff in this action.

Dated: November 6, 2024

Respectfully Submitted,



***/s/ Randi McGinn***
Randi McGinn
201 Broadway Blvd. SE
Albuquerque, NM 87102
P: (505) 843-6161 main
F: (505) 242-8227
Randi@McGinnLaw.com

***Attorney for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of November, 2024, I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means.

*/s/ Randi McGinn*
Randi McGinn