UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELYSE MCKENNA,

        Plaintiff,                  Case No. 24-cv-12347

v.

                                           Hon. Brandy R. McMillion

ROBERT F. RILEY and
RILEY & HURLEY, PC and           Magistrate Judge Elizabeth
OLSMAN MACKENZIE PEACOCK, PC    Stafford

        Defendants.
_____/

**STIPULATED ORDER EXTENDING TIME FOR PLAINTIFF TO FILE RESPONSES TO DEFENDANTS' MOTIONS TO DISMISS AND FOR DEFENDANTS TO FILE REPLY BRIEFS**

      This matter having come before the Court upon the stipulation of the parties. Plaintiff and all Defendants, through their undersigned counsel, hereby stipulate to and respectfully request an Order from the Court extending the time for Plaintiff to file her Responses to the Riley Defendants' Motion to Dismiss, ECF No. 17, and Defendant Olsman's Motion to Dismiss, ECF No. 19, to January 31, 2025; and for Defendants to file their Reply Briefs within 21 days of the filing of Plaintiff's Response to each Defendants' respective Motion, as set forth below:

      1.     On December 20, 2024, the Riley Defendants filed their Motion to Dismiss Under Rules 8, 10, 12(b)(6) and 12(f), ECF 17, along with Exhibits. ECF 17-1 through 17-7.

2. Also on December 20, 2024, Defendant Olsman filed its Motion to Dismiss Plaintiff's Amended Complaint, ECF No. 19, along with Exhibits. ECF 19-1 through 19-6.

3. The Brief in support of Olsman's Motion consists of 42 pages. ECF 19. Olsman sought leave to file a brief in excess of the page limit of 25 pages on December 20, 2024. ECF 18.

4. Pursuant to E.D. Mich. L.R. 7.1(e)(2)(A), Plaintiff's Responses to Defendants' Motions to Dismiss are currently due on January 10, 2024, i.e., 21 days from the date the two motions were filed.

5. Plaintiff requires additional time to file her Responses to Defendants' Motions.

THEREFORE, the parties hereby stipulate and respectfully request, for good cause as set forth above, as follows:

- Plaintiff's Responses to Defendants' Motions to Dismiss (ECF No. 17 and ECF No. 19) shall be filed on or before January 31, 2025.
- The Riley Defendants' Reply Brief shall be filed on or before 21 days after the filing of Plaintiff's Response to their Motion.
- Defendant Olsman's Reply Brief shall be filed on or before 21 days after the filing of Plaintiff's Response to its Motion.

**IT IS SO ORDERED.**

Dated: January 2, 2025

s/Brandy R. McMillion
Honorable Brandy R. McMillion
United States District Judge

The above order is stipulated to:

*/s/ Kathleen Kalahar*
GOODMAN KALAHAR
By: Kathleen Kalahar (P60301)
1394 East Jefferson Avenue
Detroit, MI 48207
(313) 567-6165
(248) 310-0133 (mobile)
kkalahar@goodmankalahar.com

Attorneys for Plaintiff Elyse McKenna

*/s/ Elizabeth Hardy*
KIENBAUM HARDY VIVIANO
PELTON & FORREST, P.L.C.
By: Elizabeth Hardy (P37426)
280 North Old Woodward Avenue
Suite 400
Birmingham, MI 48009
(248) 645-0000
ehardy@khvpf.com

Attorneys for Defendants Robert F. Riley and Riley & Hurley, PC

*/s/ Elizabeth Marzotto Taylor*
DEBORAH GORDON LAW
By: Deborah Gordon
33 Bloomfield Hills Parkway
Suite 220
Bloomfield Hills, MI 48304
(248) 258-2500
dgordon@deborahgordonlaw.com

Attorneys for Defendant Olsman MacKenzie Peacock, PC

Dated: December 27, 2024