# Exhibit A

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Detroit Field Office
477 Michigan Avenue, Room 865
Detroit, MI 48226
(313) 774-0020
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 10/15/2024

**To:** Miss Elyse McKenna
5400 Greystone Rd
CHEVY CHASE, MD 20815
Charge No: 471-2024-07180

EEOC Representative and email:  JOSEPH MAGLIOCCO
Investigator
joseph.magliocco@eeoc.gov

### DISMISSAL OF CHARGE

The EEOC is closing this charge because: Ongoing lawsuit in Federal Court Eastern. Docket # 2-24CB-12347ERMEA.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 471-2024-07180.

On behalf of the Commission,

Digitally Signed By: Ramiro Gutierrez
10/15/2024

Ramiro Gutierrez
Director