# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**ELYSE MCKENNA**,

        Plaintiff,

v.

**ROBERT F. RILEY,** *an individual,*
**RILEY & HURLEY, P.C.** *a domestic professional corporation,*
**OLSMAN, MACKENZIE, PEACOCK & WALLACE, P.C.** *a domestic professional corporation,*
Defendants.

Case No: 24-cv-12347
Hon. Judge Brandy R. McMillion

---

## STIPULATED ORDER EXTENDING ALL DEFENDANTS' TIME TO ANSWER SECOND AMENDED COMPLAINT (ECF NO. 23)

This matter has come before the Court upon the stipulation of the parties. Plaintiff and all Defendants, through their undersigned counsel, hereby stipulate to and respectfully request an Order from the Court extending all Defendants' time to Answer Plaintiff's Second Amended Complaint for 30 days from the Court's February 3, 2025 Text Only Order Accepting Plaintiff's Second Amended Complaint, until March 5, 2025:

1. On January 3, 2025, this Court entered an Order, which in pertinent part granted Plaintiff leave to amend her First Amended Complaint by filing a Second Amended Complaint by January 31, 2025. ECF No. 22.

2. Plaintiff filed her Second Amended Complaint on January 31, 2025. ECF No. 23.

3. On February 3, 2025, this Court entered a Text Only Order accepting Plaintiff's Second Amended Complaint (ECF No. 23) as filed and denying without prejudice Defendants' pending Motions to Dismiss (ECF Nos. 17 and 19).

4. Pursuant to Fed. R. Civ. P. 15(a)(3), all Defendants' Answers to the Second Amended Complaint would be due on or before February 14, 2025.

5. Plaintiff's Amended Complaint is 77 pages and 363 paragraphs in length. ECF No. 23.

6. As a result, all Defendants require additional time to file their Answers to the Second Amended Complaint.

THEREFORE, the parties hereby stipulate and respectfully request, for good cause as set forth above, as follows:

All of the Defendants' Answers to the Second Amended Complaint will be filed on or before **March 5, 2025**, which is 30 days from the Court's February 3, 2025 Text Only Order Accepting Plaintiff's Second Amended Complaint.

**IT IS SO ORDERED.**

Dated:  February 10, 2025                s/Brandy R. McMillion
                                                                Honorable Brandy R. McMillion
                                                                United States District Judge

The above order is stipulated to:

| | |
|---|---|
| **/s/Kathleen J. Kalahar (P60301)** | **DEBORAH GORDON LAW** <br> **/s/Deborah L. Gordon (P27058)** |
| 1394 East Jefferson Avenue | Elizabeth Marzotto Taylor (P82061) |
| Detroit, MI 48207 | Sarah Gordon Thomas (P83935) |
| (313) 567-6165 (office) | 33 Bloomfield Hills Parkway, Suite 220 |
| (248) 310-0133 (mobile) | Bloomfield Hills, Michigan 48304 |
| (313) 567-4827 (facsimile) | (248) 258-2500 |
| kkalahar@goodmankalahar.com | dgordon@deborahgordonlaw.com |
| **Attorney for Plaintiff** | emarzottotaylor@deborahgordonlaw.com |
| | sthomas@deborahgordonlaw.com |
| | **Attorneys for defendant Olsman, MacKenzie, Peacock & Wallace, P.C.** |

**Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.**
Elizabeth Hardy (P37426)
**/s/Thomas J. Davis (P78626)**
280 North Old Woodward Avenue, Suite 400
Birmingham, MI 48009
(248) 645-0000
ehardy@khvpf.com
tdavis@khvpf.com
**Attorneys for Defendants Robert F. Riley and Riley & Hurley, P.C.**