Index of Exhibits

| Exhibit | Description |
| --- | --- |
| 1. | Plaintiff Affidavit |
| 2. | 2/4/24 MacKenzie Letter |
| 3. | 11/8/24 Gordon Email |
| 4. | 2/10/24 Gordon/Prescott Emails |
| 5. | 10/14/24 Detroit News Story |
| 6. | 10/18/24 Hardy Email |
| 7. | 10/15/24 Kalahar Letter |
| 8. | 3/5/25 Gordon Email |

i