## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**ELYSE MCKENNA**,

      Plaintiff,

v.

**ROBERT F. RILEY,** *an individual,*
**RILEY & HURLEY, P.C.** *a domestic professional corporation,*
**OLSMAN, MACKENZIE, PEACOCK, P.C.** *a domestic professional corporation,*
Defendants.

Case No: 24-cv-12347
Hon. Judge Brandy R. McMillion

**DEFENDANT OMP'S RESPONSE TO PLAINTIFF'S MOTION TO DISQUALIFY DEFENDANT OLSMAN MACKENZIE PEACOCK, P.C.'S COUNSEL**

---

| | |
|---|---|
| Kathleen J. Kalahar (P60301)<br>1394 East Jefferson Avenue<br>Detroit, MI 48207<br>(313) 567-6165 (office)<br>(248) 310-0133 (mobile)<br>(313) 567-4827 (facsimile)<br>kkalahar@goodmankalahar.com<br>**Attorney for Plaintiff** | **DEBORAH GORDON LAW**<br>Deborah L. Gordon (P27058)<br>Elizabeth Marzotto Taylor (P82061)<br>Sarah Gordon Thomas (P83935)<br>33 Bloomfield Hills Parkway, Suite 220<br>Bloomfield Hills, Michigan 48304<br>(248) 258-2500<br>dgordon@deborahgordonlaw.com<br>emarzottotaylor@deborahgordonlaw.com<br>sthomas@deborahgordonlaw.com<br>**Attorneys for defendant Olsman, MacKenzie, Peacock & Wallace, P.C.**<br><br>**Kienbaum Hardy Viviano**<br>**Pelton & Forrest, P.L.C.**<br>Elizabeth Hardy (P37426)<br>Thomas J. Davis (P78626)<br>280 North Old Woodward Avenue, Suite 400<br>Birmingham, MI 48009<br>(248) 645-0000<br>ehardy@khvpf.com<br>tdavis@khvpf.com<br>**Attorneys for Defendants Robert F. Riley and Riley & Hurley, P.C.** |

## **INDEX OF EXHIBITS**

Ex. 1        Deborah L. Gordon Affidavit

Ex. 2        Teresa D'Costa Intake Notes

Ex. 3        Instagram Post

Ex. 4        Website Blog Post

Ex. 5        Website Statement as to McKenna's Location, Page 2

Ex. 6        Teresa D'Costa Affidavit

Ex 7         Unpublished Cases