# EXHIBIT 2

# McKenna, Elyse | Note - Intake Note

## NOTE

**SUBJECT**

Intake Note

**PRIVATE**

No

**NOTE**

**Employer: Olsman Mackenzie Peacock and Wallace Law Firm,** Berkley MI, Attorney, 2.5 years, 80k + bonus

**Events:**

2/4/24 - Terminated - reason - approached them about sexual harassment, she got a letter about questioning PNC's integrity.

2/3/24 - She reported the sexual harassment. Before this, she had talked to one of the partners.

Sexual harassment has been going on for a while 4.5 years. Starting in 2019. PNC previously worked for an attorney who sexually harassed her in 2019. She is for a job in 2021 at this law firm, however, the attorney and the law firm work closely together.

That person has taken a picture of PNC that she had no idea about. Gave her inappropriate handwritten cards.

PNC wants to see if she has a case.

**DATE/TIME**

2/6/2024 3:20 PM

**ATTACHMENTS**