# EXHIBIT 3

3/26/25, 9:35 AM
Fox McKenna, PLLC | We are excited to announce the opening of Fox McKenna, PLLC! | Instagram
Case 2:24-cv-12347-BRM-EAS ECF No. 40-4, PageID.1783 Filed 03/26/25 Page 2 of 2

