# EXHIBIT 5



Home    About    Our Team    Practice Areas    Blog    More



# Elyse McKenna

**FOUNDING PARTNER**

Email: elyse@foxmckenna.com

Phone: (202) 852-2000

## About Elyse McKenna

**BIOGRAPHY**

Elyse's legal practice is focused on seeking justice for those who have been injured. Elyse has significant experience handling matters involving birth trauma, emergency medicine, internal medicine, neurology, oncology, radiology, urology, orthopedic surgery, and general surgery. Elyse also brings claims against nursing homes, long-term care facilities, homes for the aged, and adult foster care homes for the neglect of their residents.

Prior to becoming a plaintiff's attorney, Elyse practiced as a defense attorney, representing hospitals and insurance providers in complex medical malpractice matters. Elyse uses that experience as a defense attorney to assess each case from both sides. This unique perspective allows her to evaluate the strengths and weaknesses of each case and enables her to prepare a strong litigation strategy, all with the goal of achieving the best results for her clients.

As a teenager, Elyse provided care for her father, who had multiple sclerosis and was wheelchair bound. She spent much time in hospitals and nursing homes, witnessing treatment that instilled a passion for helping others in similar situations obtain justice. The experience also inspired her passion for science. Anticipating a career in medicine, Elyse majored in human biology at Michigan State University, but ultimately chose to pursue law. She graduated from Case Western Reserve University Law School at the age



of 22 and spent the early part of her career in the field of medical malpractice, where she could use her science and legal backgrounds to help others. Elyse's scientific aptitude gives FoxMcKenna an advantage in its mass tort work, as she is uniquely qualified to assess causality in environmental exposure and pharmaceutical products cases.

Elyse believes it is an honor to fight for justice and accountability on behalf of injured clients and their families. Elyse approaches each case with the empathy that she has gained from this personal experience.

## PRACTICE AREAS

- Medical Malpractice
- General Negligence
- Mass Tort

## BAR ADMISSIONS

- Michigan, 2015*
- United States District Court, Eastern District of Michigan, 2015*

## EDUCATION

- Case Western Reserve University School of Law, 2015

## HONORS & AWARDS

### Presentations & Publications

- Author of Chapter 17: Personal Injury Cases of the ICLE Michigan Basic Handbook, Sixth & Seventh Editions
- Anatomy of a Lawsuit (2018)
- Changes to Michigan Court Rules (2020)
- Tips and Tricks for Plaintiff's Attorneys (2022)
- Developing the Next Generation of Trial Lawyers (2023)
- Professional Negligence - Documents & Research (2023)

### Professional Associations & Memberships

- Michigan Association for Justice, Executive Committee Member
- American Association for Justice, Member

*Elyse resides in Michigan and practices exclusively in Michigan. She is not licensed in the District of Columbia.

# Contact