# EXHIBIT 2

# General Policies

Judge McMillion expects traditional courtroom civility and full compliance with the Civility Principles adopted by the Court. Conduct inconsistent with the letter and spirit of those principles will not be tolerated. Anyone appearing in this Court will treat everyone with dignity, respect, professionalism, and courtesy at all times. This includes what is written as well as what is said.

Everyone is expected to familiarize themselves with these Practice Guidelines, the Court's Local Rules, the Court's Electronic Filing Policies and Procedures, and any rules or laws applicable to their matters before this Court. Local Rules are enforced. Please pay particular attention to [Local Rule 7.1](), [Local Rule 5.3](), and [Electronic Filing Rules 5 and 10(d)]().

The Court encourages the use of modern technology to display exhibits and demonstrative aides during trial. However, parties must make prior arrangements with Chambers staff. Requests for interpreters and accommodations for witnesses with disabilities should be made with Chambers at least ten (10) days before needed.

If a case is settled, the parties must notify Chambers in writing via email by the next business day.

Judge McMillion encourages parties to attempt to resolve any disputes that arise through communication **before** resorting to motion practice. To facilitate this, parties may request a status conference with Judge McMillion at any time. Status conferences may be conducted telephonically, via video conference, or in person.

Judge McMillion accepts no *ex parte* communications. Counsel may contact the Case Manager with respect to administrative, procedural, or scheduling matters. Questions about pending cases should be directed to the Case Manager. Contact by counsel or parties with the law clerks is not permitted unless expressly authorized by the Court.