UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Elyse McKenna ,

                Plaintiff(s),

v.                                        Case No. 2:24−cv−12347−BRM−EAS
                                                Hon. Brandy R. McMillion

Robert F. Riley, et al.,

                Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Brandy R. McMillion at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 251.  The following motion(s) are scheduled for hearing:

Motion for Withdrawal of Attorney − #54

- MOTION HEARING:  June 25, 2025 at 11:00 AM

**ADDITIONAL INFORMATION:**   Plaintiff must appear at motion hearing

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/Leanne Hosking
                                                             Case Manager

Dated:   June 9, 2025