AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT



for the

Eastern District of Michigan

| | |
|---|---|
| ELYSE McKENNA | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:24-cv-12347 |
| | ) |
| ROBERT F. RILEY, et al. | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: ██████████████████████████████████

*(Name of person to whom this subpoena is directed)*

[X] *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

The entire psychotherapy/psychiatric file (as described in attached Authorization) and billing record of Elyse McKenna (a/k/a Elyse Heid), DOB ████ 1993, including but not limited to intake form(s), assessments, session notes, psychiatric summaries, reports, evaluations, recommendations, work notes, telephone notes, and all Behavioral Health records.

| Place: **Mail or electronic submission to: tdavis@khvpf.com** Kienbaum Hardy Viviano Pelton & Forrest, P.L.C. 280 N. Old Woodward Ave., Suite 400, Birmingham, MI 48009 | Date and Time: Tuesday, 06/17/25 5:00 p.m. |
|---|---|

[ ] *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     06/02/2025

*KINIKIA D. ESSIX, CLERK OF COURT*

OR

_____                    _____
*Signature of Clerk or Deputy Clerk*                         *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
DEFENDANTS Robert F. Riley and Riley & Hurley, P.C._____, who issues or requests this subpoena, are:

Thomas J. Davis (P78626), Kienbaum Hardy Viviano Pelton & Forrest, P.L.C, 280 N. Old Woodward Avenue, Suite 400 Birmingham, Michigan 48009, tdavis@khvpf.com, (248) 645-0000

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

| | |
|---|---|
| ELYSE McKENNA | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.  2:24-cv-12347 |
| | ) |
| ROBERT F. RILEY, et al. | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

*(Name of person to whom this subpoena is directed)*

[X] *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

The entire psychotherapy/psychiatric file (as outlined in attached Authorization) and billing record of Elyse McKenna (a/k/a Elyse Heid), DOB ▉▉▉ 1993, including but not limited to intake form(s), assessments, session notes, psychiatric summaries, reports, evaluations, recommendations, work notes, telephone notes, and all Behavioral Health records.

| Place: **Mail or electronic submission to: tdavis@khvpf.com** <br> Kienbaum Hardy Viviano Pelton & Forrest, P.L.C. <br> 280 N. Old Woodward Ave., Suite 400, Birmingham, MI 48009 | Date and Time: <br><br> Tuesday, 06/17/25 <br> 5:00 p.m. |
|---|---|

[ ] *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  06/02/2025

*KINIKIA D. ESSIX, CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                 *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* DEFENDANTS Robert F. Riley and Riley & Hurley, P.C. , who issues or requests this subpoena, are:

Thomas J. Davis (P78626), Kienbaum Hardy Viviano Pelton & Forrest, P.L.C, 280 N. Old Woodward Avenue, Suite 400 Birmingham, Michigan 48009, tdavis@khvpf.com, (248) 645-0000

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).