UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELYSE MCKENNA,

    Plaintiff,

v.

ROBERT F. RILEY,
RILEY & HURLEY, PC, and
OLSMAN MACKENZIE
PEACOCK, PC,

    Defendants.

_____/

Case No. 2:24-cv-12347
Hon. Brandy R. McMillion

## ORDER GRANTING MOTION FOR WITHDRAWAL OF ATTORNEYS KATHLEEN KALAHAR AND RANDI MCGINN (ECF NO. 54)

Before the Court is the Motion for Withdrawal of Attorneys Kathleen Kalahar and Randy McGinn (ECF No. 54). The Court held a hearing on the Motion on June 25, 2025. For the reasons stated on the record, the Motion (ECF No. 54) is **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED** that Attorneys Kathleen Kalahar and Randi McGinn's representation and appearances on behalf of Plaintiff Elyse McKenna are **TERMINATED**. The Court **GRANTS** Plaintiff sixty (60) days in which to secure new counsel and have counsel file an appearance in this matter.

Plaintiff is further **ORDERED** to file a Status Report with the Court on or before **July 25, 2025**, to inform the Court of the status of securing counsel.

**IT IS FURTHER ORDERED** that, while terminated, Attorneys Kathleen Kalahar and Randi McGinn shall fully cooperate with the transition of Plaintiff's matter to new counsel and shall provide Plaintiff with a complete copy of her case file.

**IT IS FURTHER ORDERED** that the limited representation and appearances of Attorneys Michael Alan Schwartz (on behalf of Plaintiff Elyse McKenna) and Thomas W. Cranmer (on behalf of Attorneys Kathleen Kalahar and Randi McGinn) are **TERMINATED**.

**IT IS FURTHER ORDERED** that discovery in this matter is **STAYED** *as to Plaintiff Elyse McKenna only* for sixty (60) days.  All other discovery, including third-party discovery, shall continue without delay.

**IT IS SO ORDERED.**

Dated: June 25, 2025                                s/Brandy R. McMillion
     Detroit, Michigan                              BRANDY R. MCMILLION
                                                            United States District Judge