UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELYSE MCKENNA,

    Plaintiff,

v.

ROBERT F. RILEY, et al.,

    Defendants.

Case No. 24-cv-12347

Hon. Brandy R. McMillion

Magistrate Judge Elizabeth A. Stafford

### ORDER GRANTING DEFENDANTS' JOINT MOTION FOR ALTERNATIVE SERVICE OF SUBPOENA TO ANNE GIALANELLA (ECF NO. 67)

This matter is before the Court on the Defendants' Joint Motion for Alternative Service of Subpoena to Anne Gialanella (ECF No. 67). The Court previously held a status conference on June 26, 2025 regarding issuance of subpoenas to Plaintiff's medical providers. *See* ECF No. 65. At that time, the Court noted that these medical subpoenas were valid, and Plaintiff should make sure that she re-issued releases to allow production of these documents. Despite this instruction, the Court finds itself having to once again address matters that were previously before the Court. Plaintiff does not consent to Defendant's requested relief. *See* ECF No. 67, PageID.2166. However, the Court is adequately advised in the premises of this issue and finds further briefing and oral argument unnecessary.

1

*See* E.D. Mich. LR 7.1(f)(2).  As previously found, this is a validly issued subpoena and Defendants are entitled to production of these documents.

Accordingly, **IT IS HEREBY ORDERED** that Defendants' Joint Motion (ECF No. 67) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Riley Parties and Olsman MacKenzie Peacock may each serve subpoenas on Anne Gialanella PLC, with a return date of 3 business days from service:

1. via email to the email addresses "anne@annegialanellalpc.com" and "anne.gialanella@gmail.com," along with a copy of this order; and

2. via service on Plaintiff Elyse McKenna pursuant to the parties' existing Rule 5(b)(E) electronic service protocol.

**IT IS FURTHER ORDERED** that Plaintiff McKenna must deliver a copy of the subpoena(s) to Ms. Gialanella within 24 hours of Ms. McKenna's receipt of the subpoenas.  Ms. McKenna will thereafter file a notice with the Court confirming compliance with the same.  The Riley Parties and Olsman MacKenzie Peacock will each likewise file a notice confirming their service of Ms. Gialanella via email.

**IT IS FURTHER ORDERED** that Plaintiff McKenna personally request from Ms. Gialanella a copy of her medical records that are the subject of the subpoena and produce those documents to Defendants within fourteen (14) days

from the date of this order.[1]

       **IT IS SO ORDERED.**

Dated:  July 15, 2025                             s/Brandy R. McMillion
                                                              Honorable Brandy R. McMillion
                                                              United States District Judge

---

[1] The Court notes that this may result in the duplication of documents being produced but believes this to be the best method forward to address this issue without further intervention of the Court. Defendants are instructed to contact the Court if documents are not produced by Ms. Gialanella or Plaintiff no later than July 29, 2025.