**Search results for: HOCKEY CONFERENCE**
PDF generated on 7/7/25 using Decipher TextMessage

**EXHIBIT 4**

Johnnie ▮
Amanda's iPhone(iPhone 16 Pro)

[6/18/24, 7:42 PM]
Hockey conference?

Johnnie ▮
Amanda's iPhone(iPhone 16 Pro)

[6/18/24, 7:32 PM]
At the hockey conference with Elyse

1

PERRY-0001

**Search results for: professional hockey players association**
PDF generated on 7/7/25 using Decipher TextMessage

Morgan
Amanda's iPhone(iPhone 16 Pro)

**[6/17/24, 2:10 PM]**
Staying at the Wyndham Disney Springs (?) for the professional hockey players association annual conference

1

**PERRY-0002**