UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELYSE MCKENNA,

    Plaintiff,

v.

ROBERT F. RILEY, RILEY & HURLEY, P.C., and OLSMAN MACKENZIE PEACOCK, P.C.,

    Defendants.

Case No. 24-cv-12347

Hon. Brandy R. McMillion

Magistrate Judge Elizabeth A. Stafford

## Index of Exhibits to
## Defendants' Joint Opposition to Motion to Extend Stay

| | |
|---|---|
| **Exhibit A** | August 21, 2025 Email from Court re: McKenna's Request to File Motion to Extend the Stay |
| **Exhibit B** | June 26, 2025 Email Chain re: McKenna Alteration of HIPAA Releases (attachments omitted) |
| **Exhibit C** | July 2, 2025 Email Chain re: Gialanella's Refusal to Produce McKenna's Records |
| **Exhibit D** | July 25, 2025 Email Chain re: McKenna's Demand to Restart Riley Discovery and Riley Request to Lift Stay |
| **Exhibit E** | July 31, 2025 Email from Court re: Motion to Clarify Stay and Other Matters |
| **Exhibit F** | Excerpts of August 12, 2025 Complaint Filed by McKenna in *Rau v. Bd. Of Hosp. Mgrs.*, Genesee Cty. Cir. Ct. |

581164