UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELYSE MCKENNA,

    Plaintiff,

v.

ROBERT F. RILEY,
RILEY & HURLEY, PC, and
OLSMAN MACKENZIE
PEACOCK, PC,

    Defendants.
_____/

Case No. 2:24-cv-12347
Hon. Brandy R. McMillion

## ORDER GRANTING MOTION TO EXTEND STAY (ECF NO. 78)

Before the Court is Plaintiff's Motion to Extend Stay (ECF No. 78). The Court has reviewed the parties' briefing on this matter and has determined that a hearing is not necessary. *See* E.D. Mich. LR 7.1(f)(2). Having considered the parties' arguments, and in the sound discretion of this Court, the Motion to Extend Stay (ECF No. 78) is **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff shall obtain new counsel and have counsel file an appearance in this matter or notify the Court that she is proceeding *pro se*, on or before **September 25, 2025**.

**IT IS FURTHER ORDERED** that this case will be dismissed for failure to prosecute and follow the orders of this Court if, on or before September 25, 2025,

1

2

(i) new counsel has not filed an appearance on Plaintiff's behalf; or (ii) Plaintiff has not filed a notice indicating that she is proceeding *pro se* in this matter.

**IT IS FURTHER ORDERED** that discovery in this matter will remain **STAYED** *as to Plaintiff Elyse McKenna only* until September 25, 2025. All other discovery, including third-party discovery, shall continue without delay.

***THIS IS THE FINAL STAY AND/OR EXTENSION THAT THE COURT WILL GRANT ON THIS ISSUE***.

**IT IS SO ORDERED.**

Dated: September 5, 2025  
      Detroit, Michigan

s/Brandy R. McMillion  
BRANDY R. MCMILLION  
United States District Judge