UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELYSE MCKENNA,

    Plaintiff,

v.

ROBERT F. RILEY, *et al.*,

    Defendants.

_____/

Case No. 2:24-cv-12347

Hon. Brandy R. McMillion

## **ORDER GRANTING SUBSTITUTION OF COUNSEL**

Upon consideration of Plaintiff Elyse McKenna's Notice of Appearance and Substitution of Counsel and the consent of all affected parties, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Kimberly Russell, Esq. of The Russell Law Firm, PLLC, is substituted as counsel of record for Plaintiff Elyse McKenna in place of Plaintiff herself, who previously appeared *pro se*.

**IT IS FURTHER ORDERED** that all future correspondence, pleadings, and notices shall be directed to:

Kimberly Russell
**THE RUSSELL LAW FIRM, PLLC**
1140 Third Street NE
Washington, DC 20002
Tel: (202) 430-5085 and Email: kimberly@russellatlaw.com

**IT IS SO ORDERED.**

Dated: October 8, 2025

        s/Brandy R. McMillion_____
        Hon. Brandy R. McMillion
        United States District Judge