UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ELYSE MCKENNA,**

        Plaintiff,

v.

Case No: 24-cv-12347
Hon. Brandy R. McMillion

**ROBERT F. RILEY,** *an individual,*
**RILEY & HURLEY, P.C.** *a domestic*
  *professional corporation,*
**OLSMAN, MACKENZIE,*
**PEACOCK, P.C.** *a domestic*
  *professional corporation,*
        Defendants.

---

## ORDER FOLLOWING STATUS CONFERENCE HELD ON OCTOBER 23, 2025

On October 6, 2025, the parties met and conferred pursuant to L.R. 7.1 regarding several discovery disputes. On October 23, 2025, pursuant to the Court's Practice Guidelines, a status conference was held concerning those discovery disputes, during which the parties were heard on the issues raised. The Court having heard from the parties and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED THAT**:

1. All parties are ordered to produce all outstanding ESI discovery no later than **November 24, 2025**.

2. Plaintiff's request to extend the discovery deadline by 180 days is **DENIED**.

3. Plaintiff is ordered to appear for her deposition by OMP as noticed, on **November 17, 2025**.

4. Plaintiff is ordered to appear for her deposition by the Riley Defendants on a mutually agreed-upon date, which shall be no later than **December 19, 2025**.

5. Plaintiff is ordered to identify all of her mental health and medical treaters, as requested by Defendants, and to sign HIPAA releases for these records no later than **October 30, 2025**.

6. Third-party Brandon Heid is ordered to produce all responsive communications with Plaintiff in unredacted format to the Riley parties only, no later than **October 30, 2025**, and any assertion of attorney-client privilege by Heid is to be recorded on a privilege log produced to the Riley parties by the same date.

7. Plaintiff waived the attorney-client privilege with respect to the communications she had with attorneys she consulted about filing this litigation by alleging the contents of these communications in her Second Amended Complaint. Information, documents, and testimony concerning these alleged communications are therefore discoverable, and Plaintiff is ordered to respond to the Riley Parties' and OMP's discovery requests requesting that information, including OMP's Interrogatory 4 and Request to Produce 13, and to answer questions posed to her about these alleged communications in her forthcoming depositions.

8. Plaintiff is ordered to supplement or provide her objections to the

following discovery requests by OMP no later than **December 1, 2025**: Interrogatories: 3, 6, 7, 8, 9, 10, 11, 13; and RTP: 3, 7, 9, 10, 19, 24, 25, 31, 34, 35. And, as to RTP No. 1, 2, 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 19, 21, 22, 23, 24, 25, 26, 27, 28, 31, 32, & 35, Plaintiff is to specify whether she is withholding documents on the basis of her objections and identify what documents are being withheld by the same date.

    **IT IS SO ORDERED**.

Dated: October 24, 2025

s/Brandy R. McMillion  
Honorable Brandy R. McMillion  
United States District Judge.

AS STIPULATED AND AGREED TO:

Date: October 24, 2025

| | |
|---|---|
| **The Russell Law Firm, PLLC** <br> **/s/Kimberly Russell (with permission)** <br> 1140 3rd Street NE <br> Washington D.C. 20002 <br> (202) 430-5085 <br> kimberly@russellatlaw.com | **DEBORAH GORDON LAW** <br> Deborah L. Gordon (P27058) <br> **/s/Elizabeth Marzotto Taylor (P82061)** <br> Sarah Gordon Thomas (P83935) <br> Morry Daniel Hutton (P81188) <br> 33 Bloomfield Hills Parkway, Suite 220 <br> Bloomfield Hills, Michigan 48304 <br> (248) 258-2500 <br> dgordon@deborahgordonlaw.com <br> emarzottotaylor@deborahgordonlaw.com <br> sthomas@deborahgordonlaw.com <br> mhutton@deborahgordonlaw.com <br> **Attorneys for Defendant Olsman, MacKenzie, Peacock, P.C.** <br><br> **Kienbaum Hardy Viviano** <br> **Pelton & Forrest, P.L.C.** <br> Elizabeth Hardy (P37426) <br> **/s/Thomas J. Davis (P78626) (with permission)** <br> 280 North Old Woodward Avenue, Suite 400 <br> Birmingham, MI 48009 <br> (248) 645-0000 <br> ehardy@khvpf.com <br> tdavis@khvpf.com <br> **Attorneys for Defendants Robert F. Riley and Riley & Hurley, P.C.** |