UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELYSE MCKENNA,

       Plaintiff,

v.

ROBERT F. RILEY, *an individual*,
RILEY & HURLEY, P.C. *a domestic professional corporation*,
OLSMAN, MACKENZIE, PEACOCK, P.C. *a domestic professional corporation*,

       Defendants.

Case No: 2:24-cv-12347

Hon. Brandy R. McMillion
United States District Judge

## ORDER STRIKING PLAINTIFF'S NOTICE TO REQUEST DISCOVERY MASTER AND LEAVE TO QUASH SUBPOENAS (ECF NO. 101)

The Court has reviewed Plaintiff's Notice to Request Discovery Master and Leave to Quash Subpoenas. The Court strikes that document for the following reason(s):

☐ Missing statement of concurrence or the statement of concurrence does not comply with Local Rule 7.1(a). *See* E.D. Mich. LR 7.1(a).

☐ Wrong font size or improper formatting (e.g., single-spaced, improper margins, no page numbers, etc.). *See* E.D. Mich. LR 5.1(a)(2)–(3).

☐ Over-length. *See* E.D. Mich. LR 7.1(d)(3).

☐ Brief missing required information (e.g., concise statement of issues, controlling or most appropriate authority). *See* E.D. Mich. LR 7.1(d)(2).

☐ Exhibits do not comply with Rule 19(b) of the Electronic Filing Policies and Procedures (e.g., index, separate attachment for each exhibit). *See* E.D. Mich. LR 5.1(d)(1), 5.1.1(a).

☐ Contains information that must be redacted (e.g., social security number, taxpayer identification number, birth date, minor's name, financial account number). *See* Fed. R. Civ. P. 5.2.

☐ Non-compliance with Local Rule 5.3 regarding filing an item under seal in a civil case. *See* E.D. Mich. LR 5.3.

☒ Failure to comply with the discovery dispute protocol set forth in the Court's Practice Guidelines. *See Judge Brandy R. McMillion*, United States District Court for the Eastern District of Michigan, https://www.mied.uscourts.gov/index.cfm?pageFunction=chambers&judgeid=58.

☒ Other: Despite being titled a "Notice," the Court considers the instant filing a discovery motion; and therefore, parties are required to obtain approval before filing.

**IT IS SO ORDERED.**

Dated: December 4, 2025  
       Detroit, Michigan

s/Brandy R. McMillion  
BRANDY R. MCMILLION  
United States District Judge

2