UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELYSE MCKENNA,

    Plaintiff,

v.

ROBERT F. RILEY, an individual,
RILEY & HURLEY, P.C., a domestic
professional corporation, OLSMAN,
MACKENZIE, PEACOCK, P.C., a
domestic professional corporation,

    Defendants.

Case No. 24-cv-12347
Hon. Brandy R. McMillion

---

Kimberly Russell, Esq.
THE RUSSELL LAW FIRM, PLLC
1140 3rd Street NE
Washington, DC 20002 Telephone: (202) 430-5085
kimberly@russellatlaw.com

Keith Altman, Esq.
LAW OFFICE OF KEITH ALTMAN
30474 Fox Club Drive
Farmington Hills, MI 48331
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com

Sammy Brown, Jr., Esq.
BROWN LEGAL GROUP, PLLC
175 N Union Street
Canton, MS 39046

Thomas J. Davis (P78626)
KIENBAUM HARDY VIVIANO
PELTON FORREST
Attorney for Robert F. Riley and Riley & Hurley, P.C.
280 N. Old Woodward, Suite 400
Birmingham, MI 48009
(248) 645-0000 / (248) 458-4581
tdavis@khvpf.com

Jared M. Trust (P72993)
GIARMARCO, MULLINS & HORTON, P.C.
Attorney for Non-Party Lauren M. Studley
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084
(248) 457-7049 / (248) 457-7001
jtrust@gmhlaw.com

## NON-PARTY LAUREN STUDLEY'S OBJECTION TO SUBPOENA DATED NOVEMBER 18, 2025

NOW COMES Non-Party, LAUREN M. STUDLEY, by and through her attorneys, GIARMARCO MULLINS & HORTON, P.C., and for her Objection to Subpoena dated November 18, 2025, states as follows:

1.  On Friday, November 21, 2025, Defendants Robert F. Riley and Riley & Hurley, P.C., through counsel, served Non-Party Lauren M. Studley with the instant subpoena.  (**Exhibit A**).

2.  Pursuant to Federal Rules of Civil Procedure 45(d) Non-Party Studley hereby objects to the subpoena issued by Defendants Riley and Riley & Hurley, P.C. for the reason that it is overbroad, unduly burdensome, seeks information that is privileged and/or not relevant, and seeks production from a non-party which could be obtained directly from a party to the lawsuit.

3.  Upon information and belief, according to this Honorable Court's docket, the Court has been requested to appoint a Discovery Master, and a request has been made by Plaintiff McKenna to quash the non-party subpoenas.

4.  Upon information and belief, Plaintiff McKenna is in possession of the requested communications between herself and Non-Party Studley and has represented that she will produce same.  The documentation requested from this Non-Party is duplicative and can be obtained from a source that is less burdensome (i.e., Plaintiff herself); same should be obtained from Plaintiff McKenna.  Fed R. Civ. P. 26(b)(2)(C).

5.  Non-Party Studley files the instant objections in order to preserve same, and with the understanding that further information and direction may be coming forthwith from the Court involving the subpoena at issue.

GIARMARCO, MULLINS & HORTON, P.C.

BY:  /s/ Jared M. Trust
JARED M. TRUST (P72993)
Attorney for Non-Party
101 West Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7049

Dated:  December 4, 2025

2

**CERTIFICATE OF SERVICE**

    The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause by electronic service on December 4, 2025.

BY: /s/ Jared M. Trust
JARED M. TRUST (P72993)
Attorney for Non-Party
101 West Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7049

**EXHIBIT A**

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| ELYSE McKENNA ) | |
| _Plaintiff_ ) | |
| v. ) | Civil Action No. 2:24-cv-12347 |
| ) | |
| ROBERT F. RILEY, et al. ) | |
| _Defendant_ ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:     Lauren M. Studley, 28755 Lorikay Street, Farmington Hills, MI 48334

*(Name of person to whom this subpoena is directed)*

[X] *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

SEE ATTACHMENT A

| Place: **Mail or electronic submission to: tdavis@khvpf.com** <br> Kienbaum Hardy Viviano Pelton & Forrest, P.L.C. <br> 280 N. Old Woodward Ave., Suite 400, Birmingham, MI 48009 | Date and Time: <br><br> Thursday, 12/04/25 <br> 5:00 p.m. |
|---|---|

[ ] *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    11/18/2025

*KINIKIA D. ESSIX, CLERK OF COURT*

                                       OR

_____      _Thomas J. Davis_
*Signature of Clerk or Deputy Clerk*      *Attorney's Signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* DEFENDANTS Robert F. Riley and Riley & Hurley, P.C._____ , who issues or requests this subpoena, are:

Thomas J. Davis (P78626), Kienbaum Hardy Viviano Pelton & Forrest, P.L.C, 280 N. Old Woodward Avenue, Suite 400 Birmingham, Michigan 48009, tdavis@khvpf.com, (248) 645-0000

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## ATTACHMENT A – LAUREN M. STUDLEY SUBPOENA

### Definitions and Instructions

A. "Plaintiff" means Elyse McKenna

B. "You" means Lauren M. Studley.

C. "Lawsuit" means the lawsuit in which this subpoena is being issued, *McKenna v. Riley et al.*, Case No. 2:24-cv-12347-BRM-EAS in the United States District Court for the Eastern District of Michigan.

D. "Communication" means any oral, recorded, written, electronic, text message or other transfer of information, ideas, opinions or thoughts by any means, from or to any person or thing.

E. "Concerning" shall mean having to do with, relating to, reflecting, pertaining to, or in connection with.

F. "Document" or "writing" includes the original, and any copies or drafts of any writing or recording of whatever kind or nature, however produced or reproduced, including without limitation, by handwriting, typewriting, printing, photostating, photography, magnetic impulse, mechanical or electronic recording, or any other means of preserving or recording in any tangible form of any Communication or representation, including, without limitation, any correspondence, records, schedules, tables, charts, drawings, reports, memoranda, papers, notes, letters, telegrams, orders, messages (including reports of telephone conversation and conferences), emails, text messages, social media posts, minutes, meeting notes, contracts, agreements, books, ledgers, vouchers, diaries, logs, calendar notations, computer programs, computer printouts, articles, studies, proposals, manuals, work sheets, summary sheets, press clippings, publications, newsletters, diagrams, photographs, transcripts, microfilms, microfiches, audio and/or visual

recordings, and any other data compilation written, printed or recorded in any tangible form of any kind, from which information can be obtained or translated through any means.

G. "Person" includes any individual, corporation, partnership, group, association, union, fraternity, company, sole proprietor, store establishment, place, firm co-partnership, joint venture, or any other organization or entity.

H. "Riley & Hurley, P.C. employees" means Robert Riley, William Hurley, Marilyn Kaliszewski, Kelly Thweatt, Allison Ensch, or Sonia Mullins.

H. Each request for documents to be produced, contemplates production of the documents in their entirety, including all attachments, without modification.

**Documents to be Produced**

1. All communications (including but not limited to text messages, emails, and audio/video recordings of verbal conversations) between you and Plaintiff since January 1, 2019 concerning Robert Riley, Riley & Hurley, P.C., or Riley & Hurley, P.C. employees.

2. All communications (including but not limited to text messages, emails, and audio/video recordings of verbal conversations) with any person besides Plaintiff since January 1, 2019 concerning Robert Riley, Riley & Hurley, P.C., or Riley & Hurley, P.C. employees.

3. All communications (including but not limited to text messages, emails, and audio/video recordings of verbal conversations) with Plaintiff since January 1, 2019 concerning the Professional Hockey Players' Association ("PHPA"), including Plaintiff's accounts, descriptions, or discussions regarding her attendance at PHPA events and any specific conduct, behavior, or activities she observed or participated in during such events.

4. All documents, not otherwise produced above, that you obtained on or after January 1, 2019 concerning Robert Riley or Riley & Hurley, P.C.

5. All documents in your possession, custody, or control, not otherwise produced in response to the above requests, concerning this Lawsuit.