UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELYSE MCKENNA,

       Plaintiff,

v.

ROBERT F. RILEY,
RILEY & HURLEY, PC, and OLSMAN
MACKENZIE PEACOCK, PC,

       Defendants.
_____/

Case No. 2:24-cv-12347
Hon. Brandy R. McMillion

## ORDER OVERRULING NON-PARTY LAUREN STUDLEY'S OBJECTION TO SUBPOENA DATED NOVEMBER 18, 2025 (ECF NO. 105)

      This matter is before the Court upon Non-Party Lauren Studley's ("Studley") Objection to the Subpoena dated November 18, 2025. ECF No. 105. On November 21, 2025, Defendants Robert F. Riley and Riley & Hurley, P.C. ("Defendants"), through counsel, served Studley with a third-party subpoena requesting documents relating to claims in this litigation. *See* ECF No. 105, PageID.2570-2573. Studley has objected to production of such documents pursuant to that subpoena "for the reason that it is overbroad, unduly burdensome, seeks information that is privileged and/or not relevant, and seeks production from a non-party which could be obtained directly from a party to the lawsuit." *Id.* at PageID.485. Citing Fed. R. Civ. P. 26(b)(2)(C), the primary basis for said objection however is that "McKenna is in

possession of the requested communications between herself and Non-Party Studley and has represented that she will produce same. The documentation requested from this Non-Party is duplicative and can be obtained from a source that is less burdensome (i.e., Plaintiff herself); same should be obtained from Plaintiff McKenna." ECF No. 105, PageID.2567.

The Court is unpersuaded that this is a sufficient basis to object to production of documents. That McKenna may also be required to produce these documents, does not relieve Studley of her obligation to comply with a validly issued third-party subpoena.

Accordingly, **IT IS HEREBY ORDERED** that Studley's Objection to the Subpoena dated November 18, 2025 (ECF No. 105) is **OVERRULED**.

**IT IS FURTHER ORDERED** that Studley produce to Defendants any responsive, non-privileged documents in her possession on or before **January 7, 2026**.

**IT IS SO ORDERED.**

Dated:  December 17, 2025             s/Brandy R. McMillion
    Detroit, Michigan                    HON. BRANDY R. MCMILLION
                                            United States District Judge