IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ELYSE McKENNA,

    Plaintiff,

vs.                                    CASE NO: 2:24-CV-12347

ROBERT F. RILEY, et al,

    Defendant.

## OBJECTION AND RESPONSE TO SUBPOENA

**NOW COMES** Gemma Hayes, LMSW, by and through her attorneys and pursuant to FRCivP 45(B), hereby objects to the Subpoena for the reason the records within her possession are privileged and confidential and relate to a person other than the named "Plaintiff" in the Subpoena.

Without waiving the objection, it is stated that the named Plaintiff has never been a client of Gemma Haynes and therefore, she is not in possession of any records which would be responsive to the Subpoena.

                                          Respectfully submitted,

                                          **SULLIVAN WARD PATTON GLEESON & FELTY, P.C.**

                                          By: */s/Stephen L. Witenoff*

                                                 **TODD A. McCONAGHY (P55675)**
                                                 **STEPHEN L. WITENOFF (P29815)**
                                                 *Attorneys for Gemma Haynes*
                                                 400 Galleria Officentre – Suite 500
                                                 Southfield, Michigan 48034
                                                 248-746-0700
                                                 tmcconaghy@sullivanwardlaw.com

Dated: December 18, 2025                  switenoff@sullivanwardlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2025, Kaunita Barnes electronically filed the foregoing document with the United States District Court Western District of Michigan using the ECF System which will send notification to all counsel of record.

          Respectfully submitted,

          **SULLIVAN, WARD, PATTON,**
          **GLEESON & FELTY, P.C.**

  By:  */s/ Stephen L. Witenoff*
        Stephen L. Witenoff (P29815)
        Attorneys for Defendant
        400 Galleria Officentre, Suite 500
        Southfield, MI  48034
        (248) 746-0700