# **EXHIBIT D**

10:38

    

3 People

Aug 18, 2021 at 1:09 PM

Elyse McKenna

I hacked onto Bob's iPad.

He takes pictures of me on Zoom too.

**IMG_0242.HEIC**
Image · 2.8 MB

**IMG_0241.HEIC**
Image · 2.6 MB

 Julian Wettlin

**WHAT THE FUCK!!!!**

 lol Elyse!! Run we got copies lol

Jess

OMG

 I was in a meeting – WHAT THE FUCKKKKK!!!!

Elyse McKenna

 **WHAT DO I DO NOW???**

Jess

I am in so many meetings but we need to discuss later. This is fucking

iMessage

HEID000075

10:39



3 People

**Elyse McKenna**

 Be there in a sec

Aug 19, 2021 at 3:15 PM

**Jess**

 What is bobs last name?

**Elyse McKenna**

 Lol you're sworn to secrecy if I tell you, right?

**Jess**

 Omg lol I was going to lightly stalk him online but I can resist 

1 Reply

**Elyse McKenna**

Lol you can stalk him!

Bob Riley

 Let me know if you find anything good

**Jess**

 Lollll

 I will

 Omg lol I was going to lightly stalk him online but I can resist

iMessage

HEID000078