# EXHIBIT I

# Caitlin Barrett

| Start Time: Time | Participants | From | To | Participants | Body | Status |
|---|---|---|---|---|---|---|
| 2/26/2019 7:34:16 PM(UTC-5) | +18102784130 Elyse McKenna (owner) +19898596281 Caitlin Barrett | +19898596281 Caitlin Barrett | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) | Um hello, I'm just saying hi because it feels like forever since I said hi and i think you may working yourself to a caffeine fueled coma or dead. K love you hope all is good. | Read |
| 2/26/2019 7:34:16 PM(UTC-5) | +18102784130 Elyse McKenna (owner) +19898596281 Caitlin Barrett | +19898596281 Caitlin Barrett | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) | Also, we need a girl date, that's all. 😁 | Read |
| 2/26/2019 7:34:16 PM(UTC-5) | +18102784130 Elyse McKenna (owner) +19898596281 Caitlin Barrett | +18102784130 | | | Ugh I MISS YOU. Hahaha I have been working myself into a coma | Sent |
| 2/26/2019 7:34:16 PM(UTC-5) | +18102784130 Elyse McKenna (owner) +19898596281 Caitlin Barrett | +18102784130 | | | You are the sweetest and I am just getting home today. I need saving stat | Sent |
| 2/26/2019 7:34:16 PM(UTC-5) | +18102784130 Elyse McKenna (owner) +19898596281 Caitlin Barrett | +19898596281 Caitlin Barrett | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) | Well I'm glad you're not dead. I was starting to become concerned. Lol | Read |
| 2/26/2019 7:34:16 PM(UTC-5) | +18102784130 Elyse McKenna (owner) +19898596281 Caitlin Barrett | +19898596281 Caitlin Barrett | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) | Have they been chaining you to your desk again, good lord. | Read |

| Date | From/To | From | To | To | Message | Status |
|---|---|---|---|---|---|---|
| 2/26/2019 7:34:16 PM(UTC-5) | +18102784130 Elyse McKenna (owner) +19898596281 Caitlin Barrett | +18102784130 Elyse McKenna | +19898596281 Caitlin Barrett | +19898596281 Caitlin Barrett | And clients are backing out | Sent |
| 2/26/2019 7:34:16 PM(UTC-5) | +18102784130 Elyse McKenna (owner) +19898596281 Caitlin Barrett | +18102784130 Elyse McKenna | +19898596281 Caitlin Barrett | +19898596281 Caitlin Barrett | And I'm upset | Sent |
| 2/26/2019 7:34:16 PM(UTC-5) | +18102784130 Elyse McKenna (owner) +19898596281 Caitlin Barrett | +18102784130 Elyse McKenna | +19898596281 Caitlin Barrett | +19898596281 Caitlin Barrett | Hey my love at a staff dinner with bob 🤮 | Sent |
| 2/26/2019 7:34:16 PM(UTC-5) | +18102784130 Elyse McKenna (owner) +19898596281 Caitlin Barrett | +19898596281 Caitlin Barrett | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 6/16/2024 8:59:20 PM(UTC-4) | Okay just calling to check in. Good luck. 🤗🌻 | Read |
| 2/26/2019 7:34:16 PM(UTC-5) | +18102784130 Elyse McKenna (owner) +19898596281 Caitlin Barrett | +18102784130 Elyse McKenna | +19898596281 Caitlin Barrett | +19898596281 Caitlin Barrett | Okay I'm suing bob tomorrow | Sent |
| 2/26/2019 7:34:16 PM(UTC-5) | +18102784130 Elyse McKenna (owner) +19898596281 Caitlin Barrett | +19898596281 Caitlin Barrett | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 9/3/2024 4:11:39 PM(UTC-4) | You are an amazing warrior princess and he deserves alk this shit to come to light. Crush him. | Read |

# Parker Stinar

| Start Time: Time | Participants | From | To | Body | Status |
|---|---|---|---|---|---|
| 5/16/2023 10:14:19 PM(UTC-4) | +18102784130 Elyse McKenna (owner)<br>+17346348759 Parker Stinar | +18102784130 | | Hey - thank you for the help and advice, genuinely. | Sent |
| 5/16/2023 10:14:19 PM(UTC-4) | +18102784130 Elyse McKenna (owner)<br>+17346348759 Parker Stinar | +17346348759 | +18102784130 (owner) | Liked "Hey - thank you for the help and advice, genuinely…" | Read |
| 5/16/2023 10:14:19 PM(UTC-4) | +18102784130 Elyse McKenna (owner)<br>+17346348759 Parker Stinar | +17346348759 | +18102784130 (owner) | You know the pros and cons of Mckeen. But I think the cons outweigh where you're at. | Read |
| 5/16/2023 10:14:19 PM(UTC-4) | +18102784130 Elyse McKenna (owner)<br>+17346348759 Parker Stinar | +18102784130 | | Yeah I think you're right | Sent |
| 5/16/2023 10:14:19 PM(UTC-4) | +18102784130 Elyse McKenna (owner)<br>+17346348759 Parker Stinar | +18102784130 | | I wish I could go back in time - part of me anyways | Sent |
| 5/16/2023 10:14:19 PM(UTC-4) | +18102784130 Elyse McKenna (owner)<br>+17346348759 Parker Stinar | +17346348759 | +18102784130 (owner) | It was the right stepping stone wet the right time. Now you explore your options. | Read |

| Date/Time | Participants | To | From | Message | Status |
|---|---|---|---|---|---|
| 5/16/2023 10:14:19 PM(UTC-4) | +18102784130 Elyse McKenna (owner) +17346348759 Parker Stinar | +18102784130 | | This is so OBVIOUSLY linked | Sent |
| 5/16/2023 10:14:19 PM(UTC-4) | +18102784130 Elyse McKenna (owner) +17346348759 Parker Stinar | +17346348759 Parker Stinar | +18102784130 Elyse McKenna (owner) | Emphasized "This is so OBVIOUSLY linked" | Read |
| 5/16/2023 10:14:19 PM(UTC-4) | +18102784130 Elyse McKenna (owner) +17346348759 Parker Stinar | +18102784130 | | And he made a comment that Bob talked to him about how I am doing poorly | Sent |
| 5/16/2023 10:14:19 PM(UTC-4) | +18102784130 Elyse McKenna (owner) +17346348759 Parker Stinar | +18102784130 | | And Bob keeps telling hockey people I am having a mental breakdown | Sent |
| 5/16/2023 10:14:19 PM(UTC-4) | +18102784130 Elyse McKenna (owner) +17346348759 Parker Stinar | +18102784130 | | I want to fuck up his life at this point | Sent |
| 5/16/2023 10:14:19 PM(UTC-4) | +18102784130 Elyse McKenna (owner) +17346348759 Parker Stinar | +18102784130 | | Also sorry for the rant | Sent |

# Claire McKenna

| Start Time: Time | Participants | From | To | Participants | Body |
|---|---|---|---|---|---|
| 6/5/2018 10:27:20 PM(UTC-4) | +13214268265 Claire McKenna<br>+18102784130 Elyse McKenna (owner) | +13214268265 Claire McKenna | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) | That seems really cool though! I hope it works out! |
| 6/5/2018 10:27:20 PM(UTC-4) | +13214268265 Claire McKenna<br>+18102784130 Elyse McKenna (owner) | +18102784130 | | | Hey do you have a few min |
| 6/5/2018 10:27:20 PM(UTC-4) | +13214268265 Claire McKenna<br>+18102784130 Elyse McKenna (owner) | +13214268265 Claire McKenna | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/3/2021 2:02:55 PM(UTC-4) | Gimme 5 and I'll call you back |
| 6/5/2018 10:27:20 PM(UTC-4) | +13214268265 Claire McKenna<br>+18102784130 Elyse McKenna (owner) | +18102784130 | | | Okay thank you |
| 6/5/2018 10:27:20 PM(UTC-4) | +13214268265 Claire McKenna<br>+18102784130 Elyse McKenna (owner) | +18102784130 | | | I have a eye doc appt at 2:20 |
| 6/5/2018 10:27:20 PM(UTC-4) | +13214268265 Claire McKenna<br>+18102784130 Elyse McKenna (owner) | +18102784130 | | | But this is really important |

| | | | | | |
|---|---|---|---|---|---|
| 6/5/2018 10:27:20 PM(UTC-4) | +13214268265 Claire McKenna<br>+18102784130 Elyse McKenna (owner) | +18102784130 | | | I would call him and ask if he understood why I didn't get a bonus and ask what I could do differently |
| 6/5/2018 10:27:20 PM(UTC-4) | +13214268265 Claire McKenna<br>+18102784130 Elyse McKenna (owner) | +18102784130 | | | And then he'd pull strings get me a bonus and he'd be the hero |
| 6/5/2018 10:27:20 PM(UTC-4) | +13214268265 Claire McKenna<br>+18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna | +13214268265 Claire McKenna | +13214268265 Claire McKenna | Donna and Emily want to meet with me Monday |
| 6/5/2018 10:27:20 PM(UTC-4) | +13214268265 Claire McKenna<br>+18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna | +13214268265 Claire McKenna | +13214268265 Claire McKenna | "To talk to me about my caseload and seminars because they want to make sure I have a successful year."<br><br>So I am putting together documentation of how ridiculous it is because I have worked so much harder in 2023 than 2022 and let me share just a few key metrics |

# Steven Hurbis

| From | To | Body | Status |
|---|---|---|---|
| +17344783563 | +18102784130 (owner)  - Read: 4/29/2023 2:19:12 PM(UTC-4) | Man, can't believe Donna sucks that hard | Read |
| +18102784130 | **Participants:** +18102784130 Elyse McKenna (owner), +17344783563 Steven Hurbis | Yeah for real | Sent |
| +18102784130 | **Participants:** +18102784130 Elyse McKenna (owner), +17344783563 Steven Hurbis | Hey can you do me a favor | Sent |
| +18102784130 | **Participants:** +18102784130 Elyse McKenna (owner), +17344783563 Steven Hurbis | Will you read my personal statement for AAJ leadership academy and give me a thumbs up or thumbs down? | Sent |
| +18102784130 | **Participants:** +18102784130 Elyse McKenna (owner), +17344783563 Steven Hurbis | I don't need you to go ham or anything but would love a set of analyzing eyes | Sent |
| +17344783563 | +18102784130 (owner)  - Read: 4/29/2023 3:47:59 PM(UTC-4) | Love that | Read |

PL00486