# EXHIBIT K

# CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## TEXTS WITH ROBERT RILEY

| From | To | Body | Timestamp: Time |
|------|-----|------|-----------------|
| +13139092226 Robert Riley | +18102784130 Elyse McKenna (owner) | Elyse<br>My guess is that this is your cell #. Apart from returning calls, I'm free.<br>Bob | 9/6/2019 4:03:28 PM(UTC-4) |
| +18102784130 | | Hey Bob, sorry this day took forever. Do you still have some time? | 9/6/2019 5:42:19 PM(UTC-4) |
| +13139092226 Robert Riley | +18102784130 Elyse McKenna (owner) | I'm on a call. Will call you shortly. | 9/6/2019 5:43:39 PM(UTC-4) |
| +18102784130 | | Thank you so much | 9/6/2019 5:44:15 PM(UTC-4) |
| +13139092226 Robert Riley | +18102784130 Elyse McKenna (owner) | Good to talk with you yesterday. My door is open. Please feel free to follow up with me as you want.<br><br>Parking may be difficult tonight. We are the southeast corner house on Linden - essentially the first light west of Southfield on Maple Road.<br><br>Consider turning north on Lake Park (also at the light) where there should be parking available. Also, there should be parking on the streets east and west of Linden. | 9/7/2019 10:05:48 AM(UTC-4) |
| +18102784130 | | Thank you so much Bob. Our conversation meant a lot to me and helped me immensely.<br><br>Thank you for the parking advice! I will be sure to take you up on it. | 9/7/2019 10:12:00 AM(UTC-4) |

PL20000

# CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| +18102784130 | | I didn't perceive you as crank at all - not to worry.<br><br>I'm glad Bill is happy. That is awesome to hear. It sounds like I will be going in to see him at some point on Friday.<br><br>I'm eager to hear what ███ has to say, although I'm not going to get my hopes up. Please keep me posted on that front.<br><br>I'm glad Allison is positive about the job search. That's good to hear. Hopefully we will have a better start!<br><br>It was great to see you as well. I enjoyed dinner and the lovely conversation. | 10/15/2019 3:06:56 PM(UTC-4) |
| --- | --- | --- | --- |
| +13139092226 Robert Riley | +18102784130 Elyse McKenna (owner) | I sat with ███ and Bill. Matt's reaction was nondescript. He acknowledged you without saying much.  Apart from saying he receiving a nice email from ████████ sharing your news, he was preoccupied with how smart he is. Ugh. | 10/15/2019 3:29:59 PM(UTC-4) |
| +18102784130 | | Well, there you have it. That's nice that ███ emailed him. I would almost be more concerned if ███ actually said something nice about me - that'd be too suspicious. Probably best this way. | 10/15/2019 4:12:52 PM(UTC-4) |
| +13139092226 Robert Riley | +18102784130 Elyse McKenna (owner) | Agree.<br><br>He is a turd. | 10/15/2019 4:29:39 PM(UTC-4) |

PL20050

| +13139092226 Robert Riley | +18102784130 Elyse McKenna (owner) | Be safe! | 1/11/2020 2:21:44 PM(UTC-5) |
|---|---|---|---|
| +13139092226 Robert Riley | +18102784130 Elyse McKenna (owner) | Wonderment has set in. I don't have any specific expectations about texts but I don't know quite what to think this afternoon/evening. . I do hope you are well and that everything is ok. I also hope that the Christmas card didn't upset or offend you.<br><br>I will assume nothing except that everything is ok on a full and busy day.<br><br>Zzzzs await.<br><br>Goodnight E. | 1/12/2020 12:16:54 AM(UTC-5) |
| +18102784130 | | Everything is great! Things just took off today in a very busy way and I'm trying to devote the right amount of time to a reply. | 1/12/2020 12:17:36 AM(UTC-5) |
| +18102784130 | | In short: the card made my day and I want to make sure I do right by it. | 1/12/2020 12:17:54 AM(UTC-5) |
| +13139092226 Robert Riley | +18102784130 Elyse McKenna (owner) | Ok. I was just a tad concerned given your earlier text.<br><br>All now very good! 😊 I understand. No worries.<br><br>I am really pooped. So, it is goodnight.<br><br>Dream in color. | 1/12/2020 12:25:23 AM(UTC-5) |

PL20311

# CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| +18102784130 | | Your card really meant the world to me. I've read it over a number of times. It brought me a lot of happiness yesterday and today. I am very lucky to have you in my life.<br><br>I am sad that your time with Shannon did not go as you hoped. I am hoping that you got to take time yesterday for yourself and for introspection. Sometimes life can sweep us away into everything else and we have to focus on what's best for us.<br><br>I am sure you helped Amber immensely. Conversations with you are very illuminating and I am sure she left feeling more hopeful. | 1/12/2020 1:25:30 PM(UTC-5) |
|---|---|---|---|
| +18102784130 | | How is your Sunday going so far?<br><br>I've decided on a reciprocal card to really detail my thoughts. I'm happy. | 1/12/2020 1:25:59 PM(UTC-5) |
| +13139092226 Robert Riley | +18102784130 Elyse McKenna (owner) | Sunday had been busy. No down time yet. Workout coming up. I just sent Brandon the following picture | 1/12/2020 1:34:36 PM(UTC-5) |
| +13139092226 Robert Riley | +18102784130 Elyse McKenna (owner) | | 1/12/2020 1:35:05 PM(UTC-5) |
| +13139092226 Robert Riley | +18102784130 Elyse McKenna (owner) | The Sonos project finished up an hour or so ago and I thought he should know I appreciated his help. | 1/12/2020 1:36:14 PM(UTC-5) |

PL20312

# CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## Texts with Sonia Mullins

| From | To | Body | Timestamp: Time |
|------|-----|------|-----------------|
| +18102784130 | | Why does Brian McKeen want to talk to me? What is wrong with people today? | 2/27/2020 3:57:58 PM(UTC-5) |
| +13135876436 | +18102784130 (owner) | Lol, btw, did he talk to you? I was thinking maybe about Barno ???? | 2/27/2020 7:00:17 PM(UTC-5) |
| +18102784130 | | He talked to me about how I used to work there! He wanted to know what I was up to. So weird! | 2/27/2020 7:00:56 PM(UTC-5) |
| +13135876436 | +18102784130 (owner) | Lol, he knows you're good, obviously, you are working defense now, lol | 2/27/2020 7:04:55 PM(UTC-5) |
| +18102784130 | | Oh Sonia, please send me positivity today. | 2/28/2020 10:30:50 AM(UTC-5) |
| +13135876436 | +18102784130 (owner) | I am sweetie, I do not understand what that was all about from Bob! I am sorry, it will be ok once this new transition takes place. I am 🙏🙏🙏❤️😘 | 2/28/2020 11:02:58 AM(UTC-5) |
| +18102784130 | | Ugh. Yes. I am hoping it improves. Thank you for your love. You are so sweet. | 2/28/2020 11:56:33 AM(UTC-5) |
| +18102784130 | | I went through all of my billing for February and I added some. I don't want you to kill me. I promise I will make it up to you. I'm thinking gift card to wherever you want! I'm not trying to make you crazy and I appreciate you SO much! If it weren't for the funeral and craziness of last week, I would have gotten it to you then. I am sorry for that. I promise you Sonia, you are awesome, and I know it. | 3/1/2020 11:04:42 PM(UTC-5) |

PL22073

| +13135876436 Sonia | +18102784130 Elyse McKenna (owner) | However, if it references CBA in description it is CBA? | 8/19/2021 4:33:49 PM(UTC-4) |
|---|---|---|---|
| +18102784130 | | Yes most of the time that's a very good rule | 8/20/2021 8:14:07 AM(UTC-4) |
| +13135876436 | +18102784130 (owner) | Lol, good morning 😊 | 8/20/2021 9:27:29 AM(UTC-4) |
| +18102784130 | | Good morning. How are things there? | 8/20/2021 9:52:19 AM(UTC-4) |
| +13135876436 Sonia | +18102784130 Elyse McKenna (owner) | Quiet | 8/20/2021 9:59:02 AM(UTC-4) |
| +18102784130 | | I think today is going to go badly | 8/20/2021 9:59:18 AM(UTC-4) |
| +13135876436 | +18102784130 (owner) | I am sorry, I hope not! 😔 | 8/20/2021 10:08:39 AM(UTC-4) |
| +18102784130 | | I can't hear you | 8/20/2021 11:03:19 AM(UTC-4) |
| +18102784130 | | | 8/20/2021 3:18:09 PM(UTC-4) |
| +13135876436 Sonia | +18102784130 Elyse McKenna (owner) | Done. | 8/20/2021 3:34:51 PM(UTC-4) |
| +18102784130 | | Your card made me cry happy tears | 8/20/2021 8:39:58 PM(UTC-4) |
| +13135876436 Sonia | +18102784130 Elyse McKenna (owner) | Awww, I love you girl! That little desk accessory is to remind you of me! 😍😘 | 8/20/2021 8:56:10 PM(UTC-4) |
| +18102784130 | | I love it so much | 8/20/2021 8:56:21 PM(UTC-4) |
| +18102784130 | | It is beautiful 😄 | 8/20/2021 8:56:26 PM(UTC-4) |
| +18102784130 | | And it will bring me so many smiles | 8/20/2021 8:56:32 PM(UTC-4) |
| +18102784130 | | I put the check and letter in your drawer | 8/20/2021 8:56:38 PM(UTC-4) |
| +13135876436 Sonia | +18102784130 Elyse McKenna (owner) | Now I am going to cry, 😔 I am thankful to have met you and I am going to miss you. 😘 | 8/20/2021 9:15:08 PM(UTC-4) |
| +13135876436 Sonia | +18102784130 Elyse McKenna (owner) | I am at a wedding on Mackinac Island! Hope all is well. | 8/22/2021 4:55:13 PM(UTC-4) |