# EXHIBIT Q

| | |
|---|---|
| **From:** | Jared Smith <jared@kentuckytriallawyers.com> |
| **Sent:** | Sunday, December 7, 2025 11:16 AM |
| **To:** | Thomas Davis |
| **Cc:** | Elizabeth Hardy; Cynthia J. Petty; Deborah Gordon; Elizabeth Marzotto Taylor; Keith Altman |
| **Subject:** | Re: Please do not "resist" my call. I look forward to receiving your subpoena. |

External (jared@kentuckytriallawyers.com) 

Report This Email   FAQ   Protection by INKY

Tom,

Your continued assumptions and false narratives are most revealing.

Regardless, had you answered or at least returned my call last week one of the things I would have made you aware of is my entirely frenetic schedule this month. No surprise, the holidays are upon us. In that vein, not only am I entirely booked next week, but I depart the Country shortly thereafter. Therefore, it cannot be said to be reasonable to request compliance with your newly corrected subpoena until January 9, 2025, at the earliest.



Jared J. Smith, Esq.

10200 Forest Green Blvd, Ste 112
Louisville, Ky 40223
Jared@kentuckytriallawyers.com
(O) (502) 219-2525

On Sat, Dec 6, 2025 at 7:32 PM Thomas Davis <tdavis@khvpf.com> wrote:

Mr. Smith -

Ms. Russell's interjection into this thread was revealing. It confirms the very coordination regarding this subpoena that you implied did not exist.

To the extent you are relying on the original return date to evade service, we disagree that this excuses non-compliance, especially given your actual notice of the subpoena. Regardless, to cure any alleged defect, attached is a new subpoena with a future due date.

Advise by noon tomorrow whether you will accept service via email. If not, we will raise the issue with the Court and seek the relief earlier indicated.

1

Regards,

---

**From:** Kimberly Russell <kimberly@russellatlaw.com>
**Sent:** Saturday, December 6, 2025 2:41 PM
**To:** Thomas Davis <tdavis@khvpf.com>
**Cc:** Jared Smith <jared@kentuckytriallawyers.com>; Elizabeth Hardy <ehardy@khvpf.com>; Cynthia J. Petty <CPetty@khvpf.com>; Deborah Gordon <dgordon@deborahgordonlaw.com>; Elizabeth Marzotto Taylor <emt@deborahgordonlaw.com>; Keith Altman <keithaltman@kaltmanlaw.com>
**Subject:** Re: Please do not "resist" my call. I look forward to receiving your subpoena.

Tom —

Your subpoena at this point is out of date. Mr. Smith can't accept service on an expired subpoena.

I suggest you either 1) call me to discuss how to get the information you requested not through a subpoena or 2) reissue the subpoena.

Thanks,
Kimberly



**Kimberly Russell, Esq.**
Managing Partner

 (202) 430-5085
 kimberly@russellatlaw.com
 www.russellatlaw.com
 1140 3rd Street NE
Washington, D.C. 20002

*CONFIDENTIALITY NOTICE: Emails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.*
The Russell Law Firm, PLLC

On Sat, Dec 6, 2025 at 1:36 PM Thomas Davis <tdavis@khvpf.com> wrote:
Mr. Smith:

We will have a written record of communications on this topic.

Please advise in response to this email as to what the alleged "impropriety" is. If you're going to claim the address is incorrect, it's a moot point. You have it now. It's a subpoena directed at you personally,

not your firm. It is in your possession. The documents it seeks are straightforward. The topics of a substantially identical subpoena were held proper by the Court when sent to Fox Perry. And you are a lawyer and aware of your responsibilities.

Regards,

TJD


Sent from my iPhone


On Dec 6, 2025, at 2:17 PM, Jared Smith <jared@kentuckytriallawyers.com> wrote:


Tom,

Again, you are inserting your own narrative. Your subpoena as drafted is improper and must be corrected prior to my accepting service. Please give me a call to discuss.

Sincerely,



Jared J. Smith, Esq.
10200 Forest Green Blvd, Ste 112
Louisville, Ky 40223
Jared@kentuckytriallawyers.com
(O) (502) 219-2525


On Sat, Dec 6, 2025 at 2:14 PM Thomas Davis <tdavis@khvpf.com> wrote:
Your refusal to accept the emailed subpoena is noted. We will proceed accordingly.


Sent from my iPhone


On Dec 6, 2025, at 2:07 PM, Jared Smith <jared@kentuckytriallawyers.com> wrote:


Tom,

The only thing you are accurate about is that I know you tried to serve a subpoena. This prompted me calling your office and attempting to help

you find me to effectuate proper service compliant with the FRCP. My offer stands.

It is your gamesmanship that is unappreciated. My phone number and addresses are prominently displayed on my website. Surely had you desired to properly serve me, as opposed to play discovery games and drive a fancifully false narrative to the Court, you would have Googled me, called, mailed a letter, etc. Further, were you pure in intention, you would have returned my call by now. I have literally offered to help you.

Have a nice weekend. I will return on Monday.

Sincerely,



Jared J. Smith, Esq.
10200 Forest Green Blvd, Ste 112
Louisville, Ky 40223
Jared@kentuckytriallawyers.com
(O) (502) 219-2525

On Sat, Dec 6, 2025 at 12:46 PM Thomas Davis <tdavis@khvpf.com> wrote:

Mr. Smith:

Your email confirms three things:

1. First, you are aware that we attempted to serve you at your business address. Omitted from your response is that the receptionist stated that she would <u>not</u> accept service on your behalf, and that Ms. McKenna refuses to provide a residential address despite the requirements of Rule 26.

2. Second, you are in possession of the Riley Parties' pre-conference email to the Court, which was not filed on the public docket. The mocking subject line of your email quotes from it.

3. Third, despite claiming you were not properly served, you are in possession of a copy of the subpoena, as revealed by your claim that its contents are insufficient. You cannot allege a document is insufficient unless you have reviewed it.

All of this reinforces what would otherwise have been obvious given your relationship with Plaintiff: she is providing you with documents from the case,

and you are coordinating with her and/or her counsel to refuse production of your communications related to this matter.

You are thus aware that Plaintiff faces an imminent pre-motion conference relating to our request for severe sanctions against her for this precise sort of discovery misconduct, including her refusal to produce communications with you that are in her own possession. You should also be aware that the Court has earlier denounced similar gamesmanship by Plaintiff and her witnesses with respect to discovery matters. This includes compelling Amanda Fox Perry's compliance with a substantially identical subpoena, for which a decision on sanctions against Ms. Perry is still pending by the Court. *See* ECF No. 89. It also includes the Court's order that Plaintiff personally serve her therapist Anne Gialanella with the Riley Parties' subpoena—and authorization of email service upon Gialanella as well—after similar resistance to accepting service. *See* ECF No. 68.

Since you claim you wish to "facilitate" service and "save the Court" from further motions, please find another copy of the subpoena attached to this email. Even without the history recounted above, as a member of the bar you surely realize that courts generally do not look favorably on service-of-process games.

**Please confirm by noon tomorrow that you accept service of the attached Subpoena via email.**

If you refuse despite your actual knowledge and possession of the document, we will bring the matter to the Court's attention and seek similar relief as was afforded regarding Fox Perry and Gialanella. Thanks to your communication with me, we are now in possession of a valid email address where we know you can be reached. And as with Gialanella, Plaintiff's personal relationship with you means she can be ordered to provide the subpoena to you directly.

Regards,

Thomas J. Davis
<Outlook-khvpf_logo.png>

280 N. Old Woodward

Suite 400

Birmingham, MI 48009

O: (248) 645-0000

C: (248) 972-7760

tdavis@khvpf.com

---

**From:** Jared Smith <jared@kentuckytriallawyers.com>
**Sent:** Friday, December 5, 2025 3:00 PM
**To:** Thomas Davis <tdavis@khvpf.com>

**Cc:** Elizabeth Hardy <ehardy@khvpf.com>; Cynthia J. Petty <CPetty@khvpf.com>
**Subject:** Re: Please do not "resist" my call. I look forward to receiving your subpoena.

In the event even more clarity is needed, I await your call. Such a formality is important to resolve your subpoena insufficiency - a situation you have created. It will serve to save you from pulling the Court away from important matters justifying its time, and the Court from entertaining any otherwise frivolous motion to which you may be alluding/threatening.

I am only a phone call away, Tom. Let me help you resolve this issue.



Jared J. Smith, Esq.
10200 Forest Green Blvd, Ste 112
Louisville, Ky 40223
Jared@kentuckytriallawyers.com
(O) (502) 219-2525

On Fri, Dec 5, 2025 at 2:48 PM Jared Smith <jared@kentuckytriallawyers.com> wrote:
I am not sure what steps you think you should take but I am not in receipt of a subpoena. One must first be properly served. Happy to schedule and facilitate service of the same.

Sincerely,



Jared J. Smith, Esq.
10200 Forest Green Blvd, Ste 112
Louisville, Ky 40223
Jared@kentuckytriallawyers.com
(O) (502) 219-2525

On Fri, Dec 5, 2025 at 2:38 PM Thomas Davis <tdavis@khvpf.com> wrote:

Mr. Smith -

If you have the subpoena, comply with it. If not, we will take appropriate steps with the Court.

What more is there to discuss?

Sent from my iPhone

> On Dec 5, 2025, at 2:27 PM, Jared Smith <jared@kentuckytriallawyers.com> wrote:
>
> Tom,
>
> As reflected on my website, I can be reached at 502-219-2525. It also lists two addresses. Apparently you tried to serve a subpoena at my remote office while I was away. According to the receptionist only one attempt was made. Not only am I not "resisting" service, I very much welcome it regarding this matter. Call me. I look forward to hearing from you.
>
> Cheers,



Jared J. Smith, Esq.
10200 Forest Green Blvd, Ste 112
Louisville, Ky 40223
Jared@kentuckytriallawyers.com
(O) (502) 219-2525