# EXHIBIT S

| | |
|---|---|
| **From:** | Groffsky, Rick <RGroffsky@sommerspc.com> |
| **Sent:** | Thursday, December 4, 2025 12:34 PM |
| **To:** | Thomas Davis; Esser, Lisa M |
| **Cc:** | Elizabeth Hardy; kimberly@russellatlaw.com |
| **Subject:** | RE: McKenna v. Robert Riley, et al |
| **Attachments:** | Complaint; Employment Ltr - Heid 10-1-19.docx |

**Caution**: External (rgroffsky@sommerspc.com)
First-Time Sender   Details



Report This Email  FAQ  Protection by INKY

Hi Tom – I have looked through my email folders and have attached hereto are the only emails I found between Elyse and I regarding this matter.  Even though any text messages between us would be also in her possession, I did look at what I still have on my phone and saw none about any aspect of this case.

I am additionally attaching the offer letter sent to Elyse by our CEO, Joe Bourgon.

Please let me know if there is any other type of information that you believed should be produced in response to your subpoena.  Thank you.

Rick

**From:** Thomas Davis <tdavis@khvpf.com>
**Sent:** Wednesday, December 3, 2025 12:06 PM
**To:** Esser, Lisa M <LEsser@sommerspc.com>
**Cc:** Groffsky, Rick <RGroffsky@sommerspc.com>; Elizabeth Hardy <ehardy@khvpf.com>
**Subject:** RE: McKenna v. Robert Riley, et al

Lisa:

That is correct. As you explained, you have significant communications with or about Riley that relate to mediations you were involved in. I understand that the topic re: "communications with others about Riley" would encompass such communications. But we are not interested in those. You should not understand the subpoena to be requesting those communications.

Instead, we are interested in the communications regarding the topics of relevance to this matter, and in particular the topics identified by McKenna in her initial disclosures that she claims you and Rick have knowledge of.

I believe you also mentioned that since McKenna was not herself a mediator, communications *with McKenna* that relate to Riley or her work at OMP are not numerous. Those are within the scope of the subpoena, and it would appear that it's not an overbroad request. If it appears otherwise let me know and we can discuss.

Thank you,

Thomas J. Davis

1



KIENBAUM | HARDY
VIVIANO | PELTON | FORREST

280 N. Old Woodward
Suite 400
Birmingham, MI 48009
O: (248) 645-0000
C: (248) 972-7760
tdavis@khvpf.com

---

**From:** Esser, Lisa M <LEsser@sommerspc.com>
**Sent:** Wednesday, December 3, 2025 11:56 AM
**To:** Thomas Davis <tdavis@khvpf.com>
**Cc:** Groffsky, Rick <RGroffsky@sommerspc.com>
**Subject:** McKenna v. Robert Riley, et al

Mr. Davis,

Good morning.  It was a pleasure speaking with you today.  As we discussed, in regards to the subpoena that you sent both Rick and I it is our understanding that you are only looking for communications that have to do with the McKenna/Riley matter and not every communication we have had with Bob or Bill on unrelated cases and mediations.  Assuming that is correct, we will pull any communications we have, including the offer letter made to Ms. McKenna before she decided to join the Riley & Hurley office.

Please confirm this is correct.

Sincerely,

**Lisa M. Esser-Weidenfeller**

One Towne Square, 17th Floor | Southfield, MI 48076
Direct Dial: (248) 746-4015  | Direct Fax: (248) 936-2158
**www.sommerspc.com**

---

This electronic message transmission contains information from the law firm Sommers Schwartz, P.C. that we consider to be confidential or privileged. The information is intended solely for the recipient and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone (01.248.355.0300) or by electronic mail (emails@sommerspc.com). Thank you.

2

**From:**          Groffsky, Rick <RGroffsky@sommerspc.com>
**Sent:**          Wednesday, September 11, 2024 6:00 PM
**To:**            'Elyse McKenna'


Quite a read – wow.

| | |
|---|---|
| **From:** | Elyse McKenna <elyse@foxmckenna.com> |
| **Sent:** | Wednesday, September 11, 2024 5:08 PM |
| **To:** | Groffsky, Rick |
| **Subject:** | Complaint |
| **Attachments:** | Filed Complaint Copy.pdf |

[EXTERNAL EMAIL]

Hi Rick,

Please see attached.



**Elyse L. McKenna**
**Fox McKenna, PLLC**

(202) 852-2000 | www.foxmckenna.com

elyse@foxmckenna.com

625 Purdy Street, Birmingham, MI 48009

1