# EXHIBIT X

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:24-cv-12347

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **Caitlin Barrett**
on *(date)* **11-25-2025**

☒ I served the subpoena by delivering a copy to the named person as follows: **Caitlin Barrett**
at **1340 Pinecrest Dr Ferndale, MI 48220**
on *(date)* **11-25-2025** ; or
**Tuesday @7:42 p.m.**

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: **11-26-2025**

*Hussein Aboudib*
Server's signature

**Hussein Aboudib**
Printed name and title

**25000 Ford Rd Dearborn Heights, MI 48127**
Server's address

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:24-cv-12347

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **Ariel Kellersohn**
on *(date)* **11-25-2025**

☒ I served the subpoena by delivering a copy to the named person as follows: **Morgan Hirst (Ariel's assistant)**
at **220 West Congress St 4th floor Detroit MI 48226**
on *(date)* **11-26-2025 Wednesday @9:45 a.m.**; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: **11-26-2025**

*Hussein Aboudib*
Server's signature

**Hussein Aboudib**
Printed name and title

**25000 Ford Rd Dearborn Heights, MI 48127**
Server's address

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:24-cv-12347

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Joseph Medici on *(date)* 11/20/2025.

☒ I served the subpoena by delivering a copy to the named person as follows: by serving Joseph Medici

on *(date)* 11/20/2025 at 2:57pm ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 11/21/2025

*Erika Cremeans*
Server's signature

Erika M. Cremeans – Process Server
Printed name and title

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:24-cv-12347

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Julian Wettlin
on *(date)* 11-25-25.

☒ I served the subpoena by delivering a copy to the named person as follows: Julian Wettlin 19541 Stratford Detroit, MI 48221
on *(date)* 11-25-25 6:17pm  ; or

☐ I returned the subpoena unexecuted because: ____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ____.

My fees are $ ____ for travel and $ ____ for services, for a total of $ ____.

I declare under penalty of perjury that this information is true.

Date: 11-25-25

*Server's signature*

JOE Charls
*Printed name and title*

31524 8 mile Rd Livonia, MI 48152
*Server's address*

Additional information regarding attempted service, etc.: