# EXHIBIT Y

 Outlook

Scan from Upstairs Scanner

**From** Scanner <scanner@olsmanlaw.com>
**Date** Tue 3/7/2023 4:05 PM
**To** Elyse McKenna <emckenna@olsmanlaw.com>

📎 1 attachment (3 MB)
20230307160505233.pdf;


This E-mail was sent from "RNP5838792CFF2E" (IM C6000).

Scan Date: 03.07.2023 16:05:05 (-0500)
Queries to: scanner@olsmanlaw.com

**CONFIDENTIAL**

4. any problems with pornography?

   yes / (no)   Please explain: _____

   _____

5. any problems with spending or debts?

   yes / (no)   Please explain: _____

   _____

Do either you or your spouse spend a significant time on the internet?  yes / (no)

Are you currently seeking personal counseling? (yes) / no

   With whom: Katy Cranston   Date counseling began: Feb 2023

   Have you sought counseling in the past five years? (yes) / no

   With whom: Previously-Gemma Haynes   Timeframe: June 2017- Jan 2023

   Would you allow your attorney access to your counseling records? (yes) / no

Is your spouse currently seeking personal counseling? (yes) / no / unknown

   With whom: Gemma Haynes   Date counseling began: June 2018

   Has your spouse sought counseling in the past five years? (yes) / no

   With whom: Please see above   Timeframe: _____

Have you and your spouse ever sought marriage counseling? (yes) / no / unknown

   With whom: Gemma Haynes   Date counseling began: June 2017

*Attach additional sheets if necessary.*