# EXHIBIT AA

| | |
|---|---|
| **From:** | Stephen Witenoff <SWitenoff@sullivanwardlaw.com> |
| **Sent:** | Monday, December 22, 2025 2:20 PM |
| **To:** | Thomas Davis |
| **Subject:** | RE: Gemma Haynes "Objection" to Subpoena |
| **Attachments:** | 2.png; 3.png; 4.png; 1.png; Scan.PDF |

**Caution**: External (switenoff@sullivanwardlaw.com)

First-Time Sender   Details



Report This Email   FAQ   Protection by INKY

Tom

Attached are documents from Ms. Haynes responsive to requests #'s 1 & 2.  To the best of her knowledge she has no documents responsive to Request # 3 other than what is being produced.  However, Request # 3 is objectionable from the standpoint that since Ms. Haynes is not a party to the lawsuit, and the Complaint was not provided, she would not have any knowledge what the lawsuit is about.  These documents were not previously provided, because I did not have a copy of the subpoena and I was informed that the request was only for the records of Ms. McKenna.

With respect to Request #4, Ms. Haynes stands by her earlier objection that Ms. McKenna never had a professional relationship with Ms. Haynes.  Over and above this position, Ms. Haynes is not in possession of any records involving Ms. McKenna or anyone associated with Ms. McKenna.  Any treatment records you may be seeking would be in the possession of Eastwood Clinic, (Clinton Twp)., or FairSky Counseling, (Ferndale).
Ms. Haynes no longer has a professional affiliation with either of those entities.  All records remained with the 2 facilities.


Stephen

Stephen L. Witenoff
Sullivan, Ward, Patton, Gleeson & Felty, P.C.
400 Galleria Officentre Suite 500
Southfield, MI 48034
248.746.2744

---

**From:** Thomas Davis <tdavis@khvpf.com>
**Sent:** Friday, December 19, 2025 4:46 PM
**To:** Todd Mcconaghy <TMcconaghy@sullivanwardlaw.com>; Stephen Witenoff <SWitenoff@sullivanwardlaw.com>
**Cc:** Elizabeth Hardy <ehardy@khvpf.com>; Jill Hall <jhall@khvpf.com>; Michelle Beveridge <mbeveridge@khvpf.com>; Elizabeth Marzotto Taylor <emt@deborahgordonlaw.com>; Deborah Gordon <dgordon@deborahgordonlaw.com>
**Subject:** Gemma Haynes "Objection" to Subpoena

Some people who received this message don't often get email from tdavis@khvpf.com. Learn why this is important

Counsel,

We are in receipt of your Objection to Subpoena filed yesterday in the *McKenna v. Riley* matter. It is legally and factually deficient.

First, your Objection fails to address **Requests 1, 2, and 3** entirely. These requests seek communications between Ms. Haynes and the Plaintiff, communications between Ms. Haynes and Plaintiff's counsel (specifically Kimberly Russell or Keith Altman), and documents regarding this lawsuit. We are already aware that such documents exist, separate and apart from any medical file. These documents are not privileged medical records and must be produced immediately.

Second, regarding **Request 4** (the medical file), your reliance on privilege is baseless. You were served with a valid HIPAA authorization signed by the Plaintiff on November 25, 2025, explicitly waiving privilege for "session notes" and "therapy records". Furthermore, your assertion that Plaintiff was "never a client" contradicts Plaintiff's own discovery responses, which detail a six-year individual treatment history with Ms. Haynes.

The Court has already rejected similar gamesmanship regarding medical providers in this case. We have been forced to seek judicial intervention numerous times when providers or Plaintiff have obstructed the flow of discoverable medical records. It would be unfortunate if your client forced us to burden the Court again with an issue that has already been decided.

Please confirm by close of business Monday that you are withdrawing the invalid, insufficient objection and producing all responsive documents--including all documents *unrelated* to the medical file.

Regards,

Thomas J. Davis



280 N. Old Woodward
Suite 400
Birmingham, MI 48009
O: (248) 645-0000
C: (248) 972-7760
tdavis@khvpf.com







This is so so so EXCITING!!



Dec 29, 2024 at 4:33 PM

Hey Gemma! Can you please send me your address so I can send you a holiday card?

Hello honey! I have been thinking about you 🤗

19754 e 14 mile rd Roseville, MI 48066

Sat, Jan 4 at 1:42 PM

Hello, I received your fabulous card.! I'm so proud of you. Happy New Year 💕

Fri, Feb 7 at 4:33 PM

Hi Gemma! I miss you! Can we catch up sometime?

Fri, Feb 7 at 6:07 PM





10:19

< 59



**Kimberly Lawyer**
iMessage
Fri, Nov 21 at 9:30 AM

Hey Gemma. This is Kimberly Russell. I represent Elyse McKenna and Brandon Heid. Could please give me a call back at 601-383-2431? Thanks

Mon, Nov 24 at 10:39 AM

Kimberly@russellatlaw.com

raiseedmi@gmail.com

Sat, Dec 6 at 8:55 AM

Hi Kimberly, I received some papers yesterday morning that I would like to review with you, if possible

Sun, Dec 7 at 10:06 AM

Hey Gemma — we have a hearing with the Court on Monday. I am moving to quash all of defendant's subpoenas, including yours. Let's touch base on Tuesday. What time works?





**Kimberly Lawyer**

Hey, 8:30ish or 4:30ish

Let's do 8:30ish. Eastern time? I am in Mississippi still

Yes, it's 10:10 AM

Got you on the calendar. Give me a call around 8:30ish AM ET on Tuesday and we'll discuss

Will do



Tue, Dec 9 at 8:25 AM

Hey Gemma — I apologize. I'm getting my mom situated. Would you please call me back this afternoon?

Morning, ok talk to you later

Fri, Dec 12 at 9:55 AM

Give me a call when you can please

Ok in about 1/2 hr

 iMessage 

 Gmail

Gem H <gemsharon3@gmail.com>

## McKenna - Therapist Gemma Haynes

**Cynthia J. Petty** <CPetty@khvpf.com>
To: Gemsharon3@Gmail.Com <Gemsharon3@gmail.com>

Wed, Nov 5 at 1:15 PM

Tom,

I just spoke with her to verify the contact information I found online. She gave her current address and asked that I send it Certified Mail. Then she asked who the patient was. Says she has no records for Elyse because she was not the patient – Brandon was her patient. In the course of his treatment, some marital issues came up, and Elyse came in for just a few sessions. Any notes are in Brandon's file. How do you want me to proceed?

--cjp


**Cynthia Petty** | Paralegal



280 North Old Woodward Avenue, Suite 400

Birmingham, Michigan 48009

(248) 458-4581 (fax)

(248) 723-2416 (direct)

(248) 982-8258 (cell)

cpetty@khvpf.com

 Gmail

Gem H <gemsharon3@gmail.com>

## Out of Office: 11/24/2025 Re: Fwd: McKenna - Therapist Gemma Haynes

**Kimberly Russell** <kimberly@russellatlaw.com>  
To: <gemsharon3@gmail.com>

Mon, Nov 24 at 10:42 AM

I am out of the office to assist with a family member's recovery from surgery. If you need to reach me urgently, please call my personal cell at 601-383-2431.

Thanks,  
Kimberly  
[Quoted text hidden]

 Gmail

Gem H <gemsharon3@gmail.com>

## McKenna - Therapist Gemma Haynes

**Gem H** <gemsharon3@gmail.com>  
To: <Kimberly@russellatlaw.com>

Sun, Dec 7 at 7:41 AM

Hi Kimberly, I received some papers yesterday morning that I would like to review with you, if possible

Thank you  
[Quoted text hidden]