**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**ELYSE MCKENNA**,

          Plaintiff,

v.

**ROBERT F. RILEY,** *an individual,*
**RILEY & HURLEY, P.C.** *a domestic professional corporation,*
**OLSMAN, MACKENZIE, PEACOCK, P.C.** *a domestic professional corporation,*

          Defendants.

Case No: 24-cv-12347
Hon. Judge Brandy R. McMillion

**DEFENDANT OLSMAN, MACKENZIE, PEACOCK P.C.'S EXHIBIT LIST TO THEIR RULE 37 MOTION TO DISMISS**

---

**The Russell Law Firm, PLLC**
Kimberly Russell
1140 3rd Street NE
Washington D.C. 20002
(202) 430-5085
kimberly@russellatlaw.com
**Attorney for Plaintiff**

**LAW OFFICE OF KEITH ALTMAN**
Keith Altman (P81702)
30474 Fox Club Drive
Farmington Hills, MI 48331
(248) 987-8929
keithaltman@kaltmanlaw.com
**Attorney for Plaintiff**

**Brown Legal Group PLLC**
Sammy Brown, Jr.
175 N. Union Street
P.O. Box 489
Canton, MS 39046
(601) 691-5017
slb@brownlegalgrouppllc.com
**Attorney for Plaintiff**

**DEBORAH GORDON LAW**
Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
Morry Daniel Hutton (P81188)
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com
mhutton@deborahgordonlaw.com
**Attorneys for Defendant Olsman, MacKenzie, Peacock, P.C.**

**Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.**
Elizabeth Hardy (P37426)
Thomas J. Davis (P78626)
280 North Old Woodward Avenue, Suite 400
Birmingham, MI 48009
(248) 645-0000
ehardy@khvpf.com
tdavis@khvpf.com
**Attorneys for Defendants Robert F. Riley and Riley & Hurley, P.C.**

| Ex 1 | OMP First Discovery |
|---|---|
| Ex 2 | Plaintiff's Resp. to OMP First Discovery |
| Ex 3 | Plaintiff's Amended Responses to OMP First Discovery |
| Ex 4 | Plaintiff's Production |
| Ex 5 | May 5, 2025 Deficiency Notice |
| Ex 6 | May 16, 2025 McGinn Corresp. |
| Ex 7 | McKenna Dep. 12-10-25 |
| Ex 8 | May 29, 2025 Corresp. |
| Ex 9 | Katy Cranston ROS |
| Ex 10 | Corresp. with Weber |
| Ex 11 | ECF No. 66 |
| Ex 12 | June 26, 2025 Corresp. With Plaintiff |
| Ex 13 | Cranston Records Excerpt (Confidential) |
| Ex 14 | Oct. 6 and 10, 2025 Corresp. |
| Ex 15 | Oct. 30-31 Corresp. re Haynes |
| Ex 16 | Nov. 3 Corresp. re Haynes |
| Ex 17 | Nov. 12 Corresp. re Haynes |
| Ex 18 | McKenna Questionnaire Excerpt |
| Ex 19 | Minute Entry of Nov. 25, 2025 |
| Ex. 20 | Excerpt of Nov. 25 Production |
| Ex 21 | Excerpt of Nov. 28 Production |
| Ex 22 | Pl. Second Amended Resp. to OMP First Discovery |
| Ex 23 | Russell Corresp. of Dec. 7, 2025 |
| Ex 24 | Plaintiff's Initial Disclosures |
| Ex 25 | McKenna Dep 11-17-25 |
| Ex 26 | Plaintiff's Bates 372-385 |
| Ex 27 | May 20, 2025 Corresp. |
| Ex 28 | ECF No. 94 |
| Ex 29 | Additional Treaters |
| Ex 30 | Unpublished Cases |