# EXHIBIT 18

 Outlook

## Scan from Upstairs Scanner

**From** Scanner <scanner@olsmanlaw.com>
**Date** Tue 3/7/2023 4:05 PM
**To** Elyse McKenna <emckenna@olsmanlaw.com>

📎 1 attachment (3 MB)
20230307160505233.pdf;


This E-mail was sent from "RNP5838792CFF2E" (IM C6000).

Scan Date: 03.07.2023 16:05:05 (-0500)
Queries to: scanner@olsmanlaw.com

CONFIDENTIAL

4. ███████████████████████████████

5. ███████████████████████████████

███████████████████████████████

Are you currently seeking personal counseling? (yes) / no

    With whom: __Katy Cranston__ Date counseling began: __Feb 2023__

    Have you sought counseling in the past five years? (yes) / no

    With whom: __Previously-Gemma Haynes__ Timeframe: __June 2017- Jan 2023__

    Would you allow your attorney access to your counseling records? (yes) / no

Is your spouse currently seeking personal counseling? (yes) / no / unknown

    With whom: __Gemma Haynes__ Date counseling began: __June 2018__

    Has your spouse sought counseling in the past five years? (yes) / no

    With whom: __please see above__ Timeframe: _____

Have you and your spouse ever sought marriage counseling? (yes) / no / unknown

    With whom: __Gemma Haynes__ Date counseling began: __June 2017__

*Attach additional sheets if necessary.*