# EXHBIT 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ELYSE MCKENNA**,

          Plaintiff,

v.

**ROBERT F. RILEY,** *an individual,*
**RILEY & HURLEY, P.C.** *a domestic professional corporation,*
**OLSMAN, MACKENZIE, PEACOCK, P.C.** *a domestic professional corporation,*

          Defendants.

Case No: 24-cv-12347
Hon. Judge Brandy R. McMillion

**DEFENDANT OLSMAN, MACKENZIE, PEACOCK, P.C.'S RESPONSE TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS**

| | |
|---|---|
| **The Russell Law Firm, PLLC**<br>Kimberly Russell<br>1140 3rd Street NE<br>Washington D.C. 20002<br>(202) 430-5085<br>kimberly@russellatlaw.com<br>*Attorney for Plaintiff* | **DEBORAH GORDON LAW**<br>Deborah L. Gordon (P27058)<br>Elizabeth Marzotto Taylor (P82061)<br>Sarah Gordon Thomas (P83935)<br>Morry Daniel Hutton (P81188)<br>33 Bloomfield Hills Parkway, Suite 220<br>Bloomfield Hills, Michigan 48304<br>(248) 258-2500<br>dgordon@deborahgordonlaw.com<br>emarzottotaylor@deborahgordonlaw.com<br>sthomas@deborahgordonlaw.com<br>mhutton@deborahgordonlaw.com<br>**Attorneys for Defendant Olsman, MacKenzie, Peacock, P.C.**<br><br>**Kienbaum Hardy Viviano**<br>**Pelton & Forrest, P.L.C.**<br>Elizabeth Hardy (P37426)<br>Thomas J. Davis (P78626)<br>280 North Old Woodward Avenue, Suite 400<br>Birmingham, MI 48009<br>(248) 645-0000<br>ehardy@khvpf.com<br>tdavis@khvpf.com<br>**Attorneys for Defendants Robert F. Riley and Riley & Hurley, P.C.** |

1

defenses after it became aware of potential litigation in this matter. **Defendant objects that this request is vague and ambiguous as it is left without an understanding of the meaning of "other information".**

7. From September 2021 through the present, please identify and provide details, including the current location, of each electronic device used by Jules Olsman, Donna MacKenzie and Emily Peacock to access or store information, whether for work or personal use or both, including, but not limited to:

   a. all computers;
   b. all iPads or similar tablet devices;
   c. all cell phones, including the service provider, the phone number and who purchased and/or paid for each;
   d. a detailed description of the system for storage and retention of electronic data at Olsman MacKenzie Peacock, P.C.; and
   e. a detailed description of Jules Olsman, Donna MacKenzie and Emily Peacock's personal systems for storage and retention of electronic data.

**ANSWER**: **Defendant objects to this request as it seeks irrelevant information as to non-parties that is not proportional to the needs of the case, and which has absolutely no bearing on the parties' claims and defenses. Moreover, it seeks information which is generally not obtainable absent clear evidence of discovery misconduct, which does not exist here. With respect to a description of OMP's system for storage and retention of electronic data at the firm, OMP states that it utilizes SharePoint.**

8. Please identify whether you or your counsel have entered into any joint defense agreement, common interest agreement, or other formal or informal agreement to coordinate legal strategy, share information, or preserve privilege with any co-defendant, third party, former employee, or non-party witness in connection with this

7

litigation. For each such agreement, state:

 a. the date the agreement was entered into;
 b. the names of all parties to the agreement (including individuals, entities, or counsel);
 c. the general subject matter or purpose of the agreement (without disclosing privileged communications or legal strategy); and
 d. whether the agreement is written or oral.

**ANSWER: Defendant objects that the information sought in this interrogatory is irrelevant to the parties claims and defenses. See Fed. R. Civ. P. 26(b)(1). Subject to and without waiving this objection, Defendant states that a Joint Defense Agreement was entered into in writing by OMP, Jules Olsman, Donna MacKenzie, Emily Peacock, Riley & Hurley, PC, and Robert Riley on or about February 26, 2024 regarding the defense of Plaintiff's legal claims against the parties to the agreement. Defendant OMP preserves all objections as to the content of this document, including as to relevance, attorney client privilege, and work product. Defendant notes that courts in this circuit have held that joint defense agreements are not discoverable.** *Broessel v. Triad Guar. Ins. Corp.*, **238 F.R.D. 215, 218 (W.D. Ky. 2006).**

9. For the years 2020, 2021, 2022, 2023, and 2024, please describe in detail the criteria, policies, procedures, and processes used by Defendant OMP to determine eligibility for, and award bonuses to, lawyers employed by the firm. In your response, for each year:

 a. Identify each individual involved in making bonus determinations;
 b. Identify any written or unwritten guidelines, performance metrics, or discretionary factors considered;
 c. explain how such criteria were applied to Plaintiff, and the resulting bonus awarded, if any;
 d. explain how such criteria were applied to each lawyer employee other than Plaintiff, and the resulting bonus awarded, if any; and
 e. describe any changes to bonus policies or practices during that time.

8

of documents and/or used to assist OMP in doing same.

**ANSWER: Proactive Technology Management.**

Dated: October 31, 2025                    Respectfully submitted,

                                             */s/ Elizabeth Marzotto Taylor*
                                             **DEBORAH GORDON LAW**
                                             Elizabeth Marzotto Taylor (P82061)
                                             Attorneys for Plaintiff
                                             33 Bloomfield Hills Parkway, Suite 220
                                             Bloomfield Hills, Michigan 48304
                                             (248) 258-2500
                                             emarzottotaylor@deborahgordonlaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on October 31, 2025, Defendant OMP's Responses to Defendant's First Set of Interrogatories was served upon plaintiff counsel via EMAIL only.

                            */s/ Teresa D' Costa*
                            *Teresa D' Costa*