# EXHBIT 4



Kimberly Russell <kimberly@russellatlaw.com>

---

# 5:00 meeting

**Kimberly Russell** <kimberly@russellatlaw.com>  Sat, Dec 6, 2025 at 2:20 PM
To: Thomas Davis <tdavis@khvpf.com>
Cc: Elizabeth Hardy <ehardy@khvpf.com>, Deborah Gordon <dgordon@deborahgordonlaw.com>, Elizabeth Marzotto Taylor <emt@deborahgordonlaw.com>

Tom —

In the amount of time that it takes you to send emails, you could have picked up the phone and resolved it.

By admitting that you are coordinating with your co-defendants on your independent 30(b)(6) depositions, you are admitting that you are litigating as joint defendants.

Thank you for that revelation.

I look forward to your joint proposed new dates.

Have a good weekend. I will be watching college football with my phone on should you use to give me a call to resolve disputes.

Thanks,
Kimberly



**CONFIDENTIALITY NOTICE**: *Emails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.*
The Russell Law Firm, PLLC

On Sat, Dec 6, 2025 at 1:49 PM Thomas Davis <tdavis@khvpf.com> wrote:
> Ms Russell -
>
> My email was not ambiguous. I said we would schedule a call after my return to the office.
>
> I *also* asked for the courtesy of a written response to our detailed letter, as is standard practice by lawyers in this district. It will make a meet and confer session more productive. If you refuse to do so, the reason why will be apparent. But we are not waiving the basic procedural requirements of Rule 30b6, which thus far you have not complied with.
>
>
> Sent from my iPhone
>
> > On Dec 6, 2025, at 2:38 PM, Kimberly Russell <kimberly@russellatlaw.com> wrote:

Tom —

You have fundamentally changed your position here on the FRCP requirement to meet and confer about topics. Are you waiving the conference? Do other counsel waive?

If so, I will respond in email and we can take this straight to the court.

Let me know.

Thanks,
Kimberly






**Kimberly Russell, Esq.**
Managing Partner

(202) 430-5085
kimberly@russellatlaw.com
www.russellatlaw.com
1140 3rd Street NE
Washington, D.C. 20002

**CONFIDENTIALITY NOTICE**: Emails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.
The Russell Law Firm, PLLC

On Sat, Dec 6, 2025 at 1:25 PM Thomas Davis <tdavis@khvpf.com> wrote:
> Ms. Russell -
>
> My ability to email a witness from my home says nothing about the ability of four different lawyers (two of which represent a different client) to jointly jump on a conference call over the weekend, upon your demand. Especially when it was your failure to attend your own scheduled Google Meet conference at 5 pm Friday that caused the problem.
>
> You have our detailed email. You can provide a written response over the weekend. That is standard practice. It helps make clear the parties' positions and helps guide a future call. If you refuse to do that, it makes it seem as if you do not want a written record of your position.
>
> We can schedule a call next week once we are back in the office and I can talk with Liz and co-defendant's counsel.
>
>
> Sent from my iPhone
>
>> On Dec 6, 2025, at 1:32 PM, Kimberly Russell <kimberly@russellatlaw.com> wrote:
>>
>>
>> Counsel —
>>
>> You all have not attempted to contact me to reschedule this conference. I am receiving emails from Tom concerning a third party subpoena and yet no one can pick up the phone to talk to me about 30(b)(6) deps and your objections to them.
>>
>> I remain available throughout the weekend to discuss and look forward to rescheduling the conference.

> Thanks,
> Kimberly
>
> 
>
> **CONFIDENTIALITY NOTICE**: *Emails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.*
> The Russell Law Firm, PLLC
>
> On Fri, Dec 5, 2025 at 4:52 PM Kimberly Russell <kimberly@russellatlaw.com> wrote:
>> Deb —
>>
>> I gave your office a ring and got sent to an answering service. The availability I gave to Liz extends to you as well. Feel free to call me at ▮▮▮▮▮▮▮▮▮▮ and we can confer about Olsman over the weekend. I'll keep my cell on.
>>
>> Thanks,
>> Kimberly
>>
>> 
>>
>> **CONFIDENTIALITY NOTICE**: *Emails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.*
>> The Russell Law Firm, PLLC
>>
>> On Fri, Dec 5, 2025 at 4:50 PM Kimberly Russell <kimberly@russellatlaw.com> wrote:
>>> Hey Liz —
>>>
>>> Again, I apologize. But I'm glad you were able to get other things done. Feel free to call me and we can confer on behalf of your parties now or over the weekend.

12/29/25, 9:08 PM
Russell Law Mail - 30(b)(6) meeting
Case 2:24-cv-12347-BRM-EAS   ECF No. 122, PageID.4125   Filed 12/30/25   Page 5 of 7

I'm available all evening and all this weekend to chat as well as Monday before our conference.

Thanks,
Kimberly



**CONFIDENTIALITY NOTICE**: *Emails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.*
The Russell Law Firm, PLLC

On Fri, Dec 5, 2025 at 4:45 PM Elizabeth Hardy <ehardy@khvpf.com> wrote:
> I am in a grocery store at this point and can't call. I emailed you twice and did not hear from you until I had moved on to get other tasks accomplished.
>
> Sent from my iPhone
>
>> On Dec 5, 2025, at 5:38 PM, Kimberly Russell <kimberly@russellatlaw.com> wrote:
>>
>>
>> Hey y'all —
>>
>> My cell is ▮▮▮▮▮▮▮▮▮▮. Give me a call and we'll confer about the Rule 30(b)(6) deps.
>>
>> Thanks,
>> Kimberly



> **CONFIDENTIALITY NOTICE**: Emails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.
> The Russell Law Firm, PLLC

On Fri, Dec 5, 2025 at 4:31 PM Kimberly Russell <kimberly@russellatlaw.com> wrote:
> Counsel —
>
> I apologize. I was tied up on my end.
>
> I am available to meet now.
>
> Thanks,
> Kimberly
>
> 
>
> **CONFIDENTIALITY NOTICE**: Emails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.
> The Russell Law Firm, PLLC
>
> On Fri, Dec 5, 2025 at 4:19 PM Elizabeth Hardy <ehardy@khvpf.com> wrote:
>> I was on the call as well before 5:00 and no host appeared. I am now signing off.
>> Sent from my iPhone
>>
>>> On Dec 5, 2025, at 5:17 PM, Deborah Gordon <dgordon@deborahgordonlaw.com> wrote:
>>>
>>> Kimberly, we were on the call before 5:00 and waited until 5:17 EST. You did not appear. I have other obligations.

**Deborah Gordon** l Attorney & Counselor l

# D E B O R A H  G O R D O N  L A W

l phone**:** (248) 258-2500

l fax: (248) 258-7881

l website: www.deborahgordonlaw.com