**10:38** 🔕



EXHIBIT B



3 People ›

Aug 18, 2021 at 1:09 PM

Elyse McKenna

I hacked onto Bob's iPad.

He takes pictures of me on Zoom too.



IMG_0242.HEIC
Image · 2.8 MB

IMG_0241.HEIC
Image · 2.6 MB

Julian Wettlin

WHAT THE FUCK!!!!

lol Elyse!! Run we got copies lol

Jess

OMG

I was in a meeting – WHAT THE FUCKKKKK!!!!

Elyse McKenna

WHAT DO I DO NOW???

Jess

I am in so many meetings but we need to discuss later. This is fucking

+   iMessage   🎤



HEID000075

**10:39**





3 People ›

Elyse McKenna

 **Be there in a sec**

Aug 19, 2021 at 3:15 PM

Jess

 **What is bobs last name?**

Elyse McKenna

 **Lol you're sworn to secrecy if I tell you, right?**

Jess



 **Omg lol I was going to lightly stalk him online but I can resist**

**1 Reply**

Elyse McKenna

**Lol you can stalk him!**

**Bob Riley**

 **Let me know if you find anything good**

Jess

**Lollll**

 **I will**

 Omg lol I was going to lightly stalk him online but I can resist

 +  iMessage

HEID000078