

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ELYSE MCKENNA, | Case No. 24-cv-12347 |
| Plaintiff, | |
| v. | Hon. Brandy R. McMillion |
| ROBERT F. RILEY et al. | Magistrate Judge Elizabeth A. Stafford |
| Defendants. | |

## Declaration of Hussein Aboudib

1. I make this declaration based on personal knowledge of the facts stated herein. I am able to so testify under oath if called upon to do so.

2. My name is Hussein Aboudib. I am a process server. I work for Andrew Perlin, the owner of Clancy LLC.

3. I first attempted to serve Ariel Kellersohn with a subpoena on November 25, 2025 at her home address, as determined by public records searches. No one answered the door and there was no car in the driveway.

4. I made a second attempt the next morning, November 26, 2025, around 7:00 am. This time, the vehicle registered to Ms. Kellersohn was in the driveway. I knocked several times and rang the bell. I waited 20 minutes, but no one came to the door.

5. Around 9:30 am that day, I went to Ms. Kellersohn's work address at Marko Law, 20 West Congress Street in Detroit. The elevator at the building was not useable without a code, so I called Ms. Kellerson's office from the lobby.

6. Someone answered and said Kellersohn was not there. They then hung up on me.

7. I called back, stating that I had legal papers to serve on Ms. Kellersohn. The person who answered said they would transfer me to her legal assistant.

8. Morgan Hirst then picked up the phone. I told Ms. Hirst that I had legal papers for Ms. Kellersohn. She stated that she would call Ms. Kellersohn and then come down.

9. After a short while, at around 9:45 a.m., Ms. Hirst came down to the lobby and took the subpoena on Ms. Kellersohn's behalf.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 12, 2026

*Hussein Aboudib*
Hussein Aboudib  01/12/2026