> Try talking to Donna. I don't know her but I think that would best

Okay. What do I say? I feel like im having a hard time articulating the issue.

Like.... Hold on im not making sense


**EXHIBIT H**

This attorney said talk to them when I get to the new firm. But by that time, this will all have exploded because it basically needs to be done by tomorrow. You know?

> I think you say hey Donna, I have something I'd like to talk to you about that I was just trying to navigate on my own and not make a big deal about it but I think I need some advice.

Okay just text her that?

> You can. But then maybe ask if you can call?

Right. I'm just trying to prompt the conversation

I feel like I need to have it in person?

> Yeah

But I know that's really needy

> Call or in person. Not text

Yeah

> And I think show her the pictures
> So there is no doubt in her mind how real it is

Okay - but like what if she asks how I got them

#criminalconcerns



> Just tell her you took a pic of his iPad
> Who cares

Lol okay

Do you think I can trust her

> Is going on someone's iPad even illegal

Ugh this is fucking terrifying


Exported from: iPhone (101) (L2WQ29FQKL) on 2025.12.02, 11:14 with iMazing 3.4.0 by DigiDNA
Database date when extracted: 2025.12.02, 11:00
Backup checksum: 1FB087B0270D482D83017244D81E58A0EF7FDAC0D3C0C04CD7CA60A95B368C50

I think it's bullshit that deb Gordon told you no

I agree

She's scared of bob clearly

Well I think she probably just needs him

Which is just insane!!

Agree



Exported from: iPhone (101) (L2WQ29FQKL) on 2025.12.02, 11:14 with iMazing 3.4.0 by DigiDNA
Database date when extracted: 2025.12.02, 11:00
Backup checksum: 1FB087B0270D482D83017244D81E58A0EF7FDAC0D3C0C04CD7CA60A95B368C50



> And also…..he is a good lawyer. So he was probably very careful with his words

> So probably he wanted them to come across romantic but be arguably benign if it turned into a problem he could deny

A message he framed to me

> He framed that

> Wtf

Yeah I mean this is all romantic right???

I'm digging through my attic for this creepy shit

> Yes

I feel like I just don't like the word romantic

It doesn't feel objective

You might freak out reading that just warning you

> Omg I did

> Idk how you stomached that for that long

> And that is 100000% romantic

> He says he loves you

Yeah omg

I think I buried that so fucking deep Lauren

> Yeah


Exported from: iPhone (101) (L2WQ29FQKL) on 2025.12.02, 11:14 with iMazing 3.4.0 by DigiDNA
Database date when extracted: 2025.12.02, 11:00
Backup checksum: 1FB087B0270D482D83017244D81E58A0EF7FDAC0D3C0C04CD7CA60A95B368C50

RH/Studley Subpoena 00120

> I'm so sorry

> This is so unfair that this happened to you

If you would have ever asked me if that was in a card, I'd say no

I'm glad I kept some of it

> Yes you need to keep it

I know I threw some stuff out but I'm glad I didn't throw this letter out. I felt so unsure about alleging that he's romantic but now fuck him and fuck that

Romantic text messages, letters, and comments

I'm not crazy

And he can't claim I am

> I 100% agree

8/21/2021 6:30:15 PM

> How are you doing

I'm just like still processing....

Idk what to do

Exported from: iPhone (101) (L2WQ29FQKL) on 2025.12.02, 11:14 with iMazing 3.4.0 by DigiDNA
Database date when extracted: 2025.12.02, 11:00
Backup checksum: 1FB087B0270D482D63017244D61E58A0EF7FDAC0D3C0C04CD7CA60A95B368C50

RH/Studley Subpoena 00121

Which is sooooo ducked up. And then I get mad at myself for that

Yeah it's just I thought he was my friend and my boss. He betrayed me. And I am like the worst at letting relationships go

> It's normal to feel bad for bob, even though he doesn't deserve it and it's fucked up. But you are an empath.

But its to my detriment.

Like I realized today I hate that he is suffering. I feel terrible about him suffering. But the alternative is that I was suffering

And I suffered for too long and it's not just for me. My relationships also suffered



> Trauma Bonding: What It Is, Signs, and How to Stop
> www.healthline.com
>
> https://www.healthline.com/health/mental-health/trauma-bonding#signs

I have a hard time HUGGING people

Like I shy away. My friend Sam is amazing and he like will put his hand on my arm and I physically revolt because I'm just traumatized

Oooooh yes I read that!!!

> It's all normal
> So try to give yourself some grace

it is the perfect article

Yeah I will try



Exported from: iPhone (101) (L2WQ29FQKL) on 2025.12.02, 11:14 with iMazing 3.4.0 by DigiDNA
Database date when extracted: 2025.12.02, 11:00
Backup checksum: 1FB087B0270D482D83017244D81E58A0EF7FDAC0D3C0C04CD7CA60A95B368C50

He told me that if I quit or get fired, he will def hire me

But like wtf

I don't like that option

> Well there's a back up plan at least

Yeah. Defense?

> Not the best option but at least you don't have to worry about being jobless

> You could do defense

I don't dislike the defense idea

I just hate the idea of getting forced to move because of non

Bob

And what defense firm would have my back

I need to feel safe

> You won't have as much autonomy as you do in plaintiff rho

> You'll be back down to a worker bee for a while I bet

Donna basically just micromanages the fuck out of me anyway

> Maybe you just sue Bob and then you won't have to work lol

There you go

😳

> Did Cheri have any advice

> She was pretty useless last time

She thought I should aggressively tell him to leave me alone but that's what seems to have caused this bullshit at the firm

Do you have any med mal connections in other states

> No



Exported from: iPhone (101) (L2WQ29FQKL) on 2025.12.02, 11:14 with iMazing 3.4.0 by DigiDNA
Database date when extracted: 2025.12.02, 11:00
Backup checksum: 1FB087B0270D482D83017244D81E58A0EF7FDAC0D3C0C04CD7CA60A95B368C50

RH/Studley Subpoena 00151