UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ELYSE MCKENNA, | |
| Plaintiff, | Case No. 24-cv-12347 |
| v. | Hon. Brandy R. McMillion |
| ROBERT F. RILEY, DONNA MACKENZIE, RILEY & HURLEY, PC, and OLSMAN MACKENZIE PEACOCK, PC, | Magistrate Elizabeth A. Stafford |
| Defendants. | |

**PLAINTIFF'S MOTION TO SEAL PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ADDITIONAL DEPOSITION TIME**

Plaintiff Elyse McKenna, by and through undersigned counsel, respectfully moves this Court for an Order permitting Plaintiff's Opposition to Defendant Olsman MacKenzie Peacock P.C.'s Motion to Compel Additional Deposition Time to be filed under seal. ECF No. 135. In support, Plaintiff states as follows:

1.     Plaintiff's Opposition necessarily quotes, references, and attaches discovery material that Plaintiff has designated confidential under the parties' Protective Order, including sensitive information produced in discovery.

1

2. Public filing of this material would violate the Protective Order and would cause concrete, irreparable harm to Plaintiff by exposing private and confidential information that has no legitimate public interest apart from this litigation.

3. Although there is a presumptive right of public access to judicial records, that presumption is overcome where sealing is necessary to protect confidential business, personal, or third-party information, to preserve the integrity of the discovery process, and to prevent the use of litigation filings as a vehicle for reputational or strategic harm. *See, e.g., Brown & Williamson Tobacco Corp. v. FTC*, 710 F.2d 1165, 1179–80 (6th Cir. 1983).

4. Plaintiff's counsel did not receive the deposition transcript that contains the sensitive information until January 8, 2026. Plaintiff's counsel is in the process of designating portions of the transcript as confidential pursuant to the confidentiality order in this case. ECF No. 53. Specific deposition transcript excerpts regarding harassing testimony from Ms. Gordon serves as a vehicle for reputational and strategic harm. However, it is impossible to demonstrate that harm without the Court reviewing the specific portions of the transcript.

5. Plaintiff's Opposition is a discovery-related filing that exists solely to resolve disputes governed by Rule 26 and the Court's Protective Order. It is not a dispositive merits filing and does not implicate the same level of public access interest as motions that determine substantive rights.

6.  The request to seal is narrowly tailored. Plaintiff does not seek to seal the entire case or all filings, but only this specific opposition and its exhibits to the extent they contain protected discovery material.

7.  No less restrictive alternative—such as redaction—would adequately protect the confidential information at issue, because the sensitive material is interwoven throughout the argument and exhibits.

For these reasons, good cause exists to seal Plaintiff's Opposition and its exhibits in their entirety, or, in the alternative, to seal all portions that contain material designated confidential under the Protective Order.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order permitting Plaintiff's Opposition to Defendant's Motion to Compel Additional Deposition Time and its exhibits to be filed under seal.

Dated: January 15, 2026.                Respectfully submitted,

**THE RUSSELL LAW FIRM, PLLC**

*/s/ Kimberly Russell*
Kimberly Russell
Admitted to EDMI
1140 3rd Street NE
Washington, DC 20002
O: (202) 430-5085
kimberly@russellatlaw.com

**THE LAW OFFICE OF KEITH ALTMAN**
Keith Altman (P81702)
30474 Fox Club Drive
Farmington Hills, MI 48331

3

O: (248) 987-8929
keithaltman@kaltmanlaw.com

**BROWN LEGAL GROUP, PLLC**
Sammy Brown, Jr.
Admitted EDMI
175 N. Union Street
Canton, MS 39046
O: (601) 691-5017
slb@brownlegalgrouppllc.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5, I hereby certify that on January 15, 2026, I caused a true and correct copy of the foregoing document to be served on the following by electronic mail:

**KIENBAUM HARDY VIVIANO PELTON FORREST**

Elizabeth Hardy and Thomas Davis
280 N. Old Woodward Avenue, Suite 400
Birmingham, MI 49009
ehardy@khvpf.com
tdavis@khvpf.com

**DEBORAH GORDON LAW**

Deborah Gordon, Sarah Thomas Gordon, and Elizabeth Marzotto Tyalor
33 Bloomfield Hills, Parkway, Suite 220
Bloomfield Hills, MI 48304
dgordon@deborahgordonlaw.com
sthomas@deborahgordonlaw.com
emt@deborahgordonlaw.com

*Counsel for Defendants*

Dated: January 15, 2026.                    */s/ Kimberly Russell*
                                                                Kimberly Russell