

**EXHIBIT I**

8/19/2021 10:28:18 AM

> Did yesterday afternoon go okay when you went back

Yeah. I just went for my meeting and went home. He did stop to talk to me at one point. I think he has no clue I went on his iPad so that's good

I talked to an attorney last night from Ohio about this

> I'm she he doesn't

> Employment attorney?

Yeah. He was like the pictures are fucked up but then he asked me about everything else bob has done and he was like you need to get away from that

> This is what I've been saying lol

He is like I see this everyday and most women say nothing but that's not a good idea and I'm not gonna tell you what to do but he gave me options

All include telling people



Exported from: iPhone (101) (L2WQ29FCKL) on 2025.12.02, 11:14 with iMazing 3.4.0 by DigiDNA
Database date when extracted: 2025.12.02, 11:00
Backup checksum: 1FB087B0270D482D83017244D81E58A0EF7FDAC0D3C0C04CD7CA60A95B368C50

**STUDLEY TEXTS 097**

**Except the do nothing one which he said in his experience, the perpetrator only does more and might get worse etc**

Yeah

It's seriously so fucked up

He said 2 out of 3 women do nothing

I believe it

I was like yeah I can see that

It was really validating

It's so hard to say what you would do until you're in the situation

Are you going to the office today

Yeah exactly

I decide to go, meet Bill, and go home.

I know it's against your advice and I'm only going in for that and leaving

It's your choice! I just want you to do what is best for you

I just felt like it was the right thing to do because I think not going in at all will clue Bob onto me knowing something

Im trying to not make it obvious that I know shit

Until I know what I'm doing

You know?

Loved "It's your choice! I just want you to do what is best for you"

Yeah

I support you whatever you decide

Thank you!!

I just wanted you to know that it is an option for you not go to in there if you don't feel safe

But I think the good compromise is just in and out

Liked "I just wanted you to know that it is an option for you not go to in there if you don't feel safe"

Are you there now


Exported from: iPhone (101) (L2WQ29FQKL) on 2025.12.02, 11:14 with iMazing 3.4.0 by DigiDNA
Database date when extracted: 2025.12.02, 11:00
Backup checksum: 1FB087B0270D482D83017244D81E58A0EF7FDAC0D3C0C04CD7CA60A95B368C50

**STUDLEY TEXTS 098**

> It is NEVER EVER the victims fault in an abusive situation. And this was definitely emotional abuse

I agree and now I can see like I think he chose me for my past. He is so calculating in ways I never understood. He knew I withstood Mellon's shit for years and I think that made him think this would be easy. He knew FBMJ was shitty and Brian white law said terrible shit. I feel like he thought about all of that

> Likely

He's just so sick.

Anyway thank you. I don't know why. Yesterday just things clicked. I got really sad but I needed it all to click

> Sadly a lot of men are. Especially men in power positions in his generation

Yes exactly. I think in law school there should be a workshop on this shot

> There should!

this attorney last night was like partners and young female associates are MOSTLY what I see

And my mind was blown. I'd love to speak on this stuff. Women's lawyers stuff should do more of protecting their people. It's too frequent

And men should take a workshop too so they can stand up for what's right

> I totally agree
> Who did the attorney recommend telling?

He thinks I need to tell the new firm at the very least

He told me I should think about telling the PHPA

I told him it's Bob and he found like articles about him and he recognizes what a big deal he is but he like didn't care? He's like we need to preserve your career but most people are way too worried about that

> Yeah

He said I could file a discrimination charge

Or maybe try to work out a settlement agreement

> Think about like the Weinstein stuff and like Matt lauer and stuff. It's always the big deal people

Yeah exactly

And then bob gave me this bullshit yesterday



Exported from: iPhone (101) (L2WQ29FQKL) on 2025.12.02, 11:14 with iMazing 3.4.0 by DigiDNA
Database date when extracted: 2025.12.02, 11:00
Backup checksum: 1FB087B0270D482D83017244D81E58A0EF7FDAC0D3C0C04CD7CA60A95B368C50

STUDLEY TEXTS 100

I will not be an independent contractor for him. Fuck no.

> No
>
> 100% not
>
> You have to get away from him
>
> For your own well being

And like once he knows that and once I don't cash the check, it will be obvious

That attorney was like that check is so fucked up

> It's okay if he knows
>
> You have not done anything wrong and he has
>
> So nothing bad can happen to you even if he catches on

Yeah exactly. Like maybe just scare him

Idk. I think it's gonna take a while to get old Elyse back

I feel like I've disappeared

> You need to feel safe in your body and get yourself back. And that means you can't remain tied to him through some type of independent contractor situation

You are one hundred percent right

This letter is making me see red.

> Ugh
>
> Did you just get that

Yeah just now

Fuck it

I can tell by how it's written that bob wrote it

> Have you considered talking to them independently of bob and asking for a different arrangement

Yeah perhaps. That was the plan before he meddled. Do you think I could try to talk to Donna?

> Yes

I feel like I need help in Michigan



Exported from: iPhone (101) (L2WQ29FQKL) on 2025.12.02, 11:14 with iMazing 3.4.0 by DigiDNA
Database date when extracted: 2025.12.02, 11:00
Backup checksum: 1FB087B0270D482D83017244D81E58A0EF7FDAC0D3C0C04CD7CA60A95B368C50

**STUDLEY TEXTS 101**

> Try talking to Donna. I don't know her but I think that would best

Okay. What do I say? I feel like im having a hard time articulating the issue.

Like.... Hold on im not making sense

This attorney said talk to them when I get to the new firm. But by that time, this will all have exploded because it basically needs to be done by tomorrow. You know?

> I think you say hey Donna, I have something I'd like to talk to you about that I was just trying to navigate on my own and not make a big deal about it but I think I need some advice.

Okay just text her that?

> You can. But then maybe ask if you can call?

Right. I'm just trying to prompt the conversation

I feel like I need to have it in person?

> Yeah

But I know that's really needy

> Call or in person. Not text

Yeah

> And I think show her the pictures
> So there is no doubt in her mind how real it is

Okay - but like what if she asks how I got them

#criminalconcerns



> Just tell her you took a pic of his iPad
> Who cares

Lol okay

Do you think I can trust her

> Is going on someone's iPad even illegal

Ugh this is fucking terrifying



Exported from: iPhone (101) (L2WQ29FQKL) on 2025.12.02, 11:14 with iMazing 3.4.0 by DigiDNA
Database date when extracted: 2025.12.02, 11:00
Backup checksum: 1FB087B0270D482D83017244D81E58A0EF7FDAC0D3C0C04CD7CA60A95B368C50

STUDLEY TEXTS 102

> Bob,
>
> I received the draft agreement regarding my proposed independent contractor status with Riley & Hurley, PC. I cannot agree to this arrangement.
>
> I am aware that you took photographs of me surreptitiously while I was in your office. This is extremely upsetting and inappropriate. This, in conjunction with your other behaviors and actions, including your romantic text messages, letters, and comments, has caused me to feel very uncomfortable and scared. I will not be working in any capacity in which you are my supervisor.
>
> I have attached a memo with the information necessary to transition my current PHPA projects and I will reasonably cooperate in transitioning these projects so as to protect the client's interests. Under the circumstances, I felt it better to not record a PHPA annual meeting video and I leave preparation of such a video to you.
>
> I received the $10,000 personal check from you. In light of this situation, I do not feel comfortable cashing this check.
>
> I want you to know that I feared speaking up for fear of retaliation due to your status and prominence in the legal field. I trust that this fear will not be realized.
>
> I have removed the rest of my personal items from the office. I left the laptop on my desk and the keys to the building and the office suite are located in the drawer on the right-hand side of my desk. I trust that we will move on without further complication.
>
> Elyse Held

>> It's good

>> It's going to be okay

[name redacted]

>> I think he will just leave you alone now. He's smart enough to do that

>> Is Brandon home with you

> 1. Because I ate Taco Bell last night. And 2. Because I'm anxious as fuck

> Yes. We leave for softball in a few minutes

>> Ok good. That's a good distraction

> Yeah I was gonna skip and I'm like nope I need that

>> What do you think Bob will do? Do you think he will respond

> Matt thinks he is gonna call me

> I think the man might have an MI

>> **What did Matt tell you to do if he calls**



Exported from: iPhone (101) (L2WQ29FQKL) on 2025.12.02, 11:14 with iMazing 3.4.0 by DigiDNA
Database date when extracted: 2025.12.02, 11:00
Backup checksum: 1FB087B0270D482D63017244D81E58A0EF7FDAC0D3C0C04CD7CA60A95B368C50

**STUDLEY TEXTS 124**

I feel like there is no way he suspects that I knew about the photos

Don't pick up

Ok good

Yeah exactly

Think Bob will send this to his lawyer

No way, right?

Probably not. Idk

Yeah that's my thinking. Omg I can't believe I did it

It's like I live in a different universe

You are brave, strong, and smart. You can absolutely handle this. I am really proud of you and it's going to all be okay

Thank you Lauren. I'm happy he cannot get to manipulate me anymore

But I am still so scared

I thought I would feel a little peace but maybe with time

I think you need time but you will have peace again

You're still feeling adrenaline from sending that letter because it took a lot of courage to do that

Very true

I'm just surprised you didn't comment on my poor Taco Bell choices

Lol no judgment

Especially in light of the circumstances

Sometimes you just need Taco Bell

It was the only thing open. Highly do not recommend eating Taco Bell before an anxiety filled day

Lol noted


Exported from: iPhone (101) (L2WQ29FQKL) on 2025.12.02, 11:14 with iMazing 3.4.0 by DigiDNA
Database date when extracted: 2025.12.02, 11:00
Backup checksum: 1FB087B0270D482D83017244D81E58A0EF7FDAC0D3C0C04CD7CA60A95B368C50

STUDLEY TEXTS 125

2/5/2024 12:06:37 PM

> How's it going

2/5/2024 1:08:19 PM

> You ok?

> Girl. Check in with me please 🫠

Hey sorry

> lol it's ok

I was on an hour and a half long call with Sarah

> just wanted to make sure you were okay.

I sent an email to the firm telling them to send me a box and my personnel file

> Did Sarah say that she can keep your case

2/5/2024 7:55:48 PM

Girl

Big things are happening

> What??

Donna is getting fired left and right

One of my clients forwarded my email instead of copying and pasting

Which is horrific

> lol whoops

> Have you heard from Donna

Nope

Fuck herrrrr

Can I call you in a little bit

> Yes I have to put the boys to bed soon tho in like 20 min


Exported from: iPhone (101) (L2WQ29FQKL) on 2025.12.02, 11:14 with iMazing 3.4.0 by DigiDNA
Database date when extracted: 2025.12.02, 11:00
Backup checksum: 1FB087B0270D482D63017244D81E58A0EF7FDAC0D3C0C04CD7CA60A95B368C50

**STUDLEY TEXTS 179**

8/29/2024 8:46:27 PM

**Hey**

**You around?**

**Might be a better situation to discuss on the phone if you can**

> Hey sorry I got home and had a call and then I went for a run. But yes I'm around. Currently brushing my teeth so if you want to call give me one min

**Kk sounds good**

> Ok 👍

> I'm ready whenever

8/30/2024 6:29:18 PM

> I'm at dinner I'll call you in a bit

**Okay laurenstudley22@gmail.com?**

> Yea

**Sent**

> Liked "Sent"

9/1/2024 6:42:17 PM

> Sorry I just saw that you called yesterday. I can talk this evening if you want?

9/2/2024 8:09:35 PM

> Any progress on the release? You HAVE to tell me if you send the complaint

9/2/2024 10:58:11 PM

**No progress. It's another fuck you.**

9/3/2024 9:47:57 AM

> Are you going to send him the complaint or not yet

9/3/2024 4:20:11 PM

**Lauren, got a text pep talk in ya?**

> Sure thing

> Or you can call if you want

**I am on a plane**



Exported from: iPhone (101) (L2WQ29FQKL) on 2025.12.02, 11:14 with iMazing 3.4.0 by DigiDNA
Database date when extracted: 2025.12.02, 11:00
Backup checksum: 1FB087B0270D482D83017244D81E58A0EF7FDAC0D3C0C04CD7CA60A95B368C50

**STUDLEY TEXTS 190**

**Yes you're right**

**I just don't even know what he could say that would result in Brian not returning my calls or texting me back**

> Right. Which makes me think it's not like some conspiracy. Brian will call you tomorrow

> This is all just heavy he probably punted the call back to tomorrow

*9/11/2024 9:02:58 AM*

**Holy fuck**

> In courthouse news

**I put a few sentences together because I was asked for a statement**

**But not from them.**

**Sarah just warned me be ready to send something if it's asked so I have something written**

> CNS goes around my firm every day w all the new cases filed

> Soooo I assume others also

**I've never even heard of it**

> Like we get an email every day

**Lauren is this fucking insane**

> It's def wild. But you're up for it

**What happens when you click case details**

> It asks for a login which I don't think I have

**Oh boy**

**Do you think I'm going to hear from anyone?**

> Idk



Exported from: iPhone (101) (L2WQ29FQKL) on 2025.12.02, 11:14 with iMazing 3.4.0 by DigiDNA
Database date when extracted: 2025.12.02, 11:00
Backup checksum: 1FB087B0270D482D63017244D81E58A0EF7FDAC0D3C0C04CD7CA60A95B368C50

**STUDLEY TEXTS 198**