# EXHIBIT J

# Placeholder under 5.3(b)(3)(B)