# EXHIBIT 10

# EXHIBIT PLACEHOLDER

Placeholder under L.R. 5.3(b)(3)(B)