**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| ELYSE MCKENNA, )<br>)<br>PLAINTIFF, )<br>)<br>)<br>VS. )<br>)<br>ROBERT F. RILEY, an individual, )<br>RILEY & HURLEY, P.C. a domestic )<br>professional corporation, OLSMAN, )<br>MACKENZIE, PEACOCK, P.C. a )<br>domestic professional corporation, )<br>)<br>DEFENDANTS. | Case No: 24-cv-12347<br>Hon. Brandy R. McMillion |

## **ORDER STRIKING PLAINTIFF'S RESPONSE BRIEF (ECF NO. 149)**

The Court has reviewed Plaintiff's Omnibus Opposition to Defendants' Motions to Dismiss under Rule 37 Sanctions (ECF No. 149).  The Court strikes that document for the following reason(s):

☐ Missing statement of concurrence or the statement of concurrence does not comply with Local Rule 7.1(a). *See* E.D. Mich. LR 7.1(a).

☒ Wrong font size or improper formatting (e.g., single-spaced, improper margins, no page numbers, etc.). *See* E.D. Mich. LR 5.1(a)(2)–(3).

☐ Over-length. *See* E.D. Mich. LR 7.1(d)(3).

☐ Brief missing required information (e.g., concise statement of issues, controlling or most appropriate authority). *See* E.D. Mich. LR 7.1(d)(2).

☐ Exhibits do not comply with Rule 19(b) of the Electronic Filing Policies and Procedures (e.g., index, separate attachment for each exhibit). *See* E.D. Mich. LR 5.1(d)(1), 5.1.1(a).

☐ Contains information that must be redacted (e.g., social security number, taxpayer identification number, birth date, minor's name, financial account number). *See* Fed. R. Civ. P. 5.2.

☐ Non-compliance with Local Rule 5.3 regarding filing an item under seal in a civil case. *See* E.D. Mich. LR 5.3.

☐ Failure to comply with the discovery dispute protocol set forth in the Court's Practice Guidelines. *See Judge Brandy R. McMillion*, United States District Court for the Eastern District of Michigan, https://www.mied.uscourts.gov/index.cfm?pageFunction=chambers&judgeid=58.

☒ Other:  The Court has also reviewed the reference to Ex. 10. (Confidential Attorney Client Communications) and determined that those documents need not be filed or considered by the Court.

**IT IS SO ORDERED.**

Dated:  January 26, 2026         s/Brandy R. McMillion
    Detroit, Michigan                 Brandy R. McMillion
                                            United States District Judge