**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ELYSE MCKENNA,**

*Plaintiff,*

**v.**

**ROBERT F. RILEY,** an individual**,**
**RILEY & HURLEY, P.C.,** a domestic professional corporations**,**
**OLSMAN, MAKENZIE, PEACOCK, P.C.,** a domestic professional corporation**,**

*Defendants.*

**Case No.: 2:24-cv-12347**

**Hon. Brandy R. McMillion**

---

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A REPLY BRIEF REGARDING PLAINTIFF'S MOTION TO AMEND**

NOW COMES, Plaintiff Elyse McKenna, by and through the undersigned counsel, with this Motion for Extension of Time to file a Reply Brief regarding Plaintiff's Motion to Amend (ECF 133), and hereby state the following:

1. Plaintiff filed her Motion to Amend on January 8, 2026 (ECF 133).
2. Defendant Olsman filed its Response on January 19, 2026 (ECF 144).
3. Riley Defendants filed their Response on January 19, 2026 (ECF 145).
4. Plaintiff's Reply in Response is currently due January 26, 2026.

5. As the Court is aware, there are millions of Americans without power due to a crippling winter storm currently affecting Plaintiff's counsel residing in Mississippi.

6. Plaintiff's undersigned counsel and staff are located in Jackson, Mississippi and Oxford, Mississippi. Both locations lost power due to severe winter weather. The staff in Oxford, Mississippi remains without power for the foreseeable future.

7. Plaintiff met and conferred with defense counsel on the details of the present Motion and Defendants have expressed that they are opposed to the requested extension.

8. Plaintiff's remaining undersigned counsel is attending the deposition of Brandon Heid on January 26, 2026. Counsel is traveling and returning to their offices January 27, 2026.

9. Plaintiff respectfully requests a 3-day extension of time to file their reply, making the reply due on or before January 29, 2026.

10. This request is not filed for the purpose of delay, and no party will be prejudiced by the granting of this motion.

11. Due to the nature of this motion, Plaintiff requests that the necessity for a separate memorandum of authorities be waived.

WHEREFORE, the Plaintiff, by and through her undersigned counsel, respectfully requests that the Court grant this Motion for Extension of Time. In accordance with L.R. 7.1, the parties met and conferred. Concurrence was not reached.

Dated: January 26, 2026

Respectfully submitted,

**LAW OFFICE OF KEITH ALTMAN**

*/s/ Keith Altman*
Keith Altman, Esq.
30474 Fox Club Drive
Farmington Hills, MI 48331
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com

**THE RUSSELL LAW FIRM, PLLC**
Kimberly Russell
Admitted to EDMI
1140 3rd Street NE
Washington, DC 20002
O: (202) 430-5085
kimberly@russellatlaw.com

**BROWN LEGAL GROUP, PLLC**
Sammy Brown, Jr.
Admitted EDMI
175 N. Union Street
Canton, MS 39046
O: (601) 691-5017
slb@brownlegalgrouppllc.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5, I hereby certify that on January 26, 2026, I caused a true and correct copy of the foregoing document to be served on the following by electronic mail:

**KIENBAUM HARDY VIVIANO PELTON FORREST**

Elizabeth Hardy and Thomas Davis
280 N. Old Woodward Avenue, Suite 400
Birmingham, MI 49009
ehardy@khvpf.com
tdavis@khvpf.com

**DEBORAH GORDON LAW**

Deborah Gordon, Sarah Thomas Gordon, and Elizabeth Marzotto Tyalor
33 Bloomfield Hills, Parkway, Suite 220
Bloomfield Hills, MI 48304
dgordon@deborahgordonlaw.com
sthomas@deborahgordonlaw.com
emt@deborahgordonlaw.com

*Counsel for Defendants*

Dated: January 26, 2026.

*/s/ Keith Altman*________________
Keith Altman, Esq.