UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Elyse McKenna ,

                Plaintiff(s),

v.                                          Case No. 2:24−cv−12347−BRM−EAS
                                             Hon. Brandy R. McMillion

Robert F. Riley, et al.,

                Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Brandy R. McMillion as follows:

- STATUS CONFERENCE:  January 27, 2026 at 02:30 PM

The conference shall be initiated by the Court.

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:**   Please call 313−261−7355 Phone conference ID 204 698 569#

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: s/Leanne Hosking
                                                             Case Manager

Dated:   January 27, 2026