**EXHIBIT A**

I'm trying to like work through it and I asked for a sooner therapy appt with my therapist

So maybe tomorrow or Saturday she said.

I'm looking at jobs everywhere

> Ok that's good

> Are you finding anything interesting for jobs

I'm trying to put the doubt out of my head but I'm really struggling. Like this is a deep psychological issue. I feel like a flawed human being. I got off that conversation and immediately tried to tell myself it's not that bad or I'm not grateful enough or maybe I deserve this and I beat myself up. And Brandon keeps saying Elyse no you need to be respected. I keep trying to explain that he can see that because he has that experience. I don't have that background of a place that treated me with respect so when I tell myself I deserve respect, I feel like I'm asking for a fairytale and like I must be crazy. They make me feel crazy. I know I have to work through that but I feel so fucked up. Then I don't want to talk to anyone about it because I feel like I have so many shortcomings and I don't want to take people's time or be someone's charity case. I don't know. This is a lot.

It's complex, I guess. Not much for jobs right now but I'm trying to go at it from all angles - even leaving med mal entirely. I'm thinking outside of the box.

> You have been taken advantage of and gaslit and abused professionally which is why you feel that way. None of it is your fault. And you are doing the right thing by talking to me and Brandon and your therapist about it

I've had to do a couple work calls so I've only spent about an hour or two on jobs. I hope tonight I can spend more time and find more.

Yeah like you're the most helpful Lauren.

> I promise you the way he is treating you is so egregious it's not even that it's not "normal" it's abusive

Brandon doesn't get it. We're talking about two different universes

He means well but it's all so obvious to him. He can't empathize with being in it

> Even if you were a major fuck up and a shitty employee it would not be okay. And you are a great attorney

Replying to you, 2021-02-02 13:36:47: « I promise you the way he is treating you is so egregious it's not even that it's not 'normal' … »

Thank you. I need this affirmation.

I've been trying to practice thinking of myself like a friend. If you came to me with this situation, what would I say? That's the only thing keeping me grounded.


Exported from: iPhone (101) (L2WQ29FQKL) on 2025.12.02, 11:14 with iMazing 3.4.0 by DigiDNA
Database date when extracted: 2025.12.02, 11:00
Backup checksum: 1F8087B0270D482D63017244D81E58A0EF7FDAC0D3C0C04CD7CA60A95B368C50

STUDLEY TEXTS 007

> Like there is literally no "excuse" for his behavior no matter what you said and did. And like I said you didn't do anything. So if you start to think maybe I did something then remind yourself that abuse is never okay no matter what

> You would tell yourself to get out of there like I'm telling you

Yes exactly.

And the most bizarre thing once I get through the bullshit is that HE TOLD ME in July, my assistant was getting switched

Then it got put on the back burner and I brought it up again to say hey this still isn't working etc

And this caused THIS.

> He's crazy dude

Like this is so out of proportion

But it's like I constantly have to remind myself what the real story is

I didn't think that last Friday, I'd have to re-litigate why I should get Sonia as an assistant. It had already been decided in July. Both Sonia and I were told the transition was imminent. I've followed up about it and been put off. Then we talk about it Friday and it becomes a question of why I need a different assistant. That question was already solved. But he tricked me - made me confused about the status of it all. Then slammed me with billing.

I feel like I'm playing a game of chess that I'm not smart enough. I didn't even realize that until I had time to process over the weekend. What I should have said Friday is "why is this an issue? You already told me I'm to work with Sonia." But I got thrown off.

> I've been there before. Not in work but I've been gaslit and told m crazy and it's so dizzying and scary and you feel like you don't know what is real and you start to think you are crazy

Exactly. Like it's almost like I need to write all of this out to make sense of it all.

> Talk to your therapist about some tools you can use to keep your feet on the ground when you are being gaslit

I think I'll do that tonight. Just write some bullets down about the real narrative and try to not get spun into the side stories he is creating a

Creating*

Yeah that's a really good idea

> It sucks. And gaslighting works that's why men like him do it

> Even smart competent women get thrown off by it


Exported from: iPhone (101) (L2WQ29FQKL) on 2025.12.02, 11:14 with iMazing 3.4.0 by DigiDNA
Database date when extracted: 2025.12.02, 11:00
Backup checksum: 1F8087B0270D482D63017244D81E58A0EF7FDAC0D3C0C04CD7CA60A95B368C50

**STUDLEY TEXTS 008**

> But I mean the board has to know he mediates

[REDACTED]

> That weirds me out hmm okay I'm gonna get back to work. What a weird thing to randomly find

>> It keeps getting stranger

> Yeah... and it HAD to be a mistake to save that in Bill's folder.

>> Emphasized "Yeah... and it HAD to be a mistake to save that in Bill's folder."

2/8/2021 11:00:36 AM

> So Bob sent me an email telling me we need to schedule our meeting this week

>> It will be ok

>> It's good to just get it over with

>> Did something else happen to precipitate the change?

> I'm not sure what to say. When I talked about it with Gemma, she had two points: 1. Why would we schedule a meeting without Bill? Which is a good point and 2. I could just say I don't want to work with Kelly and say I don't need to meet

>> That's true

> Bill is in Palm Springs so we can't possibly be at the meeting but it's apparently a problem that I am "forcing Bill to work through Kelly" etc

> But I think you're right about getting it over with

>> I do think it's weird though to do it without Bill now that you say that

> Marilyn is also in Florida so she won't be there either

> I feel like Bob is doing it this way so he can lie to them

>> So then if he tries to say shit about Bill and what Bill need and what Bill thinks maybe you should tell him that you don't feel comfortable continuing without Bill present if he's having such significant issues

> Yeah exactly and then I think I just stop the meeting or say let's give him a call

>> And that he has never communicated any of this to you directly

> Yup

>> Yeah. Don't let him manipulate you using "Bill"



Exported from: iPhone (101) (L2WQ29FQKL) on 2025.12.02, 11:14 with iMazing 3.4.0 by DigiDNA
Database date when extracted: 2025.12.02, 11:00
Backup checksum: 1F8087B0270D482D63017244D81E58A8EF7FDAC0D3C0C04CD7CA60A95B368C50

**STUDLEY TEXTS 021**

Exactly! Oh he was a jerk but I tried to be "in my wise mind" as my therapist calls it. He basically is just going to be a child and disagree with everything I say (but then actually agrees with it - he just wants to say it his way. You know how that is). He also did not work this weekend despite making me finalize documents and send them to him before he was supposedly going to work on it Sunday. The funniest part is that he criticized this one sentence that I think he thought I wrote for a full two minutes (going on and on about it) when it was actually one HE WROTE. All in all, I think I approached the conversation in a much healthier way and I somehow didn't let him get to me.

I finished the gaslighting book last night and the combination of you, my therapist, and that book has allowed me to see through SO many of the tactics and not go totally insane in the process.

> Good I'm so glad it went ok, and most importantly that you were able to feel ok about it

> To keep your feet kind of grounded in what you know is reality and not let anyone throw you off with nonsense

That is exactly it. Bob just went on and on and on about how poorly it was written, how lawyers are supposed to be better writers than this, how the entire agreement will be ruined etc etc etc and I'm like "well I hate to break it to you but you wrote this part but I completely agree with you that it should be changed"

> Hahaha what did he say then

He didn't say anything and there was a LONG awkward pause so then I was like "it was during one our late night zoom calls so we were probably both pretty tired"

I wasn't going to say anything until he was like "lawyers should write better than this" and then I was like oh no no no

> Also I'm sorry but even if you had written it that is so inappropriate. There is NO reason or benefit whatsoever to criticize someone as a lawyer and their writing as a whole
> Because of one poorly written sentence

EXACTLY.



Exported from: iPhone (101) (L2WQ29FQKL) on 2025.12.02, 11:14 with iMazing 3.4.0 by DigiDNA
Database date when extracted: 2025.12.02, 11:00
Backup checksum: 1F8087B0270D482D63017244D81E58A0EF7FDAC0D3C0C04CD7CA60A95B368C50

STUDLEY TEXTS 027

> And let him imply what he wants

Hmmm oooh that's a good idea

He's always so nice

That's also super safe if anyone saw that

> Right

When he messaged me last night I got so freaked out that I had some setting on LinkedIn turned on or something

But I don't

Like a job seeking setting

> Lol
>
> I think you're over thinking it
>
> It makes sense for him to reach out if last time you talked you implied things weren't super at R&H

Yes for sure! The timing just made me paranoid

I'm turning actually crazy

> No you aren't B
>
> You aren't crazy

Good thing I already have an established relationship with a therapist

Lol

> You're anxious because of emotional abuse you're suffering on a daily basis is
>
> Which makes sense

You're right. So you think just say that? Should I ask him questions back

Like obviously how he's doing etc

> Yeah

I could mirror the same questions and ask him if there's anything new and exciting over there lol

> Just maintain a professional relationship incase you need him

Yeah for sure


Exported from: iPhone (101) (L2WQ29FQKL) on 2025.12.02, 11:14 with iMazing 3.4.0 by DigiDNA
Database date when extracted: 2025.12.02, 11:00
Backup checksum: 1F8087B0270D482D63017244D81E58A0EF7FDAC0D3C0C04CD7CA60A95B368C50

**STUDLEY TEXTS 030**

> And also so convenient

> I feel I need therapy everyday at this junction

> I do think I will send Rick a message to give me a call - even if it makes me nervous

>> I think you should

>> Because you can't stay at R&H

> Yeah you're right

>> To cheer you up lol

> Omg thank you!!! Made me laugh!

> Also you're a genius

> The billing guidelines are a goldmine

>> I knew it!

> You're seriously so smart

> Not that that is surprising

> But I'm so glad you thought of it!!!

> Also Gemma was like you need to not let them get to you - just stay in Elyse la la land

>> And also this reinforces that you are NOT crazy

>> It's right there in writing

> And if they treat you badly, tell them that you will not allow them to treat you this way and that you're uncomfortable

> And GTFO

> And that I dont see the point in being ambushed

>> Yes

>> Good

> And that it's not productive. Also Rick told me to call him whenever and that he's free most of tmr and all of Friday

>> Perfect

> And she was like if they continue just say you won't have this discussion. And she told me remember - people only treat you the way you allow them to treat you



Exported from: iPhone (101) (L2WQ29FQKL) on 2025.12.02, 11:14 with iMazing 3.4.0 by DigiDNA
Database date when extracted: 2025.12.02, 11:00
Backup checksum: 1F8087B0270D482D63017244D81E58A0EF7FDAC0D3C0C04CD7CA60A95B368C50

**STUDLEY TEXTS 049**

> So true

And I'm like yes - so right. And she told me to catch them off guard by telling them that I know I'm a good attorney if they start attacking me

She's like that freaks people out

> Yes!
> 
> Love her lol

Yes she is amazing

She's like be in your wise mind Elyse

I'm gonna have to really get my head wrapped around it on the way there

And she was like what's the worst that could happen if you talk to Rick? Why not?!

> You will be great. You are prepared mentally and with your notes

She reminds me that life isn't this serious

> Exactly! Gemma and I are on the same page

Like she doesn't say that. But it's implied in what she says

> She's so right

It's like who cares?!

> 1000%
> 
> Work is not life

It's freeing to reframe my perspective like that

> There's always another job

Exactly!!!

I wonder what the daily stoic for tomorrow is

So applicable

Maybe I should buy two more copies to gift to Bob and jell

Kelly

> Lol



Exported from: iPhone (101) (L2WQ29FQKL) on 2025.12.02, 11:14 with iMazing 3.4.0 by DigiDNA
Database date when extracted: 2025.12.02, 11:00
Backup checksum: 1F8087B0270D482D63017244D81E58A0EF7FDAC0D3C0C04CD7CA60A95B368C50

**STUDLEY TEXTS 050**

> That's why I love the stoic it's not about not having emotion. It's about perspective and not being reactive

> It calms my mind down

> Tomorrow is going to be fine. Because even if it's not fine, it doesn't matter. This job is not life. No job is. Remember that and remember what Gemma said. You are a good attorney. You don't have to tolerate abuse. You can choose to leave the situation. And you are prepared with reasonable requests and responses. If they gaslight you, ask them to stop and if they don't then leave. It's Bob's loss ultimately. There's nothing that Bob can do to you that could really influence Rick or me and there is always another job.

2/10/2021 8:36:15 PM

Loved "Tomorrow is going to be fine. Because even if it's not fine, it doesn't matter. This job is not life. No job is. ==Remember that and remember what Gemma said.== You are a good attorney. You don't have to tolerate abuse. You can choose to leave the situation. And you are prepared with reasonable requests and responses. If they gaslight you, ask them to stop and if they don't then leave. It's Bob's loss ultimately. There's nothing that Bob can do to you that could really influence Rick or me and there is always another job."

I am going to read this again tomorrow. You are so right.

> You've got this.

2/11/2021 7:53:13 AM

> Good luck today! You've got this

2/11/2021 9:30:52 AM

Thank you chica!!!

I felt like such crap today so I slept ok and I'm gonna try to get my mind together

> What time is the meeting

I slept in*

11

> Perfect

> I have a 10:00 dep but I should be done by noon so call me after the meeting if you want

Okay awesome. I will. I'm like not quite in the right mindset yet but I'm working on getting there

> You have time. I'm glad you slept in

> You are going to be just fine



Exported from: iPhone (101) (L2WQ29FQKL) on 2025.12.02, 11:14 with iMazing 3.4.0 by DigiDNA
Database date when extracted: 2025.12.02, 11:00
Backup checksum: 1F8087B0270D482D63017244D81E58A8EF7FDAC0D3C0C04CD7CA60A95B368C50

**STUDLEY TEXTS 051**

> Rise above. Like Gemma said Elyse la la land. They are the ones who are being unreasonable. You are not so don't let it shake you

Yes and there's a daily stoic that's perfect for this that talks about being invincible and being like someone in the media fielding rude questions from reporters and they don't get swayed. They just calmly answer the question and move on. That's what I need to channel too

I just feel like I have so many guidelines to follow and they're all important. I just am having trouble keeping track of them. It's like stay in Elyse la la land, don't get wrapped up in defending myself, don't let them abuse me, and try to keep the conversation about what it's supposed to be about, but if they're going to keep talking about something involving Bill or they're going to be cut me off or be rude, then explain that's inappropriate and not productive and probably end the meeting.

Loved "Rise above. Like Gemma said Elyse la la land. They are the ones who are being unreasonable. You are not so don't let it shake you"

Also I'm a little on the fence about giving them the paper of requests so I think that might be a game time decision but I'm definitely going to have it for myself to reference and I'll have back up copies as well

> You are going to be fine. I promise

> Trust yourself

Loved "Trust yourself"

2/11/2021 12:48:45 PM

> FYI Stephanie Arndt just texted me and said if I know anyone looking to switch jobs let her know because she needs help with Med mal. She recently switched to defense and is working at Vandeveer Garzia I think doing appellate.

Lmao she just texted me too

Also we have a bunch to discuss

Kelly and I are meeting now but Bob is insane

> Yes he is. No surprise there

> Are you doinf ok?

> Doing

Omg

Can I call you in 5

> Yep



Exported from: iPhone (101) (L2WQ29FQKL) on 2025.12.02, 11:14 with iMazing 3.4.0 by DigiDNA
Database date when extracted: 2025.12.02, 11:00
Backup checksum: 1F8087B0270D482D63017244D81E58A0EF7FDAC0D3C0C04CD7CA60A95B368C50

**STUDLEY TEXTS 052**