# EXHIBIT F

Placeholder under 5.3(b)(3)(B)