**EXHIBIT G**

1

```
 1        File one, Brandon Heid
 2   BY MR. DAVIS:
 3   Q    Sir, can you state your full name for the record
 4        including middle name.
 5   A    Brandon Dale Heid.
 6   Q    And what's your current address?
 7             MR. ALTMAN:  Hold on.  Can we put
 8        that off the record?  There's no reason.
 9             MR. DAVIS:  You can mark this page as
10        confidential under the protective order.
11   ████████              ████████   ████████████
12        ████████████
13   ██████
14      •  ████████████████
15      •  ██
16      •  ██████████████
17      •  ██████████████
18      •  ████  ████████████████████████
19      •  ████████
20   Q    We can go off it confidential record now.
21             The phone number that you just gave,
22        how long have you had that phone number?
23   A    I think since, like, 2021.
24   Q    And what kind of device is that?
25   A    iPhone.
```

139

1  A    But I don't know.

2  Q    That's not something you think you remember,

3       hitting your wife, if it happened?

4  A    During the marriage, I don't think.  But I don't

5       know.

6  Q    You think you hit her before the marriage, then?

7  A    It's possible.

8  Q    Who is Gemma Haynes?  Who is Gemma Haynes?

9  A    She is a therapist.

10 Q    Elyse's therapist; correct?

11 A    I believe so.

12 Q    Okay.

13              MR. ALTMAN:  I'm going to -- it's a

14       little late objection, foundation.

15 BY MR. DAVIS:

16 Q    Okay.  Did you ever attend sessions with Elyse when

17       she saw Gemma Haynes?

18              MS. RUSSELL:  Objection, privileged.

19              MR. ALTMAN:  No.  Attending is not an

20       issue.  Wait, hold on.

21              MS. RUSSELL:  Can we go off the

22       record?

23              MR. DAVIS:  No, Keith is right,

24       attending is not privileged.

25              MR. ALTMAN:  Hold on, scope.  Just

140

1     let me speak --
2                    (Speaking at once.)
3                    COURT REPORTER:  One at a time.
4                    MR. ALTMAN:  -- with my co-counsel
5     for a second.  All right.
6                    MR. DAVIS:  Okay.
7                    MS. RUSSELL:  We need to go off the
8     record for five minutes.  We will be back.
9                    MR. DAVIS:  I agree.
10                   No, no, no, you can't take him.
11                   MR. ALTMAN:  I certainly can.
12                   MR. DAVIS:  Are you going to coach
13    him?  Absolutely not.  Stay on the record.
14                   (All speaking at once.)
15                   MR. ALTMAN: Hold on.  I can
16    absolutely discuss with him whether there's a
17    privilege.
18                   MR. DAVIS:  He just testified --
19                   MS. MARZOTTO TAYLOR:  You don't need
20    to raise your voice.
21                   MR. DAVIS:  Do not raise your voice.
22    Second of all, we object.  If he walks out of the
23    room with you when there's a question pending, when
24    we already know for a fact that you've been making
25    false statements to the court before me, we're

141

```
 1          going to go to the court.
 2                    Ms. Russell, you will be happy I will
 3          seek sanctions against him this time.  He's local.
 4          You just stated --
 5                    MR. ALTMAN:  You just accused me of
 6          making false statements to the court?
 7                    MR. DAVIS:  Absolutely.  Been made
 8          about McKenna -- you absolutely have, Mr. Altman.
 9                    COURT REPORTER:  Oh, my goodness, I'm
10          not --
11                    MR. ALTMAN:  Stop, stop, stop.  I
12          just want to be clear.  You are now accusing me on
13          the record of making a false statement to the
14          court?
15                    Think very carefully about your
16          answer.  Because if you are making that statement,
17          you better be able to prove it.
18                    MR. DAVIS:  I can.  I have definitive
19          proof that Gemma Haynes was a therapist, not
20          marital counseling.  And yes, we will --
21                    (Speaking at once.)
22                    MR. DAVIS:  So you better be very
23          careful about what you say on the record.
24                    MR. ALTMAN:  I just want to
25          understand.  Are you saying --
```

142

```
 1                    MR. DAVIS:  Because he just answered
 2        truthfully, she was his therapist.  You're going to
 3        coach him into changing that answer.  It is very
 4        clear what's about to happen here.
 5                    MR. ALTMAN:  I can absolutely speak
 6        to my client about whether a privilege applies.
 7                    MR. DAVIS:  If you're going to coach
 8        him to change his testimony --
 9                    MR. ALTMAN:  -- you've made it on the
10        record.  You forget --
11                    MR. DAVIS:  I can't physically stop
12        you --
13                    MR. ALTMAN:  You forget when you guys
14        took Bob Riley in the middle of a question --
15                    MR. DAVIS:  That was attorney-client
16        privilege, and the rules specifically say that.
17                    MR. ALTMAN:  Okay.  This is
18        attorney-client privilege.
19                    (Speaking at once.)
20                    MS. RUSSELL:  What is the question
21        pending?
22                    (Record repeated.)
23                    MS. MARZOTTO TAYLOR:  There's no way
24        that that is privileged.
25                    MR. DAVIS:  And that's literally what
```

143

1      you said to Ms. Russell?  And then Ms. Russell got

2      bent out of shape and now you're going to walk --

3             MR. ALTMAN:  You can answer that

4      question.  Go ahead.

5             Read it one more time.  Read it one

6      more time.

7             (Record repeated.)

8             MR. ALTMAN:  Objection.  I'm going to

9      object to foundation and form on that, but go ahead

10     and answer that question.

11            MS. MARZOTTO TAYLOR:  Foundation as

12     to whether he was attending sessions?  He doesn't

13     know whether he attended sessions?

14            MR. ALTMAN:  No, that's not the

15     question you asked.

16            MS. RUSSELL:  Correct.

17            MS. MARZOTTO TAYLOR:  He doesn't know

18     whether he was present in the room?

19            MR. ALTMAN:  That isn't the question

20     that was asked.

21            MS. MARZOTTO TAYLOR:  Okay.  I think

22     we're being a little cute here.

23            MR. ALTMAN:  No.  We're not being a

24     little cute.

25            You asked where Elyse saw Gemma

144

```
 1        Haynes, implying that she sought counseling.
 2        That's what your question is.
 3                    MR. DAVIS:  We know she did,
 4        Mr. Altman.  We have definitive proof of that.
 5   BY MR. DAVIS:
 6   Q    Take an answer.
 7                    MS. RUSSELL:  Answer it if you can.
 8                    THE WITNESS:  I went to sessions --
 9                    MS. RUSSELL:  No.  I don't --
10                    MR. ALTMAN:  It's yes or no --
11                    MS. MARZOTTO TAYLOR:  Come on, guys.
12                    MS. RUSSELL:  To this question.
13                    THE WITNESS:  Yes.
14                    MR. ALTMAN:  Okay.
15                    MS. RUSSELL:  Question's no longer
16        pending.  You can come with us.
17                    MR. DAVIS:  We're not going off the
18        record.
19                    And for the record, we're not going
20        off the record.  This is -- well, I hope that was
21        on the record that Ms. Russell said "I don't care".
22                    Just for the record, over our
23        objection, they've all walked out.
24                    MS. MARZOTTO TAYLOR:  They've taken
25        the witness out of the room.
```

```
 1                    MR. DAVIS:   They've taken the witness
 2           out of the room, which we believe is the intention
 3           to have them coach Mr. Heid, because Mr. Heid has
 4           admitted -- which we also will be able to confirm
 5           with medical records that the court will have very
 6           soon, that show that Gemma Haynes treated McKenna
 7           individually without Haynes.
 8                    They were right now coaching the
 9           witness and we just want that marked for the record
10           because we will bring that to the court's
11           attention.  Now you can go off the record.
12                    MS. MARZOTTO TAYLOR:  Tom, you said
13   McKenna --
14                    MR. DAVIS:   That Haynes treated
15           McKenna without Heid individually.  And now they're
16           going to try to coach him to try to change that
17           answer.
18                    Like I said, we can go off the record
19           with that objection being made clear.  And that's
20           it.
21                    (Short recess taken at 3:37 p.m.)
22                    (Back on the record at 3:40 p.m.)
23   BY MR. DAVIS:
24   Q     Mr. Heid, what did your attorneys just tell you to
25         testify on while we were on the break?
```

```
 1                      MR. ALTMAN:  Objection, it's
 2          privileged.  He's not going to answer that.
 3                      MR. DAVIS:  We are going to ask the
 4          court to require you.
 5                      MR. ALTMAN:  Now you're saying I
 6          can't consult with my client on a break?
 7                      MR. DAVIS:  Not when you coach him.
 8                      MR. ALTMAN:  So you're accusing me of
 9          coaching him and you don't know what was said?
10    BY MR. DAVIS:
11    Q     Mr. Heid, you're aware of the fact that Ms. McKenna
12          went to sessions with Gemma Haynes without you;
13          correct?
14    A     Not that I know of.
15    Q     You said that she was her therapist.  Now you don't
16          recall her ever going to the therapist.  Is that
17          what your testimony is now?
18    A     She was a therapist.
19    Q     And you're aware that Gemma Haynes was McKenna's
20          therapist?
21    A     My experience, she was my therapist.
22    Q     There we go.  The record is very clear that the
23          testimony has literally done a 180.
24                      MR. DAVIS:  It's a good thing we have
25          realtime here.  I'll give you the opportunity.
```

```
 1   BY MR. DAVIS:
 2   Q     Mr. Heid, you do understand that this deposition,
 3         when you're put under oath, that's just like
 4         testifying in front of a jury?  You understand
 5         that; correct?
 6   A     Yes.
 7   Q     You understand what penalties of perjury mean;
 8         correct?
 9   A     Yes.
10                   MS. MARZOTTO TAYLOR:  Tom, I want to
11         address who's present in the room right now, by
12         remote means.
13                   Do you have someone on a Zoom right
14         now?
15                   MR. DAVIS:  That was not disclosed to
16         us?
17                   MS. RUSSELL:  I have the Plaintiff
18         joining, yeah.
19                   MR. DAVIS:  That was not disclosed.
20                   MS. MARZOTTO TAYLOR:  When did she
21         join?
22                   MS. RUSSELL:  She's been here the
23         whole time.
24                   MS. MARZOTTO TAYLOR: Okay.  Is there
25         a reason why you didn't put on the record why there
```

```
 1          was someone --
 2                    MS. RUSSELL:  Is there a reason why
 3          we didn't put on the record Donna MacKenzie is
 4          here?
 5                    MS. MARZOTTO TAYLOR:  She's
 6          physically located.  We can see her with our eyes.
 7                    MS. RUSSELL:  She's not put on
 8          record.
 9                    MR. ALTMAN:  Nobody was put on the
10          record.  Nobody was put on the record and nobody
11          was asked.
12                    MS. MARZOTTO TAYLOR:  I'm just making
13          a record today.  Ms. Russell has a Zoom in front of
14          her, and her alone, that apparently the Plaintiff
15          has been attending by remote means.
16                    I have no idea who else is in the
17          room with her.  And you know, that's -- apparently
18          that's what's been going on all day.
19    BY MR. DAVIS:
20    Q     All right.  So before you were taken out of the
21          room:
22                    Question, who is Gemma Haynes?
23                    Answer, she is a therapist.
24                    Question, Elyse's therapist; correct?
25                    Answer, I believe so.
```

149

```
 1                    So now your testimony is she was only
 2           your therapist and not Elyse.  Is that what your
 3           testimony is now?
 4                    MR. ALTMAN:  Objection, form.
 5      BY MR. DAVIS:
 6      Q    Under penalty of perjury, is that your testimony
 7           now?
 8      A    Can you say that again?
 9      Q    I'm asking you -- I just read to you before the
10           break.  I asked you:
11                         Question, Who is Gemma Haynes.
12                         Answer, she is a therapist.
13                         Question, Elyse's therapist; correct?
14                         Answer, I believe so.
15                    Mr. Heid, you just walked out over
16           our objections with Mr. Altman and Ms. Russell.
17           And you have just come back in and testified that
18           she was your therapist.
19                    Is that now your testimony, that she
20           was not Elyse's therapist and she was only your
21           therapist?  Is that what you are now saying under
22           oath?
23                    MR. ALTMAN:  Objection, form.
24      BY MR. DAVIS:
25      Q    You can answer, sir.
```

150

```
 1   A    I'm not saying whether she was Elyse's or not.  I'm
 2        saying she's my therapist.  That's all I said
 3        before.
 4   Q    You said you believe she was also Elyse's
 5        therapist; correct?
 6                  MR. ALTMAN:  Objection, foundation,
 7        which I also made.
 8                  THE WITNESS:  I don't -- I can't
 9        speak to if she was Elyse's therapist or not.  I
10        can speak she is my therapist is what I'm saying.
11                  She was.  She's not anymore.
12   BY MR. DAVIS:
13   Q    And how long did you see Ms. Haynes?
14                  MR. ALTMAN:  Hold on.  Objection,
15        objection, privileged.  Instruct the witness not to
16        answer.
17                  MS. MARZOTTO TAYLOR:  It's not
18        privileged.
19                  MR. DAVIS:  When?  That is absolutely
20        not privileged, Mr. Altman.
21                  MR. ALTMAN:  Yes, it is.
22                  MR. DAVIS:  Mr. Altman, is it your
23        intention to object on privilege to any questions I
24        have, even nonsubstantive questions about his
25        visits with Ms. Haynes?  Is that your intention?
```

```
 1                    MR. ALTMAN:  Yes.
 2                    MR. DAVIS:  Okay.  Then mark that for
 3      the court, because we will be taking that to the
 4      court.
 5                    MR. ALTMAN:  Please, please, I look
 6      forward to it.
 7                    MR. DAVIS:  And you should also take
 8      a look at the brief you filed today, which does
 9      contain a false representation under your name.
10                    MR. ALTMAN:  Okay.
11                    MR. DAVIS:  We will bring this to the
12      court's attention.  You will get your wish
13      Ms. Russell that I also move for sanctions --
14                    MR. ALTMAN:  I never saw a group of
15      attorneys threaten sanctions more times in my life.
16      And I've done a lot of litigation.
17                    MR. DAVIS:  I've never seen attorneys
18      engaging in such a concerted effort to violate
19      court orders and disrespect court orders and ignore
20      court orders.
21                    Therefore, I have had to file for
22      sanctions.  You know, you can look in the mirror if
23      you have any questions about that.
24                    MS. RUSSELL:  We have asked and asked
25      and asked to do this in a cooperative way, and
```