UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ELYSE MCKENNA**,

               Plaintiff,

v.

**ROBERT F. RILEY,** *an individual,*
**RILEY & HURLEY, P.C.** *a domestic professional corporation,*
**OLSMAN, MACKENZIE, PEACOCK, P.C.** *a domestic professional corporation,*

               Defendants.

Case No: 24-cv-12347
Hon. Judge Brandy R. McMillion

**DEFENDANT OMP'S RESPONSE IN OPPOSITION TO MOTION FOR PROTECTIVE ORDER FILED BY THIRD PARTY GEMMA HAYNES [ECF NO. 137]**

---

**The Russell Law Firm, PLLC**
Kimberly Russell
1140 3rd Street NE
Washington D.C. 20002
(202) 430-5085
kimberly@russellatlaw.com
*Attorney for Plaintiff*

**Law Office Of Keith Altman**
Keith Altman (P81702)
30474 Fox Club Drive
Farmington Hills, MI 48331
(248) 987-8929
keithaltman@kaltmanlaw.com
*Attorney for Plaintiff*

**Brown Legal Group PLLC**
Sammy Brown, Jr.
175 N. Union Street
P.O. Box 489
Canton, MS 39046
(601) 691-5017
slb@brownlegalgrouppllc.com
*Attorney for Plaintiff*

**Deborah Gordon Law, P.L.C.**
Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
Morry Daniel Hutton (P81188)
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com
mhutton@deborahgordonlaw.com
*Attorneys for Defendant Olsman, MacKenzie, Peacock, P.C.*

**Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.**
Elizabeth Hardy (P37426)
Thomas J. Davis (P78626)
280 North Old Woodward Avenue, Suite 400
Birmingham, MI 48009
(248) 645-0000
ehardy@khvpf.com
tdavis@khvpf.com
*Attorneys for Defendants Robert F. Riley and Riley & Hurley, P.C.*

### DEFENDANT OMP'S RESPONSE IN OPPOSITION TO MOTION FOR PROTECTIVE ORDER FILED BY THIRD PARTY GEMMA HAYNES [ECF NO. 137]

Defendant Olsman MacKenzie Peacock ("OMP") relies on and incorporates herein its position regarding the scope of Ms. Haynes deposition as set forth in its communications with her counsel. OMP further relies on and incorporates herein the arguments set forth by the Riley Defendants, including, without limitation, as to the evidence in this case that Ms. Haynes treated Plaintiff individually and for joint and/or marital therapy.

Dated: January 28, 2026

**DEBORAH GORDON LAW**
*/s/Deborah L. Gordon (P27058)*
*Attorneys for Defendant Olsman, MacKenzie, Peacock, P.C.*
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing and service of said documents to all parties through their counsel of record.

**DEBORAH GORDON LAW**
*/s/Deborah L. Gordon (P27058)*
*Attorneys for Defendant Olsman, MacKenzie, Peacock, P.C.*
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com