UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELYSE MCKENNA,

    Plaintiff,

v.

ROBERT F. RILEY,
RILEY & HURLEY, PC, and
OLSMAN MACKENZIE
PEACOCK, PC,

    Defendants.
_____/

Case No. 2:24-cv-12347
Hon. Brandy R. McMillion

### ORDER GRANTING RILEY DEFENDANTS' MOTION COMPEL COMPLIANCE WITH RULE 45 SUBPOENAS ON MCKENNA'S LAY WITNESSES JULIAN WETTLIN, CAITLIN BARRETT, AND ARIEL KELLERSOHN (ECF NO. 134)

    This matter is before the Court on Defendant Robert F. Riley and Riley & Hurley PC's ("Riley Defendants") Motion to Compel Compliance with Rule 45 Subpoenas on McKenna's Lay Witnesses Julian Wettlin, Caitlin Barrett, and Ariel Kellersohn (ECF No. 134). The Court having reviewed the motion, the attached exhibits, and the subpoenas issued pursuant to Rule 45 finds that the subpoenas do not appear overbroad on their face, nor do they exceed the bounds of discovery under the Federal Rules. Wettlin, Barrett, and Kellersohn having been duly served are therefore required to comply with a validly issued third-party subpoena.

Accordingly, **IT IS HEREBY ORDERED** that the Riley Defendants' Motion (ECF No. 134) is **GRANTED**.

**IT IS FURTHER ORDERED** that, on or before **February 9, 2026**, Julian Wettlin, Caitlin Barrett, and Ariel Kellersohn shall produce <u>**ALL**</u> subpoenaed materials to the Riley Defendants.

**IT IS FURHTER ORDERED** that if the described materials are not produced as directed, Julian Wettlin, Caitlin Barrett, and/or Ariel Kellersohn shall appear for hearing before this Court on Thursday, February 12, 2026 at 10:00 a.m. at 231 West Lafayette Blvd., Detroit, MI 48226, Courtroom 251, to show cause why they should not be held in contempt of this Court for failure to respond to the subpoena.

**IT IS FURTHER ORDERED** that the Riley Defendants shall serve a copy of this Order on Julian Wettlin, Caitlin Barrett, and Ariel Kellersohn; and file a Certificate of Service for each stating that this Order has been served.

**IT IS FURTHER ORDERED** that if the described materials are produced, the Riley Defendants shall immediately notify the Court, so that the above referenced hearing can be cancelled.

**IT IS SO ORDERED**.

Dated:  January 30, 2026                s/Brandy R. McMillion
                                        Hon. Brandy R. McMillion
                                        UNITED STATES DISTIRICT JUDGE