UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELYSE McKENNA,

    Plaintiff,

-vs-                                  Case No. 24-cv-12347
                                        Hon. Brandy R. McMillion

ROBERT RILEY et al.,

    Defendants.

_____

### NOTICE OF LIMITED APPEARANCE OF JENNIFER SALVATORE ON BEHALF OF SALVATORE PRESCOTT PORTER & PORTER, PLLC AND MOGILL & LEMANSKI, PLLC

**TO: CLERK OF THE COURT**

Please enter the Limited Appearance of Jennifer Salvatore (P66640) as counsel in the above-captioned matter for Salvatore Prescott Porter & Porter, PLLC and Mogill & Lemanski, PLLC for the purpose of attending the Court's Telephonic Status Conference scheduled for February 3, 2026 at 1:30 p.m., pursuant to ECF No. 168, PageID.5846.

                                                                           2

Respectfully Submitted,
SALVATORE PRESCOTT PORTER &
PORTER, PLLC

Date:  February 2, 2026

/s/ Jennifer B. Salvatore
Jennifer B. Salvatore (P66640)
*Attorney for Salvatore Prescott Porter & Porter, PLLC and Mogill & Lemanski, PLLC*
105 E. Main St.
Northville, MI 48167
(248) 679-8711
salvatore@sppplaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2026, I caused to be electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.

/s/ Jennifer B. Salvatore