UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ELYSE MCKENNA, | Case No. 24-cv-12347 |
|     Plaintiff, | |
| v. | Hon. Brandy R. McMillion |
| ROBERT F. RILEY et al. | Magistrate Judge Elizabeth A. Stafford |
|     Defendants. | |

**Defendants/Counterclaim Plaintiffs Riley and Riley & Hurley P.C.'s
Notice of Supplemental Authority re: Rule 37 Motion for Sanctions and Fees**

The Riley Parties hereby give the Court notice of new relevant evidence related to their Rule 37 sanctions motion that arose after their reply brief was filed.[1] This evidence further confirms McKenna's failure to produce responsive ESI:

- Claire McKenna responded to her subpoena by producing an email from Elyse McKenna—sent from her personal Gmail account—dated August 18, 2021. It is entitled "I GOT PHOTOS" and contains three images that McKenna took of Riley's iPad. Ex. 1.

  This email, related to McKenna's hacking Riley's iPad, is directly pertinent to the Riley Parties' trespass to chattels and intrusion upon seclusion counterclaims. It was not produced by McKenna, despite its plain responsiveness to the Riley Parties' RFPs 17, 18, and 42. *See* ECF No. 113-2, PageID.2823 (requesting all documents "reflecting… any screenshots or images you took of Riley's iPad screen" and "concerning your attempts to obtain access to Robert Riley's iPad")

- On Friday, Brandon Heid produced 281 pages of text messages with McKenna, albeit in a nearly impossible-to-follow format devoid of images (and not screenshots like he provided earlier). *Compare* Ex. 2, Supp. Excerpt *with* ECF No. 113-5.[2] These texts reference Riley and contain highly-pertinent evidence, including (1) McKenna's scheming to obtain the password to Riley's iPad; and (2) her surreptitious access of the same. Ex. 2. McKenna has not produced any material from Heid whatsoever despite its plain relevance to the Riley Parties' RFPs.

---

[1] It is "within the Court's discretion to allow parties to file notices of supplemental authority," *Brintley v. Belle River Cmty. Credit Union*, 2018 WL 8815627, at *1 (E.D. Mich. May 7, 2018), and this Court has accepted post-briefing supplemental authority in other cases, *see In re Ford Super Duty Roof-Crush Litig.*, 2024 WL 6895710, at *2 (E.D. Mich. Sept. 30, 2024) (McMillion, J).

[2] To pre-rebut the inevitable complaint from McKenna's counsel: the Court ordered Heid to produce all the texts to the Riley Parties and not OMP, because OMP cannot use the documents in their own case. The Court did *not* hold that the Riley Parties were forbidden from using the texts as evidence in its own pleadings. That said, the Riley Parties are providing only one section of Heid's production, predating McKenna's time at OMP, to illustrate its points.

          Respectfully submitted,

          KIENBAUM HARDY
          VIVIANO PELTON & FORREST, P.L.C.

          By: */s/Thomas J. Davis*
          Elizabeth Hardy (P37426)
          Thomas J. Davis (P78626)
          280 N. Old Woodward Ave., Suite 400
          Birmingham, MI 48009
          (248) 645-0000
          ehardy@khvpf.com
          tdavis@khvpf.com

Dated: February 2, 2026      *Attorneys for Robert F. Riley and Riley & Hurley, P.C.*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 2, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

          */s/ Thomas J. Davis*
          Thomas J. Davis (P78626)
          Kienbaum Hardy
          Viviano Pelton & Forrest, P.L.C.
          280 N. Old Woodward Ave., Ste. 400
          Birmingham, MI 48009
          (248) 645-0000
          tdavis@khvpf.com

599557