UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ELYSE MCKENNA,

      Plaintiff,

v.

ROBERT F. RILEY et al.

      Defendants.

Case No. 24-cv-12347

Hon. Brandy R. McMillion

Magistrate Judge Elizabeth A. Stafford

---

## CERTIFICATE OF SERVICE

      In addition, I hereby certify that on February 2, 2026, I have caused to be served the *Order Granting Riley Defendants' Motion to Compel Compliance with Rule 45 Subpoenas on McKenna's Lay Witnesses Julian Wettlin, Caitlin Barrett, and Ariel Kellersohn (ECF. No. 134)*, ECF No. 166, on the following non-ECF participant, non-party individuals via Federal Express at the following addresses:

Julian Wettlin
19541 Stratford
Detroit, MI  48221

Caitlin Barrett
1340 Pinecrest Dr.
Ferndale, MI  48220

Ariel Kellersohn
220 W. Congress St., Fl. 4
Detroit, MI  48226

*/s/ Thomas J. Davis*
Thomas J. Davis (P78626)
Kienbaum Hardy
Viviano Pelton & Forrest, P.L.C.
280 N. Old Woodward Ave., Ste. 400
Birmingham, MI  48009
(248) 645-0000
tdavis@khvpf.com