## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ELYSE MCKENNA,

                Plaintiff,                      Case No. 2:24-cv-12347

v.                                       Hon. Brandy R. McMillion
                                       United States District Judge

ROBERT F. RILEY *et al.*,

                Defendants.

_____/

## ORDER REQUIRING CERTIFICATION OF COMPLIANCE WITH PREVIOUS COURT ORDERS

      Currently pending before the Court are several discovery motions and motions for Rule 37 sanctions.  *See* ECF Nos. 113, 115, 124, 134, 137, 143.  Many of these motions rely heavily on the assertion that parties have not complied with the Court's previous orders, especially those relating to discovery and the production of documents.  Accordingly, the Court requests that each party file a Certification of Compliance, detailing (1) whether they have complied with the Court's previous orders to date, (2) the extent of their compliance, (3) when compliance was completed, and (4) the method and means used to comply.

      Specifically, the parties shall address their own compliance, as applicable, and not that of others, with the following:

(i)     October 24, 2025 Order Following Status Conference Held on October 23, 2025 (ECF No. 97) requiring Plaintiff to appear for deposition with OMP on 11/17/25; Plaintiff to appear for deposition with Riley Defendants no later than 12/19/25; Plaintiff to identify all mental health and medical treaters and sign HIPAA releases by 10/30/25; Plaintiff to respond to the Riley Parties' and OMP's discovery requests (including OMP's Interrogatory 4 and Request to Produce 13) and produce documents covered by the attorney-client privilege which the Court deemed waived; Plaintiff to supplement or provide her objections to the identified discovery requests by OMP no later than 12/1/25; Plaintiff is to specify whether she is withholding documents on the basis of her objections and identify what documents are being withheld by 12/1/25.

(ii)    November 25, 2025 Minute Entry requiring Plaintiff to serve all outstanding ESI discovery by 11/28/25.  Defendants to notify the Court of any discovery deficiencies by 12/3/25. Plaintiff to provide 30(b)(6) topics to Defendants no later than 12/1/25.  Defendants to schedule 30(b)(6) deposition before 12/10/25.

(iii)   January 9, 2026 Minute Entry requiring Plaintiff to supplement Initial Disclosures by 1/9/26;

(iv)    January 22, 2026 Minute Entry requiring selection of Hurley Deposition Date; and

(v)     January 27, 2026 Court instruction and Text-Only Order requiring Plaintiff to produce all responsive communications with B. Heid and L. Studley by 1/30/26.

****

Accordingly, **IT IS HEREBY ORDERED** that each party shall file a response to this request on or before close of business on **Monday, February 9, 2026**.  Failure to timely comply in good faith and with full candor may result in sanctions pursuant to Fed. R. Civ. P. 11.

**IT IS SO ORDERED.**

Dated:  February 4, 2026              s/Brandy R. McMillion
        Detroit, Michigan            HON. BRANDY R. MCMILLION
                                     United States District Judge