UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ELYSE MCKENNA, | Case No. 24-cv-12347 |
| Plaintiff, | |
| v. | Hon. Brandy R. McMillion |
| ROBERT F. RILEY et al. | Magistrate Judge Elizabeth A. Stafford |
| Defendants. | |

**Defendants/Counterclaim Plaintiffs Riley and Riley & Hurley P.C.'s
Certification in Response to Court's February 4, 2026 Order**

In compliance with the Court's order of February 4, 2026, requesting that the Riley Parties "address their own compliance, as applicable, and not that of others" from a list of specific orders, ECF No. 175, PageID.5871, the Riley Parties submit this certification. There are only three items identified in the Court's order that relate to the Riley Parties. The Riley Parties certify as follows:

1.  **November 25, 2025 Minute Entry ("Defendants to notify the Court of any discovery deficiencies by 12/3/25")**: The Riley Parties submitted the requested list of Plaintiff's discovery deficiencies to the Court and opposing counsel via email to the Court's case manager on December 3, 2025. *See* Ex. 1. This list is substantially identical to the list of discovery deficiencies identified in the Riley Parties' December 22, 2025 Motion for Sanctions under Rule 37 (with the latter identifying additional material McKenna identified at her December 10, 2025 deposition, but had not produced). *Compare with* ECF No. 113, PageID.2800-2802.

2.  **November 25, 2025 Minute Entry ("Defendants to schedule 30(b)(6) deposition before 12/10/25")**. On December 8, 2025, during a telephonic pre-motion conference, the Court granted the Riley Parties leave to file a motion to quash McKenna's 30(b)(6) deposition notice, which was filed on December 14, 2025. *See* ECF No. 108. During that conference, the Riley Parties indicated that until the scope of the deposition notice was finalized, they could not identify who the witness would be, or their availability. The Court agreed with this proposition.

Nonetheless, McKenna's counsel alleged this "deficiency" by the Riley Parties during a January 22, 2026 pre-motion conference. Counsel for the Riley Parties again reiterated that its motion to quash was pending and the 30(b)(6) deposition witnesses could consequently not yet be scheduled. The Court said that it would not be at issue for much longer, as it would be ruling on the Riley Parties' motion shortly. It did so the next day. *See* ECF No. 153.

**3. January 22, 2026 Minute Entry ("Hurley Deposition Date to be selected").** On January 23, 2025, the Riley Parties offered Plaintiff May 12, 13, or 14, 2026 for William Hurley's deposition. *See* Ex. 2 (Hardy-Russell email chain). On February 2, 2026, the Riley Parties designated Mr. Hurley as the 30(b)(6) witness for Topics 2, 4, 5, and 6 of the notice. *See id.* Earlier today, Plaintiff's counsel confirmed May 12, 2026 and May 13, 2026 for both Mr. Hurley's individual deposition *and* his 30(b)(6) deposition. *See id.*

Respectfully submitted,

KIENBAUM HARDY
VIVIANO PELTON & FORREST, P.L.C.

By:/s/*Thomas J. Davis*
Elizabeth Hardy (P37426)
Thomas J. Davis (P78626)
280 N. Old Woodward Ave., Suite 400
Birmingham, MI  48009
(248) 645-0000
ehardy@khvpf.com
tdavis@khvpf.com

Dated: February 4, 2026

*Attorneys for Robert F. Riley and Riley & Hurley, P.C.*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 4, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

*/s/ Thomas J. Davis*
Thomas J. Davis (P78626)
Kienbaum Hardy
Viviano Pelton & Forrest, P.L.C.
280 N. Old Woodward Ave., Ste. 400
Birmingham, MI  48009
(248) 645-0000
tdavis@khvpf.com