**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**ELYSE MCKENNA**,

           Plaintiff,

v.

**ROBERT F. RILEY,** *an individual,*
**RILEY & HURLEY, P.C.** *a domestic professional corporation,*
**OLSMAN, MACKENZIE, PEACOCK, P.C.** *a domestic professional corporation,*

           Defendants.

Case No: 24-cv-12347
Hon. Judge Brandy R. McMillion

**DEFENDANT OMP'S CERTIFICATION OF COMPLIANCE WITH PREVIOUS COURT ORDERS**

---

**The Russell Law Firm, PLLC**
Kimberly Russell
1140 3rd Street NE
Washington D.C. 20002
(202) 430-5085
kimberly@russellatlaw.com
**Attorney for Plaintiff**

**LAW OFFICE OF KEITH ALTMAN**
Keith Altman (P81702)
30474 Fox Club Drive
Farmington Hills, MI 48331
(248) 987-8929
keithaltman@kaltmanlaw.com
**Attorney for Plaintiff**

**Brown Legal Group PLLC**
Sammy Brown, Jr.
175 N. Union Street
P.O. Box 489
Canton, MS 39046
(601) 691-5017
slb@brownlegalgrouppllc.com
**Attorney for Plaintiff**

**DEBORAH GORDON LAW**
Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
Morry Daniel Hutton (P81188)
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com
mhutton@deborahgordonlaw.com
**Attorneys for Defendant Olsman, MacKenzie, Peacock, P.C.**

**Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.**
Elizabeth Hardy (P37426)
Thomas J. Davis (P78626)
280 North Old Woodward Avenue, Suite 400
Birmingham, MI 48009
(248) 645-0000
ehardy@khvpf.com
tdavis@khvpf.com
**Attorneys for Defendants Robert F. Riley and Riley & Hurley, P.C.**

Pursuant to the Court's Order of February 4, 2026 (ECF No. 175), requiring that OMP certify its compliance with the Court's previous orders, OMP states as follows:

## I. OVERVIEW

The Court directed OMP to address its own compliance, as applicable, with previous orders as set forth in the February 4, 2026 Order (ECF No. 175). The February 4, 2026 Order identifies two items in the Court's Minute Entry of November 25, 2025 pertaining to OMP: (1) "Defendants to notify the Court of any discovery deficiencies by 12/3/25," and (2) "Defendants to schedule 30(b)(6) deposition before 12/10/25." *See* ECF No. 175, PageID.5871. The remaining issues pertain only to Plaintiff and/or the Riley Defendants and therefore will not be addressed herein.

## II. November 25, 2025 Minute Entry: "Defendants to notify the Court of any discovery deficiencies by 12/3/25."

On December 2, 2025, counsel for OMP sent its notice of deficiencies in Plaintiff's production to the Court via an email to Case Manager Leanne Hosking, at 4:01 p.m.. Counsel for Plaintiff, their staff, and the Riley Defendants were copied. **Ex. 1**, OMP Notice of Deficiencies to the Court.

OMP's notice of deficiencies was made in the form of a 9-page letter setting forth in detail all the discovery missing from Plaintiff's productions to date, as well as her failure to comply with the Court's orders compelling this production. *Id.* Also on December 2, 2025, counsel for OMP emailed the same letter to Plaintiff's counsel and

2

their staff, with a copy to the Riley Defendants. **Ex. 2**, OMP Notice of Deficiencies to Counsel.

### III. November 25, 2025 Minute Entry: "Defendants to schedule 30(b)(6) deposition before 12/10/25."

On November 24, 2025, OMP provided potential dates for all three OMP partners to be deposed by Plaintiff, as follows: (1) Ms. MacKenzie: January 20, 21, 2026; (2) Ms. Peacock: February 2, 4, 6, 2026; and (3) Mr. Olsman: February 4, 2026. **Ex. 3**, Nov. 24, 2025 Corresp. re OMP Dates. Recently, on February 5, 2026, OMP provided updated potential dates for its partners' depositions.

In response to Plaintiff's December 2, 2026 "30(b)(6) Deposition Notice" to OMP, on December 2, 2025, counsel for OMP advised Plaintiff's counsel via email that there are only three partners at the Olsman firm, all of whom Plaintiff intended to depose; there are no other officers, directors, or managing agents of OMP who could potentially serve as 30(b)(6) witnesses; and Plaintiff was "free to question any or all of the [OMP] partners about 30(b)(6) topics at their respective depositions." **Ex. 4,** Corresp. re Dec. 2, 2025 30(b)(6) Notice. As of December 2, 2025, OMP had (1) identified all 30(b)(6) witnesses and (2) provided their availability to be deposed.

On December 8, 2025, a conference was held with the Court. *See* Minute Entry of December 8, 2025. During that conference, OMP suggested (relying on *Edwards v. Scripps Media, Inc.*, 331 F.R.D. 116, 121 (E.D. Mich. 2019)), and the Court agreed, that Plaintiff should proceed with fact witness testimony, and, if necessary,

3

revisit the need for a separate 30(b)(6) deposition. OMP's position was that after its partners were deposed, the record should be fully developed on any proper 30(b)(6) topic.

On January 8, 2025, Plaintiff noticed the OMP partners for their depositions as follows: (1) Ms. MacKenzie: January 21, 2026; (2) Ms. Peacock: February 2, 2026; (3) Mr. Olsman: February 4, 2026. **Ex. 5**, Jan. 8, 2026 Dep. Notices.

On January 9, 2026, during a conference held with the Court, all depositions of the OMP partners, whether as to fact or 30(b)(6) testimony, were adjourned until May or early June 2026, to allow for a ruling on the Defendants' motions for Rule 37 sanctions. *See* Minute Entry of January 9, 2026. This was confirmed in another conference held with the Court on January 22, 2026. *See* Minute Entry of January 22, 2026.

The January 23, 2025 Order as to Defendant Riley's Motion to Quash or Modify Plaintiff's Rule 30(b)(6) Notice (ECF No. 153) confirmed that OMP was entitled to designate its partners as 30(b)(6) corporate representatives, and that their 30(b)(6) testimony could be taken concurrently with their fact testimony on the dates OMP proffered. Specifically, the Court held that the Riley Defendants properly offered their 30(b)(6) witness to be deposed at the time of his fact testimony; and that the Federal Rules and other controlling authority did not prohibit them from designating Mr. Riley, any other representative, or multiple representatives as their 30(b)(6) corporate representatives. ECF No. 153, PageID.5425-26. The Court also noted that given Mr.

4

Riley's status as a partner of his firm, it was appropriate to identify him as a 30(b)(6) corporate representative. ECF No. 153, PageID.5425. These principles hold true as to OMP.

On February 5, 2026, OMP provided updated potential dates for the three OMP partners to be deposed by Plaintiff in May and June 2026, as follows: (1) Ms. MacKenzie: May 5, 6, 11, 13, 27, 28, 2026; (2) Ms. Peacock: May 7, 11, 27, 2026; and (3) Mr. Olsman: May 18-26, and June 1-3, 2026. **Ex. 6**, Corresp. re OMP Dates. In response, Plaintiff's counsel asked for OMP's "plan for Olsman's Rule 30(b)(6)" deposition. *Id.* OMP inquired whether there was any reason Plaintiff's counsel could not take OMP 30(b)(6) testimony concurrently with fact testimony, as indicated in the January 23, 2026 Order. *Id.* OMP again confirmed that it intended to designate the OMP partners' testimony as 30(b)(6) testimony. *Id.*

In sum, OMP identified its 30(b)(6) witnesses and provided their availability to be deposed before the December 10, 2025 deadline set in the November 25, 2025 Minute Entry. After the depositions of OMP's partners were adjourned, OMP promptly provided updated dates.

Dated: February 9, 2026      Respectfully submitted,

**DEBORAH GORDON LAW**
*/s/ Deborah L. Gordon*
Deborah L. Gordon (P27058)
*Attorneys for Defendant Olsman, MacKenzie, Peacock, P.C.*

5

          33 Bloomfield Hills Parkway, Suite 220
          Bloomfield Hills, Michigan 48304
          (248) 258-2500
          dgordon@deborahgordonlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing and service of said documents to all parties through their counsel of record.

          **DEBORAH GORDON LAW**
          ***/s/ Deborah L. Gordon***
          Deborah L. Gordon (P27058)
          *Attorneys for Defendant Olsman, MacKenzie, Peacock, P.C.*
          33 Bloomfield Hills Parkway, Suite 220
          Bloomfield Hills, Michigan 48304
          (248) 258-2500
          dgordon@deborahgordonlaw.com