UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ELYSE MCKENNA,

      Plaintiff,

v.

ROBERT F. RILEY et al.

      Defendants.

Case No. 24-cv-12347

Hon. Brandy R. McMillion

Magistrate Judge Elizabeth A. Stafford

---

**Defendants/Counterclaim Plaintiffs Riley and Riley & Hurley P.C.'s
Notice of Non-Compliance by McKenna's Lay Witnesses Julian Wettlin,
Caitlin Barrett, and Ariel Kellersohn with Court's January 30, 2026 Order
Regarding Rule 45 Subpoenas**

The Riley Parties hereby submit the following notice regarding the Court's January 30, 2026 Order regarding Julian Wettlin, Caitlin Barrett, and Ariel Kellersohn:

- **Julian Wettlin.** Mr. Wettlin was served with the Court's order on February 2, 2026. *See* ECF No. 172, PageID.5867. Delivery tracking shows that the order was received at his residence on February 4, 2026. Mr. Wettlin has not contacted the Riley Parties' counsel and has not produced any documents.

- **Caitlin Barrett**. The Riley Parties' counsel received a letter from Ms. Barrett stating that "I no longer have that mobile device" and produced no documents. *See* Ex. A. Counsel sent Ms. Barrett the Court's order and an accompanying letter indicating that the subpoena was not limited to past text messages on a specific device but could include more recent texts or emails, that would not be device-specific. *See* Ex. B. She responded with an email, referencing her prior letter, and stating that she would not be coming to court as she is working. Ex. C.

- **Ariel Kellersohn** filed a motion to vacate the Court's order, to which the Riley Parties responded. *See* ECF No. 181; ECF No. 184. She has not produced any documents.

Respectfully submitted,

KIENBAUM HARDY
VIVIANO PELTON & FORREST, P.L.C.

By: */s/Thomas J. Davis*
Elizabeth Hardy (P37426)
Thomas J. Davis (P78626)
280 N. Old Woodward Ave., Suite 400
Birmingham, MI  48009
(248) 645-0000
ehardy@khvpf.com
tdavis@khvpf.com

*Attorneys for Robert F. Riley and*
Dated: February 11, 2026          *Riley & Hurley, P.C.*


## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

*/s/ Thomas J. Davis*
Thomas J. Davis (P78626)
Kienbaum Hardy
Viviano Pelton & Forrest, P.L.C.
280 N. Old Woodward Ave., Ste. 400
Birmingham, MI  48009
(248) 645-0000
tdavis@khvpf.com

600244