Mr. Davis,



In response to the letter I received on January, 15, 2026.

After a reasonable search I am not in possession, custody, or control of any documents responsive to this request. I no longer have that mobile device. Please consider this my response to your request to the best of my ability.

Sincerely,

Caitlin Barrett

METROPLEX MI 480
20 JAN 2026 PM 15 L

Thomas Davis
280 N. Old Woodward Ave.
Ste 400
Birmingham, MI 48009

48009-53940०

Caitlin Barrett
1340 Pinecrest Drive
Ferndale, MI 48220