| | |
|---|---|
| **From:** | Caitlin Barrett <cabarrett1988@gmail.com> |
| **Sent:** | Monday, February 9, 2026 4:35 PM |
| **To:** | Thomas Davis |
| **Subject:** | Response to subpoena |

**EXHIBIT C**

**Caution**: External (cabarrett1988@gmail.com)

First-Time Sender   Details



Report This Email  FAQ  Protection by INKY

Good Afternoon Mr. Davis,

I have received your letter requesting materials. As stated in my previous letter I do not have any such materials to provide. Please let the court know I did respond. I am unavailable to come to court on the 12th as I will be working.

Sincerely,

Caitlin Barrett