UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELYSE MCKENNA,

       Plaintiff,

v.

ROBERT F. RILEY,
RILEY & HURLEY, PC, and OLSMAN
MACKENZIE PEACOCK, PC,

       Defendants.
_____/

Case No. 2:24-cv-12347
Hon. Brandy R. McMillion

## ORDER FOLLOWING FEBRUARY 12, 2026 SHOW CAUSE HEARING

This matter was before the Court for a Show Cause Hearing relating to the Court's Order Granting Riley Defendants' Motion Compel Compliance with Rule 45 Subpoenas on McKenna's Lay Witnesses Julian Wettlin, Caitlin Barrett, and Ariel Kellersohn (ECF No. 134). The Court ordered the third parties to comply with the subpoenas on or before February 9, 2026 or appear at a Show Cause Hearing on February 12, 2026. The Court held the Show Cause hearing and Caitlin Barrett and Ariel Kellersohn appeared. Julian Wettlin did not, and the Court will separately address Mr. Wettlin in a separate order.

For the reasons stated on the record, the Court **HEREBY ORDERS** the following:

1. Third-Party Caitlin Barrett shall search her devices (to include all cellphones, computers, and all data stored therein or on any associated cloud storage, including any data migrated, synced, restored, or transferred from any other device) for any documents responsive to the subpoena issued to her on November 25, 2025. All responsive documents shall be produced on or before **Friday, February 20, 2026**.

2. Counsel for the Riley Defendants shall confer with Ms. Barrett to provide any search terms or other information that would allow her to locate any documents in her possession that are responsive to their requests.

3. Third-Party Ariel Kellersohn shall produce all documents responsive to the subpoena issued to her on November 25, 2025; with the exception of any documents associated with Robert Riley, Riley & Hurly P.C. or any of its employees that she may have as a result of her professional obligations working with these parties as a mediator. The Court notes that Topic 1 in the subpoena is not limited to solely conversations with Ms. McKenna but could also include conversations with other third-parties relating to Robert Riley, Riley & Hurly P.C. or any of its employees, that are not excluded as noted herein. All responsive documents shall be produced on or before **Friday, February 20, 2026**. Any document produced will be deemed "Confidential" per the terms of the Protective Order previously entered in this case.

4. Counsel for the Riley Defendants shall confer with Ms. Kellersohn to provide any search terms or other information that would allow her to locate any documents in her possession that are responsive to their requests.

5. Counsel for the Riley Defendants shall file with the Court a Notice indicating the compliance/non-compliance with this Order on or before **Friday, February 20, 2026**.

6. If the described materials are not produced as directed, Caitlin Barrett and/or Ariel Kellersohn shall appear for a hearing before this Court on Tuesday, March 3, 2026 at 1:30 p.m. at 231 West Lafayette Blvd., Detroit, MI 48226, Courtroom 251, to show cause why they should not be held in contempt of this Court for failure to respond to the subpoenas.

7. Counsel for the Riley Parties shall serve a copy of this Order on Caitlin Barrett and Ariel Kellersohn via email and U.S. Mail.

**IT IS SO ORDERED.**

Dated: February 12, 2026    s/Brandy R. McMillion
Detroit, Michigan    HON. BRANDY R. MCMILLION
United States District Judge

3