# EXHIBIT A

### Non-Party Lauren Studley's Privilege Log/Log of Redacted Documents to Riley Defendants' Subpoena

### McKenna v. Riley, et al., Case No. 2:24-cv-12347-BRM-EAS

| Bates | Date | Document/Communication | From/Author | To | Reason for Redaction/Withholding Document | Description of Redacted/Withheld Document |
|---|---|---|---|---|---|---|
| 0001 | 1/28/2021 | Text Messages | Lauren Studley ("Studley")/Elyse McKenna ("McKenna") | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding finding time to talk on phone. |
| 0015 | 2/2/2021 | Text Messages | Studley | McKenna | Non-responsive to subpoena | Irrelevant text regarding Studley's social media. |
| 0016-18 | 2/3/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding Studley's attorney work and Studley's advice regarding motion practice. |
| 0027 | 2/9/2021 | Text Messages | Studley | McKenna | Non-responsive to subpoena | Irrelevant texts regarding Studley's work. |
| 0032-33 | 2/10/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding Studley's work and regarding attorney outside scope of document requests. |
| 0037 | 2/10/2021 | Text Messages | Studley | McKenna | Non-responsive to subpoena | Irrelevant text disclosing Studley's personal email address. |
| 0046 | 2/10/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding a call to an attorney outside scope of document requests. |
| 0048 | 2/12/2021 | Text Messages | Studley | McKenna | Non-responsive to subpoena | Irrelevant text regarding Studley's medical information. |
| 0054 | 2/12/2021-2/15/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding and picture from Studley's family birthday party. |
| 0055-0057 | 2/16/2021 - 2/20/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding and pictures from Studley's vacation and regarding McKenna's birthday. |
| 0058 | 2/21/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding Studley's vacation. |
| 0059 | 2/24/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding Studley's work experience. |
| 0065-66 | 3/5/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding attorneys/firms outside scope of document requests and Studley's work experience. |
| 0069 | 3/10/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding Studley's work experience. |
| 0071-72 | 3/12/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding McKenna's injury. |
| 0073 | 3/17/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding McKenna's lunch date and Studley's work. |
| 0074-0075 | 4/2/2021-4/3/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding McKenna's pet . |
| 0075 | 4/7/2021-4/8/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding McKenna and Studley's weekend plans |
| 0076 | 4/13/2021 | Text Messages | Studley | McKenna | Non-responsive to subpoena | Irrelevant texts regarding Studley's work. |
| 081 | 4/23/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding attorney outside scope of document requests. |
| 081 | 4/23/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding Studley's family. |
| 082-0085 | 6/3/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding Studley's and McKenna's family, Studley's home renovations, and making plans to get together. |
| 0085 | 6/8/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding attorney outside scope of document requests and Studley's work. |
| 0086-0088 | 7/27/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding Studley's work, McKenna's family, |
| 0094-96 | 8/12/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding Studley's work experience and family. |
| 0103 | 8/19/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant text regarding Studley's colleague at work. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 0107 | 8/19/2021 | Text Messages | Studley | McKenna | Non-responsive to subpoena | Irrelevant texts regarding attorney outside scope of document requests. |
| 0111 | 8/20/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding Studley's work. |
| 0113-114 | 8/20/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Attorney/client privilege | Privileged texts where McKenna seeks legal advice from Studley how to draft letter. McKenna stated she is invoking privilege regarding this conversation. |
| 0114-0116 | 8/21/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Attorney/client privilege | Privileged texts where McKenna seeks legal advice from Studley how to draft letter. McKenna stated she is invoking privilege regarding this conversation. |
| 0116-120 | 8/21/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Attorney/client privilege | Privileged texts where McKenna seeks legal advice from Studley how to draft letter. McKenna stated she is invoking privilege regarding this conversation. |
| 0121 | 8/21/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Attorney/client privilege | Privileged texts where McKenna seeks legal advice from Studley how to draft letter. McKenna stated she is invoking privilege regarding this conversation. |
| 0131 | 8/22/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding and pictures from McKenna's dinner. |
| 0134 | 8/23/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding Studley's family trip. |
| 0138-139 | 8/23/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant text regarding Studley's medical appointment. |
| 0141 | 8/31/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding Studley's trip. |
| 0142-0143 | 9/7/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding McKenna's family/pet and attorney outside scope of document requests. |
| 0143 | 9/8/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding attorney outside scope of document requests. |
| 0144 | 9/9/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding attorney outside scope of document requests. |
| 0145 | 9/11/2021 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant text regarding Studley's outfit and attorney outside scope of subpoena. |
| 0146 | 6/15/2023 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding making dinner plans |
| 0148 | 8/11/2023 | Text Messages | Studley | McKenna | Non-responsive to subpoena | Irrelevant text regarding attorney outside scope of document requests. |
| 0149 | 8/11/2023 | Text Messages | Studley | McKenna | Non-responsive to subpoena | Irrelevant text regarding attorney outside scope of document requests. |
| 0150 | 8/11/2023 | Text Messages | Studley | McKenna | Non-responsive to subpoena | Irrelevant text regarding attorney outside scope of document requests. |
| 0151-0152 | 8/11/2023 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding Studley's work. |
| 0154-0157 | 8/17/2023 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant text regarding Studley's work and attorney outside scope of document requests. |
| 0157 | 9/1/2023 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant test regarding McKenna family matter. |
| 0157 | 10/5/2023 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant text regarding attorney outside scope of document requests. |
| 0159 | 10/17/2023 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding Studley's work. |
| 0159-160 | 10/19/2023 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding dinner plans. |
| 0160-161 | 10/26/2023 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding Studley's work and attorney outside scope of document requests. |
| 0161 | 10/27/2023 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding Studley's work and attorney outside scope of document requests. |
| 0161 | 11/27/2023 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding Studley's work. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 0161 | 11/29/2023 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding Studley's work. |
| 0163-164 | 1/24/2024 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding McKenna's work and dinner plans. |
| 0165 | 1/25/2024 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding McKenna's work and attorneys outside scope of document requests. |
| 0166 | 1/26/2024 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding Studley's work and attorney outside scope of document requests. |
| 0173 | 2/1/2024 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding attorneys outside scope of document requests. |
| 0174 | 2/1/2024 | Text Messages | Studley/McKenna | McKenna/Studley | Attorney/client privilege | Privileged texts regarding pre-suit settlement negotiations. McKenna has stated that these communications are privileged as she sought legal advice from Studley. |
| 0174-175 | 2/3/2024 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding McKenna's work and personal plans. |
| 0176-177 | 2/4/2024 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts disclosing Studley's address and regarding Studley and McKenna's personal plans. |
| 0177-178 | 2/5/2024 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding McKenna's work and Studley and McKenna's personal plans. |
| 0178 | 2/6/2024 | Text Messages | Studley | McKenna | Non-responsive to subpoena | Irrelevant texts regarding Studley's plans. |
| 0180 | 2/7/2024 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding Studley's plans and McKenna's medical information. |
| 0180-184 | 2/7/2024 | Text Messages | Studley/McKenna | McKenna/Studley | Attorney/client privilege | Privileged texts regarding settlement negotiations and litigation strategy. McKenna has stated that these communications are privileged as she sought legal advice from Studley. |
| 0186 | 2/8/2024 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding McKenna and Studley's work. |
| 0187 | 2/9/2024 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant tests regarding attorney outside scope of document requests. |
| 0187 | 2/12/2024 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding Studley's health. |
| 0188 | 3/4/2024 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding Studley's work. |
| 0188 | 4/4/2024 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding Studley and McKenna making personal plans. |
| 0189 | 4/23/2024 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding apology for not calling. |
| 0189 | 5/10/2024 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding Studley's work. |
| Withheld | 8/30/2024 | E-Mail | Elyse McKenna | Lauren Studley | Attorney/client privilege | Email marked "privileged and confidential" by Plaintiff with draft complaint attached. |
| 0191 | 9/3/2024 | Text Messages | Studley/McKenna | McKenna/Studley | Attorney/client privilege | Privileged texts regarding litigation strategy. McKenna has stated that these communications are privileged as she sought legal advice from Studley. |
| 0191 | 9/3/2024 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant message regarding McKenna's travel plans. |
| 0192 | 9/9/2024 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding McKenna's travel plans and attorney outside scope of document requests. |
| 0194-195 | 9/10/2024 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding McKenna's plans. |
| 0198 | 9/11/2024 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant text regarding attorney outside scope of subpoena. |
| 0198-199 | 9/15/2024 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant text regarding attorney outside scope of subpoena. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 0199 | 9/15/2024 | Text Messages | Studley/McKenna | McKenna/Studley | Attorney/client privilege | Privileged texts where McKenna seeks Studley's legal advice. McKenna has stated that these communications are privileged as she sought legal advice from Studley. |
| 0201 | 9/16/2024 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts indicating Studley would call back. |
| 0201 | 9/18/2024 | Text Messages | Studley/McKenna | McKenna/Studley | Non-responsive to subpoena | Irrelevant texts regarding a time and place to meet; meeting a client; and swearing in a friend |
| Withheld | 9/18/2024 | Text Messages | Studley/McKenna | McKenna/Studley | Attorney/client privilege | Privileged texts where McKenna seeks Studley's legal advice. McKenna has stated that these communications are privileged as she sought legal advice from Studley. |

4