# EXHIBIT B

8/20/2021 1:00:03 PM

Do you have a min

I have quick call right now will call you after

10 or 15 min prob

Okay thank you. I am having a meltdown.

I am trying to breathe

Breathe in and out slowly

I'll call in a minute

Kk


Exported from: iPhone (101) (L2WQ29FQKL) on 2025.12.02, 11:14 with iMazing 3.4.0 by DigiDNA
Database date when extracted: 2025.12.02, 11:00
Backup checksum: 1FB087B0270D482D83017244D81E58A0EF7FDAC0D3C0C04CD7CA60A55B368C50

RH/Studley Subpoena 00111

I think it's bullshit that deb Gordon told you no

I agree

She's scared of bob clearly

Well I think she probably just needs him

Which is just insane!!

Agree


Exported from: iPhone (101) (L2WQ29FQKL) on 2025.12.02, 11:14 with iMazing 3.4.0 by DigiDNA
Database date when extracted: 2025.12.02, 11:00
Backup checksum: 1FB087B0270D482D83017244D81E58A0EF7FDAC0D3C0C04CD7CA60A95B368C50

I mean that card he left for you last night too was crazy

I showed it to my sister without any context to who you are or who bob is (plus she's not a lawyer so she would have no idea). Her response was "he's in love with her"

That's nice to have some objectivity or like another set of eyes

That's true

I just told her he was your boss and decades older. And that it was unwelcome. And she was like yeah that's creepy AF

Exported from: iPhone (101) (L2WQ29FQKL) on 2025.12.02, 11:14 with iMazing 3.4.0 by DigiDNA
Database date when extracted: 2025.12.02, 11:00
Backup checksum: 1FB087B0270D482D83017244D81E58A0EF7FDAC0D3C0C04CD7CA60A95B368C50

RH/Studley Subpoena 00118



The messages started off like this and just got worse from there. This one I just sent is t romantic to me but then they snowballed



Exported from: iPhone (101) (L2WQ29FQKL) on 2025.12.02, 11:14 with iMazing 3.4.0 by DigiDNA
Database date when extracted: 2025.12.02, 11:00
Backup checksum: 1FB087B0270D482D63017244D81E58A0EF7FDAC0D3C0C04CD7CA60A95B368C50

RH/Studley Subpoena 00119

And also…..he is a good lawyer. So he was probably very careful with his words

So probably he wanted them to come across romantic but be arguably benign if it turned into a problem he could deny

A message he framed to me

He framed that

Wtf

Yeah I mean this is all romantic right???

I'm digging through my attic for this creepy shit

Yes

I feel like I just don't like the word romantic

It doesn't feel objective

You might freak out reading that just warning you

Omg I did

Idk how you stomached that for that long

And that is 100000% romantic

He says he loves you

Yeah omg

I think I buried that so fucking deep Lauren

Yeah


Exported from: iPhone (101) (L2WQ29FQKL) on 2025.12.02, 11:14 with iMazing 3.4.0 by DigiDNA
Database date when extracted: 2025.12.02, 11:00
Backup checksum: 1FB087B0270D482D83017244D81E58A0EF7FDAC0D3C0C04CD7CA60A95B368C50

RH/Studley Subpoena 00120