# **EXHIBIT C**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7364 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/20/2021 3:57:06 PM(UTC-4) | | | Normal | Did Cheri have any more input? |
| 7365 | +18102784130 | | | | | Normal | This is a mess |
| 7366 | +18102784130 | | | | | Normal | She was not helpful |
| 7367 | +18102784130 | | | | | Normal | [REDACTED - PRIVILEGED] |
| 7368 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/20/2021 4:01:14 PM(UTC-4) | | | Normal | [REDACTED - PRIVILEGED] |
| 7369 | +18102784130 | | | | | Normal | [REDACTED - PRIVILEGED] |
| 7370 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/20/2021 4:02:12 PM(UTC-4) | | | Normal | [REDACTED - PRIVILEGED] |
| 7371 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/20/2021 4:02:12 PM(UTC-4) | | | Normal | [REDACTED - PRIVILEGED] |
| 7372 | +18102784130 | | | | | Normal | [REDACTED - PRIVILEGED] |
| 7373 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/20/2021 4:03:20 PM(UTC-4) | | | Normal | [REDACTED - PRIVILEGED] |
| 7374 | +18102784130 | | | | | Normal | [REDACTED - PRIVILEGED] |
| 7375 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/20/2021 4:04:32 PM(UTC-4) | | | Normal | What did Cheri say |
| 7376 | +18102784130 | | | | | Normal | She thought I could send the original email we came up with but she didn't want me to call anything sexual harassment |
| 7377 | +18102784130 | | | | | Normal | My head is spinning |
| 7378 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/20/2021 4:07:52 PM(UTC-4) | | | Normal | This is definitely overwhelming. But just take a minute and think about what you want to do. You have advice coming from like 4 people who are not involved and aren't you. You are smart and thoughtful and you can do what you think is best. |
| 7379 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/20/2021 4:07:52 PM(UTC-4) | | | Normal | You could take out the word romantic and just say "advances" and let it be implied |

| # | From | To | Read | | | Priority | Message |
|---|---|---|---|---|---|---|---|
| 7584 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 3:21:54 PM(UTC-4) | | | Normal | And I also Don't think your wording as you have it is ruling out later getting into it if |
| 7585 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 3:21:54 PM(UTC-4) | | | Normal | It's not like you're saying he was never sexually harassing |
| 7586 | +18102784130 | | | | | Normal | Right it's just like… I'm trying to take a relatively high road here |
| 7587 | +18102784130 | | | | | Normal | He fucked up. He did fucked up  shit. I want him to stop and know that I know. And move on |
| 7588 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 3:22:44 PM(UTC-4) | | | Normal | Yes |
| 7589 | +18102784130 | | | | | Normal | Not get into all the nitty gritty |
| 7590 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 3:22:47 PM(UTC-4) | | | Normal | I totally get it |
| 7591 | +18102784130 | | | | | Normal | Of every fucking thing |
| 7592 | +18102784130 | | | | | Normal | [REDACTED - PRIVILEGED] |
| 7593 | +18102784130 | | | | | Normal | [REDACTED - PRIVILEGED] |
| 7594 | +18102784130 | | | | | Normal | [REDACTED - PRIVILEGED] |
| 7595 | +18102784130 | | | | | Normal | [REDACTED - PRIVILEGED] |
| 7596 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 3:23:38 PM(UTC-4) | | | Normal | [REDACTED - PRIVILEGED] |
| 7597 | +18102784130 | | | | | Normal | [REDACTED - PRIVILEGED] |
| 7598 | +18102784130 | | | | | Normal | [REDACTED - PRIVILEGED] |
| 7599 | +18102784130 | | | | | Normal | [REDACTED - PRIVILEGED] |
| 7600 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 3:24:12 PM(UTC-4) | | | Normal | [REDACTED - PRIVILEGED] |
| 7601 | +18102784130 | | | | | Normal | → [REDACTED - PRIVILEGED] |
| 7602 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 3:24:42 PM(UTC-4) | | | Normal | I think it's bullshit that deb Gordon told you no |
| 7603 | +18102784130 | | | | | Normal | I agree |
| 7604 | +18102784130 | | | | | Normal | She's scared of bob clearly |
| 7605 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 3:25:35 PM(UTC-4) | | | Normal | Well I think she probably just needs him |
| 7606 | +18102784130 | | | | | Normal | Which is just insane!! |
| 7607 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 3:26:10 PM(UTC-4) | | | Normal | Agree |
| 7608 | +18102784130 | | | | | Normal | → [REDACTED - PRIVILEGED] |
| 7609 | +18102784130 | | | | | Normal | But that's not the case |
| 7610 | +18102784130 | | | | | Normal | I can see both perspectives but I know how Bob does things and I know that there should not be any gray area topics in the letter. It's just clear |
| 7611 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 3:27:44 PM(UTC-4) | | | Normal | I don't think he thinks that it didn't happen. I think he's just playing yo the possible most skeptic juror |
| 7612 | +18102784130 | | | | | Normal | Yeah I guess that's true |
| 7613 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 3:28:33 PM(UTC-4) | | | Normal | I also think once you send this letter even if Bob tries to communicate with you you just don't |

| 7614 | +18102784130 | | | | | Normal | If it were you, would you put them in? |
|---|---|---|---|---|---|---|---|
| 7615 | +18102784130 | | | | | Normal | Idk… |
| 7616 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 3:29:09 PM(UTC-4) | | | Normal | I would probably be scared to like you are honestly |
| 7617 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 3:29:28 PM(UTC-4) | | | Normal | It's easy to say as someone totally detached to just do it |
| 7618 | +18102784130 | | | | | Normal | [REDACTED - PRIVILEGED] |
| 7619 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 3:30:52 PM(UTC-4) | | | Normal | [REDACTED - PRIVILEGED] |
| 7620 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 3:31:14 PM(UTC-4) | | | Normal | I mean that card he left for you last night too was crazy |
| 7621 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 3:32:04 PM(UTC-4) | | | Normal | I showed it to my sister without any context to who you are or who bob is (plus she's not a lawyer so she would have no idea). Her response was |
| 7622 | +18102784130 | | | | | Normal | That's nice to have some objectivity or like another set of eyes |
| 7623 | +18102784130 | | | | | Normal | That's true |
| 7624 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 3:38:52 PM(UTC-4) | | | Normal | I just told her he was your boss and decades older. And that it was unwelcome. And she was like yeah that's creepy AF |
| 7625 | +18102784130 | | | | | Normal | [REDACTED - PRIVILEGED] |
| 7626 | +18102784130 | | | | | Normal | [REDACTED - PRIVILEGED] |
| 7627 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 3:53:52 PM(UTC-4) | | | Normal | [REDACTED - PRIVILEGED] |
| 7628 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 4:31:14 PM(UTC-4) | | | Normal | [REDACTED - PRIVILEGED] |
| 7629 | +18102784130 | | | | | Normal | [REDACTED - PRIVILEGED] |
| 7630 | +18102784130 | | | | | Normal | [REDACTED - PRIVILEGED] |
| 7631 | +18102784130 | | | | | Normal | [REDACTED - PRIVILEGED] |
| 7632 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 4:39:27 PM(UTC-4) | | | Normal | I'm sorry 😔 |
| 7633 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 4:39:34 PM(UTC-4) | | | Normal | I wish I could do more to help |
| 7634 | +18102784130 | | | | | Normal | → |
| 7635 | +18102784130 | | | | | Normal | Romantic??? |
| 7636 | +18102784130 | | | | | Normal | I'm trying to make sure he's been romantic now |
| 7637 | +18102784130 | | | | | Normal | → |
| 7638 | +18102784130 | | | | | Normal | The messages started off like this and just got worse from there. This one I just sent is t romantic to me but then they snowballed |
| 7639 | +18102784130 | | | | | Normal | → [REDACTED - PRIVILEGED] |
| 7640 | +18102784130 | | | | | Normal | → [REDACTED - PRIVILEGED] |
| 7641 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 4:46:42 PM(UTC-4) | | | Normal | [REDACTED - PRIVILEGED] |
| 7642 | +18102784130 | | | | | Normal | Like that letter too right? |
| 7643 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 4:47:36 PM(UTC-4) | | | Normal | Yes the letter 😩 |

| 7644 | +18102784130 | | | | Normal | Ugh I just don't want to push send on this email and be wrong |
|---|---|---|---|---|---|---|
| 7645 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 4:49:10 PM(UTC-4) | | Normal | And also…..he is a good lawyer. So he was probably very careful with his words |
| 7646 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 4:49:10 PM(UTC-4) | | Normal | So probably he wanted them to come across romantic but be arguably benign if it turned into a problem he could deny |
| 7647 | +18102784130 | | | | Normal | ⟶ |
| 7648 | +18102784130 | | | | Normal | A message he framed to me |
| 7649 | +18102784130 | | | | Normal | ⟶ |
| 7650 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 4:50:45 PM(UTC-4) | | Normal | He framed that |
| 7651 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 4:50:45 PM(UTC-4) | | Normal | Wtf |
| 7652 | +18102784130 | | | | Normal | Yeah I mean this is all romantic right??? |
| 7653 | +18102784130 | | | | Normal | I'm digging through my attic for this creepy shit |
| 7654 | +15177958818 Lauren Studley | +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 4:51:23 PM(UTC-4) | | Normal | Yes |
| 7655 | +18102784130 | | | | Normal | I feel like I just don't like the word romantic |
| 7656 | +18102784130 | | | | Normal | It doesn't feel objective |
| 7657 | +18102784130 | | | | Normal | |
| 7658 | +18102784130 | | | | Normal | |
| 7659 | +18102784130 | | | | Normal | |