**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**ELYSE MCKENNA**,

            Plaintiff,

v.

**ROBERT F. RILEY,** *an individual,*
**RILEY & HURLEY, P.C.** *a domestic professional corporation,*
**OLSMAN, MACKENZIE, PEACOCK, P.C.** *a domestic professional corporation,*

            Defendants.

Case No: 24-cv-12347
Hon. Judge Brandy R. McMillion

**OMP'S EXHIBIT LIST TO ITS MOTION TO COMPEL LAUREN STUDLEY'S COMPLIANCE WITH SUBPOENA AND TO COMPEL MCKENNA TO PRODUCE UNREDACTED TEXTS**

---

| | |
|---|---|
| **The Russell Law Firm, PLLC**<br>Kimberly Russell<br>1140 3rd Street NE<br>Washington D.C. 20002<br>(202) 430-5085<br>kimberly@russellatlaw.com<br>**Attorney for Plaintiff** | **DEBORAH GORDON LAW**<br>Deborah L. Gordon (P27058)<br>Elizabeth Marzotto Taylor (P82061)<br>Sarah Gordon Thomas (P83935)<br>Morry Daniel Hutton (P81188)<br>33 Bloomfield Hills Parkway, Suite 220<br>Bloomfield Hills, Michigan 48304<br>(248) 258-2500<br>dgordon@deborahgordonlaw.com<br>emarzottotaylor@deborahgordonlaw.com<br>sthomas@deborahgordonlaw.com<br>mhutton@deborahgordonlaw.com<br>**Attorneys for Defendant Olsman, MacKenzie, Peacock, P.C.** |
| **LAW OFFICE OF KEITH ALTMAN**<br>Keith Altman (P81702)<br>30474 Fox Club Drive<br>Farmington Hills, MI 48331<br>(248) 987-8929<br>keithaltman@kaltmanlaw.com<br>**Attorney for Plaintiff** | |
| **Brown Legal Group PLLC**<br>Sammy Brown, Jr.<br>175 N. Union Street<br>P.O. Box 489<br>Canton, MS 39046<br>(601) 691-5017<br>slb@brownlegalgrouppllc.com<br>**Attorney for Plaintiff** | **Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.**<br>Elizabeth Hardy (P37426)<br>Thomas J. Davis (P78626)<br>280 North Old Woodward Avenue, Suite 400<br>Birmingham, MI 48009<br>(248) 645-0000<br>ehardy@khvpf.com<br>tdavis@khvpf.com<br>**Attorneys for Defendants Robert F. Riley and Riley & Hurley, P.C.** |

| **Ex. 1** | Studley Subpoena and POS |
|---|---|
| **Ex. 2** | Studley Privilege Log |
| **Ex. 3** | Texts Produced by Plaintiff and Redacted by Studley |
| **Ex. 4** | Hearing Transcript Excerpt |
| **Ex. 5** | Text Excerpts |
| **Ex. 6** | Excerpts from Briefs |
| **Ex. 7** | Unpublished Cases |