# EXHIBIT 3

# Texts Produced by Plaintiff and Redacted by Studley

| STUDLEY 16-18 | NA- texts are missing from Plaintiff |
|---|---|
| STUDLEY 71-72 | Lines 1155-1156<br><br>Omg<br><br>Enough |
| STUDLEY 113-114 | Lines 1947-1965<br><br>You should send a pic of it to Matt<br><br>1. You read my mind. 2. Some of the things he agrees with us on!!!<br><br>Lol good<br><br>Are you out of there yet<br><br>Going to the bar!!!!<br><br>Loved "Are you out of there yet "<br><br>No iPad there<br><br>Ok<br><br>Good. Have a few drinks and try to De-stress<br><br>Wish I could come!<br><br>I wish you could too!<br><br>I am going to try my best to de-stress and get my head ready for tomorrow<br><br>Cheri is texting me<br><br>Should I send her the pic of the card or will she just like him more or feel sorry for him?<br><br>Idk<br><br>Don't send her the card<br><br>Just tell her you got your stuff and you are ok<br><br>Okay will not<br><br>Okay good |
| STUDLEY 114 | All redacted (Lines 1970-1978) |
| STUDLEY 116 | I meant the note<br><br>Oh yeah I can<br><br>I meant the transition memo you did<br><br>Ugh<br><br>Bob,<br><br>I am in receipt of the draft agreement regarding my proposed independent contractor status with Riley & Hurley, PC. |

| | |
|---|---|
| | This agreement is not consistent with our previous discussions or my previous discussions with Larry Landon. Larry Landon specifically indicated he would retain our firms independently. I am also in receipt of the letter from Larry Landon stating that "Bob will serve as your supervisor for all PHPA activities, including assignments, projects, meetings, negotiations, etc." I understand that this letter was drafted by Riley & Hurley, PC.<br><br>I cannot agree to this arrangement. I am aware that you took photographs of me surreptitiously while I was in your office. This is extremely upsetting and inappropriate. This, in conjunction with your other behaviors and actions, has caused me to feel very uncomfortable and scared. I will not be working in any capacity in which you are my supervisor.<br><br>I have attached a memo with the information necessary to transition my current PHPA projects and I will reasonably cooperate in transitioning these projects so as to protect the client's interests. Under the circumstances, I felt it better to not record a PHPA annual meeting video and I leave preparation of such a video to you.<br><br>I am in receipt of the $10,000 personal check from you. In light of this situation, I do not feel comfortable cashing this check.<br><br>I want you to know that I feared speaking up for fear of retaliation due to your status and prominence in the legal field. I trust that this fear will not be realized. |
| | The transition memo had only the two things he did not know about |
| | Forget the ugh! |
| | Lines 1990-2005 of Plaintiff's production are supposed to correspond with a very small length of redactions on Studley's end. The long message above is included in this redaction. |
| STUDLEY 117-121 | Lines 2026-2104 redacted |
| STUDLEY 141 | Lines 2607 and 2610 unredacted by Plaintiff |
| | It was good. I went to Grand Rapids wiht a friend |
| | |
| | Ooooh did you have fun in Grand Rapids? It was a SCORCHER this weekend |
| | |
| STUDLEY 142-144 | Lines 2625 to 2636 unredacted by Plaintiff |
| | What's going on with her? Do you know a diagnosis |
| | lol good plan! |
| | Idk Sunday they said she had another gastric outflow obstruction but today things look clear but she hasn't stopped throwing up… |
| | Poor thing |
| | How are you holding up |

| | |
|---|---|
| | Well yesterday I thought we'd have to euthanize her and I think there's a chance we won't have to, so I'm just kinda pulling for that |
| | It's been pretty stressful and I was supposed to start at Olsman today but Donna told me don't worry about it |
| | Did you hear about Emily Thomas??? |
| | No? |
| | Ugh I'm so sorry about Daisy. |
| | That is so much to handle |
| | I'm glad Donna is being okay |
| STUDLEY 145-146 | Lines 2637 to 2669 unredacted by Plaintiff |
| | Are you going into the office or working at home |
| | Today I'm in the office to get my arms wrapped around everything but I think I will probably work from home half the time? |
| | I'm not gonna lie though - I really like being here today |
| | I'm happy for you! |
| | Loved "I'm happy for you! " |
| | Thank you!!!! I am sure office politics will become more obvious as things continue |
| | Everywhere has some issues but such a relief to be out of Bobs office. I'm so hopeful for you that it's going to be good finally |
| | Loved "Everywhere has some issues but such a relief to be out of Bobs office. I'm so hopeful for you that it's going to be good finally " |
| | I hope so too |
| | Some assholes from FBMJ keep asking what happened with Riley's office that you left? And it's like… so annoying because obviously it's about Bill retiring and so much more |
| | What time is bob's bbq |
| | 6:30.  I'm going to Tori's at 6, she lives near him. Then we will go over at like 6:45 and hopefully not stay too long |
| | Ahhhh okay. Awesome!! I'm meeting Sonia from the office before the bbq and I was trying to figure out how long this would be |
| | Thank you!! |
| | Keep me posted! |
| | I will |
| | I'm at Bobs and my shoe broke |
| | |
| | Oh shit! |
| | What's the plan? |
| | I still have a strap on my ankle so I'm making it work lol |
| | So far I've remained upright |
| | I think we are leaving soon |

| | |
|---|---|
| | I'm at Tori's now |
| | It was fine. Not as many ppl there as usual according to Tori |
| | Omg so glad your shoe held up |
| | I'm glad it was good!!! |
| | Are you having fun at least? |
| | Any thoughts on bob's wife |
| | Yes it was fine. A lot of like networking |
| | Now I'm at Tori's relaxing and drinking |
| | Ugh yeah that can be frustrating at times |
| | Loved "Now I'm at Tori's relaxing and drinking " |
| STUDLEY 149 | 2726-2727 unredacted by Plaintiff |
| | Can people just not be appropriate professionals |
| | Like let her hate you. (Even though she's a cunt and there's no reason to hate you) but act like an adult Donna |
| STUDLEY 150 | 2752 unredacted by Plaintiff |
| | I just feel like you would be miserable at McKeen. Brian is awful |
| STUDLEY 156 | Lines 2882-2890 unredacted by Plaintiff |
| | Also question - how many cases do you have in active litigation? |
| | Trying to assess my situation |
| | I'm like she has an agenda. She doesn't like you. She wants to trick |
| | Yes for sure |
| | Between me and Tori and Jared together. Like 80 |
| | Maybe less if you don't count NOI |
| | Damn |
| | Ahhhh |
| | I'd guess like 10 or so NOI |
| STUDLEY 160 | Lines 2974-2977 |
| | I think it will help if Jacqueline puts in a good word for you and she trusts me and Mitch |
| | Be confident. You are def qualified. These insurance companies almost exclusively hire attorneys like us. When I first started at GMH AIG tried to recruit me and offered me a job |
| | Mitch and Jacqueline both did it. It's makes total sense for you if it's something you are interested in |
| | Thank you so so much. I am going to text her now |

4

| STUDLEY 160-161 | Lines 2987-3004 unredacted by Plaintiff |
|---|---|
| | Kk yes call me after |
| | Anything from your lawyers? |
| | Nada |
| | Also I have to talk to Donna today and I want to die about it |
| | Just about work? |
| | Yeah I have to talk to her about my assistant because she isn't doing anything I'm asking her to do and it's fucking insane |
| | Donna prob told her to ignore you lol |
| | Hey random question if you don't mind sharing….how much were your bonuses at FBMJ? We are trying to figure out what other med mal firms bonus their associates. If you don't want to share that's ok |
| | Trying to remember… |
| | Def willing to share the info. When I get home, I could prob check my personal computer |
| | Ok thanks! Do you think it was less than $10k? |
| | Also did you ever hear back from your lawyers?? |
| | More I am almost positive |
| | Yes - I have to fill you in |
| | K |
| | 15k |
| | Also |
| | Can I rant |
| STUDLEY 163 | Lines 3022 to 3039 unredacted by Plaintiff |
| | Also flying to Atlanta Friday!!! For a job - this guy wants to make me an offer and wants to meet me etc . Like I'm d |
| | Oh yay!! That's so exciting! |
| | Yes so exciting |
| | We've zoomed three or four times |
| | That's so great |
| | A plaintiff firm? |
| | Yes and he seems to believe in having fewer cases and doing good work |
| | Like 16 BIG cases |
| | That would be ideal |
| | Right? Sounds better than the scattershot approach |
| | I also am still applying for the medpro positions |
| | This just happened out of the blue |
| | Someone gave him my name |
| | And I thought I ought to see it out |

|  | For sure |
|  | That's great |
|  | 🐢 who knows at this point |
|  | Thank you! |
| STUDLEY 164 | Lines 3068 to 3079 unredacted by Plaintiff |
|  | Can you send me good vibes |
|  | My 8:30 am meeting "to discuss seminars" was moved to 9:30 and I want to puke |
|  | I'm just over all the problems |
|  | Ughhhhh good vibes sent |
|  | Just try to rise above |
|  | I need less dramaaaaww |
|  | 🙇 |
|  | Thank you |
|  | Think of them as little tantruming kids |
|  | I'm going to channel you |
|  | When they get reactive, stay chill |
|  | Ahhh deep breathing. Of course meeting pushed to 9:40 |
| STUDLEY 166 | Lines 3111-3117 unredacted by Plaintiff |
|  | This Lauren girl makes stupid objections |
|  | Good lol |
|  | She sucks |
|  | Yeah she just looks bitchy also |
|  | I feel like she wants to be Taylor swift |
|  | And she's not |
|  | Lol I can see that |
| STUDLEY 173 | Lines 3221 - 3228 unredacted by Plaintiff |
|  | Like Ken Khahra commented on there something super nice. He doesn't love Bob or know shit about him. He asked Tori not that long ago if she knows "Robert Riley" as a mediator lol |
|  | It's all bullshit |
|  | Hahahahahahahahaha |
|  | Okay fair point |
|  | Tori was like um yes |
|  | Perspective my dear lol |
|  | Everything is fake |
|  | Yes everything is fake |

6

| STUDLEY 174 | 2 messages redacted by Plaintiff as well, lines 3237-3240 unredacted by Plaintiff |
|---|---|
| | [REDACTED - PRIVILEGED] |
| | [REDACTED - PRIVILEGED] |
| | We haven't been able to talk |
| | So probably not? |
| | Oh well he can sweat another day |
| | Yeah unless I hear from them soon |

| STUDLEY 174-175 | Messages unredacted below were redacted by Studley and not Plaintiff, everything else was redacted by Plaintiff as well |
|---|---|
| | Are you at the office or at home |
| | Office |
| | Disliked "Office " |
| | [REDACTED - PRIVILEGED] |
| | Hey |
| | Can I run something by you |
| | Yep |
| | Call me |
| | [REDACTED - PRIVILEGED] |
| | [REDACTED - PRIVILEGED] |
| | [REDACTED - PRIVILEGED] |
| | [REDACTED - PRIVILEGED] |
| | [REDACTED - PRIVILEGED] |
| | [REDACTED - PRIVILEGED] |
| | [REDACTED - PRIVILEGED] |
| | [REDACTED - PRIVILEGED] |
| | [REDACTED - PRIVILEGED] |
| | [REDACTED - PRIVILEGED] |
| | [REDACTED - PRIVILEGED] |
| | [REDACTED - PRIVILEGED] |

| STUDLEY 177-178 | |
|---|---|
| | I'm about to get my ass on this run. And then maybe I could go home, shower, and we could either meet someplace or I could come over? |
| | I am in need of distraction for sure |
| | Yeah why don't you come over if you want. I'm kind of a mess and don't plan on taking a shower lol. Just installed a flood light camera in my back yard |
| | Yes for sure |
| | 3303 to 3323 unredacted by Plaintiff |

| | |
|---|---|
| | Ok |
| | What if I come over and shower at your place |
| | I haven't been able to get in shower |
| | I also need a drink |
| | Yes for sure no problem |
| | Thank you. Sorry if that's weird |
| | I have IPA and red wine lol |
| | Yes ma'am |
| | No it's not weird at all. I don't like you being alone |
| | Me neither |
| | Ok come over then |
| | Are you coming? |
| | Hey sorry I'm going to be on my way |
| | What time do you go to bed |
| | I'm trying to call as many clients as possible |
| | I'll probably go to bed at 9 or 9:30 because I wake up at 5 to go to the gym before work when I dont have the boys. |
| | That's ok. As long as you're ok |
| | I am okay. |
| | How have your clients been |
| | **Lines 3325-3330 unredacted by Plaintiff** |
| | Not one bit. And I hope you are asleep. But I am really distressed. |
| | Can you call me in the am? I would really appreciate it. I am struggling. I need a friendly voice. |
| | Hope you ended up falling asleep. I'll call you at 7 when I get back from the gym and check on you |
| | I don't want to call and wake you up if you're sleeping. But I'm on my way back from the gym so call when you get up |
| | You can do this. You are so brave. |
| | One day at a time. To get what you have earned |
| STUDLEY 180-181 | Unredacted by Plaintiff- lines 3354-3382 |
| | Yes |
| | Doing ok? |
| | Hey sorry |
| | Call you soon |
| | OK, just left the zoo |
| | My head is pounding |
| | And I have to call you soon |
| | Ok |

| |
|---|
| Drink some water |
| Okay can I get a pep talk when I call you |
| I feel defeated |
| Of course |
| I'm trying to wrap up with a client but I've been on the phone with a thousand people |
| You need to make sure you are eating and at least staying hydrated |
| Call you in 2 min |
| **[REDACTED - PRIVILEGED]** |
| **[REDACTED - PRIVILEGED]** |
| I'm in block reviews with McLaren today |
| Damnit |
| I can text but I can't talk till later this afternoon |
| Okay, can you call me then? |
| Yes |
| Thank you |
| Liked "Thank you" |
| Can I call you later? |
| Sorry - wanted to type custom |
| On client call but will call you |
| Just finished block reviews and I have a dep starting at 4. I will call you after my dep |
| Just wanted to try you on this quick break |

**Lines 3393-3403 unredacted by Plaintiff**

| |
|---|
| It's good to have clients, but it's an uphill battle when you leave a firm to take them with. And you are going to get a check from Bob |
| You will be financially ok |
| Okay I think I have 6 but also clients are calling me crying feeling like they've been put in the middle |
| Fucking Donna |
| Tori said she saw Bob yesterday and that he looked "despondent" and she described him as one of the shriveled up mermaids in Ursula's lair |
| I haven't told her what's going on |
| Emphasized "Tori said she saw Bob yesterday and that he looked…" |
| Okay I need your grounding force right now |
| I know this sucks but it's just part of the process |
| And everything is still moving forward |
| It's exhausting I'm sure. But you're doing so well |

| STUDLEY 182 | Messages redacted by Plaintiff as well, other than lines 3406-3408, 3410 |
|---|---|

|  | I am happy to talk it through with you I'm just in this stupid dep |
|---|---|
|  | Oh I'm sorry, didn't know you were still in it a |
|  | That's ok |
|  | It's mostly a sitter I just can't get on the phone to chat |
| STUDLEY 183-184 | Lines 3441-3450 unredacted by Plaintiff, line 3451 redacted by Plaintiff |
|  | I'm having a hard time trying to convince myself that I shouldn't go to trial |
|  | Scott literally filed a grievance against Mitch |
|  | And Jared I'm pretty sure |
|  | When they left Saurbier |
|  | Lauren, I'm not interested in keeping my mouth shut after how this is going |
|  | And I know that's crazy |
|  | But this is my life |
|  | You don't have to decide that at all right now. And you shouldn't |
|  | You need to slow down and take this day by day. You can 100% take it to trial. But that's not a today decision |
|  | I will support whatever you do |
|  | **[REDACTED - PRIVILEGED]** |
| STUDLEY 186 | Lines 3491-3519 unredacted by Plaintiff |
|  | Make a list |
|  | Idk. Jared says I'm going to be depressed |
|  | Lmao okay |
|  | Boys are bad |
|  | No offense but we don't care about Jared |
|  | That's not a factor |
|  | We don't take advice from men |
|  | You are capable of figuring this out on your own and you don't need his 2 cents |
|  | Okay |
|  | Is your dep almost done |
|  | I fucking hope so |
|  | Can you call me when it is and also |
|  | Yes |
|  | Hey can you talk to that friend that you referred to me |
|  | Yes text me later and remind me. I don't want to text her this early |
|  | Can you do me a favor |
|  | Can you please go on a computer and go to foxmckenna.com |
|  | And see if things come up blurry for you |
|  | It seems very dependent on people's computers and maybe internet connection? |

| | |
|---|---|
| | |
| | My work computer won't let me access it |
| | |
| | Fuck |
| | Does it work now? |
| | No |
| | Is there any way you can talk |
| | Yeah for just a few min |
| | I won't be able to talk now for 10 min but I am freaking out |
| | Ok |
| STUDLEY 191 | 2 lines unredacted by Plaintiff, the rest are redacted (Lines 3688-3689 unredacted)<br><br>Ok<br>What's up |
| STUDLEY 192,194-195,198-199,201 | Where are you flying to<br>Detroit<br>I have a motion to approve hearing in Lansing tmr in person that Jules or Donna will be at<br>Disliked "I have a motion to approve hearing in Lansing tmr …"<br>About to be a fun time<br>Think I'll get murdered lol<br>You'll be great<br>How long are you here for<br>I think I am changing my flight to leave Thursday<br>I am dry heaving lauren<br>It's going to be okay<br>I am so FUCKING grateful for you<br>Loved "I am so FUCKING grateful for you"<br>Remember when Deb Gordon called me loony tunes<br>You have done nothing but persevere. No reason to think you can't persevere thru this also<br>I'm okay with being loony tunes for the right reason<br>Deb Gordon is a cunt lol<br>I'm HAPPY to be loony tunes<br>Just call me Dot!<br>Loved "Just call me Dot!" |
| STUDLEY 209 | Lines 2907-2915 unredacted by Plaintiff<br><br>I just finished with Katy |

| | |
|---|---|
| | She told me I need to GTFO |
| | I kind of agree |
| | Lauren!!!!! |
| | Divorce hearing was yesterday and got the first time in as long as I can remember, I'm starting the day with a smile on my face |
| | Loved "Divorce hearing was yesterday and got the first ti…" |
| | Omg |
| | So happy for you and proud of you |
| | Sorry I was in a zoom. Can you do dinner next week? |
| STUDLEY 212 | Lines 2961-2989 unredacted by Plaintiff |
| | You're welcome! Glad you sorted it out!!! |
| | https://medprou.csod.com/ux/ats/careersite/5/home?c=medprou |
| | She said get ahold of her and she'll send her her materials back from when she applied |
| | And that they will probably try to fill the position that just opened from the promotion relatively quickly |
| | Jacqueline is very nice and will be happy to help you so don't hesitate to reach out to her |
| | I didn't tell her any of your stuff just that you want to move out of litigation for personal reasons. |
| | Okay, do you think I should explain any of this to her? I am worried about them looking at my resume and being like why does she hop around? |
| | I think just feel it out. I don't think it would necessarily be bad to give a brief version of it maybe just say that you left defense work because one of your bosses was getting really inappropriate and making you extremely uncomfortable, and now are finding plaintiff work not to be a great fit. But that you enjoy the work and want something long term that is a better fit |
| | Okay, I like that idea |
| | Just keep it brief |
| | But have an explanation if they ask for it |
| | I think it will help if Jacqueline puts in a good word for you and she trusts me and Mitch |
| | Be confident. You are def qualified. These insurance companies almost exclusively hire attorneys like us. When I first started at GMH AIG tried to recruit me and offered me a job |
| | Mitch and Jacqueline both did. It's makes total sense for you if it's something you are interested in |
| | Thank you so so much. I am going to text her now |
| | Jacqueline just texted me she loves you |
| | Awe omg so good to hear!!! I LOVE her!!! I gave her the full Bob story. I just was like I'm going for this |
| | Yeah she texted me and was like omg she needs a restraining order |

|  | |
|---|---|
|  | Meeting with Bob ☑ |
|  | It's done!?! |
|  | GIRL |
|  | CAN I CALL YOU AND RECAP AT SOME POINT |
|  | FUCKING INSANE |
|  | Yes I'm in a dep right now but I need to know |
|  | Kk yes call me after |
|  | Anything from your lawyers? |
|  | Nada |
|  | **Lines 2994-3003 unredacted by Plaintiff:** |
|  | Hey random question if you don't mind sharing….how much were your bonuses at FBMJ? We are trying to figure out what other med mal firms bonus their associates. If you don't want to share that's ok |
|  | Trying to remember… |
|  | Def willing to share the info. When I get home, I could prob check my personal computer |
|  | Ok thanks! Do you think it was less than $10k? |
|  | Also did you ever hear back from your lawyers?? |
|  | More I am almost positive |
|  | Yes - I have to fill you in |
|  | K |
|  | 15k |
|  | Also |
| STUDLEY 214 | Lines 3393-3394 unredacted by Plaintiff |
|  | It's good to have clients, but it's an uphill battle when you leave a firm to take them with. And you are going to get a check from Bob |
|  | You will be financially ok |
| STUDLEY 216 | Lines 3516-3519 unredacted by Plaintiff |
|  | Is there any way you can talk |
|  | Yeah for just a few min |
|  | I won't be able to talk now for 10 min but I am freaking out |
|  | Ok |
| STUDLEY 217 | Lines 3528-3532 unredacted by Plaintiff |
|  | I'm not still in DC. I'm on a plane to Austin. I'm trying to do the best damage control I can. I lost three more clients between yesterday and today. |
|  | I'm so sorry. I hate her |
|  | I know word has not gotten back to Tori bc she would ask me |
|  | And she's usually in the loop on things |
|  | Also she hates Donna |

13

| | |
|---|---|
| | Lines 3548-3571 unredacted by Plaintiff |
| | Anyway - good luck with MILs |
| | You're a rockstar |
| | This is def the most substantive motions I've ever done on a case at one time |
| | Hi sorry. Sam has been sick with a fever all weekend. How are you doing? Sorry for not checking in |
| | You ok? |
| | Ugh sorry |
| | This has been a wild time |
| | It's ok! Just checking in on you |
| | Hey Lauren, can you follow up with the friend that referred the Tandoc people? I want to make sure they come with me and not Olsman and I don't have her number |
| | Pretty please |
| | Yes I'll text her now |
| | Just texted her |
| | Okay great I'm currently at the hospital in the ER in DC because of profuse bleeding and near passing out |
| | So I'm going to circle back if that's okay |
| | Wait you are bleeding?? Like menstrual bleeding or what? |
| | In a dep but almost done. Will call you asap |
| | Kk no worries |
| | If I don't answer, yes, menstrual bleeding. I've bled for like 15 days of the last 25 days. I'm super shaky and lethargic and weak and that's why I came to the hospital |
| | Glad you did. I'm so sorry you are having to deal with that on top of everything else |
| | Sorry was on other line but I'm available now |
| | How are you doing |
| | Call you back! |
| | Liked "Call you back!" |
| STUDLEY 221-222 | Lines 3753-3762, 3795 unredacted by Plaintiff |
| | It's going to be okay |
| | I am so FUCKING grateful for you |
| | Loved "I am so FUCKING grateful for you" |
| | Remember when Deb Gordon called me loony tunes |
| | You have done nothing but persevere. No reason to think you can't persevere thru this also |
| | I'm okay with being loony tunes for the right reason |
| | Deb Gordon is a cunt lol |
| | I'm HAPPY to be loony tunes |

| | |
|---|---|
| | Just call me Dot! |
| | Loved "Just call me Dot!" |
| | 3763-3794 redacted |
| | Did you land yet |