# EXHIBIT 5

> I'll find it again

> Replying to you, 2024-02-14 14:10:24: (Image)
> Here it is

> It maybe was when you were in the ER

Replying to you, 2024-02-14 14:10:24: (Image)
Oh my bad

Replying to you, 2024-02-14 14:10:24: (Image)
Thank you

> No prob

Totally did not remember

> I also did say to Sarah my nurse friend who knows her that I would recommend she stick with you over Donna. That was before I knew they were declining

Ahhh okay thank you



3/4/2024 1:55:33 PM

Okay one more favor

Is there any way you can send me Donna's first MSD response on this Roger's case?

> Sure

The MSD response you sent me references that and I will owe you forever

This is going to be such a bitch

You are saving me so much thank you



Exported from: iPhone (101) (L2WQ29FQKL) on 2025.12.02, 11:14 with iMazing 3.4.0 by DigiDNA
Database date when extracted: 2025.12.02, 11:00
Backup checksum: 1FB087B0270D482D83017244D81E58A0EF7FDAC0D3C0C04CD7CA60A95B368C50

CONFIDENTIAL                                                                                      STUDLEY_00219



> I have a motion to approve hearing in Lansing tmr in person that Jules or Donna will be at

>> Disliked "I have a motion to approve hearing in Lansing tmr …"

> About to be a fun time

> Think I'll get murdered lol

>> You'll be great

>> How long are you here for

> I think I am changing my flight to leave Thursday

> I am dry heaving lauren

>> It's going to be okay

Exported from: iPhone (101) (L2WQ29FQKL) on 2025.12.02, 11:14 with iMazing 3.4.0 by DigiDNA
Database date when extracted: 2025.12.02, 11:00
Backup checksum: 1FB087B0270D482D83017244D81E58A0EF7FDAC0D3C0C04CD7CA60A95B368C50

CONFIDENTIAL                                                                STUDLEY_00221

| From | Details | | | Priority | Message | Status |
|---|---|---|---|---|---|---|
| +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/20/2021 8:44:11 PM(UTC-4) | | | Normal | You should send a pic of it to Matt | Read |
| | | | | Normal | 1. You read my mind. 2. Some of the things he agrees with us on!!! | Sent |
| +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/20/2021 8:46:30 PM(UTC-4) | | | Normal | Lol good | Read |
| +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/20/2021 8:46:30 PM(UTC-4) | | | Normal | Are you out of there yet | Read |
| | | | | Normal | Going to the bar!!!! | Sent |
| | | | | Normal | Loved "Are you out of there yet " | Sent |
| | | | | Normal | No iPad there | Sent |

| | | | | | |
|---|---|---|---|---|---|
| +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/20/2021 8:52:23 PM(UTC-4) | | Normal | Ok | Read |
| +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/20/2021 8:52:23 PM(UTC-4) | | Normal | Good. Have a few drinks and try to De-stress | Read |
| +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/20/2021 8:52:23 PM(UTC-4) | | Normal | Wish I could come! | Read |
| | | | Normal | I wish you could too! | Sent |
| | | | Normal | I am going to try my best to de-stress and get my head ready for tomorrow | Sent |
| | | | Normal | Cheri is texting me | Sent |
| | | | Normal | Should I send her the pic of the card or will she just like him more or feel sorry for him? | Sent |
| | | | Normal | Idk | Sent |
| +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner) - Read: 8/20/2021 8:56:39 PM(UTC-4) | | Normal | Don't send her the card | Read |

Line numbers: 1954, 1955, 1956, 1957, 1958, 1959, 1960, 1961

| | | | Normal | I am going to try my best to de-stress and get my head ready for tomorrow | Sent | Unknown |
|---|---|---|---|---|---|---|
| | | | Normal | Cheri is texting me | Sent | Unknown |
| | | | Normal | Should I send her the pic of the card or will she just like him more or feel sorry for him? | Sent | Unknown |
| | | | Normal | Idk | Sent | Unknown |
| +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner)  -  Read: 8/20/2021 8:56:39 PM(UTC-4) | | Normal | Don't send her the card | Read | Unknown |
| +18102784130 Elyse McKenna (owner) | +18102784130 Elyse McKenna (owner)  -  Read: 8/20/2021 8:56:42 PM(UTC-4) | | Normal | Just tell her you got your stuff and you are ok | Read | Unknown |
| | | | Normal | Okay will not | Sent | Unknown |
| | | | Normal | Okay good | Sent | Unknown |
| | | | Normal | Well a night passed and I don't feel any better | Sent | Unknown |

| | | | Normal | | Sure did you send to me? |
|---|---|---|---|---|---|
| +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 1:53:45 PM(UTC-4) | | | | | |
| | | | Normal | | I meant the note |
| +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 1:53:53 PM(UTC-4) | | | Normal | | Oh yeah I can |
| +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 1:53:59 PM(UTC-4) | | | Normal | | I meant the transition memo you did |
| | | | Normal | | Ugh<br><br>Bob,<br><br>I am in receipt of the draft agreement regarding my proposed independent contractor status with Riley & Hurley, PC.<br><br>This agreement is not consistent with our previous discussions or my previous discussions with Larry Landon. Larry Landon specifically indicated he would retain our firms independently. I am also in receipt of the letter from Larry Landon stating that "Bob will serve as your supervisor for all PHPA activities, including assignments, projects, meetings, negotiations, etc." I understand that this letter was drafted by Riley & Hurley, PC.<br><br>I cannot agree to this arrangement. I am aware that you took photographs of me surreptitiously while I was in your office. This is extremely upsetting and inappropriate. This, in conjunction with your other behaviors and actions, has caused me to feel very uncomfortable and scared. I will not be working in any capacity in which you are my supervisor.<br><br>I have attached a memo with the information necessary to transition my current PHPA projects and I will reasonably cooperate in transitioning these projects so as to protect the client's interests. Under the circumstances, I felt it better to not record a PHPA annual meeting video and I leave preparation of such a video to you.<br><br>I am in receipt of the $10,000 personal check from you. In light of this situation, I do not feel comfortable cashing this check.<br><br>I want you to know that I feared speaking up for fear of retaliation due to your status and prominence in the legal field. I trust that this fear will not be |

| | | | Normal | | I want you to know that I feared speaking up for fear of retaliation due to your status and prominence in the legal field. I trust that this fear will not be realized. | Sent |
|---|---|---|---|---|---|---|
| | | | Normal | | The transition memo had only the two things he did not know about | Sent |
| | | | Normal | | Forget the ugh! | Sent |
| +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 1:54:55 PM(UTC-4) | | | Normal | | [REDACTED - PRIVILEGED] | Read |
| +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 1:56:26 PM(UTC-4) | | | Normal | | [REDACTED - PRIVILEGED] | Read |
| +18102784130 Elyse McKenna (owner) - Read: 8/21/2021 1:56:26 PM(UTC-4) | | | Normal | | [REDACTED - PRIVILEGED] | Read |
| | | | Normal | | [REDACTED - PRIVILEGED] | Sent |
| | | | Normal | | [REDACTED - PRIVILEGED] | Sent |
| | | | Normal | | [REDACTED - PRIVILEGED] | Sent |
| | | | Normal | | Something like that? | Sent |

| | | | Normal | | Something like that? | Sent |
|---|---|---|---|---|---|---|
| +18102784130 Elyse McKenna (owner)  - Read: 8/21/2021 1:57:01 PM(UTC-4) | | | Normal | | Lol | Read |
| | | | Normal | | Lmao | Sent |
| +18102784130 Elyse McKenna (owner)  - Read: 8/21/2021 1:57:29 PM(UTC-4) | | | Normal | | I think it is totally your right to talk to whoever you want. I just don't want him to spread shit about you for fear of that | Read |