# EXHIBIT 3



**EXHIBIT F**

## CERTIFICATION OF MEDICAL/BEHAVIORAL HEALTH RECORDS

I swear or affirm that each of the following is true to the best of my knowledge and belief regarding the Medical/Behavioral Health records maintained by Henry Ford Eastwood Behavioral Health-Clinton Township regarding Elyse McKenna:

1. I am the custodian of these records, or I am an employee familiar with the manner and process in which these records are created and maintained by virtue of my duties and responsibilities;

2. The records were made at or near the time of the occurrences of the matters set forth by, or from information transmitted by, people with knowledge of those matters;

3. The records were kept in the course of the regularly conducted business activity; and

4. It was the regular practice of the business activity to make the record.

**I declare under penalty of perjury that the foregoing is true and correct.**

_Heidi Dao_
Signature
_Heidi Dao_
Name (printed)
_Office Coordinator_
Title (printed)
_1/14/26_
Date

**I hereby certify that after a thorough and diligent search of our files, there are no records pertaining to the above individual.**

_____
Signature

_____
Name (printed)

_____
Title (printed)

_____
Date

**Ascension Eastwood**
**Behavioral Health**

## DISCHARGE SUMMARY

Client: Elyse Heid    Case #: █████████

Admission Date: 9/22/2017    Last Date of Service: 5/22/2019

██████████████████████

Approximate length of treatment in months: 20

Discharge due to: Other:  Attends sessions with husband

Services rendered (include modalities): ███████████████████████████

Client's progress (current status of each identified problem): ████████████████

Aftercare Plans: ████████████

Therapist/Credentials: _____ (MSW)_____ Date: 1/20/2020

Consult/Psychiatrist Signature: _S. Walton, LMSW)_ Date: 2/3/2020

---

## EWC WARREN

11270 E 13 MILE RD
SUITE 2
WARREN, MI, 48093-0001
586-738-9320

| | |
|---|---|
| Merchant ID: | |
| Approval code: | |
| Record number: | |
| Trace number: | |
| Transaction reference number: | |
| Transaction identifier: | |



| | |
|---|---|
| Transaction type: | PURCHASE |
| Date/time: | 11/30/2017 01:37 PM EST |
| Type: | Visa |
| Account number: | ***********5509 |
| Cardholder name: | ELYSE HEID |
| Patient identifier: | |

Subtotal: 510.00
Sales Tax: 0.00

Total:     510.00

(customer copy)

# EASTWOOD CLINICS

| please send payments to: | department of service: | printed 11/30/2017 |
|---|---|---|
| EASTWOOD CLINICS | EWC_WARREN | 01:37 PM |
| PO BOX 19117 | 11270 E 13 MILE RD | |
| BELFAST, ME 04915-4086 | WARREN, MI 48093-3525 | |
| billing phone: (844) 546-5628 | dept phone: (586) 738-9320 | |

| GUARANTOR NAME AND ADDRESS | PATIENT # PATIENT NAME | PROVIDER | DATE | DEPARTMENT |
|---|---|---|---|---|
| ELYSE HEID | ELYSE HEID | GEMMA HAYNES | 11/30/2017 | EWC_WARREN |
| 35810 GEORGETOWN DR | | | | |
| STERLING HEIGHTS, MI 48312-4424 | DOB.   TELEPHONE | CURRENT INSURANCE | CERTIFICATE#   AUTH# | |
| | /1993 (810) | *SELF PAY* | | |

## PAYMENTS ON 11/30/2017

| Post Date | Date of Service | Diagnosis Codes | Procedure Code | Original Insurance Plan | Supervising Provider | Reason For Payment | Method of Payment | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/30/2017 | 08/10/2017 | | | BEACON HEALTH OPTIONS | GEMMA HAYNES | Other | MC/VISA ***********5509 | $60.00 |
| 11/30/2017 | 08/24/2017 | | | BEACON HEALTH OPTIONS | GEMMA HAYNES | Other | MC/VISA ***********5509 | $60.00 |
| 11/30/2017 | 09/06/2017 | | | BEACON HEALTH OPTIONS | GEMMA HAYNES | Other | MC/VISA ***********5509 | $60.00 |
| 11/30/2017 | 09/20/2017 | | | *SELF PAY* [0] | GEMMA HAYNES | Other | MC/VISA ***********5509 | $150.00 |
| 11/30/2017 | 10/04/2017 | | | BEACON HEALTH OPTIONS | GEMMA HAYNES | Other | MC/VISA ***********5509 | $60.00 |
| 11/30/2017 | 11/01/2017 | | | BEACON HEALTH OPTIONS | GEMMA HAYNES | Other | MC/VISA ***********5509 | $60.00 |
| 11/30/2017 | 11/15/2017 | | | BEACON HEALTH OPTIONS | GEMMA HAYNES | Other | MC/VISA ***********5509 | $60.00 |

Total Payment Amount                                                                                          $510.00

## UPCOMING APPOINTMENTS FOR EWC - EASTWOOD CLINICS

| Date | Time | Location | Provider | Appointment Type (Duration) |
|---|---|---|---|---|
| THU, DEC 14, 2017 | 06:00 PM | EWC_WARREN | GEMMA HAYNES, BH | Individual Therapy/Educ 60 (60 min) |
| THU, DEC 28, 2017 | 06:00 PM | EWC_WARREN | GEMMA HAYNES, BH | Individual Therapy/Educ 60 (60 min) |
| THU, JAN 11, 2018 | 06:00 PM | EWC_WARREN | GEMMA HAYNES, BH | Individual Therapy/Educ 60 (60 min) |
| THU, JAN 25, 2018 | 06:00 PM | EWC_WARREN | GEMMA HAYNES, BH | Individual Therapy/Educ 60 (60 min) |
| THU, FEB 08, 2018 | 06:00 PM | EWC_WARREN | GEMMA HAYNES, BH | Individual Therapy/Educ 60 (60 min) |
| THU, FEB 22, 2018 | 06:00 PM | EWC_WARREN | GEMMA HAYNES, BH | Individual Therapy/Educ 60 (60 min) |

**Ascension Eastwood
Behavioral Health**

## OUTPATIENT PROGRESS NOTE

PATIENT NAME **Elyse Heid**          RECORD # **5361623**

DATE **5/22/2019**    TIME IN **9:00** AM/PM    TIME OUT **9:56**AM/PM       SESSION # _____ OF _____

MODALITY: **INDIVIDUAL** For Interactive Complexity: ▮ ✓

PARTICIPANTS: **Client and Therapist**

MOOD: ▮▮▮ ▮ ▮ ▮

AFFECT: ▮▮ ▮ ▮ ▮ ▮

THOUGHT PROCESS: ▮▮ ▮ ▮ ▮

▮ ▮ ▮ ▮

THOUGHT CONTENT: ▮▮ ▮ ▮ ▮ ▮

▮ ▮ ▮

PERCEPTION DISTORTION: ▮ ▮ ▮ ▮ ▮ ▮

HARM ASSESSMENT: ▮ ▮ ▮

Homicidal Ideation ▮ ▮ ▮       Angry Outbursts/Violent Behavior ▮ ▮

MEDICATION: ▮ ▮ ___ ▮ ___

IF SUBSTANCE-RELATED DIAGNOSIS: ▮

THEME(S) DISCUSSED: _____

GAINS TOWARD GOALS/STAGE OF CHANGE/STRENGTHS & LIMITATIONS
▮ ▮ ▮ ▮ ▮ ▮

THERAPEUTIC INTERVENTIONS
▮
▮ ▮ ▮
▮ ▮ ▮ ▮ ▮
▮ ▮

PATIENT RESPONSE
▮ ▮ ▮ ▮ ▮ ▮

NEXT APPOINTMENT: _____

THERAPIST SIGNATURE & CREDENTIAL: _____ CMSW _____ DATE: 5·22·19.