UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ELYSE MCKENNA, | Case No. 24-cv-12347 |
| Plaintiff, | |
| v. | Hon. Brandy R. McMillion |
| ROBERT F. RILEY et al. | Magistrate Judge Elizabeth A. Stafford |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2026, I caused to be served the Defendants/Counterclaim Plaintiffs Riley and Riley & Hurley, P.C.'s Motion to (1) Compel Lauren Studley, Brandon Heid, and Jared Smith to Comply with Subpoenas; to (2) Compel McKenna to Produce Unredacted Texts; and (3) for Sanction against Heid's Counsel for Violating a Court Order, ECF No. 192, on the following non-ECF participant, non-party individual via email and U.S. Mail at the following addresses:

> Jared Smith
> 2741 Kearny Creek Ln
> Lexington, KY  40511
> *jared@kentuckytriallawyers.com*

> /s/ *Thomas J. Davis*
> Thomas J. Davis (P78626)
> Kienbaum Hardy
> Viviano Pelton & Forrest, P.L.C.
> 280 N. Old Woodward Ave., Ste. 400
> Birmingham, MI  48009
> (248) 645-0000
> tdavis@khvpf.com

600728