IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELYSE MCKENNA,

       Case No. 24-cv-12347

     Plaintiff.

       Hon. Brandy R. McMillion

  v.

ROBERT F. RILEY;
RILEY & HURLEY, PC; AND OLSMAN
MACKENZIE PEACOCK, PC.,

     Defendants.

## INDEX OF EXHIBITS

## NON-PARTY LAUREN STUDLEY'S RESPONSE IN OPPOSITION TO RILEY DEFENDANTS' MOTION TO COMPEL

| Exhibit | Description |
|---------|-------------|
| 1 | Riley Defendants' Subpoena |
| 2 | 1/22/2026 Status Conference Minute Entry |
| 3 | 2/2/2026 Email Chain re: 2/3/2023 Status Conference |
| 4 | 2/19/2026 Email re: Riley Defendants' Motion to Compel |
| 5 | 2/3/2026 Status Conference Minute Entry |
| 6 | Unpublished Opinions |