# Exhibit 4

| | |
|---|---|
| **From:** | Thomas Davis |
| **To:** | William O"Brien |
| **Cc:** | Elizabeth Hardy; Thomas Kienbaum; Stefanie Reagan |
| **Subject:** | Re: Motion to Compel in 2:24-cv-12347-BRM-EAS McKenna v. Riley et al |
| **Date:** | Thursday, February 19, 2026 3:28:35 PM |

Mr. O'Brien -

First, you received the docket entry. If you were confused, you could have asked. Instead, you chose to wait a full seven days after our motion was filed before deciding to complain, and then you did so with a comically aggressive email.

Second, there were no issues related to Studley at the conference. An issue arose regarding Smith and Heid. Because it involves the same legal issue, the Court said to file one motion instead of two, on 2/12. The Court obviously can move its own deadlines unilaterally, pursuant to its own internal protocols, without Lauren Studley's permission.

I would suggest that, instead of continuing to argue over this, Ms. Studley just comply with her subpoena. The Court has permitted other non-parties to mark their productions as confidential under the protective order, and she can do so here for the so-called "relevance" redactions. As to the rest, you and Ms. Studley both know full well that she was not McKenna's lawyer. Even you could not bring yourself to make that affirmative representation in the privilege log.

She has a duty, especially as an officer of the Court, to comply with valid discovery subpoenas. The Court overruled her objections. Stop obstructing.

Regards,

Thomas J. Davis
Kienbaum Hardy Viviano
 Pelton & Forrest, P.L.C.
280 N. Old Woodward
Suite 400
Birmingham, MI 48009
O: (248) 645-0000
C: (248) 972-7760
tdavis@khvpf.com

---

**From:** William O'Brien <wobrien@hhbjs.com>
**Sent:** Thursday, February 19, 2026 3:06 PM
**To:** Thomas Davis <tdavis@khvpf.com>
**Cc:** Elizabeth Hardy <ehardy@khvpf.com>; Thomas Kienbaum <tkienbaum@khvpf.com>; Stefanie Reagan <sreagan@hhbjs.com>

**Subject:** RE: Motion to Compel in 2:24-cv-12347-BRM-EAS McKenna v. Riley et al

Mr. Davis:

The Court's Feb. 3rd minute entry does not reference Ms. Studley, so how would I know whether the Court authorized a motion against Ms. Studley to be filed by 2/12? The docket makes clear there are numerous discovery disputes in this case. Your proposed motion to compel could have been against any number of other parties.

Regarding that Feb. 3rd status conference, I specifically asked if counsel for Ms. Studley was required to appear as there were no open issues to discuss pertaining to Studley. Ms. Hosking confirmed we were not needed. You even responded to Ms. Hosking's email regarding another non-party. If there were open issues regarding Ms. Studley to be discussed at the Feb. 3rd status conference, how come you did not let us know? We were never part of any meet and confer correspondence or other requests to the Court to hold a status conference that would alert us of any open issues either.

-Bill O'Brien

**William J. O'Brien | Associate Attorney**
**Direct:** 313.788.7480 | **Office Main:** 313.964.8600
**Mobile:** 248.756.9162 | **Fax:** 313.964.8601
**Email:** wobrien@hhbjs.com | **Web:** www.hhbjs.com
**Address:** 706 S. Main Street | Plymouth, MI 48170



This e-mail, including attachments, may include confidential and/or proprietary
information, and may be used only by the person or entity to which it is addressed.
If the reader of this e-mail is not the intended recipient or his or her authorized
agent, the reader is hereby notified that any dissemination, distribution or copying
of this e-mail is prohibited. If you have received this e-mail in error, please notify
the sender by replying to this message and delete this e-mail immediately.

---

**From:** Thomas Davis <tdavis@khvpf.com>
**Sent:** Thursday, February 19, 2026 2:47 PM
**To:** William O'Brien <wobrien@hhbjs.com>
**Cc:** Elizabeth Hardy <ehardy@khvpf.com>; Thomas Kienbaum <tkienbaum@khvpf.com>; Stefanie Reagan <sreagan@hhbjs.com>
**Subject:** Re: Motion to Compel in 2:24-cv-12347-BRM-EAS McKenna v. Riley et al

Mr. O'Brien -

Please read the docket before you come in guns blazing. The Court authorized the consolidated motion on Studley/Heid/Smith, which raises common issues, to be filed by 2/12/2026.  Your request that the Riley Parties withdraw their timely, Court-authorized motion is respectfully refused.

Feb 3, 2026

Minute Entry for telephonic proceedings before District Judge Brandy R. McMillion: Telephonic Status Conference held on 2/3/2026. Riley defendants may file consolidated motion to compel by 2/12/26. (Court Reporter: None Present, Not on the Record) (LHos)


Thomas J. Davis
Kienbaum Hardy Viviano
 Pelton & Forrest, P.L.C.
280 N. Old Woodward
Suite 400
Birmingham, MI 48009
O: (248) 645-0000
C: (248) 972-7760
tdavis@khvpf.com

---

**From:** William O'Brien <wobrien@hhbjs.com>
**Sent:** Thursday, February 19, 2026 2:40 PM
**To:** Thomas Davis <tdavis@khvpf.com>
**Cc:** Elizabeth Hardy <ehardy@khvpf.com>; Thomas Kienbaum <tkienbaum@khvpf.com>; Stefanie Reagan <sreagan@hhbjs.com>
**Subject:** Motion to Compel in 2:24-cv-12347-BRM-EAS McKenna v. Riley et al

Mr. Davis:

The Riley Defendants' Motion to Compel (ECF No. 192) against Non-Party Lauren Studley is untimely and in violation of the Court's order from January 22, 2026 (attached), requiring the Riley Defendants to file a motion by February 5, 2026 if they found Ms. Studley's production to be insufficient. The Riley Defendants' Motion to Compel was filed on February 12, 2026, a week after that deadline. As such, Ms. Studley demands that the Riley Defendants withdraw their Motion as to the relief sought from Ms. Studley.

If the Motion against Ms. Studley is not withdrawn, we will request that the Court order the Riley

Defendants pay all attorneys fees and costs she incurs as a non-party to respond to the Riley Defendants' harassing Motion.

Thank you,

Bill O'Brien

**William J. O'Brien | Associate Attorney**
**Direct:** 313.788.7480 | **Office Main:** 313.964.8600
**Mobile:** 248.756.9162 | **Fax:** 313.964.8601
**Email:** wobrien@hhbjs.com | **Web:** www.hhbjs.com
**Address:** 706 S. Main Street | Plymouth, MI 48170



This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

**From:** cmecfadmin@mied.uscourts.gov <cmecfadmin@mied.uscourts.gov>
**Sent:** Thursday, February 12, 2026 6:48 PM
**To:** do_not_reply@mied.uscourts.gov
**Subject:** Motion to Compel in 2:24-cv-12347-BRM-EAS McKenna v. Riley et al

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
Eastern District of Michigan

**Notice of Electronic Filing**

The following transaction was entered by Davis, Thomas on 2/12/2026 at 6:47 PM EST and filed on 2/12/2026

| | |
|---|---|
| **Case Name:** | McKenna v. Riley et al |
| **Case Number:** | 2:24-cv-12347-BRM-EAS |
| **Filer:** | Robert F. Riley |
| | Riley & Hurley, PC |

**Document Number:** 192

**Docket Text:**
**MOTION to Compel** *Defendant/Counterclaim Plaintiffs' Riley and Riley & Hurley, P.C.'s Motion to (1) Compel Lauren Studley, Brandon Heid, and Jared Smith to Comply with Subpeona; (2) Compel McKenna to Produce Unredacted Texts; and (3) for Sanctions against Heid's Counsel for Violating a Court Order*, **MOTION for Sanctions by Robert F. Riley, Riley & Hurley, PC. (Attachments: # (1) Index of Exhibits, # (2) Exhibit A - Studley Privilege Log, # (3) Exhibit B - Lauren Studleys Production of Texts with McKenna Texts, # (4) Exhibit C - McKenna Production of Texts with Studley (Excel Format), # (5) Exhibit D - Excerpts, Deposition Transcript of Brandon Heid, # (6) Exhibit E - Excerpts, January 2026 Heid Production of Text Messages, # (7) Exhibit F - Heid Privilege Log, January 2026 Production, # (8) Exhibit G - K. Russell email to Court forwarding Jared Smith Demand for $50,000, # (9) Exhibit H - Davis/Smith Email Chain recapping court hearing, # (10) Exhibit I - Smith Email re: service of subpoena, # (11) Exhibit J - Smith Objection Letter to Subpoena, # (12) Exhibit K - Subpoena Notice to Plaintiff, # (13) Exhibit L - Excerpt, McKenna February 2026 Text Production as Produced) (Davis, Thomas)**

**2:24-cv-12347-BRM-EAS Notice has been electronically mailed to:**

Amanda Fox Perry     amanda@foxmckenna.com

Deborah L. Gordon     dgordon@deborahgordonlaw.com, dkoski@deborahgordonlaw.com, emt@debgordonlaw.com, mhutton@deborahgordonlaw.com, sthomas@deborahgordonlaw.com, teresa@deborahgordonlaw.com

Elizabeth Marzotto Taylor     emarzottotaylor@deborahgordonlaw.com, dkoski@deborahgordonlaw.com, emt@debgordonlaw.com

Elizabeth P. Hardy     ehardy@khvpf.com, JHall@khvpf.com

Jared M. Trust     jtrust@gmhlaw.com, yayotte@gmhlaw.com

Jennifer B. Salvatore     salvatore@spplawyers.com, lank@spplaw.com, lawson@spplaw.com, murawski@spplaw.com

Keith L. Altman     keithaltman@kaltmanlaw.com, 2301618420@filings.docketbird.com, liti@kaltmanlaw.com, loricrusselle@kaltmanlaw.com, pamelawinfree@kaltmanlaw.com

Kenneth M. Mogill     kmogill@bignet.net, PAULAUDM@AOL.COM

Kimberly Russell     kimberly@russellatlaw.com

Michael B. Rizik , Jr     lawyers@riziklaw.com, autumn@riziklaw.com, chris@riziklaw.com

Morry Daniel Hutton     mhutton@deborahgordonlaw.com, dkoski@deborahgordonlaw.com, teresa@deborahgordonlaw.com

Sammy L. Brown , Jr     slb@brownlegalgrouppllc.com

Sarah Gordon Thomas     sthomas@deborahgordonlaw.com, dkoski@deborahgordonlaw.com, teresa@deborahgordonlaw.com

Stefanie R. Reagan     sreagan@hhbjs.com, colszewski@hhbjs.com, jsmith@hhbjs.com

Stephen L. Witenoff     switenoff@sullivanwardlaw.com, kbarnes@sullivanwardlaw.com

Thomas G. Kienbaum     tkienbaum@khvpf.com, JHall@khvpf.com

Thomas J. Davis     tdavis@khvpf.com, mbeveridge@khvpf.com

William Joseph O'Brien     wobrien@hhbjs.com, colszewski@hhbjs.com, jsmith@hhbjs.com

**2:24-cv-12347-BRM-EAS Notice will not be electronically mailed to:**
The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047317467 [Date=2/12/2026] [FileNumber=12831124-0] [094ae58b944bf9b640310dc93c8ea54ccad2652229caa3ab0caac6fda04f56c1cf

f20415e7c1023437c7fe4e2e68b50ac27b1beead6f4d4146e94fe007c8f628]]

**Document description:** Index of Exhibits

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1047317467 [Date=2/12/2026] [FileNumber=12831124-1] [3d817a4f149cec04876baa8717f6395a0b05cc3a5d01a3ba2e4a7862d373e3ad18eb8601b65e1ad103eba25f923b3adab9dad092a13bfde9f400dfd1542c39b7]]

**Document description:** Exhibit A - Studley Privilege Log

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1047317467 [Date=2/12/2026] [FileNumber=12831124-2] [7785bcd3a295efbce28a8366b6ac39f83bb0df48ef97a6f3953433d3d9923f05a8fb581d03dc021853616cfb725de5d531b1a0211717751d3c010493bc35f92e]]

**Document description:** Exhibit B - Lauren Studleys Production of Texts with McKenna Texts

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1047317467 [Date=2/12/2026] [FileNumber=12831124-3] [1de1cf9931a2a4e70412c776bf6d896678e988150e338c669dc30596c68474f48f8ba1f550101de6e7152ae822b244f1ddd3696dc111fccca42e60e9bbfe31c6]]

**Document description:** Exhibit C - McKenna Production of Texts with Studley (Excel Format)

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1047317467 [Date=2/12/2026] [FileNumber=12831124-4] [00a90e56c77a8b9208cdc2d87d7bd3f303940e543524a56f05c48624b898966665d52375b3efb1ccd6f8db4e832bcffe3ceab2e4d49acbb44e17ee88c43c9059]]

**Document description:** Exhibit D - Excerpts, Deposition Transcript of Brandon Heid

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1047317467 [Date=2/12/2026] [FileNumber=12831124-5] [3dcfc5d1669a6da20b769965f6cab66eda68290231a1f985574bacea620b709e791d61322b968291b70dddbe468a305bfc44ce218c00fb1d554dfbf3424544d7]]

**Document description:** Exhibit E - Excerpts, January 2026 Heid Production of Text Messages

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1047317467 [Date=2/12/2026] [FileNumber=12831124-6] [8538810a3d06315279c55b52b4710b25979db7ecf992279c7da9b384d382032f91

1301873aa8f0b0f4789397a3f98f999fd3e19bf99bee8d471119360e3844f6]]

**Document description:** Exhibit F - Heid Privilege Log, January 2026 Production

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1047317467 [Date=2/12/2026] [FileNumber=12831124-7] [50b2b3225f8b2ff7a0ffba7d374c15e8bc146bfa724b352c5445245d8040fe2a50b094487e6a297d18259f39e1e5acf7ec84e5b89305ebe0a38f69466db45ab5]]

**Document description:** Exhibit G - K. Russell email to Court forwarding Jared Smith Demand for $50,000

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1047317467 [Date=2/12/2026] [FileNumber=12831124-8] [53f82737a59d2eccc95890bd39843362ddc2f886ac43339529cf30319b743dccc05f208832d103d1ccf8a4e4962e43a2a4f8ba01d45ff56644b4007f4eeb9da8]]

**Document description:** Exhibit H - Davis/Smith Email Chain recapping court hearing

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1047317467 [Date=2/12/2026] [FileNumber=12831124-9] [631374b0d48e91e8c5b3e12689a999ffa506096124a19594e39efe22797c5fe4dfc0ec19784bb25afe47dc811f7d07e1727a3f81b7cfd8f8eecd7552576ea66a]]

**Document description:** Exhibit I - Smith Email re: service of subpoena

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1047317467 [Date=2/12/2026] [FileNumber=12831124-10] [1a1ca45c2d4f2d1930fa11480e1679254d4bbf769c7cf5d4ec495cae39658dd5125e9fb4f47db41ea4516b6f1777596f1b7f84bcfee807042d75cc65d562d76d]]

**Document description:** Exhibit J - Smith Objection Letter to Subpoena

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1047317467 [Date=2/12/2026] [FileNumber=12831124-11] [8958afc641131bfbb4dabe124f4f61e21e80b6625c771ccced077e7ba0d6fd3266776addd474d726706add8440776ec357dcecabbb08b17c45e90dcae4d1cb1d]]

**Document description:** Exhibit K - Subpoena Notice to Plaintiff

**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1047317467 [Date=2/12/2026] [FileNumber=12831124-12] [1dfa371420765bbd2f8df1fc5ab7bc7ce6aecd27f584c1c7d267e0e73dcdc9035c8dbee198c5d755634f57d93d46266561a416251079e0e71ccdd0ac84047c4c]]

**Document description:** Exhibit L - Excerpt, McKenna February 2026 Text Production as

Produced

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1047317467 [Date=2/12/2026] [FileNumber=12831124-13] [b7b1b69248f4b33a18c1d09cd6dbecebbb9e7dd5100d85b58eecdf00f91cfa03494c35fd189a02c337c8c5cfe15fe403afb8f409a11573a9e6bd755584779e0a]]