# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

ELYSE MCKENNA,

Plaintiff,

v.

ROBERT F. RILEY, *et al.*,

Defendants.

_____/

Case No. 2:24-cv-12347

Hon. Brandy R. McMillion

Magistrate Judge Elizabeth A. Stafford

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that attorney Kimberly Russell of The Russell Law Firm, PLLC hereby enters her appearance on behalf of Non-Party Brandon Heid for the above-entitled matter.

Dated: February 26, 2026.                   */s/ Kimberly Russell*_____

**THE RUSSELL LAW FIRM, PLLC**

Admitted EDMI
1140 3rd Street NE
Washington, DC 20002
(202) 240 – 5085
kimberly@russellatlaw.com

*Attorney for Non-Party Brandon Heid*

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5, I hereby certify that on February 26, 2026, I caused a true and correct copy of the foregoing document to be served on the following by electronic mail:

### KIENBAUM HARDY VIVIANO PELTON FORREST

Elizabeth Hardy and Thomas Davis
280 N. Old Woodward Avenue, Suite 400
Birmingham, MI 49009
ehardy@khvpf.com
tdavis@khvpf.com

### DEBORAH GORDON LAW

Deborah Gordon, Sarah Thomas Gordon, and Elizabeth Marzotto Tyalor
33 Bloomfield Hills, Parkway, Suite 220
Bloomfield Hills, MI 48304
dgordon@deborahgordonlaw.com
sthomas@deborahgordonlaw.com
emt@deborahgordonlaw.com

*Counsel for Defendants*

Dated: February 26, 2026.              */s/ Kimberly Russell*
                                        Kimberly Russell