# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| ELYSE MCKENNA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROBERT F. RILEY, DONNA MACKENZIE, RILEY & HURLEY, PC, and OLSMAN MACKENZIE PEACOCK, PC,<br><br>　　　　Defendants. | Case No. 24-cv-12347<br><br>Hon. Brandy R. McMillion<br>Magistrate Elizabeth A. Stafford |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel for Plaintiff Elyse McKenna ("Plaintiff") respectfully ask that this Court permit withdrawal pursuant to Rules 1.16 of the Michigan Rules of Professional Conduct. Counsel requests that Plaintiff be afforded reasonable time to retain new counsel or proceed *pro se*. Certain deadlines in this case are pressing, and, as such, counsel requests that the Court consider this Motion on an expedited basis. In support of this Motion, counsel states:

1. The Russell Law Firm, PLLC, Brown Legal Group PPLC, and The Law Office of Keith Altman, engaged as counsel of record for Plaintiff Elyse

McKenna beginning on October 8, 2025. Since then, counsel made every effort to meet Court-mandated deadlines, cooperate in discovery, and litigate in good faith with full candor.

2.      A breakdown in the attorney-client relationship has occurred, in counsel's professional judgment, makes continued representation no longer appropriate and impairs the ability to provide effective representation.

3.      Counsel has taken reasonable steps to avoid foreseeable prejudice to the client, including advising the client of the intent to withdraw, attempting to facilitate settlement and mediation with Defendants, and advising the client of the need to seek new counsel or proceed *pro se*.

4.      This motion is made in good faith and is not intended to cause undue delay or prejudice to any party.

5.      Upon withdrawal, counsel will take all reasonable steps to protect the client's interest including surrendering the client file.

6.      Therefore, counsel respectfully requests that the Court grant this Motion and enter an order permitting withdrawal and enable to client a period of time to retain new counsel or proceed *pro se*.

7.      On March 13, 2026, undersigned counsel contacted opposing counsel to notify them of this motion. Counsel for Defendant Olsman MacKenzie Peacock, PC ("Olsman") indicated that the party does not oppose this motion to

withdraw in so far as the request to the withdraw but will oppose any stay or delay of proceedings. Counsel for Robert F. Riley and Riley & Hurley, PC ("Riley") indicated that they are opposed to this motion in its entirety.

Dated: March 18, 2026.                    Respectfully submitted,
                                          */s/ Kimberly Russell*

**THE LAW OFFICE OF KEITH ALTMAN**                **THE RUSSELL LAW FIRM, PLLC**

Keith Altman (P81702)                    Kimberly Russell
30474 Fox Club Drive                     Admitted to EDMI
Farmington Hills, MI 48331               1140 3rd Street NE
O: (248) 987-8929                        Washington, DC 20002
keithaltman@kaltmanlaw.com               O: (202) 430-5085
                                         kimberly@russellatlaw.com

                                         **BROWN LEGAL GROUP, PLLC**

                                         Sammy Brown, Jr.
                                         Admitted EDMI
                                         175 N. Union Street
                                         Canton, MS 39046
                                         O: (601) 691-5017
                                         slb@brownlegalgrouppllc.com

                                         *Attorneys for Plaintiff*

3

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
SOUTHERN DIVISION

ELYSE MCKENNA,

        Plaintiff,

v.

ROBERT F. RILEY, DONNA
MACKENZIE, RILEY &
HURLEY, PC, and
OLSMAN MACKENZIE
PEACOCK, PC,

        Defendants.

Case No. 24-cv-12347

Hon. Brandy R. McMillion
Magistrate Elizabeth A. Stafford

**MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS**
**COUNSEL AND PLAINTIFF'S REQUEST FOR**
**SETTLEMENT CONFERENCE**

Pursuant to E.D. Mich. L.R. 83.25(b)(2), the Michigan Rules of Professional Conduct, and this Court's inherent authority to control its docket, counsel for Plaintiff respectfully submits this brief in support of the concurrently filed Motion to Withdraw as Counsel.

Under E.D. Mich. L.R. 83.25(b)(2), an attorney may withdraw only on order of the Court. Withdrawal is appropriate where ethical rules or practical circumstances make continued representation unworkable.

The Michigan Rules of Professional Conduct provide the circumstances under which withdrawal is appropriate. Mich. R. Prof. Conduct 1.16. This motion is based on a breakdown in the attorney-client relationship that, in counsel's judgment, makes continued representation no longer appropriate, and impairs the ability to provide effective representation. The standard for withdrawal is satisfied.

Counsel has notified Plaintiff of the intent to withdraw and has taken reasonable steps to avoid prejudice.

## CONCLUSION

For the foregoing reasons, counsel respectfully requests that the Court grant the Motion to Withdraw as Counsel.

Dated: March 18, 2026.

Respectfully submitted,
*/s/ Kimberly Russell*

**THE LAW OFFICE OF KEITH ALTMAN**

Keith Altman (P81702)
30474 Fox Club Drive
Farmington Hills, MI 48331
O: (248) 987-8929
keithaltman@kaltmanlaw.com

**THE RUSSELL LAW FIRM, PLLC**

Kimberly Russell
Admitted to EDMI
1140 3rd Street NE
Washington, DC 20002
O: (202) 430-5085
kimberly@russellatlaw.com

**BROWN LEGAL GROUP, PLLC**

Sammy Brown, Jr.
Admitted EDMI
175 N. Union Street
Canton, MS 39046
O: (601) 691-5017
slb@brownlegalgrouppllc.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2026 I served a copy of the foregoing

document via overnight delivery through UPS and electronic mail to:

Elyse McKenna
2741 Kearney Creek Lane
Lexington, KY 40511
elyse@foxmckenna.com

I hereby further certify that on March 18, 2026, I caused a true and correct

copy of the foregoing document to be served on the following by electronic mail:

| KIENBAUM HARDY VIVIANO PELTON FORREST | DEBORAH GORDON LAW |
|---|---|
| Elizabeth Hardy, Thomas Kienbaum, and Thomas Davis 280 N. Old Woodward Avenue Suite 400 Birmingham, MI 49009 ehardy@khvpf.com tkienbaum@khvpf.com tdavis@khvpf.com | Deborah Gordon, Sarah Thomas Gordon, and Elizabeth Marzotto-Taylor 33 Bloomfield Hills, Parkway, Suite 220 Bloomfield Hills, MI 48304 dgordon@deborahgordonlaw.com sthomas@deborahgordonlaw.com emt@deborahgordonlaw.com |

*Counsel for Defendants*

Dated: March 18, 2026.                    */s/ Kimberly Russell*