**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ELYSE MCKENNA,

         Plaintiff,

v.

ROBERT F. RILEY,
RILEY & HURLEY, PC, and OLSMAN
MACKENZIE PEACOCK, PC,

         Defendants.

_____/

Case No. 2:24-cv-12347
Hon. Brandy R. McMillion

## ORDER GRANTING JOINT MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF (ECF NO. 223)

This matter is before the Court on the Joint Motion to Withdraw as Counsel for Plaintiff (ECF No. 223) filed by Kimberly Russell, Keith Altman, and Sammy Brown.  The Court held a hearing on the Motion on March 27, 2026.  The Court having reviewed the record in this case, the briefing on the Motion, the arguments presented at the hearing, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Joint Motion to Withdraw as Counsel (ECF No. 223) filed by Kimberly Russell, Keith Altman, and Sammy Brown is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction over Ms. Russell, Mr. Altman, and Mr. Brown for the purpose of deciding the pending Motions for Sanctions (ECF Nos. 113, 115), if necessary.

**IT IS FURTHER ORDERED** that Plaintiff's request for a 90-day Stay is **DENIED**.

**IT IS FURTHER ORDERED** that Attorney Karen Truszkowski is **GRANTED** leave to file a limited appearance on behalf of Plaintiff.  Upon Ms. Truszkowski's completion of representation, Plaintiff shall proceed *pro se*, unless she obtains additional counsel that files an appearance in this matter.

**IT IS SO ORDERED.**

Dated:  March 30, 2026                    s/Brandy R. McMillion
      Detroit, Michigan                    HON. BRANDY R. MCMILLION
                                   United States District Judge