**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ELYSE MCKENNA,

Plaintiff/Counterclaim Defendant,

v.

ROBERT F. RILEY, et al.,

Defendants/Counterclaim Plaintiffs.

Case No.  2:24-cv-12347

Hon. Brandy R. McMillion

Magistrate Judge Elizabeth A. Stafford

## ORDER REGARDING RULE 35 EXAMINATION

On April 10, 2026, the Court held a Status Conference in which the Riley Parties and OMP jointly requested that the Court enter an order for Plaintiff to undergo a Rule 35 examination.  Counsel for Plaintiff Elyse McKenna stated that Plaintiff did not object to such an examination and that Plaintiff would work with the Defendants to establish the parameters for such examination.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff Elyse McKenna undergo an examination by Dr. Richard Jackson on a date and time to be scheduled on or after May 1, 2026 but before June 5, 2026, pursuant to Fed. R. Civ. P. 35.

**IT IS FURTHER ORDERED** that the parties meet and confer on or before April 23, 2026 to set the parameters for said examination.

**IT IS SO ORDERED.**

Dated:  April 17, 2026

s/Brandy R. McMillion
Honorable Brandy R. McMillion
United States District Court Judge