UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELYSE MCKENNA,

     Plaintiff,

v.

ROBERT F. RILEY, RILEY &
HURLEY, P.C., and OLSMAN
MACKENZIE PEACOCK, P.C.,

     Defendants.

Case No. 24-cv-12347

Hon. Brandy R. McMillion

Magistrate Judge Elizabeth A. Stafford

---

**Index of Exhibits to
Riley Parties' Supplemental Brief in Support of
Sanctions Motion (ECF No. 230-1)**

**Exhibit A**     Excerpts, Deposition of Gemma Haynes[1]

**Exhibit B**     Excerpts, Anna Gialanella Deposition (Rough)

**Exhibit C**     Jessalyn H. Zeigler & Allyn R. Gibson, *Perjury During Depositions and Its Consequences*, American Bar Association, June 11, 2012

---

[1] Non-pertinent medical information has been redacted from this transcript.