# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

ELYSE MCKENNA,

      Plaintiff,

v.

ROBERT F. RILEY, DONNA
MACKENZIE, RILEY &
HURLEY, PC, and
OLSMAN MACKENZIE
PEACOCK, PC,

      Defendants.

Case No. 24-cv-12347

Hon. Brandy R. McMillion
Magistrate Elizabeth A. Stafford

## NOTICE OF LIEN

**TO ALL INTERESTED PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

    **NOTICE IS HEREBY GIVEN** that the undersigned law firms, The Law Office of Keith Altman, The Russell Law Firm PLLC, and Brown Legal Group PLLC are formerly the attorneys of record herein for Plaintiff, ELYSA MCKENNA, but have been relieved as said party's attorneys of record by withdrawal and substitution of attorney.

    **PLEASE TAKE FUTHER NOTICE** that by virtue of written fee agreement between said parties and pursuant to Michigan's common-law attorney charging lien, the undersigned law firms The Law Office of Keith Altman, The Russell Law

Firm PLLC, and Brown Legal Group PLLC, has and claims a lien ahead of all others on the said party's claims and causes of action asserted herein, and on any judgment or settlement rendered in favor of Plaintiff, ELYSE MCKENNA, to secure payment for legal services rendered and costs and expenses advanced on their behalf, all in accordance with the terms of the attorney-client retainer agreement.

Dated: April 27, 2026

Respectfully Submitted,

*/s/ Keith Altman*

**LAW OFFICE OF KEITH ALTMAN**
Keith Altman, Esq. (P81702)
30474 Fox Club Drive
Farmington Hills, MI 48331
O: (248) 987-8929
keithaltman@kaltmanlaw.com

**THE RUSSELL LAW FIRM, PLLC**
Kimberly Russell, Esq.
Admitted to EDMI
1140 3rd Street NE
Washington, DC 20002
O: (202) 430-5085
kimberly@russellatlaw.com

**BROWN LEGAL GROUP, PLLC**
Sammy Brown, Jr., Esq.
Admitted EDMI
175 N. Union Street
Canton, MS 39046
O: (601) 691-5017
slb@brownlegalgrouppllc.com

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2026, I electronically filed the foregoing document with the Clerk of the Court through the CM/ECF system which sent an email notice of electronic filing to all attorneys of record.

/s/ Keith Altman
Keith Altman, Esq.