UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELYSE MCKENNA,

     Plaintiff,

v.

ROBERT F. RILEY, RILEY &
HURLEY, P.C., and OLSMAN
MACKENZIE PEACOCK, P.C.,

     Defendants.

Case No. 24-cv-12347

Hon. Brandy R. McMillion

Magistrate Judge Elizabeth A. Stafford

---

**Index of Exhibits to
Defendants/Counterclaim Plaintiffs Riley and Riley & Hurley P.C.'s Brief in
Support of Motion to Compel McKenna to Produce Documents in Response to
Riley's 2nd RFPs and For Costs and Fees Under Rule 37(a)(5)(A)**

| | |
|---|---|
| **Exhibit A** | Plaintiff's Responses to Defendant Rileys' Second Set of Requests for Production |
| **Exhibit B** | March 11, 2026 Deficiency Letter |
| **Exhibit C** | Cranston Record regarding HIPAA withdrawal |
| **Exhibit D** | Gialanella Record regarding HIPAA withdrawal |

609111