## Consultation Note



Katy Cranston LLC
Clinician:  Kathryn Cranston DiMeglio
Patient:    Elyse McKenna, ▆▆▆▆/1993

Date and Time:  4/28/2025 10:30 ᴀᴍ - 10:50 ᴀᴍ
Duration:       20 minutes
Service Code:   Free consult
Location:       Main Office
Participants:   Client Only

## Note Content

Former client called to alert the therapist that she may have a subpoena for her medical records due to a lawsuit. She did not consent to a release of her medical records and asked to be contacted if a subpoena is issued. The therapist assured her that she would be contacted if there were a subpoena and that the therapist was consult with her malpractice insurance company regarding her legal obligations in responding to a subpoena.

> Kathryn Cranston DiMeglio, LMSW, License MI 6801092383 signed this note and declared this information to be accurate and complete on 4/28/2025 at 2:24 ᴘᴍ.

Page 1 of 1

CONFIDENTIAL PURSUANT TO STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

RH 4320

Consultation Note

Katy Cranston LLC
Clinician:  Kathryn Cranston DiMeglio
Patient:    Elyse McKenna, DOB ▮ 1993

Date and Time: 6/4/2025 10:55 AM - 11:00 AM
Duration:       5 minutes
Service Code:   Free consult
Location:       Main Office
Participants:   Client Only

## Note Content

On Friday 5/30/2025 the therapist called Eylse to notify her that she had recieved a subpoena and would be contacting her malpractice insurance to consult with an attorney about complying with the subpoena. Elyse indicated understanding and hesitancy about information related to her divorce or family relationships becoming a part of the case due to the medical release of records.

Today, spoke briefly by phone with Elyse and noted that there was a release of information for medical records included with the subpoena. Elyse knew this but was still concerned about releasing her records. She asked for a couple of days to consider her options before the therapist sent the records. The therapist agreed and stated she would be consulting the malpractice attorney assigned to the case this afternoon.

Kathryn Cranston DiMeglio, LMSW, License MI 6801092383, signed this note and declared this information to be accurate and complete on 6/4/2025 at 2:52 PM.

Page 1 of 1

CONFIDENTIAL PURSUANT TO STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                                    RH 4322

## Consultation Note

Katy Cranston LLC
Clinician:  Kathryn Cranston DiMeglio
Patient:  Elyse McKenna, DOB ▮▮▮/1993

Date and Time: 6/9/2025 10:00 ᴀᴍ - 10:05 ᴀᴍ
Duration:  5 minutes
Service Code:  Free consult
Location:  Main Office
Participants:  Client Only

# Note Content

Called Elyse today to let her know I had recieved a second subpoena via certified mail from Keinbaum et al. She reported that there was a 28 day extension for complying with the subpoenas. She stated I should have recieved a notification from her law firm on Friday. I have not recieved the notification, so she said she would make sure I got it today. She also requested a copy of her medical records to be uploaded to her via a secure link.

The therapist emailed her attorney Daniel Webber to update him about the 28 day extension and request for medical records from Elyse.

Kathryn Cranston DiMeglio, LMSW, License MI 6801092383, signed this note and declared this information to be accurate and complete on 6/9/2025 at 10:25 ᴀᴍ.

Page 1 of 1

**CONFIDENTIAL PURSUANT TO STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER**
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

RH 4323