**EXHIBIT D**

**Client:**          Elyse McKenna (Elyse McKenna)

**DOB:**            ▮▮/1993

**Provider:**       Anne Gialanella

**Provider License:**   LPC #PRC14249, LPC #0701009253

**Noted On:**   June 13, 2025 at 3:17 pm (ET)

## Chart Note

This writer received the following email from Client:

Hi Anne,

I am revoking the authorization for my records.

Best,

**Elyse L. McKenna**
FOX MCKENNA, PLLC

Confidential – Protected Health Information

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                **RH 4370**