# EXHIBIT 1

POLITICS

# Federal investigation into Shemia Fagan, former Oregon secretary of state, closed with no criminal charges

Updated: Apr. 21, 2025, 3:37 p.m. | Published: Apr. 21, 2025, 6:30 a.m.





Former Oregon Secretary of State Shemia Fagan is pictured in this file photo.
Beth Nakamura/The Oregonian

By **Aimee Green | The Oregonian/OregonLive**

A <u>confidential federal investigation</u> into allegations of potential wrongdoing by former Oregon Secretary of State Shemia Fagan has been closed with no criminal charges filed.

Federal officials in 2023 began investigating Fagan, who resigned in May 2023 amid a storm of controversy over a private consulting contract she signed with a cannabis company while her office was auditing the state's oversight of the cannabis industry. The side job paid her $10,000 per month , far more than the $77,000 salary she made as secretary of state — an elected position that she explained didn't pay enough for her to "make ends meet."

The FBI, the U.S. Attorney's Office for Oregon and Fagan's attorney declined to confirm or comment on the investigation's closure, the scope of the investigation or why criminal charges weren't filed. Officials with the Oregon Department of Justice and other sources confirmed that people with knowledge of the investigation have told them it's over. The state Department of Justice became involved in Fagan's case after federal officials sought information from the state.

Though federal officials haven't taken action, Fagan's troubles aren't over.

The Oregon Government Ethics Commission opened an investigation in 2023 into whether Fagan violated ethics rules for her side job with an associated company of La Mota, which operated a large chain of cannabis stores in Oregon. Fagan's contract was first reported by Willamette Week. Fagan decided to earn the extra cash despite the advice of secretary of state staffers who "strongly discouraged her," according to a preliminary review by the ethics commission.

The commission also began a probe into whether Fagan used taxpayer dollars to fund family vacations, after a June 2023 story by The Oregonian/OregonLive outlined a pattern of Fagan's questionable spending, including everything from bigger rental cars and hotel rooms that could accommodate her family and dog to $877 the state paid for Fagan's airfare to the 2023 White House Easter Egg Roll, which she attended with her children.



OREGONLIVE
The Oregonian

The commission paused its investigations, pending the outcome of the federal investigation. Susan Myers, executive director of the commission, said the commission reactivated Fagan's cases in late December.

Myers said the commission is planning to once again discuss Fagan's cases at a May 9 meeting.

Meanwhile, Fagan's application to the Oregon State Bar to reinstate her law license is still pending. Fagan had previously worked as a state lawmaker and a privately practicing lawyer. She asked that her law license be switched to inactive status when she took office as

secretary of state in January 2021, a move that allowed her to avoid the need to pay annual bar dues and malpractice insurance. In February 2023, days after signing the contract for her cannabis side contract, she sought to have her law license switched back to active status.

Bar spokesperson Kateri Walsh said Monday that Fagan's reinstatement application is still "open."

— Aimee Green is covering the Oregon Legislature this session. Reach her at 503-294-5119, agreen@oregonian.com or on Bluesky.

Our journalism needs your support. Subscribe today to OregonLive.com.

---

 Stories by **Aimee Green**

