# EXHIBIT 3

Ethics Commission Doubles Fagan's Fine and Settles Cases Against Her

*CITY*

# Ethics Commission Doubles Fagan's Fine and Settles Cases Against Her

"She's been a maker of her own misery," an ethics commissioner said.

By **Sophie Peel** | Published on May 09, 2025 11:54AM PDT



Shemia Fagan listens to the Ethics Commission on May 9. (Sophie Peel)

The Oregon Government Ethics Commission more than doubled the fine against former Secretary of State Shemia Fagan on Friday before agreeing to settle three ethics cases stemming from her time in office. Her term as Oregon's highest elections official ended abruptly in May 2023 after WW revealed she'd signed a $10,000 monthly consulting contract with two of her top political donors.

The ethics commission unanimously rejected an initial proposed settlement of $1,600, then voted 7–1 to accept a $3,600 fine, which concludes all three cases against Fagan.

The commission meeting lasted just 30 minutes and largely marks the end of a two-year scandal that saw the rapid fall of one of the rising stars of the Democratic Party in Oregon.

At the top of the meeting, a stoic-looking Fagan entered the conference room with her attorney, David Elkanich, and two friends. Following a brief summary of the three cases and the commission staff's findings and proposed penalties, Fagan gave just one brief remark.

"For most of 2023, I have imagined the chance to sit here and defend myself," Fagan said from the end of the conference table. "And then I spent the last two years in bittersweet reflection on my time in politics, and now I'm sitting here and I know that my actions were indefensible. Embarrassing mistakes, bad judgment, and I'm sorry. Whatever fine you decide to impose on me today, I will accept it."

Commission investigators reached two main findings: that Fagan had used her public position for private gain by signing a $10,000-a-month contract with troubled cannabis moguls Rosa Cazares and Aaron Mitchell, and that she'd received state reimbursement she was not entitled to for some travel expenses. Though Fagan contested the findings, she wrote in the settlement agreement that she wished to end the case instead of continuing a costly fight.

https://www.wweek.com/news/city/2025/05/09/ethics-commission-doubles-fagans-fine-settles-case-against-her/

Remarks by the nine commissioners were brief. All regarded the case related to the consulting contract with the founders of the La Mota cannabis chain.

Commissioner Dan Mason offered the strongest rebuke of the initial settlement, calling it "inadequate."

"She's been a maker of her own misery," Mason said. "These penalties for the second-to-the-top official in the state are not adequate. You need to have a top penalty for a top official."

Commissioner Richard Burke agreed, saying he appreciated Fagan's "willingness to accept responsibility" but that "we need to do a little more here to send the appropriate signal not only to other elected officials but to the people of Oregon that these types of violations will be taken seriously."

Vice chair Shenoa Payne defended Fagan's contract with Veriede Holding, the La Mota-affiliated LLC that signed Fagan to the contract, saying she didn't feel the commission had proven that Fagan got the contract because she was secretary of state.

"I would not be finding a violation here," Payne remarked.

The commission voted 8–0 to reject the initial $1,600 proposal.

Commission leaders and staff exited the conference room to a private room with Fagan and Elkanich. Less than 10 minutes passed before the two parties reentered the room and proposed a new penalty: $3,600 total, with $2,500 of that addressing the consulting contract violation—a five-fold increase from the initial proposed $500 fine to address the consulting case.

After little discussion, the commission voted 7–1 to accept the amended settlement.

Chair David Fiskum thanked Fagan for coming.

https://www.wweek.com/news/city/2025/05/09/ethics-commission-doubles-fagans-fine-settles-case-against-her/

"We genuinely do appreciate you being here today," Fiskum said. "Thank you for your candor."

Fagan, Elkanich and her two friends walked briskly to the parking lot, shaking off a reporter who tried to speak with them.

Beyond her resignation, the fallout of Fagan's actions included a federal investigation, new legislation that increases transparency around campaign finance, and a ballot measure approved by voters last fall that allows the impeachment of statewide officials.

The feds dropped the criminal investigation into Fagan late last year. The Oregon State Bar has reinstated Fagan's law license, though it's still investigating complaints filed with the agency. And Fagan has returned to work for the Seattle law firm that employed her prior to her entry into politics.

Find all of WW's reporting on Fagan, and the troubled cannabis couple she went into business with, here.

As the small group walked deeper into the parking lot of the state building following the commission vote, blocked from public view by cars, Fagan wrapped her arms around both of her friends.

Once the small party stopped near a car, Fagan turned to Elkanich, her attorney since her resignation, and gave him a hug.



**Sophie Peel** | speel@wweek.com

Sophie Peel covers City Hall and neighborhoods.