# EXHIBIT 5

Former Oregon Secretary of State can practice law again; will pay a fine for ethical violations | OPB

 

| | | | | |
|---|---|---|---|---|
| Independent. Member-supported. For the Pacific Northwest. | Independent. Member-supported. | | **donate now** | ☰Q |

**About OPB**   **Public media funding**   **2026 election guide**   **OPB and KMHD events**   **Watch**   **Listen**   New

**POLITICS**

# Former Oregon Secretary of State can practice law again; will pay a fine for ethical violations



**By Lauren Dake** (OPB)

May 6, 2025 7:14 p.m.

Former Oregon Secretary of State Shemia Fagan can once again practice law in the state of Oregon.

The Oregon State Bar has reinstated Fagan's law license, which comes on the heels of federal criminal investigators closing their case without filing any criminal charges against the former politician.

Fagan became an inactive member of the bar by choice when she became secretary of state. She took office in 2021. She asked that her license be reactivated in 2023 and the

Former Oregon Secretary of State can practice law again, will pay a fine for ethical violations OPB

==request has been pending until last month==.

Fagan, the former Democratic political star who resigned from the state's second-highest ranking job in 2023, is seemingly nearing the end of the ordeal that resulted in her resigning her office in scandal.



Former Oregon Secretary of State Shemia Fagan poses in this undated photo. Fagan can once again practice law and will pay a fine for ethical violations.

*Courtesy of Oregon Secretary of State's office*

Next up: Friday, the Oregon Government Ethics Commission will vote on a [settlement agreement](#) that could mark the end of their probe into Fagan. ==Three complaints were lodged against the former secretary of state after revelations she was working as a private consultant for a cannabis company. She took on the side gig as her office prepared an audit of state cannabis regulations that was seen as favorable to cannabis companies.== Fagan's contract was [first reported by Willamette Week.](#)

Former Oregon Secretary of State can practice law again, will pay a fine for ethical violations | OPB

Fagan has agreed to pay $1,600 in civil fines to the ethics commission. If the commission approves the order Friday, it will mark the end of their deep dive into Fagan's time as secretary of state. The Oregonian/OregonLive first reported the fines for ethical violations.

Fagan agreed to settle the ethics dispute and pay the fine, noting in documents it was expensive to continue to contest the matters legally. The final report from the ethics commission determined Fagan used her position as secretary of state to "obtain private employment." Fagan disputed the claim.

The final order also includes details into Fagan's expenses on two work-related road trips that she took with her children and puppy. The commission noted that Fagan was reimbursed for larger rooms, gas and rental expenses since she had a larger vehicle to accommodate the additional people and dog. The ethics report said the extra costs were reimbursements "for which she was not entitled."

Fagan's attorney did not respond to a call seeking comment. But in the report, Fagan notes, she did not "knowingly or intentionally seek any reimbursements to which she was not entitled."

The Oregon State Bar is also investigating complaints into Fagan's behavior and will look into whether she violated any ethics violation. That investigation is underway. If they determine she has violated any rules, she could face a wide-range of sanctions from public reprimand, to suspension of her law license for anywhere from 30 days to 5 years. She could also be disbarred and lose her license to practice law.

Fagan is currently employed by HKM Employment Attorneys, according to her LinkedIn and by a receptionist at the law firm.