# EXHIBIT 6

 **SBM**
STATE BAR OF MICHIGAN

**Sign In** | **Back**

The State Bar of Michigan has verified this Lawyer's status, however the photo and profile information have been provided directly by the Lawyer. Neither the State Bar of Michigan nor ReliaGuide recommend or endorse any lawyer.

Home  >  Search Results  >  Karen V Truszkowski

## Karen V Truszkowski
### Temperance Legal Group

⊘ Attorney Verified   ⊘ Active Member in Good Standing

About    Contact Info    Licenses

### CONNECTING WITH

## Karen V Truszkowski
**President**
Temperance Legal Group

⬇ Download vCard                          **Contact**

📞 Phone              ✉ Email              🌐 Web

**Primary Address**

📍  503 Mall Ct # 131
Lansing, MI 48912-5200

❓