**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ELYSE MCKENNA,

        Plaintiff,

v.

ROBERT F. RILEY,
RILEY & HURLEY, PC, and OLSMAN
MACKENZIE PEACOCK, PC,

        Defendants.

_____/

Case No. 2:24-cv-12347
Hon. Brandy R. McMillion

## ORDER FOLLOWING MAY 7, 2026 STATUS CONFERENCE

On May 7, 2026, the Court held a Status Conference in this matter regarding pending discovery disputes.  At the conference, the Riley Defendants raised the issue of additional deposition time for Plaintiff Elyse McKenna.  The Riley Defendants asked for additional time as a sanction as part of their pending Rule 37 motion (*see* ECF No. 113, PageID.2809-2810), but also separately raised the issue with the Court, stating that Rule 30(d) justifies additional time (requesting four hours), given the complexities of McKenna's claims.  The Court issued an order on a similar request by the OMP Defendant, granting it an additional two hours of deposition time with McKenna.  ECF No. 259.

Having considered the positions of the parties, reviewed the pending requests, and examined the record in this matter, the Court finds that additional time is needed to fairly examine the deponent.  Fed. R. Civ. P. 30(d)(1).

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff sit for an additional **Two (2) Hours** of deposition time with the Riley Defendants.  The Parties are instructed to coordinate a convenient time for all for the further deposition to occur.

**IT IS FURTHER ORDERED** that the Riley Defendants and OMP shall coordinate the depositions, and if one defendant does not use all of its allocated two hours, it can allot the remaining time to the other defendant.  However, McKenna is not being ordered to sit for more than 4 total hours of additional deposition time.

**IT IS FURTHER ORDERED** that any impediment, delay, or other conduct that frustrates the examination of the deponent may result in sanctions.

**IT IS SO ORDERED.**

Dated:  May 7, 2026  
    Detroit, Michigan

s/Brandy R. McMillion  
HON. BRANDY R. MCMILLION  
United States District Judge

2