## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

ELYSE McKENNA,

     Plaintiff,

v.

ROBERT RILEY, *et al.*,

     Defendants.

Case No. 2:24-cv-12347-BRM-EAS

Hon. Brandy R. McMillion

Magistrate Judge Elizabeth A. Stafford

**INDEX OF EXHIBITS TO PLAINTIFF'S OPPOSITION TO THE
RILEY DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S
RESPONSES TO SECOND REQUESTS FOR PRODUCTION
AND FOR RULE 37(a)(5)(A) FEES AND COSTS (RE ECF NO. 248)**

**Exhibit A**   Plaintiff's March 6, 2026 Responses to the Riley Defendants' Second Set of Requests for Production (ECF No. 248-2)

**Exhibit B**   March 11, 2026 Deficiency Letter from Daniel D. Davis (Kienbaum Hardy Viviano Pelton & Forrest, P.L.C.) to Kimberly L. Russell (ECF No. 248-3)

**Exhibit C**   Cranston Subpoena and Response Communications (ECF No. 248-4)

**Exhibit D**   Plaintiff's June 13, 2025 HIPAA Authorization Revocation to Anne Gialanella (ECF No. 248-5)

**Exhibit E**   Joint Discovery Plan and ESI Protocol (ECF No. 38, filed March 24, 2025)

1

**Exhibit F**    Transcript of June 25, 2025 Motion-to-Withdraw Hearing (ECF No. 66)

**Exhibit G**    Order Granting in Part Joint Motion to Compel as to Non-Party Amanda Fox Perry (ECF No. 89, filed September 19, 2025)

**Exhibit M**    Order Denying Plaintiff's Motion for Appointment of Discovery Master (ECF No. 152, filed January 23, 2026)

**Exhibit N**    Order Striking Plaintiff's Omnibus Opposition with "Not Necessary" Finding on Confidential Attorney-Client Materials (ECF No. 154, filed January 26, 2026)

**Exhibit O**    Plaintiff's Certification of Compliance (ECF No. 185, filed February 9, 2026)

**Exhibit P**    Order Finding Pre-Filing Consultation Privilege Waiver (ECF No. 97, filed October 24, 2025)

**Exhibit Q**    Order Overruling Lauren Studley's Objections to Third-Party Subpoena (ECF No. 109)

**Exhibit R**    August 18–19, 2021 Three-Person Group Chat Excerpt with Photographs IMG_0241 and IMG_0242 (ECF No. 113-5)

**Exhibit S**    September 11, 2024 Email from Plaintiff to Joseph Groffsky Attaching "Filed Complaint Copy.pdf" (ECF No. 113-20)

**Exhibit T**   November 21, 2025 and December 6–7, 2025 Text Communications Between Plaintiff, Gemma Haynes, and Kimberly L. Russell (ECF No. 113-28)

**Exhibit V**   May 5, 2026 Deficiency Letter from Shemia Fagan (HKM Employment Attorneys LLP) to Daniel D. Davis

**Exhibit W**   May 5–6, 2026 Conferral Correspondence Between Plaintiff's Counsel and Defendants' Counsel