# Exhibit D

**Client:**   Elyse McKenna (Elyse McKenna)

**DOB:**   ███/1993

**Provider:**   Anne Gialanella

**Provider License:**   LPC #PRC14249, LPC #0701009253

**Noted On:**   June 13, 2025 at 3:17 pm (ET)

**EXHIBIT D**

## Chart Note

This writer received the following email from Client:

Hi Anne,

I am revoking the authorization for my records.

Best,

**Elyse L. McKenna**
FOX MCKENNA, PLLC

Created on Jun 13, 2025 at 3:18 pm ET. Last updated on Jun 13, 2025 at 3:18 pm ET.                                    Page 1 of 1

Confidential – Protected Health Information

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                                    **RH 4370**