# Exhibit G

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ELYSE MCKENNA,

      Plaintiff,

v.

ROBERT F. RILEY,
RILEY & HURLEY, PC, and
OLSMAN MACKENZIE
PEACOCK, PC,

      Defendants.

_____/

Case No. 2:24-cv-12347
Hon. Brandy R. McMillion

## ORDER GRANTING IN PART DEFENDANTS' JOINT MOTION TO COMPEL AMANDA FOX PERRY TO COMPLY WITH RULE 45 SUBPOENAS AND FOR SANCTIONS (ECF NO. 77)

Before the Court is Defendants Robert F. Riley, Riley & Hurley, PC, and Olsman Mackenzie Peacock, PC (collectively "Defendants") Joint Motion to Compel Amanda Fox Perry to Comply with Rule 45 Subpoenas and for Sanctions, filed August 13, 2025. *See* ECF No. 77. The Court heard oral argument on the motion on September 19, 2025. For the reasons stated on the record, the Court **GRANTS IN PART** the motion, as set forth herein.

Accordingly, it is **HEREBY ORDERED** that:

- Amanda Fox Perry shall produce all non-privileged responsive documents to each Defendants' Rule 45 Subpoena on or before Wednesday, September 24, 2025 at 5:00 p.m.;

1

- Amanda Fox Perry shall produce a Privilege Log, for any documents withheld under any claim of privilege, which includes identification of the document, date of the document, the nature of the privilege, and a description of the document withheld. The Privilege Log shall be produced to each Defendant on or before Wednesday, September 24, 2025 at 5:00 p.m.;

- Amanda Fox Perry shall provide a copy of the Privilege Log, with the corresponding privileged documents, to the Court for in camera review, on or before Wednesday, September 24, 2025 at 5:00 p.m.

**IT IS FURTHER ORDERED** that the Defendants' request for sanctions is **HELD IN ABEYANCE**, pending the Court's review of the Privilege Log and withheld documents.

**IT IS SO ORDERED**.

Dated: September 19, 2025

s/Brandy R. McMillion  
BRANDY R. MCMILLION  
U.S. District Judge

2