# Exhibit R

# EXHIBIT D

**10:38**

 

**3 People** ›

Aug 18, 2021 at 1:09 PM

Elyse McKenna

I hacked onto Bob's iPad.

He takes pictures of me on Zoom too.

|  | **IMG_0242.HEIC**<br>Image · 2.8 MB |  |

|  | **IMG_0241.HEIC**<br>Image · 2.6 MB | |

Julian Wettlin

WHAT THE FUCK!!!!

 lol Elyse!! Run we got copies lol

Jess

OMG

 I was in a meeting – WHAT THE FUCKKKKK!!!!

Elyse McKenna

 WHAT DO I DO NOW???

Jess

I am in so many meetings but we need to discuss later. This is fucking

 +    iMessage

HEID000075

10:39 🔕      .ıll 📶 🔋

   

3 People ›

Elyse McKenna



**Be there in a sec**

Aug 19, 2021 at 3:15 PM

Jess



**What is bobs last name?**

Elyse McKenna



**Lol you're sworn to secrecy if I tell you, right?**

Jess

**Omg lol I was going to lightly stalk him online but I can resist**



**1 Reply**

Elyse McKenna

**Lol you can stalk him!**

**Bob Riley**



**Let me know if you find anything good**

Jess

**Lollll**



**I will**



Omg lol I was going to lightly stalk him online but I can resist



+    iMessage    🎤

HEID000078