# Exhibit W

**Tuesday, May 5, 2026 at 3:54:11 PM Pacific Daylight Time**

| | |
|---|---|
| **Subject:** | Discovery Deficiencies; Offer of Conferral | McKenna v. Riley & Hurley, PC, Olsman MacKenzie & Peacock, PC and Robert Riley |
| **Date:** | Tuesday, May 5, 2026 at 3:54:05 PM Pacific Daylight Time |
| **From:** | Fagan, Shemia |
| **To:** | , , , , |
| **CC:** | Karen Truszkowski, George Moschopoulos, |
| **Attachments:** | 2026.05.05 - Discovery Deficiencies (McKenna).pdf |

Joint Defendants,

  Attached is a letter identifying some of the deficiencies in defendant's discovery, separately and jointly. This is our good faith offer to confer. Call me anytime this week. 503-334-0695.

Regards,
Shemia Fagan
(*shuh- MEE-uh*) (rhymes with "Maria")

**Wednesday, May 6, 2026 at 8:38:41 AM Pacific Daylight Time**

| | |
|---|---|
| **Subject:** | Re: Discovery Deficiencies; Offer of Conferral | McKenna v. Riley & Hurley, PC, Olsman MacKenzie & Peacock, PC and Robert Riley |
| **Date:** | Wednesday, May 6, 2026 at 8:38:18 AM Pacific Daylight Time |
| **From:** | Fagan, Shemia |
| **To:** | Thomas Davis, emt@deborahgordonlaw.com, dgordon@deborahgordonlaw.com, Elizabeth Hardy, Thomas Kienbaum |
| **CC:** | Karen Truszkowski, George Moschopoulos, Taylor, EmmyLou |
| **Attachments:** | image566579.jpg |

Thomas,

The whole point of the conferral rule is to keep both sides from hardening positions through written exchanges and to have a real conversation instead. A quick call usually gets us further than another round of letters.

Call me anytime today or tomorrow and let's talk it through.

Regards,
Shemia Fagan
(*shuh- MEE-uh*) (rhymes with "Maria")

---

**From:** Thomas Davis <tdavis@khvpf.com>
**Date:** Wednesday, May 6, 2026 at 7:18 AM
**To:** Fagan, Shemia <SFagan@hkm.com>, emt@deborahgordonlaw.com <emt@deborahgordonlaw.com>, dgordon@deborahgordonlaw.com <dgordon@deborahgordonlaw.com>, Elizabeth Hardy <ehardy@khvpf.com>, Thomas Kienbaum <tkienbaum@khvpf.com>
**Cc:** Karen Truszkowski <karen@temperancelegalgroup.com>, George Moschopoulos <georgem@logmapc.com>, Taylor, EmmyLou <etaylor@hkm.com>
**Subject:** Re: Discovery Deficiencies; Offer of Conferral | McKenna v. Riley & Hurley, PC, Olsman MacKenzie & Peacock, PC and Robert Riley

Ms. Fagan -

It is once again apparent that you took on this representation, months after fact discovery closed, without even performing a perfunctory review of the course of the proceedings or the nearly 7,000 pages of documents the Riley Parties have produced. Nearly every word of your letter refers to issues that have been resolved by the Court, are factually inaccurate, or both. Among other things:

- The Court has already addressed McKenna's purported "deficiency" arguments to the Riley Parties' objections and responses to both the original discovery set served a year ago and the supplemental discovery set served earlier this year.

- The Court already rejected McKenna's arguments regarding the JDA; the order is on the docket.

- The witness contact information was provided, as indicated in the discovery responses. McKenna's prior counsel then used it to prepare grossly overbroad subpoenas that the Court required to be pulled back.

- The Riley Parties provided subpoena returns in response to McKenna's first supplemental RFPs (the first discovery paper where she ever demanded them).

- The Riley Parties identified their 30(b)(6) witness over three months ago. Further, at a February 3, 2026 conference, the Court held that the Riley Parties properly designated Riley's individual testimony as the "corporate" testimony of R&H on Topic 7 and that no further deposition would proceed on that topic.

The Court has repeatedly expressed its disapproval of attempts to relitigate issues it has already decided. It rejected the notion that McKenna's prior counsel—the fifth, sixth, and seventh to represent her in this matter—were entitled to a do-over when they entered the case midway through fact discovery. Her eighth, ninth, and tenth lawyers are not entitled to a do-over either, especially now that fact discovery is over. And you are certainly not entitled to come in guns a-blazing with a comically aggressive and obviously performative "deficiency letter" that is demonstrably incorrect on the most basic aspects of this litigation.

Your demands are moot. What you threaten is textbook vexatious multiplication of litigation and naked disregard of the Court's prior orders. If you proceed with your threats, we will seek fees and costs under 28 U.S.C. § 1927 and the Court's inherent authority.

Regards,


Thomas J. Davis
Kienbaum Hardy Viviano
 Pelton & Forrest, P.L.C.
280 N. Old Woodward
Suite 400
Birmingham, MI 48009
O: (248) 645-0000
C: (248) 972-7760
tdavis@khvpf.com

---

**From:** Fagan, Shemia <SFagan@hkm.com>
**Sent:** Tuesday, May 5, 2026 6:54 PM
**To:** Thomas Davis <tdavis@khvpf.com>; emt@deborahgordonlaw.com <emt@deborahgordonlaw.com>; dgordon@deborahgordonlaw.com <dgordon@deborahgordonlaw.com>; Elizabeth Hardy <ehardy@khvpf.com>; Thomas Kienbaum <tkienbaum@khvpf.com>

**Cc:** Karen Truszkowski <karen@temperancelegalgroup.com>; George Moschopoulos <georgem@logmapc.com>; Taylor, EmmyLou <etaylor@hkm.com>
**Subject:** Discovery Deficiencies; Offer of Conferral | McKenna v. Riley & Hurley, PC, Olsman MacKenzie & Peacock, PC and Robert Riley

Joint Defendants,

   Attached is a letter identifying some of the deficiencies in defendant's discovery, separately and jointly. This is our good faith offer to confer. Call me anytime this week. 503-334-0695.

Regards,
Shemia Fagan
(*shuh- MEE-uh*) (rhymes with "Maria")



503-334-0695
SFagan@hkm.com
www.hkm.com

Shemia Fagan (she/her)
Managing Partner - Boise, Oakland, Sacramento, San Francisco, San Jose

540 Howard Street
San Francisco, CA 94105

Arlington | Atlanta | Baltimore | Bellevue | Birmingham | Boise | Boston | Boulder | Bozeman | Charlotte | Chicago | Cincinnati | Denver | DC
Fort Collins | Houston | Huntsville | Indianapolis | Irvine | Kansas City | Las Vegas | Los Angeles | Milwaukee | Minneapolis | New Paltz | New York
Oakland | Philadelphia | Phoenix | Pittsburgh | Portland | Riverside | Sacramento | San Diego | San Francisco | San Jose | Seattle | Spokane |
 St. Louis

*This email may contain confidential or attorney-client privileged information and is intended only for the recipient(s) identified above.*
*If you receive this email and are not the intended recipient, please contact our office and destroy any and all copies of this message that are in your possession.*

**Wednesday, May 6, 2026 at 7:18:50 PM Pacific Daylight Time**

| | |
|---|---|
| **Subject:** | Re: Discovery Deficiencies; Offer of Conferral | McKenna v. Riley & Hurley, PC, Olsman MacKenzie & Peacock, PC and Robert Riley |
| **Date:** | Wednesday, May 6, 2026 at 11:18:47 AM Pacific Daylight Time |
| **From:** | Elizabeth Marzotto Taylor |
| **To:** | Fagan, Shemia, tdavis@khvpf.com, Deborah Gordon, ehardy@khvpf.com, tkienbaum@khvpf.com |
| **CC:** | Karen Truszkowski, George Moschopoulos, Taylor, EmmyLou |
| **Attachments:** | image566579.jpg |

Shemia,

As you should know, the Court set a deadline for the parties to identify discovery deficiencies in this case, which, like the fact discovery cutoff, has long passed.

Moreover, your letter is incorrect on all accounts. You are seeking documents that were produced. Moreover, the Court ordered <u>your client</u>, not OMP, to supplement her responses to the enumerated interrogatories and requests for documents. There are no deficiencies in OMP's production, and nothing to confer over.

R,

**Elizabeth Marzotto Taylor** | Attorney & Counselor |
D E B O R A H   G O R D O N   L A W
| phone:  (248) 258-2500
| fax:  (248) 258-7881
| website: [www.deborahgordonlaw.com](http://www.deborahgordonlaw.com)

---

**From:** Fagan, Shemia <[SFagan@hkm.com](mailto:SFagan@hkm.com)>
**Sent:** Tuesday, May 5, 2026 6:54 PM
**To:** [tdavis@khvpf.com](mailto:tdavis@khvpf.com) <[tdavis@khvpf.com](mailto:tdavis@khvpf.com)>; Elizabeth Marzotto Taylor <[emt@deborahgordonlaw.com](mailto:emt@deborahgordonlaw.com)>; Deborah Gordon <[dgordon@deborahgordonlaw.com](mailto:dgordon@deborahgordonlaw.com)>; [ehardy@khvpf.com](mailto:ehardy@khvpf.com) <[ehardy@khvpf.com](mailto:ehardy@khvpf.com)>; [tkienbaum@khvpf.com](mailto:tkienbaum@khvpf.com) <[tkienbaum@khvpf.com](mailto:tkienbaum@khvpf.com)>
**Cc:** Karen Truszkowski <karen@temperancelegalgroup.com>; George Moschopoulos <georgem@logmapc.com>; Taylor, EmmyLou <etaylor@hkm.com>
**Subject:** Discovery Deficiencies; Offer of Conferral | McKenna v. Riley & Hurley, PC, Olsman MacKenzie & Peacock, PC and Robert Riley

Joint Defendants,
  Attached is a letter identifying some of the deficiencies in defendant's discovery, separately and jointly. This is our good faith offer to confer. Call me anytime this week. 503-334-0695.

Regards,
Shemia Fagan
(*shuh- MEE-uh*) (rhymes with "Maria")



Shemia Fagan (she/her)
Managing Partner - Boise, Oakland, Sacramento, San Francisco, San Jose

503-334-0695
SFagan@hkm.com
www.hkm.com

540 Howard Street
San Francisco, CA 94105

Arlington | Atlanta | Baltimore | Bellevue | Birmingham | Boise | Boston | Boulder | Bozeman | Charlotte | Chicago | Cincinnati | Denver | DC
Fort Collins | Houston | Huntsville | Indianapolis | Irvine | Kansas City | Las Vegas | Los Angeles | Milwaukee | Minneapolis | New Paltz | New York
Oakland | Philadelphia | Phoenix | Pittsburgh | Portland | Riverside | Sacramento | San Diego | San Francisco | San Jose | Seattle | Spokane | St. Louis

*This email may contain confidential or attorney-client privileged information and is intended only for the recipient(s) identified above.*
*If you receive this email and are not the intended recipient, please contact our office and destroy any and all copies of this message that are in your possession.*

**Wednesday, May 6, 2026 at 7:31:43 PM Pacific Daylight Time**

| | |
|---|---|
| **Subject:** | Re: Discovery Deficiencies; Offer of Conferral | McKenna v. Riley & Hurley, PC, Olsman MacKenzie & Peacock, PC and Robert Riley |
| **Date:** | Wednesday, May 6, 2026 at 10:49:28 AM Pacific Daylight Time |
| **From:** | Thomas Davis |
| **To:** | Fagan, Shemia, emt@deborahgordonlaw.com, dgordon@deborahgordonlaw.com, Elizabeth Hardy, Thomas Kienbaum |
| **CC:** | Karen Truszkowski, George Moschopoulos, Taylor, EmmyLou |
| **Attachments:** | Outlook-ph5qocnd.jpg, Outlook-vtypqrqk.jpg, Outlook-d1ft2lh0.gif |

We are not meeting and conferring on issues already resolved by the Court. We are not meeting and conferring regarding our alleged failure to produce documents that were produced—a production you have plainly not bothered to review. I am not going to debate a letter that asks me to discuss your position that the sun rises in the west and sets in the east.

Review the docket. Review the production. If you do that, and you are able to identify an issue that has not already been resolved, then we can discuss it.

Otherwise, there is nothing further to discuss, and our position on fees and costs under § 1927 and the Court's inherent authority, as set out in our prior correspondence, stands.

Regards,

Thomas J. Davis
Kienbaum Hardy Viviano
 Pelton & Forrest, P.L.C.
280 N. Old Woodward
Suite 400
Birmingham, MI 48009
O: (248) 645-0000
C: (248) 972-7760
tdavis@khvpf.com

---

**From:** Fagan, Shemia <SFagan@hkm.com>
**Sent:** Wednesday, May 6, 2026 1:17 PM
**To:** Thomas Davis <tdavis@khvpf.com>; emt@deborahgordonlaw.com <emt@deborahgordonlaw.com>; dgordon@deborahgordonlaw.com <dgordon@deborahgordonlaw.com>; Elizabeth Hardy <ehardy@khvpf.com>; Thomas Kienbaum <tkienbaum@khvpf.com>
**Cc:** Karen Truszkowski <karen@temperancelegalgroup.com>; George Moschopoulos <georgem@logmapc.com>; Taylor, EmmyLou <etaylor@hkm.com>
**Subject:** Re: Discovery Deficiencies; Offer of Conferral | McKenna v. Riley & Hurley, PC, Olsman MacKenzie & Peacock, PC and Robert Riley

Thomas,

For the third time, I am offering to confer in good faith.  As the conferral requirement contemplates, if your position is that Plaintiff's letter contains inaccuracies or have a position to present contrary to what is in plaintiff's letter, I look forward to hearing more during our conferral conversation.

Call me anytime. Here is my direct line. 503-334-0695

Regards,
Shemia Fagan
(*shuh- MEE-uh*) (rhymes with "Maria")



503-334-0695
SFagan@hkm.com
www.hkm.com

Shemia Fagan (she/her)
Managing Partner - Boise, Oakland, Sacramento, San Francisco, San Jose

540 Howard Street
San Francisco, CA 94105

Arlington | Atlanta | Baltimore | Bellevue | Birmingham | Boise | Boston | Boulder | Bozeman | Charlotte | Chicago | Cincinnati | Denver | DC
Fort Collins | Houston | Huntsville | Indianapolis | Irvine | Kansas City | Las Vegas | Los Angeles | Milwaukee | Minneapolis | New Paltz | New York
Oakland | Philadelphia | Phoenix | Pittsburgh | Portland | Riverside | Sacramento | San Diego | San Francisco | San Jose | Seattle | Spokane | St. Louis

*This email may contain confidential or attorney-client privileged information and is intended only for the recipient(s) identified above.*
*If you receive this email and are not the intended recipient, please contact our office and destroy any and all copies of this message that are in your possession.*

**From:** Thomas Davis <tdavis@khvpf.com>
**Date:** Wednesday, May 6, 2026 at 8:43 AM
**To:** Fagan, Shemia <SFagan@hkm.com>,
emt@deborahgordonlaw.com <emt@deborahgordonlaw.com>,
dgordon@deborahgordonlaw.com <dgordon@deborahgordonlaw.com>, Elizabeth Hardy
<ehardy@khvpf.com>, Thomas Kienbaum <tkienbaum@khvpf.com>
**Cc:** Karen Truszkowski <karen@temperancelegalgroup.com>, George Moschopoulos
<georgem@logmapc.com>, Taylor, EmmyLou <etaylor@hkm.com>
**Subject:** Re: Discovery Deficiencies; Offer of Conferral | McKenna v. Riley & Hurley, PC, Olsman MacKenzie & Peacock, PC and Robert Riley

Ms. Fagan,

Until you review the discovery production and the Court's rulings it will be impossible to have any sort of productive conversation.

Once you have done that--and assuming that you for some reason have not withdrawn your letter based on its obvious inaccuracies--then we can schedule a time to talk.

Regards,

Thomas J. Davis

Kienbaum Hardy Viviano

  Pelton & Forrest, P.L.C.

280 N. Old Woodward

Suite 400

Birmingham, MI 48009

O: (248) 645-0000

C: (248) 972-7760

tdavis@khvpf.com

---

**From:** Fagan, Shemia <SFagan@hkm.com>
**Sent:** Wednesday, May 6, 2026 11:38 AM
**To:** Thomas Davis <tdavis@khvpf.com>;
emt@deborahgordonlaw.com <emt@deborahgordonlaw.com>;
dgordon@deborahgordonlaw.com <dgordon@deborahgordonlaw.com>; Elizabeth Hardy
<ehardy@khvpf.com>; Thomas Kienbaum <tkienbaum@khvpf.com>
**Cc:** Karen Truszkowski <karen@temperancelegalgroup.com>; George Moschopoulos
<georgem@logmapc.com>; Taylor, EmmyLou <etaylor@hkm.com>
**Subject:** Re: Discovery Deficiencies; Offer of Conferral I McKenna v. Riley & Hurley, PC, Olsman
MacKenzie & Peacock, PC and Robert Riley

Thomas,

The whole point of the conferral rule is to keep both sides from hardening positions through

written exchanges and to have a real conversation instead. A quick call usually gets us further than another round of letters.

Call me anytime today or tomorrow and let's talk it through.

Regards,
Shemia Fagan
(*shuh- MEE-uh*) (rhymes with "Maria")



503-334-0695

SFagan@hkm.com

www.hkm.com

Shemia Fagan (she/her)

Managing Partner - Boise, Oakland, Sacramento, San Francisco, San Jose

540 Howard Street

San Francisco, CA 94105

Arlington | Atlanta | Baltimore | Bellevue | Birmingham | Boise | Boston | Boulder | Bozeman | Charlotte | Chicago | Cincinnati | Denver | DC
Fort Collins | Houston | Huntsville | Indianapolis | Irvine | Kansas City | Las Vegas | Los Angeles | Milwaukee | Minneapolis | New Paltz | New York
Oakland | Philadelphia | Phoenix | Pittsburgh | Portland | Riverside | Sacramento | San Diego | San Francisco | San Jose | Seattle | Spokane |
 St. Louis

*This email may contain confidential or attorney-client privileged information and is intended only for the recipient(s) identified above.*
*If you receive this email and are not the intended recipient, please contact our office and destroy any and all copies of this message that are in your possession.*

**From:** Thomas Davis <tdavis@khvpf.com>
**Date:** Wednesday, May 6, 2026 at 7:18 AM
**To:** Fagan, Shemia <SFagan@hkm.com>,
emt@deborahgordonlaw.com <emt@deborahgordonlaw.com>,
dgordon@deborahgordonlaw.com <dgordon@deborahgordonlaw.com>, Elizabeth Hardy
<ehardy@khvpf.com>, Thomas Kienbaum <tkienbaum@khvpf.com>
**Cc:** Karen Truszkowski <karen@temperancelegalgroup.com>, George Moschopoulos
<georgem@logmapc.com>, Taylor, EmmyLou <etaylor@hkm.com>

**Subject:** Re: Discovery Deficiencies; Offer of Conferral | McKenna v. Riley & Hurley, PC, Olsman MacKenzie & Peacock, PC and Robert Riley

Ms. Fagan -

It is once again apparent that you took on this representation, months after fact discovery closed, without even performing a perfunctory review of the course of the proceedings or the nearly 7,000 pages of documents the Riley Parties have produced. Nearly every word of your letter refers to issues that have been resolved by the Court, are factually inaccurate, or both. Among other things:

- The Court has already addressed McKenna's purported "deficiency" arguments to the Riley Parties' objections and responses to both the original discovery set served a year ago and the supplemental discovery set served earlier this year.

- The Court already rejected McKenna's arguments regarding the JDA; the order is on the docket.

- The witness contact information was provided, as indicated in the discovery responses. McKenna's prior counsel then used it to prepare grossly overbroad subpoenas that the Court required to be pulled back.

- The Riley Parties provided subpoena returns in response to McKenna's first supplemental RFPs (the first discovery paper where she ever demanded them).

- The Riley Parties identified their 30(b)(6) witness over three months ago. Further, at a February 3, 2026 conference, the Court held that the Riley Parties properly designated Riley's individual testimony as the "corporate" testimony of R&H on Topic 7 and that no further deposition would proceed on that topic.

The Court has repeatedly expressed its disapproval of attempts to relitigate issues it has already decided. It rejected the notion that McKenna's prior counsel—the fifth, sixth, and seventh to represent her in this matter—were entitled to a do-over when they entered the case midway through fact discovery. Her eighth, ninth, and tenth lawyers are not entitled to a do-over either, especially now that fact discovery is over. And you are certainly not entitled to come in guns a-blazing with a comically aggressive and obviously performative "deficiency letter" that is demonstrably incorrect on the most basic aspects of this litigation.

Your demands are moot. What you threaten is textbook vexatious multiplication of litigation and naked disregard of the Court's prior orders. If you proceed with your threats, we will seek fees and costs under 28 U.S.C. § 1927 and the Court's inherent authority.

Regards,

Thomas J. Davis

Kienbaum Hardy Viviano

 Pelton & Forrest, P.L.C.

280 N. Old Woodward

Suite 400

Birmingham, MI 48009

O: (248) 645-0000

C: (248) 972-7760

tdavis@khvpf.com

---

**From:** Fagan, Shemia <SFagan@hkm.com>
**Sent:** Tuesday, May 5, 2026 6:54 PM
**To:** Thomas Davis <tdavis@khvpf.com>;
emt@deborahgordonlaw.com <emt@deborahgordonlaw.com>;
dgordon@deborahgordonlaw.com <dgordon@deborahgordonlaw.com>; Elizabeth Hardy
<ehardy@khvpf.com>; Thomas Kienbaum <tkienbaum@khvpf.com>;
**Cc:** Karen Truszkowski <karen@temperancelegalgroup.com>; George Moschopoulos
<georgem@logmapc.com>; Taylor, EmmyLou <etaylor@hkm.com>;
**Subject:** Discovery Deficiencies; Offer of Conferral | McKenna v. Riley & Hurley, PC, Olsman
MacKenzie & Peacock, PC and Robert Riley

Joint Defendants,

  Attached is a letter identifying some of the deficiencies in defendant's discovery, separately
and jointly. This is our good faith offer to confer. Call me anytime this week. 503-334-0695.

Regards,
Shemia Fagan
(*shuh- MEE-uh*) (rhymes with "Maria")

Shemia Fagan (she/her)

Managing Partner - Boise, Oakland, Sacramento, San Francisco, San Jose

540 Howard Street

San Francisco, CA 94105

503-334-0695

SFagan@hkm.com

www.hkm.com

Arlington | Atlanta | Baltimore | Bellevue | Birmingham | Boise | Boston | Boulder | Bozeman | Charlotte | Chicago | Cincinnati | Denver | DC
Fort Collins | Houston | Huntsville | Indianapolis | Irvine | Kansas City | Las Vegas | Los Angeles | Milwaukee | Minneapolis | New Paltz | New York
Oakland | Philadelphia | Phoenix | Pittsburgh | Portland | Riverside | Sacramento | San Diego | San Francisco | San Jose | Seattle | Spokane |
 St. Louis

*This email may contain confidential or attorney-client privileged information and is intended only for the recipient(s) identified above.*
*If you receive this email and are not the intended recipient, please contact our office and destroy any and all copies of this message that are in your possession.*

**Wednesday, May 6, 2026 at 8:47:00 AM Pacific Daylight Time**

| | |
|---|---|
| **Subject:** | Re: Discovery Deficiencies; Offer of Conferral \| McKenna v. Riley & Hurley, PC, Olsman MacKenzie & Peacock, PC and Robert Riley |
| **Date:** | Wednesday, May 6, 2026 at 8:43:37 AM Pacific Daylight Time |
| **From:** | Thomas Davis |
| **To:** | Fagan, Shemia, emt@deborahgordonlaw.com, dgordon@deborahgordonlaw.com, Elizabeth Hardy, Thomas Kienbaum |
| **CC:** | Karen Truszkowski, George Moschopoulos, Taylor, EmmyLou |
| **Attachments:** | image566579.jpg, image603061.jpg |

Ms. Fagan,

Until you review the discovery production and the Court's rulings it will be impossible to have any sort of productive conversation.

Once you have done that--and assuming that you for some reason have not withdrawn your letter based on its obvious inaccuracies--then we can schedule a time to talk.

Regards,

Thomas J. Davis
Kienbaum Hardy Viviano
 Pelton & Forrest, P.L.C.
280 N. Old Woodward
Suite 400
Birmingham, MI 48009
O: (248) 645-0000
C: (248) 972-7760
tdavis@khvpf.com

---

**From:** Fagan, Shemia <SFagan@hkm.com>
**Sent:** Wednesday, May 6, 2026 11:38 AM
**To:** Thomas Davis <tdavis@khvpf.com>; emt@deborahgordonlaw.com <emt@deborahgordonlaw.com>; dgordon@deborahgordonlaw.com <dgordon@deborahgordonlaw.com>; Elizabeth Hardy <ehardy@khvpf.com>; Thomas Kienbaum <tkienbaum@khvpf.com>
**Cc:** Karen Truszkowski <karen@temperancelegalgroup.com>; George Moschopoulos <georgem@logmapc.com>; Taylor, EmmyLou <etaylor@hkm.com>
**Subject:** Re: Discovery Deficiencies; Offer of Conferral \| McKenna v. Riley & Hurley, PC, Olsman MacKenzie & Peacock, PC and Robert Riley

Thomas,


The whole point of the conferral rule is to keep both sides from hardening positions through written exchanges and to have a real conversation instead. A quick call usually gets us further than another round of letters.


Call me anytime today or tomorrow and let's talk it through.

Regards,
Shemia Fagan
(*shuh- MEE-uh*) (rhymes with "Maria")




Shemia Fagan (she/her)
Managing Partner - Boise, Oakland, Sacramento, San Francisco, San Jose

503-334-0695
SFagan@hkm.com
www.hkm.com

1 of 3

540 Howard Street
San Francisco, CA 94105

Arlington | Atlanta | Baltimore | Bellevue | Birmingham | Boise | Boston | Boulder | Bozeman | Charlotte | Chicago | Cincinnati | Denver | DC
Fort Collins | Houston | Huntsville | Indianapolis | Irvine | Kansas City | Las Vegas | Los Angeles | Milwaukee | Minneapolis | New Paltz | New York
Oakland | Philadelphia | Phoenix | Pittsburgh | Portland | Riverside | Sacramento | San Diego | San Francisco | San Jose | Seattle | Spokane | St. Louis

*This email may contain confidential or attorney-client privileged information and is intended only for the recipient(s) identified above.*
*If you receive this email and are not the intended recipient, please contact our office and destroy any and all copies of this message that are in your possession.*

**From:** Thomas Davis <tdavis@khvpf.com>
**Date:** Wednesday, May 6, 2026 at 7:18 AM
**To:** Fagan, Shemia <SFagan@hkm.com>, emt@deborahgordonlaw.com <emt@deborahgordonlaw.com>, dgordon@deborahgordonlaw.com <dgordon@deborahgordonlaw.com>, Elizabeth Hardy <ehardy@khvpf.com>, Thomas Kienbaum <tkienbaum@khvpf.com>
**Cc:** Karen Truszkowski <karen@temperancelegalgroup.com>, George Moschopoulos <georgem@logmapc.com>, Taylor, EmmyLou <etaylor@hkm.com>
**Subject:** Re: Discovery Deficiencies; Offer of Conferral | McKenna v. Riley & Hurley, PC, Olsman MacKenzie & Peacock, PC and Robert Riley

Ms. Fagan -

It is once again apparent that you took on this representation, months after fact discovery closed, without even performing a perfunctory review of the course of the proceedings or the nearly 7,000 pages of documents the Riley Parties have produced. Nearly every word of your letter refers to issues that have been resolved by the Court, are factually inaccurate, or both. Among other things:

- The Court has already addressed McKenna's purported "deficiency" arguments to the Riley Parties' objections and responses to both the original discovery set served a year ago and the supplemental discovery set served earlier this year.

- The Court already rejected McKenna's arguments regarding the JDA; the order is on the docket.

- The witness contact information was provided, as indicated in the discovery responses. McKenna's prior counsel then used it to prepare grossly overbroad subpoenas that the Court required to be pulled back.

- The Riley Parties provided subpoena returns in response to McKenna's first supplemental RFPs (the first discovery paper where she ever demanded them).

- The Riley Parties identified their 30(b)(6) witness over three months ago. Further, at a February 3, 2026 conference, the Court held that the Riley Parties properly designated Riley's individual testimony as the "corporate" testimony of R&H on Topic 7 and that no further deposition would proceed on that topic.

The Court has repeatedly expressed its disapproval of attempts to relitigate issues it has already decided. It rejected the notion that McKenna's prior counsel—the fifth, sixth, and seventh to represent her in this matter—were entitled to a do-over when they entered the case midway through fact discovery. Her eighth, ninth, and tenth lawyers are not entitled to a do-over either, especially now that fact discovery is over. And you are certainly not entitled to come in guns a-blazing with a comically aggressive and obviously performative "deficiency letter" that is demonstrably incorrect on the most basic aspects of this litigation.

Your demands are moot. What you threaten is textbook vexatious multiplication of litigation and naked disregard of the Court's prior orders. If you proceed with your threats, we will seek fees and costs under 28 U.S.C. § 1927 and the Court's inherent authority.

Regards,


Thomas J. Davis
Kienbaum Hardy Viviano
 Pelton & Forrest, P.L.C.
280 N. Old Woodward
Suite 400
Birmingham, MI 48009
O: (248) 645-0000
C: (248) 972-7760
tdavis@khvpf.com

---

2 of 3

**From:** Fagan, Shemia <SFagan@hkm.com>
**Sent:** Tuesday, May 5, 2026 6:54 PM
**To:** Thomas Davis <tdavis@khvpf.com>; emt@deborahgordonlaw.com <emt@deborahgordonlaw.com>; dgordon@deborahgordonlaw.com <dgordon@deborahgordonlaw.com>; Elizabeth Hardy <ehardy@khvpf.com>; Thomas Kienbaum <tkienbaum@khvpf.com>
**Cc:** Karen Truszkowski <karen@temperancelegalgroup.com>; George Moschopoulos <georgem@logmapc.com>; Taylor, EmmyLou <etaylor@hkm.com>
**Subject:** Discovery Deficiencies; Offer of Conferral | McKenna v. Riley & Hurley, PC, Olsman MacKenzie & Peacock, PC and Robert Riley

Joint Defendants,

   Attached is a letter identifying some of the deficiencies in defendant's discovery, separately and jointly. This is our good faith offer to confer. Call me anytime this week. 503-334-0695.

Regards,
Shemia Fagan
(*shuh- MEE-uh*) (rhymes with "Maria")



503-334-0695
SFagan@hkm.com
www.hkm.com

Shemia Fagan (she/her)
Managing Partner - Boise, Oakland, Sacramento, San Francisco, San Jose

540 Howard Street
San Francisco, CA 94105

Arlington | Atlanta | Baltimore | Bellevue | Birmingham | Boise | Boston | Boulder | Bozeman | Charlotte | Chicago | Cincinnati | Denver | DC
Fort Collins | Houston | Huntsville | Indianapolis | Irvine | Kansas City | Las Vegas | Los Angeles | Milwaukee | Minneapolis | New Paltz | New York
Oakland | Philadelphia | Phoenix | Pittsburgh | Portland | Riverside | Sacramento | San Diego | San Francisco | San Jose | Seattle | Spokane | St. Louis

*This email may contain confidential or attorney-client privileged information and is intended only for the recipient(s) identified above.*
*If you receive this email and are not the intended recipient, please contact our office and destroy any and all copies of this message that are in your possession.*