# Exhibit N

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ELYSE MCKENNA,                 )
)
      PLAINTIFF,         )
)  Case No: 24-cv-12347
     VS.               )  Hon. Brandy R. McMillion
)
ROBERT F. RILEY, an individual,   )
RILEY & HURLEY, P.C. a domestic  )
professional corporation, OLSMAN,  )
MACKENZIE, PEACOCK, P.C. a     )
domestic professional corporation,   )

      DEFENDANTS.

## ORDER STRIKING PLAINTIFF'S RESPONSE BRIEF (ECF NO. 149)

The Court has reviewed Plaintiff's Omnibus Opposition to Defendants' Motions to Dismiss under Rule 37 Sanctions (ECF No. 149). The Court strikes that document for the following reason(s):

☐ Missing statement of concurrence or the statement of concurrence does not comply with Local Rule 7.1(a). *See* E.D. Mich. LR 7.1(a).

☒ Wrong font size or improper formatting (e.g., single-spaced, improper margins, no page numbers, etc.). *See* E.D. Mich. LR 5.1(a)(2)–(3).

☐ Over-length. *See* E.D. Mich. LR 7.1(d)(3).

☐ Brief missing required information (e.g., concise statement of issues, controlling or most appropriate authority). *See* E.D. Mich. LR 7.1(d)(2).

☐ Exhibits do not comply with Rule 19(b) of the Electronic Filing Policies and Procedures (e.g., index, separate attachment for each exhibit). *See* E.D. Mich. LR 5.1(d)(1), 5.1.1(a).

☐ Contains information that must be redacted (e.g., social security number, taxpayer identification number, birth date, minor's name, financial account number). *See* Fed. R. Civ. P. 5.2.

☐ Non-compliance with Local Rule 5.3 regarding filing an item under seal in a civil case. *See* E.D. Mich. LR 5.3.

☐ Failure to comply with the discovery dispute protocol set forth in the Court's Practice Guidelines. *See Judge Brandy R. McMillion*, United States District Court for the Eastern District of Michigan, https://www.mied.uscourts.gov/index.cfm?pageFunction=chambers&judgeid=58.

☒ Other:  The Court has also reviewed the reference to Ex. 10. (Confidential Attorney Client Communications) and determined that those documents need not be filed or considered by the Court.

**IT IS SO ORDERED.**

Dated:  January 26, 2026                    s/Brandy R. McMillion
       Detroit, Michigan                    Brandy R. McMillion
                            United States District Judge