UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Elyse McKenna ,

Plaintiff(s),

v.                                                    Case No. 2:24–cv–12347–BRM–EAS
                                                      Hon. Brandy R. McMillion

Robert F. Riley, et al.,

Defendant(s),

_____

## ORDER REQUIRING RESPONSE

The following document has been filed:

Motion to Strike – #267

IT IS HEREBY ORDERED that Elyse McKenna shall file a response to the above document on or before May 18, 2026. The response shall be filed in accordance with E.D. Mich. L.R. 7.1.


s/Brandy R. McMillion
Brandy R. McMillion
U.S. District Judge


### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/Leanne Hosking
Case Manager


Dated:   May 14, 2026