IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ELYSE McKENNA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT F. RILEY, an individual; RILEY & HURLEY, P.C., a Michigan corporation; and OLSMAN, MACKENZIE, PEACOCK & WALLACE, PC, a Michigan corporation,<br><br>Defendants. | Case No.: 2:24-cv-12347-BRM-EAS<br><br>**AMENDED NOTICE OF APPEARANCE OF KAREN TRUSZKOWSKI**<br><br>Hon. Brandy R. McMillion<br><br>Magistrate Judge Elizabeth A. Stafford |

TO:    CLERK OF THE COURT and to all interested parties.

PLEASE TAKE NOTICE that Karen Truszkowski of Temperance Legal Group appears as local counsel for Elyse McKenna for pursuant to E.D. Mich. LR 83.20(f).

Attorney Truszkowski attests that although her main place of business is 32 miles from the border of the Eastern District of Michigan she will comply with the requirements of the local rule regarding local counsel, including but not limited to in-person appearances as the court may require.

Respectfully submitted this 14th day of May, 2026.

1

**TEMPERANCE LEGAL GROUP**

By: */s/ Karen Truszkowski*

Karen Truszkowski, Lic. No. P56929

     (*local counsel*)

karen@temperancelegalgroup.com

Temperance Legal Group

503 Mall Ct #131

Lansing, MI 48912

Tel: 844-534-2560

Fax: 800-531-6527


**THE LAW OFFICE OF GEORGE MOSCHOPOULOS, APC**

George Moschopoulos

Email: georgem@logmapc.com

34197 Pacific Coast Highway, Suite 100

Dana Point, CA 92629

Tel: 949-498-5413

Fax: 949-272-0428


**HKM EMPLOYMENT ATTORNEYS LLP**

Shemia Fagan

Email: sfagan@hkm.com

2014 Capitol Avenue #100

Sacramento, CA 95811

Tel: 916-764-3633

Fax: 206-260-3055

*Attorneys for Plaintiff/Counterclaim Defendant Elyse McKenna*

2