**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**ELYSE MCKENNA**,

Plaintiff,

v.

Case No: 24-cv-12347
Hon. Judge Brandy R. McMillion

**ROBERT F. RILEY,** *an individual,*
**RILEY & HURLEY, P.C.** *a domestic professional*
*corporation,*
**OLSMAN, MACKENZIE,**
**PEACOCK, P.C.** *a domestic professional corporation,*
Defendants.

---

| | |
|---|---|
| | **DEFENDANTS' JOINT NOTICE OF WITHDRAWAL OF ECF NO. 255** |

---

Elyse L. McKenna (P80192)
*Pro Se*
2741 Kearney Creek Lane
Lexington, KY 40511
(810) 278-4130
elyse@foxmckenna.com

**TEMPERANCE LEGAL GROUP**

Karen Truszkowski (P56929)
karen@temperancelegalgroup.com
503 Mall Ct #131
Lansing, MI 48912
Tel: 844-534-2560

**THE LAW OFFICE OF GEORGE MOSCHOPOULOS, APC**

George Moschopoulos
georgem@logmapc.com
34197 Pacific Coast Highway, Suite 100
Dana Point, CA 92629
Tel: 949-498-5413

**HKM EMPLOYMENT ATTORNEYS LLP**

Shemia Fagan
Email: sfagan@hkm.com
2014 Capitol Avenue #100
Sacramento, CA 95811
Tel: 916-764-3633
**Attorneys for Plaintiff**

**Deborah Gordon Law, P.L.C.**
Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com
**Attorneys for Defendant Olsman,**
**MacKenzie, Peacock, P.C.**

**Kienbaum Hardy Viviano**
**Pelton & Forrest, P.L.C.**
Elizabeth Hardy (P37426)
Thomas J. Davis (P78626)
280 North Old Woodward Avenue, Suite 400
Birmingham, MI 48009
(248) 645-0000
ehardy@khvpf.com
tdavis@khvpf.com
**Attorneys for Defendants Robert F. Riley**
**and Riley & Hurley, P.C.**

On May 5, 2026, all Defendants filed their Joint Motion Disputing Attorney Shemia Fagan's Admission to the Eastern District of Michigan and the Appearance of Attorney Karen Truszkowski as Local Counsel. ECF 255.

Please take notice that Defendants hereby WITHDRAW their joint Motion, ECF No. 255.

Dated: May 15, 2026

**DEBORAH GORDON LAW**
**/s/Deborah L. Gordon (P27058)**
*Attorneys for Defendant OMP*
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com

**KIENBAUM HARDY VIVIANO**
**PELTON & FORREST, P.L.C.**
**/s/Thomas J. Davis (P78626) with**
**permission**
Elizabeth Hardy (P37426)
Thomas J. Davis (P78626)
280 N. Old Woodward Ave., Suite 400
Birmingham, MI 48009
(248) 645-0000
ehardy@khvpf.com
tdavis@khvpf.com
*Attorneys for Defendants Robert Riley & Riley &*
*Hurley, P.C.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 15, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing and service of said documents to all parties through their counsel of record.

**DEBORAH GORDON LAW**
***/s/Deborah L. Gordon (P27058)***
Attorneys for Defendant OMP
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com

3