## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ELYSE McKENNA,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT RILEY, *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-12347-BRM-EAS<br><br>Hon. Brandy R. McMillion<br><br>Magistrate Judge Elizabeth A. Stafford |

### DECLARATION OF SHEMIA FAGAN

I, Shemia Fagan, declare as follows:

1.      I am over 18 years old and have personal knowledge of the facts stated in this declaration.

2.      I work from the Pacific Time Zone.

3.      On May 13, 2026, at approximately 12:21 p.m. ET (9:21 a.m. PT), I personally placed a call to Thomas Davis, counsel for Defendant Olsman MacKenzie & Peacock, PC.

4.      Mr. Davis did not answer. After the tone, I left a voicemail message.

5.      Mr. Davis has not returned my call to date.

6.      To the best of my knowledge, the voicemail was successfully left.

1

7.      Attached as Exhibit K is a true and correct copy of a screenshot showing the outgoing call at 12:21 p.m. ET (9:21 a.m.PT), on May 13, 2026.

8.      The exhibits submitted with Plaintiff's Opposition to Riley Defendants' Emergency Motion to Strike Mckenna's Untimely, Overlength "*Amended Opposition*" and for Other Relief (ECF No. 267) as Exhibits A through K are true and correct copies of documents that I personally created, sent, received, reviewed, or maintained, or otherwise know to be what they are claimed to be.

9.      The redactions on Exhibits D, G and H relate to a separate issue on which Mr. Davis refused to confer but I was able to confer on the phone with counsel for Defendant Robert F. Riley and Riley & Hurley, PC, and we were able to resolve the topics without court intervention.

10.     I have personal knowledge of the facts stated in this Declaration and, if called as a witness, could and would testify competently to them.

 I declare under penalty of perjury that the foregoing is true and correct.

Date: May 18, 2026.

HKM EMPLOYMENT ATTORNEYS LLP
By: */s/ Shemia Fagan*
Shemia Fagan
Email: sfagan@hkm.com
2014 Capitol Avenue #100
Sacramento, CA 95811
Tel: 916-764-3633
Fax: 206-260-3055

2