**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ELYSE MCKENNA,

             Plaintiff,                     Case No. 2:24-cv-12347

v.                                 Hon. Brandy R. McMillion
                                        United States District Judge

ROBERT F. RILEY, *et al.*,

             Defendants.

_____ /

**ORDER DENYING EMERGENCY MOTION TO**
**STRIKE (ECF NO. 267) AND ORDERING REPLY BRIEF**

This matter is before the Court on the Riley Defendants' Emergency Motion to Strike McKenna's Amended Opposition to Riley Defendants' Motion to Compel Plaintiff's Responses to Second Request For Production and Rule 37(A)(5)(A) Fees and Costs (the "Amended Opposition"). *See* ECF No. 267.  Having reviewed the fully briefed Motion, the record in this case, and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Emergency Motion to Strike (ECF No. 267) is **DENIED**.  Plaintiff's Amended Opposition (ECF No. 266) is deemed filed, solely based on the Court inherent authority to control its docket and the desire to move this case forward without further delay.  *See Dietz v. Bouldin*, 579 U.S. 40, 46

1

(2016) (cleaned up) ("[T]his Court has long recognized that a district court possesses inherent powers that are governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases."). However, the Court notes that Plaintiff incorrectly cites to Fed. R. Civ. P. 6(b)(1)(B) as a basis for allowing the Amended Opposition. Rule 6(b)(1)(B) is done upon a "***motion made*** after the time has expired if the party failed to act because of excusable neglect." *Id.* (emphasis added). Plaintiff filed no such motion. So to argue that Defendant's motion to strike should be denied for failure to comply with the rules is disingenuous when Plaintiff failed to comply with the very rule she cites as the basis for allowing her amended response.

**IT IS FURTHER ORDERED** that Court will **NOT** consider any arguments presented in the Amended Opposition in response to the Riley Defendants' Motion for Sanctions (ECF No. 113), as those arguments are not properly before the Court in this briefing.

**IT IS FURTHER ORDERED** that the Riley Defendants shall file a Reply Brief, if desired, on or before **May 28, 2026**. The request for an additional five (5) pages in the Reply Brief is **DENIED**, as the Court is not considering any arguments raised by Plaintiff in opposition to the original Rule 37 motion.

**IT IS SO ORDERED.**

Dated: May 21, 2026                         s/Brandy R. McMillion
    Detroit, Michigan                      HON. BRANDY R. MCMILLION

United States District Judge