# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ELYSE MCKENNA,

      Plaintiff,

v.

ROBERT F. RILEY, et al.,

      Defendants.

Case No. 24-cv-12347

Hon. Brandy R. McMillion
Magistrate Elizabeth A. Stafford

## NOTICE OF PAYMENT OF CIVIL CONTEMPT FEE
## PURSUANT TO ECF NO. 279

COMES NOW, the undersigned counsel, and hereby respectfully certifies that, as ordered on May 22, 2026, Kimberly Russell, issued a finding of civil contempt and ordered payment in the amount of $1,500. Attorney Russell mailed payment to the Court on May 26, 2026.  Exhibit A is a copy of the check and tracking information.

Dated: May 26, 2026

Respectfully Submitted,

/s/ Kimberly Russell
**THE RUSSELL LAW FIRM, PLLC**
Kimberly Russell, Esq.
Admitted to EDMI
1140 3rd Street NE
Washington, DC 20002
O: (202) 430-5085
kimberly@russellatlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 26, 2026, I electronically filed the foregoing document with the Clerk of the Court through the CM/ECF system which sent an email notice of electronic filing to all attorneys of record.

*/s/ Kimberly Russell*
Kimberly Russell, Esq.
