# EXHIBIT A

KIMBERLY RUSSELL

DATE 5/26/2020          60-1273/313

PAY TO THE
ORDER OF _United States District Court for the Eastern District M_   $ | 1,500.00 |

_One thousand and five hundred dollars %₀₀/₁₀₀_ _____ DOLLARS

PNC Bank, National Association
Central PA
UNION MARKET   00506

MEMO _2:24-12347 (EcF No. 279)_          _Ki Russel_



Shipment Receipt:   Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
Tues 26-MAY-2026

EXPECTED DELIVERY DATE:
WED 27 MAY 2026 EOD

SHIP FROM:
KIMBERLY RUSSELL
1255 UNION ST NE
STE 700
Washington DC 20002
(601) 383-2431

SHIP TO:
UNITED STATES DISTRICT CT
CLERK'S OFFICE
EASTERN DISTRICT OF MICHIGAN
231 W LAFAYETTE BLVD
RM 599
Detroit MI 48226
Business

SHIPPED THROUGH:
The UPS Store #7740
WASHINGTON,DC 20002-3438
(202) 355-0915

SHIPMENT INFORMATION:
UPS Next Day Air Saver Com
0 lb 5.4 oz actual wt
1.000 lb billable wt
Dims: 14.00x11.00x1.00 in

Tracking Number: 1zE4H1471398721165
Shipment ID: MMFOSQ0YEXX4G
Ship Ref 1: NH
Ship Ref 2:

DESCRIPTION OF GOODS:
DOCUMENTS

SHIPMENT CHARGES:

| | |
|---|---|
| Next Day Air Saver Com | 72.99 |
| Service Options | 0.00 |
| Fuel Surcharge | 22.81 |
| CMS Processing Fee | 0.22 |

| | |
|---|---|
| Total | $96.02 |

COMPLETE ONLINE TRACKING. Enter this address in your web browser to track.
http://theupsstore.com   (select Tracking, enter Shipment ID #)   SHIPMENT
QUESTIONS? Contact SHIPPED THROUGH above.
   NEED PACKAGE HELP? (lost/damaged). Provide details so we can help:
https://online.upscapital.com/tccp

CUSTOMER ACKNOWLEDGEMENT: I acknowledge and accept Terms & Conditions in force
for tendering shipments through this location and certify that address, content
and values provided for this shipment are accurate in all respects.

Signature: