# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ELYSE MCKENNA,

       Plaintiff,

v.

ROBERT F. RILEY, DONNA
MACKENZIE, RILEY &
HURLEY, PC, and
OLSMAN MACKENZIE
PEACOCK, PC,

       Defendants.

Case No. 24-cv-12347

Hon. Brandy R. McMillion
Magistrate Elizabeth A. Stafford

## NOTICE OF PAYMENT OF SANCTIONS, PURSUANT TO ECF NO. 280

COMES NOW, the undersigned counsel, and hereby respectfully certify that, as ordered on May 22, 2026, Counsel Keith Altman and Kimberly Russell, issued payment of sanctions ordered in the amount of $1,500, and mailed payment to the Court on May 26, 2026.  Exhibit A is a copy of the money order and tracking information.

Dated: May 26, 2026

Respectfully Submitted,

*/s/ Kimberly Russell*
**THE RUSSELL LAW FIRM, PLLC**
Kimberly Russell, Esq.
Admitted to EDMI
1140 3rd Street NE
Washington, DC 20002

O: (202) 430-5085
kimberly@russellatlaw.com

**LAW OFFICE OF KEITH ALTMAN**
Keith Altman, Esq. (P81702)
30474 Fox Club Drive
Farmington Hills, MI 48331
O: (248) 987-8929
keithaltman@kaltmanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, I electronically filed the foregoing document with the Clerk of the Court through the CM/ECF system which sent an email notice of electronic filing to all attorneys of record.

*/s/ Kimberly Russell*
Kimberly Russell, Esq.
