**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ELYSE MCKENNA,

        Plaintiff,

v.

ROBERT F. RILEY,
RILEY & HURLEY, PC, and OLSMAN,
MACKENZIE, PEACOCK, PC,

        Defendants.

_____/

Case No. 2:24-cv-12347
Hon. Brandy R. McMillion

## ORDER FOLLOWING MAY 28, 2026 STATUS CONFERENCE

On May 28, 2026, the Court held a Status Conference in this matter regarding pending discovery disputes.  At the conference, the parties raised the following issues: (i) an extension of the dispositive motion deadline; (ii) alternate service of the deposition subpoena of non-party Jared Smith; (iii) deposition of Donna MacKenzie; (iv) service of the deposition subpoenas on Defendants' experts; and (v) the start time of Plaintiff Elyse McKenna's deposition.  Based on the representation of parties, the Court's review of the record, and otherwise being fully advised in the premises;

**IT IS HEREBY ORDERED** that the Riley Defendants' request for an extension of the dispositive motion deadline is **HELD IN ABEYANCE** pending the

Court's review of Plaintiff's Certification of Compliance with the Court's Order to produce all outstanding discovery on or before June 5, 2026.  Plaintiff is instructed to include within her Certification of Compliance the amount of additional discovery produced, including the number of documents as well as the page count of the production.

**IT IS FURTHER ORDERED** that non-party Jared Smith can be served by alternate means, including email service, as will be memorialized by separate order of the Court.

**IT IS FURTHER ORDERED** that the time to depose Donna MacKenzie expired with the close of fact discovery on March 6, 2026.

**IT IS FURTHER ORDERED** that service of Defendants' experts is deemed complete, as counsel for Defendants have accepted service on their behalf.

**IT IS FURTHER ORDERED** that the deposition of Elyse McKenna shall begin at 1:15 p.m.

**IT IS SO ORDERED.**

Dated:  May 28, 2026                                s/Brandy R. McMillion
      Detroit, Michigan                       HON. BRANDY R. MCMILLION
                                       United States District Judge