**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ELYSE MCKENNA,

      Plaintiff/Counter-Defendant,

v.

ROBERT F. RILEY, *et al.*,

      Defendants/Counter-Plaintiffs.

Case No.  24-cv-12347

Hon. Brandy R. McMillion

Magistrate Judge Elizabeth A. Stafford

---

**Order Granting Riley Parties' Motion for Alternative Service**
**of Deposition Notice and Subpoena to Testify at a Deposition**
**in a Civil Action to Jared Smith**

The Riley Parties sought a court order for leave to serve a deposition subpoena on Jared Smith by alternative means. Having considered the motion and the record, the Court finds and orders as follows:

**WHEREAS**, the Riley Parties have made six unsuccessful attempts at service on Mr. Smith of a deposition subpoena at the address he listed on his Court filings in this case regarding an earlier document subpoena;

**WHEREAS**, Plaintiff's counsel reported at a May 28, 2026 status conference that Mr. Smith is aware of the subpoena attempts but recently departed that address;

**WHEREAS**, Plaintiff has identified Mr. Smith on her witness list and in her initial disclosures, remains in contact with him, and has not supplemented her

1

disclosures to identify Smith's new address;

**WHEREAS**, similar obstacles delayed service of Smith's document subpoena, which were resolved only after the Court indicated that it would order alternative service if a process server could not reach him; and

**WHEREAS**, the Court finds that alternative service of the deposition subpoena is warranted given the above circumstances;

Accordingly, **IT IS HEREBY ORDERED** that the Riley Parties may serve a deposition subpoena on Mr. Smith via email to jared@kentuckytriallawyers.com, along with a copy of this order, and a copy of the Court's May 22, 2026 Opinion and Order Granting in Part/Denying in Part Defendants' Motions to Compel Compliance with Rule 45 Subpoenas; and

**IT IS FURTHER ORDERED** that Mr. Smith's deposition may be re-noticed to occur after the June 6, 2026 close of all discovery and may proceed despite that cutoff; and

**IT IS FURTHER ORDERED** that the Riley Parties will file a notice confirming service of Mr. Smith via email.

**IT IS SO ORDERED.**

Dated:  June 1, 2026                    s/Brandy R. McMillion
                                         Honorable Brandy R. McMillion
                                         United States District Judge

2