## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

ELYSE McKENNA,

    Plaintiff,

v.

ROBERT RILEY, *et al.*,

    Defendants.

Case No. 2:24-cv-12347-BRM-EAS

Hon. Brandy R. McMillion

## INDEX OF EXHIBITS

**Exhibit A**    ESI Search Protocol (custodian list, Defendants' requested search terms, supplemental search terms, date ranges, and platforms searched)

**Exhibit B**    Production Index (production-by-production summary identifying Bates range, document count, page count, format, and date served for each production).

**Exhibit C**    Privilege Log

**Exhibit D**    Receipt(s) evidencing payment of the $1,500 civil contempt sanction to the Clerk of Court.

**Exhibit E**    Plaintiff's Third Amended Responses to Defendant Olsman Mackenzie Peacock's First Interrogatories and Requests to Produce Documents