# EXHIBIT A

# EXHIBIT A
## ESI SEARCH PROTOCOL AND METHODOLOGY

1. Purpose and Scope

   a. This Exhibit summarizes the ESI collection sources and search methodology prepared by Complete Legal for the matter McKenna v. Riley & Hurley, PC, Olsman MacKenzie & Peacock, PC and Robert Riley.
   b. This matter was entered into Complete Legal's management system as HKM – McKenna v Riley – 0395-10001

2. Custodian and Date Ranges

   a. Custodian was identified as Elyse McKenna (Elyse Heid)
   b. The requested scope to be used for collections and searching provided by Counsel was: December 31, 2018 through June 1, 2025.
   c. Where a source was collected with a date filter, the date range above was used as the relevant collection/search date range unless otherwise limited by the source, export, or platform functionality.

3. Evidence Sources and Platforms/Accounts/Devices

   a. The following sources of evidence were collected and/or analyzed by Complete Legal, and processed and loaded to Relativity for searching, review, and production.
   b. Evidence ID 0395-10001-0001.  Custodian was identified as Elyse McKenna.   Media Type was an Email Account; and the Device/Platform/Account was identified as Gmail account for user: elysemckenna@gmail.com.
   c. Evidence ID 0395-10001-0002.  Custodian was identified as Elyse McKenna.  Media Type was an Email Account; and the Device/Platform/Account was identified as Gmail account for user:  e.l.mckenna21@gmail.com.
   d. Evidence ID 0395-10001-0003.  Custodian was identified as Elyse McKenna.  Media Type was an Email Account; and the Device/Platform/Account was identified as Gmail account for user:  elyseheid@gmail.com.
   e. Evidence ID 0395-10001-0004.  Custodian was identified as Elyse McKenna.  Media Type was an Email Account; and the Device/Platform/Account was identified as M365 account for corporate Microsoft account for user: elyse@foxmckenna.com.
   f. Evidence ID 0395-10001-0006.  Custodian was identified as Elyse McKenna.  Media Type was Cloud Storage, and the Device/Platform/Account was identified as iCloud Drive for user:  elyselmckenna@gmail.com.
   g. Evidence ID 0395-10001-0007.  Custodian was identified as Elyse McKenna.  Media Type was a Tablet Device, and the Device/Platform/Account was identified as an Apple iPad Air 11in M2.

h. Evidence ID 0395-10001-0008. Custodian was identified as Elyse McKenna. Media Type was a Social Media Account, and the Device/Platform/Account was identified as Facebook account for user Elyse Heid.

i. Evidence ID 0395-10001-0009.  Custodian was identified as Elyse McKenna. Media Type was a Social Media Account, and the Device/Platform/Account was identified as Snapchat account for user Elyse McKenna.

j. Evidence ID 0395-10001-0010. Custodian was identified as Elyse McKenna. Media Type was a Laptop Computer, and the Device/Platform/Account was identified as Apple MacBook Air.

k. Evidence ID 0395-10001-0012. Custodian was identified as Elyse McKenna. Media Type was Cloud Storage, and the Device/Platform/Account was identified as iPad Backup from iCloud Drive for user: elyselmckenna@gmail.com.

l. Evidence ID 0395-10001-0013. Custodian was identified as Elyse McKenna. Media Type was Cloud Storage, and the Device/Platform/Account was identified as Messages from iPhone 15 Pro on iCloud Drive for user: elyselmckenna@gmail.com.

m. Evidence ID 0395-10001-0014. Custodian was identified as Elyse McKenna. Media Type was a Web posting (Reddit), and the Device/Platform/Account was identified as Collection of selected Reddit URL.

n. Evidence ID 0395-10001-0015.  Custodian was identified as Elyse McKenna. Media Type was Cloud Storage, and the Device/Platform/Account was identified as iCloud Drive Documents from iCloud Drive for user: elyselmckenna@gmail.com.

o. Evidence ID 0395-10001-0016. Custodian was identified as Elyse McKenna.  Media Type was Cloud Storage, and the Device/Platform/Account was identified as iPhone 15 Pro Backup from iCloud Drive for user: elyselmckenna@gmail.com.

p. Evidence ID 0395-10001-0019. Custodian was identified as Elyse McKenna. Media Type was Cloud Storage, and the Device/Platform/Account was identified as iCloud Photos from iCloud Drive for user: elyselmckenna@gmail.com.

q. Evidence ID 0395-10001-0020. Custodian was identified as Elyse McKenna. Media Type was a Cloud Storage, and the Device/Platform/Account was identified as Photo Album named "McKenna Production" from iCloud Drive for user: elyselmckenna@gmail.com.

4. Evidence Sources provided by Counsel/Parties

a. The following sources of evidence were provided via email or ShareFile to Complete Legal, and processed and loaded to Relativity for searching, review, and production.

b. Evidence ID 0395-10001-0005. Custodian was identified as Elyse McKenna. Media Type was Social Media Account Messages, and the Device/Platform/Account was identified as LinkedIn messages from LinkedIn Account export for user Elyse McKenna.

c. Evidence ID 0395-10001-0011. Custodian was identified as Elyse McKenna. Media Type was a Forensic Image provided by Counsel, and the Device/Platform/Account was identified as a Full File System of an iPhone image from Sensei, with McKenna_5006A_Full_File_System\00008130-001A0D9A0F3803A_files.full.zip.

    d. Evidence ID 0395-10001-0017.  Custodian was identified as Elyse McKenna.  Media Type was Documents provided by Counsel, and the Device/Platform/Account was Documents provided by Counsel via ShareFile.

    e. Evidence ID 0395-10001-0018.  Custodian was identified as Elyse McKenna.  Media Type was Documents provided by Counsel, and the Device/Platform/Account was Documents provided by Counsel via DropBox.

    f. Evidence ID 0395-10001-0021.  Custodian was identified as Elyse McKenna.  Media Type was Documents provided by Counsel, and the Device/Platform/Account was Documents provided by Counsel via DropBox.

    g. Evidence ID 0395-10001-0022.  Custodian was identified as Elyse McKenna.  Media Type was Documents provided by Counsel, and the Device/Platform/Account was Documents provided by Counsel via Email.

    h. Evidence ID 0395-10001-0023.  Custodian was identified as Elyse McKenna.  Media Type was Documents provided by Counsel, and the Device/Platform/Account was Documents provided by Counsel via DropBox.

    i. Evidence ID 0395-10001-0024.  Custodian was identified as Elyse McKenna.  Media Type was Documents provided by Counsel, and the Device/Platform/Account was Documents provided by Counsel via Email.

    j. Evidence ID 0395-10001-0025.  Custodian was identified as Elyse McKenna.  Media Type was Documents provided by Counsel, and the Device/Platform/Account was Documents provided by Counsel via ShareFile.

5. Search Platform and Methodology

    a. Complete Legal applied the provided and agreed upon search terms as well as supplemental search terms in Relativity to the collected/provided ESI available for searching.

    b. Search terms from the order were reviewed and, where appropriate, converted into search syntax designed to preserve the intent of the order while improving consistency with indexing parameters in Relativity.

    c. Wildcard syntax was used for root terms where appropriate.  For example, discrim*, harass*, stalk*, retaliat*, hack*, kiss*, and groom* were used to capture variations of those terms.  Exclamation points (!) were replaced with asterisks (*) for searching in Relativity.

    d. The term hostile was expanded to hostil* to capture hostile and related variants.

    e. The term Elliot-Larsen was searched as presented and with the corrected spelling Elliott-Larsen.

6. Search Terms

    a. The order identified emails and text chains containing one or more of the following terms:

        i. "Bob"

        ii. "Robert"

        iii. Riley

   iv. Hurley
   v. "RH"
   vi. "boss"

b. The order also identified emails and text chains containing the following claim-related keywords:

   i. EEOC
   ii. "Title VII"
   iii. ELCRA
   iv. "Elliot-Larsen"
   v. discrim*
   vi. harass*
   vii. stalk*
   viii. retaliate*
   ix. hostile
   x. hostil*
   xi. iPad
   xii. hack*
   xiii. kiss*
   xiv. reporter
   xv. groom*

7. Supplemental Terms Added for Searching

a. The following supplemental terms were added for searching in Relativity:

   i. Rfr18.22@gmail.com
   ii. RFR
   iii. Creep*
   iv. Emily
   v. Peacock
   vi. Donna
   vii. Mackenzie
   viii. Jules
   ix. Olsman
   x. Bill
   xi. Hurley
   xii. Randy
   xiii. Wallace
   xiv. AAJ w/5 (campaign* or election*)
   xv. disparag*
   xvi. conspiracy