# EXHIBIT B

# EXHIBIT B

## Production Summary

1. Production 1 - MCK_ESI_PROD_001

   a. Format - PDF with DAT/OPT/CSV
   b. Document count - 1,223
   c. Page count - 9,655
   d. Natives - 19
   e. Bates Range - MCK_ESI_00000001 - MCK_ESI_00009655
   f. Size - 3.32GB
   g. Delivered: via ShareFile Encrypted ZIP on 5/29/2026

2. Production 2 - MCK_ESI_PROD_002

   a. MCK_ESI_PROD_002
   b. Format - PDF with DAT/OPT/CSV
   c. Document count - 2,139
   d. Page count - 6,647
   e. Natives - 27
   f. Bates Range - MCK_ESI_00009656 - MCK_ESI_00016302
   g. Size - 2.76GB
   h. Delivered: via ShareFile Encrypted ZIP on 6/1/2026

3. Production 3 - MCK_ESI_PROD_003

   a. MCK_ESI_PROD_003
   b. Format - PDF with DAT/OPT/CSV
   c. Document count - 6,958
   d. Page count - 31,293
   e. Natives - 170
   f. Redacted Documents- 43
   g. Bates Range - MCK_ESI_00016303 - MCK_ESI_00047595
   h. Size: 15.7GB
   i. Delivered: via ShareFile Encrypted ZIP on 6/4/2026