## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

Elyse McKenna ,

                          Plaintiff(s),

v.                                                   Case No. 2:24−cv−12347−BRM−EAS
                                                     Hon. Brandy R. McMillion

Robert F. Riley, et al.,

                          Defendant(s),

---

### NOTICE TO APPEAR REMOTELY

   PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Brandy R. McMillion as follows:

   • PRETRIAL CONFERENCE:  June 12, 2026 at 11:00 AM

   The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys−only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non−participants without the Court¿s advance approval.

   **ADDITIONAL INFORMATION:**    Login information will be emailed to all counsel

### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                   By: s/Holly A Ryan
                                        Acting in the absence of Leanne Hosking

Dated:  June 9, 2026