# EXHIBIT E

Message
_____

**From:**  Elyse McKenna [elyselmckenna@gmail.com]
**on behalf of**  Elyse McKenna <elyselmckenna@gmail.com> [elyselmckenna@gmail.com]
**Sent:**  2/12/2024 12:00:58 AM
**Subject:**  Draft 12

Hi,

I wanted to write you an email to get these feelings off of my chest. I won't reach out in this way again.



You've been my biggest support to get to this particular point in my life. You've been the closest person to me throughout this all. You pushed me regarding Bob and getting out of my firm to a better environment, and you told me I could do this. But I expressed this very fear to you - the pack would thin. This feels like that is what's happening and I'm so confused.



Mostly, I feel defeated. By Bob, the firm, you.



As I said in the beginning, I just needed to get this all off my chest.

I'll move forward, and I hope you have a great time on the rest of your trip.

Elyse

MCK_ESI_00011225