# EXHIBIT F

## Short Message Report

| Conversations: 1 | Participants: 5 |
|---|---|
| Total Messages: 23 | Date Range: 2/12/2024 |

## Outline of Conversations

 **+19898596281** · 23 messages on 2/12/2024 · <2022137419> · Caitlin Barrett <9898596281> · _$!<Other>!$_ <8102784130> · _$!<Other>!$_ <elyselmckenna@gmail.com>

CONFIDENTIAL

MCK_ESI_00039079

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬   **+19898596281**

CB   **Caitlin Barrett <9898596281>**                    ◄ 2/12/2024, 2:03 PM
     I loves you

     *File "dfd795e6-cdf6-4cf2-aee0-0022f2d7c3f0.gif" is missing.*
     *Image: ~_Library_SMS_Attachments_e1_01_at_0_504FF869-595B-41A6-9F2A-0A299F8BB46A_image000001.gif*

     Receipts • _$!<Other>!$_ <8102784130> [R:2/12/2024, 2:05 PM]

> CB  **Caitlin Barrett <9898596281>**                    ◄ 2/12/2024, 2:03 PM
     image000001.gif

     Receipts • _$!<Other>!$_ <8102784130> [R:2/12/2024, 2:05 PM]

> CB  **Caitlin Barrett <9898596281>**                    ◄ 2/12/2024, 2:03 PM
     I hope you day gets better dear

     Receipts • _$!<Other>!$_ <8102784130> [R:2/12/2024, 2:05 PM]

>> O  **_$!<Other>!$_ <8102784130>**                      ► 2/12/2024, 2:05 PM
     I love you too. I don't think my heart has ever hurt this much all at once

>>> CB  **Caitlin Barrett <9898596281>**                  ◄ 2/12/2024, 2:06 PM

     *File "f59f4685-ae4c-41cd-be7d-4a4baab90bc5.gif" is missing.*
     *Image: ~_Library_SMS_Attachments_1a_10_at_0_4559C81F-DDD7-4C8F-B454-50FEE7C672FF_image000000.gif*

     Receipts • _$!<Other>!$_ <8102784130> [R:2/12/2024, 2:07 PM]

>>>> CB  **Caitlin Barrett <9898596281>**                 ◄ 2/12/2024, 2:06 PM
     image000000.gif

     Receipts • _$!<Other>!$_ <8102784130> [R:2/12/2024, 2:07 PM]

>>>> CB  **Caitlin Barrett <9898596281>**                 ◄ 2/12/2024, 2:07 PM

     *File "d1633463-113f-48f2-9c33-e927ffdd9d27.gif" is missing.*
     *Image: ~_Library_SMS_Attachments_e8_08_at_0_3ACFF035-06C0-44B8-9023-EBE71DC86A5E_image000000.gif*

     Receipts • _$!<Other>!$_ <8102784130> [R:2/12/2024, 2:07 PM]

>>>>> CB  **Caitlin Barrett <9898596281>**                ◄ 2/12/2024, 2:07 PM
     image000000.gif

     Receipts • _$!<Other>!$_ <8102784130> [R:2/12/2024, 2:07 PM]

>>>>> CB  **Caitlin Barrett <9898596281>**                ◄ 2/12/2024, 2:07 PM

CONFIDENTIAL                                      MCK_ESI_00039080

File "f9036395-8c0d-42c6-87a2-5dde752ddc18.gif" is missing.
Image: ~_Library_SMS_Attachments_ed_13_at_0_4FC2CF60-C0D3-4172-8EE0-726CB66EDD62_image000000.gif

Receipts • _$!<Other>!$_ <8102784130> [R:2/12/2024, 2:07 PM]

>>>>>   Caitlin Barrett <9898596281>                                            ◄ 2/12/2024, 2:07 PM
> CB    image000000.gif


Receipts • _$!<Other>!$_ <8102784130> [R:2/12/2024, 2:07 PM]

>>>>>   _$!<Other>!$_ <8102784130>                                              ► 2/12/2024, 2:07 PM
> O     I feel like I fucked everything up

>>>>>   Caitlin Barrett <9898596281>                                            ◄ 2/12/2024, 2:09 PM
>> CB   You did not though. You're just in the the thick of a lot of major changes. A reinvention not destruction. Give yourself
        some grace. ❤️🌻

Receipts • _$!<Other>!$_ <8102784130> [R:2/12/2024, 2:13 PM]

>>>>>   _$!<Other>!$_ <8102784130>                                              ► 2/12/2024, 2:13 PM
>>> O   I sent him this in an email yesterday

>>>>>   _$!<Other>!$_ <8102784130>                                              ► 2/12/2024, 2:14 PM
>>>>    Hey Jared,
O
        I wanted to write you an email to get some feelings off of my chest. I won't reach out in this way again.

You've been my biggest support to get to this particular point in my life. You've been the closest person to me
throughout this all. You pushed me regarding Bob and getting out of my firm to a better environment, and you told me I
could do this. But I expressed this very fear to you - the pack would thin. This feels like that is what's happening and I'm
so confused.

CONFIDENTIAL                                                                          MCK_ESI_00039081

Mostly, I feel defeated. By Bob and the firm. But also, by you.

As I said in the beginning, I just needed to get this all off my chest.
I'll move forward, and I hope you have a great time on the rest of your trip.

Elyse

| >>>>> | Caitlin Barrett <9898596281> | ◀ 2/12/2024, 2:18 PM |
| >>>>> CB | I assume he hasnt responded to this? | |

Receipts • _$!<Other>!$_ <8102784130> [R:2/12/2024, 2:20 PM]

| >>>>> | Caitlin Barrett <9898596281> | ◀ 2/12/2024, 2:19 PM |
| >>>>> CB | It's all pretty consistent on your side. | |

Receipts • _$!<Other>!$_ <8102784130> [R:2/12/2024, 2:20 PM]

| >>>>> | _$!<Other>!$_ <8102784130> | ▶ 2/12/2024, 2:20 PM |
| >>>>> O | He has not | |

| >>>>> | Caitlin Barrett <9898596281> | ◀ 2/12/2024, 2:24 PM |
| >>>>> CB | I'll call you back. | |

Receipts • _$!<Other>!$_ <8102784130> [R:2/12/2024, 2:24 PM]

| >>>>> | _$!<Other>!$_ <8102784130> | ▶ 2/12/2024, 2:24 PM |
| >>>>> O | Kk I have a 1:3 | |

| >>>>> | _$!<Other>!$_ <8102784130> | ▶ 2/12/2024, 2:24 PM |
| >>>>> O | 1:30 | |

| >>>>> | _$!<Other>!$_ <8102784130> | ▶ 2/12/2024, 2:24 PM |
| >>>>> O | So was just trying to catch you before then | |

| >>>>> | Caitlin Barrett <9898596281> | ◀ 2/12/2024, 2:25 PM |
| >>>>> CB | At the bank girly, if I make it out by then of course. If not, I'll be working from home the rest of the day. Just callme whenever. | |

Receipts • _$!<Other>!$_ <8102784130> [R:2/12/2024, 2:25 PM]

| >>>>> | _$!<Other>!$_ <8102784130> | ▶ 2/12/2024, 2:25 PM |
| >>>>> O | No worries thank you | |

CONFIDENTIAL

MCK_ESI_00039082