# EXHIBIT G

Message
_____

**From:**          Scott Schindlbeck [scott.schindlbeck@realsolutionsrs.com]
**on behalf of**   Scott Schindlbeck <scott.schindlbeck@realsolutionsrs.com> [scott.schindlbeck@realsolutionsrs.com]
**Sent:**          8/29/2024 2:38:12 AM
**To:**            Elyse McKenna [elyse@foxmckenna.com]; Amanda Fox [amanda@foxmckenna.com]
**CC:**            Rudy Harper [rudy.harper@realsolutionsrs.com]
**Subject:**       FW: PR for harassment lawsuit
**Attachments:**   Pathways of Action Document.docx

Good evening, Amanda & Elyse

Attached you will find a short document that includes 3 Pathway of Action options as well as Next Steps. We opted not to use a Google Doc for this correspondence as the content is very general in nature. For more sensitive documents and information, we will employ Google Docs or other document safeguards as appropriate.

This document lists three separate options for the initial media/PR exercise. We can discuss these together in detail during our Friday morning meeting and select the proper path forward. You will also see a 4th section in the document called Next Steps of Support. This is the recommended course of action that follows the initial Pathway we decide to follow. We will continually update our course of action as we move through the legal process and analyze public reaction and media interaction/involvement with the case & your story.

Please let us know of any issues or requests you may have upon your initial review of the attached document.

As a side note, I will also be sending a copy of our general consulting agreement, which is a relatively simple document that outlines the nature of our business relationship and terms of our engagement with you. We can discuss any questions or concerns you have (if any) at your convenience once you have a chance to review the document.

Regards,
Scott

_____

**Scott Schindlbeck**
Real Solutions RS, COO
+1 (815) 904-5910
http://www.RealSolutionsRS.com

**From:** Amanda Fox <amanda@foxmckenna.com>
**Sent:** Monday, August 26, 2024 12:02 AM
**To:** Scott Schindlbeck <scott.schindlbeck@realsolutionsrs.com>; Jessie Gatchalian <jessie@foxmckenna.com>
**Cc:** Elyse McKenna <elyse@foxmckenna.com>
**Subject:** Re: PR for harassment lawsuit

Looping in Jessie here. She will send the NDA via Docusign. She will also send a Teams meeting invite. Looking forward to speaking with you at noon on Tuesday. Thanks!

On Sun, Aug 25, 2024 at 11:45 PM Scott Schindlbeck <scott.schindlbeck@realsolutionsrs.com> wrote:

Hi Amanda

I have read through this NDA and we are fine signing it. Do you utilize an electronic signatory program like DocuSign or would you rather we print, sign and send back to you?

MCK_ESI_00021340

Also, noon EST on Tuesday is perfect for our next call. Let me know if you'd like me to schedule a Teams meeting or if your admin will send a meeting invite.

Look forward to talking on Tuesday!
Regards,
Scott

---

**From:** Amanda Fox <amanda@foxmckenna.com>
**Sent:** Sunday, August 25, 2024 11:36 PM
**To:** Scott Schindlbeck <scott.schindlbeck@realsolutionsrs.com>
**Cc:** Elyse McKenna <elyse@foxmckenna.com>; Rudy Harper <rudy.harper@realsolutionsrs.com>
**Subject:** Re: PR for harassment lawsuit

Hi Scott and Rudy,
I've attached our NDA. Please let us know if you have any questions/concerns. I listed Rudy as the signatory for RS but feel free to change it. Can we plan to speak at noon on Tuesday?
Hope you both had a good weekend.
Thanks!
Amanda

On Sat, Aug 24, 2024 at 12:35 AM Scott Schindlbeck <scott.schindlbeck@realsolutionsrs.com> wrote:

Thank you for reaching out tonight.

Tuesday we are free between noon and 2pm EST.

I am happy to send out a Teams invite if you would like. Please let us know.

Enjoy the long weekend - and Glacier National Park on Monday!

Regards,
Scott Schindlbeck
COO - Real Solutions RS
(815) 904-5910

Get Outlook for iOS

---

**From:** Amanda Fox <amanda@foxmckenna.com>
**Sent:** Friday, August 23, 2024 11:47:47 PM
**To:** Scott Schindlbeck <scott.schindlbeck@realsolutionsrs.com>
**Cc:** Elyse McKenna <elyse@foxmckenna.com>; Rudy Harper <rudy.harper@realsolutionsrs.com>
**Subject:** Re: PR for harassment lawsuit

Thank you for sending this over. We really enjoyed talking with you both. We'll send over an NDA later this weekend. We will be exploring Glacier National Park on Monday so we should plan to talk on

Tuesday. Anytime between 10 and 2 pm works for us. Please let us know if there's a good time for you. Thanks and have a great weekend.

On Fri, Aug 23, 2024 at 3:08 PM Scott Schindlbeck <scott.schindlbeck@realsolutionsrs.com> wrote:

Hi Amanda & Elyse,

It was a pleasure speaking with you this afternoon.

As promised, we've attached our corporate presentation, which provides an overview of Real Solutions RS and our core values.

We're deeply committed to understanding Elyse's story and collaborating with you to ensure it's both protected and amplified effectively.

Please feel free to reach out with any questions or concerns. We're also ready to sign the NDA whenever you have a chance to send it over.

Wishing you both a wonderful weekend in Montana. We can reconnect on Monday or Tuesday, whichever works best for you, to discuss next steps.

Thank you!
Scott

**Scott Schindlbeck**

Real Solutions RS, COO
+1 (815) 904-5910
http://www.RealSolutionsRS.com

**From:** Amanda Fox <amanda@foxmckenna.com>
**Sent:** Friday, August 23, 2024 10:41 AM
**To:** Scott Schindlbeck <scott.schindlbeck@realsolutionsrs.com>
**Cc:** Elyse McKenna <elyse@foxmckenna.com>; Rudy Harper <rudy.harper@realsolutionsrs.com>
**Subject:** Re: PR for harassment lawsuit

Would it be possible to talk right at 2 pm?

On Fri, Aug 23, 2024 at 9:53 AM Scott Schindlbeck <scott.schindlbeck@realsolutionsrs.com> wrote:

Good morning, Elyse

If we can meet prior to noon, that works best in our schedules. We have had two meetings put on our calendars between noon and 2pm.

MCK_ESI_00021342

Alternatively, we could meet after 2pm if that is better than this morning for you.

We look forward to our discussion!

Thank you,

Scot

---

**Scott Schindlbeck**

Real Solutions RS, COO
+1 (815) 904-5910
http://www.RealSolutionsRS.com

---

**From:** Rudy Harper <rudy.harper@realsolutionsrs.com>
**Sent:** Friday, August 23, 2024 8:22 AM
**To:** Elyse McKenna <elyse@foxmckenna.com>
**Cc:** Amanda Fox <amanda@foxmckenna.com>; Scott Schindlbeck <scott.schindlbeck@realsolutionsrs.com>
**Subject:** Re: PR for harassment lawsuit

Good Morning,

We are available this morning and early afternoon.

Thank you.

Regards,

Rudy Harper

Chief Executive Officer

rudy.harper@RealSolutionsRS.com

Cell: 636-219-8996

*sent from my iPhone

On Aug 23, 2024, at 1:03 AM, Elyse McKenna <elyse@foxmckenna.com> wrote:

Hi Rudy,

We are free in the morning or early afternoon if that would work for you all.

MCK_ESI_00021343

Elyse

On Aug 22, 2024, at 10:57 PM, Rudy Harper <rudy.harper@realsolutionsrs.com> wrote:

Good evening,

My apologies—Scott's email auto-corrected to a previous address. I've now added his correct email.

Regards,
Rudy Harper
Chief Executive Officer
rudy.harper@RealSolutionsRS.com
Cell: 636-219-8996

*sent from my iPhone

On Aug 22, 2024, at 10:25 PM, Rudy Harper <rudy.harper@realsolutionsrs.com> wrote:

Hello Amanda,

Thank you for reaching out. We'd love to have an exploratory conversation. Please let us know your availability. I'm cc'ing our COO, Scott Schindlbeck.

Best Regards,
Rudy Harper
Chief Executive Officer
rudy.harper@RealSolutionsRS.com
Cell: 636-219-8996

*sent from my iPhone

On Aug 22, 2024, at 10:17 PM, Amanda Fox <amanda@foxmckenna.com> wrote:

HI Rudy,

I am reaching out at the recommendation of Julianna Smoot. My law partner and I are getting ready to file a sexual harassment/retaliation lawsuit in Michigan that names some fairly prominent individuals in the

MCK_ESI_00021344

Michigan legal community and we are trying to get our heads around the press/messaging strategy. Is this the kind of project you take on and if so, would it be possible to schedule a time to talk? I have cc'ed my partner Elyse McKenna on this email. We look forward to hearing from you.

Thanks!

Amanda

**Amanda Fox Perry**

Fox McKenna PLLC

14 Ridge Square NW, 3rd Fl.

Washington, DC 20016

(202) 852-2000 - Phone

(202) 915-0244 - Fax

www.foxmckenna.com

MCK_ESI_00021345



# Proposed Pathways of Action

## PATHWAY 1 (Our recommended path)

- Exclusive Media Interview – Detroit News
- Proposed Date: Sep 3rd, 2024 (Coincides with Filing of Complaint)
- Recommended Reporter: George Hunter – Well respected, long-time journalist
- Location: Private Location TBD
- Preparation includes mock interview sessions and media training.
- Interview Details and Confirmation by Real Solutions RS (RSRS)

### George Hunter



George Hunter is an experienced reporter for the Detroit Free Press, specializing in crime, courts, and public safety. With over two decades of journalism experience, George has covered some of the most high-profile cases and events in Detroit and Southeast Michigan. His insightful reporting and in-depth investigations have earned him a reputation as a trusted source for news in the region. George's work often highlights the impact of crime on communities, bringing a human perspective to the stories he covers.

## PATHWAY 2

- News/Press Conference – Invited Media
- Proposed Date: Tuesday, Sep 3rd, 2024 (Coincides with Filing of Complaint)
- Recommended Location: TBD
- Invite List: Radio, TV, Print & Digital News Media
- Press Release to be developed by Real Solutions RS with approval from Fox McKenna
- Format: Statement w/ Questions
- Preparation includes additional media training by RSRS
- Event Monitored & Regulated by RSRS to ensure respectful dialogue, etc.

## PATHWAY 3

- Shoot Pre-recorded Video
- Produced/Filmed/Edited by RSRS
- Highlights emotional impact, humanization, personal story
- Release on Social Media – Sep 3rd, 2024 (Coincides with Filing of Complaint)
  - o Discussion Point(s): What accounts/profiles best enable the impact of these platforms

## Next Steps: Campaign of Support

- Determine Allies to Support & Fuel PR Campaign & Coordinate Activity
  - o Statements of Support from advocacy groups, labor unions, legal experts, law associations, women's rights organizations, other relevant bodies that this case coalesces around their broader campaigns
  - o Potential Op-Ed(s) from organization(s) with fundamental roots in sexual harassment, legal community, others?
  - o Influencer partnerships with those vocal about sexual harassment issues
  - o Letters of Support to NHLPA, PHPA, CCHA, other professional associations (Bar Assoc, State Bar, etc), University of Detroit, Albion College, and clients as appropriate

MCK_ESI_00021346